JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff, Abolfazl Hosseinpour*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | CASE NO.: 2:18-cv-01371<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel of record for Plaintiff ABOLFAZL HOSSEINPOUR certifies that the following may have an interest in the outcome of this case: Not aware of anyone other than the parties named. This representation is made to enable judges of the court to evaluate possible recusal.

DATED this 25th day of July, 2018.

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Abolfazl Hosseinpour*