**PROOF OF SERVICE**

I hereby declare that on this day I served the Summons and Complaint upon the following defendant in the within matter by mailing a copy thereof, via certified mail, return receipt requested, to:

Liberty Life Assurance Company of Boston
CSC Services of Nevada, Inc.
2215 Renaissance Drive, Suite B
Las Vegas, Nevada 89119-6727
CERTIFIED MAIL NO. 7017 2400 0000 5711 3448

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 31st day of July, 2018.

[signature]
YVONNE RENTA
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE: Abolfazl Hosseinpour vs. Liberty Life Assurance Company of Boston, et al.
United States District Court, Nevada
Case No. 2:18-cv-01371

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original.

Date: 7-31-18 By: [signature]