Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01371-JAD-CWH<br><br>**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** |

Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant") files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on September 25, 2018 (Document 12). The exhibit pages have been consecutively numbered for reference.

1. Group Disability Income Policy (Liberty/Hosseinpour 001-061);

2. April 12, 2018, correspondence containing decision on appeal (Liberty/Hosseinpour 090-104);

3. The Administrative Record (Liberty/Hosseinpour 062-089 and 105-849); and

4. Summary Plan Documents (Liberty/Hosseinpour 850-897).

DATED this 28th day of November 2018.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Rd, Suite 550
Dallas, Texas 75254

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant Liberty Life Assurance Company of Boston*

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE** by electronic means:

Julie A. Mersch, Esq.
Email: jam@merschlew.com

Dated this 28th day of November 2018.

/s/ Iwana Rademaekers
Iwana Rademaekers