# EXHIBIT 3

**The Administrative Record (Liberty/Hosseinpour 062-089 and 105-849)**

# EXHIBIT 3, part 1

**Administrative Record (Liberty/Hosseinpour 062-089 and 105-359)**

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 5482725 Claim Last Updated 04/12/2018 Printed On 8/6/2018

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | ABOLFAZL HOSSEINPOUR | SSN | | Birth Date | |
| Address | C/O LAW OFFICE OF | Salary Amount $ | 11631.75 | Mode | M |
| | JULIE A. MERSCH | Date of Hire | 04/15/2013 | | |
| | 701 S. 7TH ST. | Last Work Date | 07/11/2015 | | |
| | LAS VEGAS, NV 89101-0000 | Federal Tax | None | State Tax | No |
| Phone | ( | Phys Demands | Sedentary | | |

JobDesc PHARMACY MANAGER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 10/09/2015 |
| Disability Date | 07/15/2015 | Close Date | 08/05/2017 | Reopen Date | 12/13/2016 |
| Sick Days Left | 189 | Max Ben Date | 07/31/2025 | RTW FT / PT | |
| Ben Begin Date | 01/20/2016 | Apprv Thru Date | 08/04/2017 | Gross Ben $ | |

Diagnosis 1 Code/Desc 722.52 Lumb/lumbosac disc degen

Diagnosis 2 Code/Desc 300.02 Generalized anxiety dis

Policyholder Information

Customer ID 09 - 442930 SAFEWAY INC.

Subsidiary SEL1 SELECT 1

Location 12500000 NO.CALIFORNIA

Symb GF Numeral 02 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2007

Class 1E BASE + BONUS 60% - OPTION E - ALL ELIGIBLE FT & PT SELECT 1 & FT SELECT II E

Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK Pre-X

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 90

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 02 | LTD | 1E | 06/01/2013 |
| PD | 01 | STD | 1A | 06/01/2013 |

Additional Information:

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3480001 Claim Last Updated 11/30/2015 Printed On 8/6/2018

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | ABOLFAZL HOSSEINPOUR | SSN | | Birth Date | |
| Address | C/O LAW OFFICE OF | Salary Amount $ | 2680.00 | Mode | W |
| | JULIE A. MERSCH | Date of Hire | 04/15/2013 | | |
| | 701 S. 7TH ST. | Last Work Date | 07/11/2015 | | |
| | LAS VEGAS, NV 89101-0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc PHARMACY MANAGER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 07/13/2015 |
| Disability Date | 07/15/2015 | Close Date | 01/20/2016 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 01/19/2016 | RTW FT / PT | |
| Ben Begin Date | 07/22/2015 | Apprv Thru Date | 01/19/2016 | Gross Ben $ | |

Diagnosis 1 Code/Desc 722.52 Lumb/lumbosac disc degen

Diagnosis 2 Code/Desc 300.02 Generalized anxiety dis

Policyholder Information

Customer ID 09 - 442930 SAFEWAY INC.

Subsidiary SEL1 SELECT 1

Location 12500000 NO.CALIFORNIA

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2007

Class 1A ALL FULL TIME AND PART TIME SELECT 1 AND SELECT 2 EMPLOYEES, EXCEPT RA

Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK 7 Pre-X NC

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 30 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 02 | LTD | 1E | 06/01/2013 |
| PD | 01 | STD | 1A | 06/01/2013 |

Additional Information:

**Note Report**

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 5482725 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**05/22/2018 3:01 PM - CLAIM Note 116**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [05/22/2018 - DIRCK, JAIME]PER ARC REQUEST COPIED COMPLETE CLAIM FILE ONTO A THUMB DRIVE AND MAILED THUMB DRIVE W/COVER LETTER TO JULIE MERSCH TODAY VIA UPS 2ND DAY AIR. TRACKING #1Z 248 96X 02 9491 3174.

**05/21/2018 4:10 PM - CLAIM Note 115**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : OTHER
Text: [05/21/2018 - JOHNSON, CHARLES]SENT FOR FILE TO BE SENT TO THE ATTY

**04/12/2018 12:54 PM - CLAIM Note 114**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : OUT
Text: [04/12/2018 - JOHNSON, CHARLES]MAINTAIN DENIAL

**04/12/2018 12:54 PM - CLAIM Note 113**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/12/2018 - JOHNSON, CHARLES]COMPLETED APPEAL REVIEW - THE INFORMATION CONTAINED IN THE FILE DOES NOT SUPPORT ONGOING IMPAIRMENTS PREVENTING HIM FROM PERFORMING HIS OCCUPATION - MAINTAIN DENIAL

**04/04/2018 9:05 AM - CLAIM Note 112**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/04/2018 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 03/30/2018 AND DATED 03/29/2018 FROM DANE STREET LLC. INV # 1008840, IN THE AMOUNT OF $1035.00 FOR PEER REVIEW PERFORMED BY C. KAO, MD WITH A SPECIALTY IN PM&R. INVOICE PAID IN FULL.

**04/03/2018 11:32 AM - CLAIM Note 111**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [04/03/2018 - JOHNSON, CHARLES]REFERRED FOR PROCESSING

**03/24/2018 7:01 PM - CLAIM Note 110**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : ASSIGNMENT
Text: [03/24/2018 - KING, JERRONDA]VENDOR ASSIGNMENT: DR. CYRUS KAO

**03/21/2018 2:30 AM - CLAIM Note 109**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/20/2018 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**03/20/2018 1:03 PM - CLAIM Note 108**
Claim/Event/Leave: 5482725
NoteSubject : Appeal

NoteSubject : Appeal
Other Subject : ACTION PLAN
Text: [03/20/2018 - KING, JERRONDA]APPEAL REVIEW COMPLETED, CLAIM HAS BEEN REFERRED FOR PM&R / PM REVIEW. ALSO ADVISED VENDOR THAT CLAIM HAS BEEN REVIEWED BY DR. HOWARD GRATTAN AND DR. FARGO KHOURY PREVIOUSLY (FORGOT TO INCLUDE IN REFERRAL).

**03/05/2018 11:37 AM - CLAIM Note 107**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : ACTION PLAN
Text: [03/05/2018 - KING, JERRONDA]APPEAL RECEIVED AND IN PROCESS, INITIAL SCREEN COMPLETE, FURTHER ACTION PENDING COMPLETE REVIEW OF THE CLAIM FILE

**03/02/2018 9:56 AM - CLAIM Note 106**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [03/02/2018 - PRESTON, SHERRY]APPEAL SUBMISSION COMPLETE. ASSIGNED TO JERRONDA KING. PRESCREEN COMPLETE-AUTH/JD IN DOC LIST. CODING IS CORRECT. APPEAL DUE DATE IS 2/28/18 (WHICH INCLUDES 30 DAY EXT GRANTED BY ARU). COMPLETE APPEAL RECD ON 2/28/18. SENT APPEAL ACK LETTER.

**03/02/2018 2:28 AM - CLAIM Note 105**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 3/1/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**02/28/2018 2:58 PM - CLAIM Note 104**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/28/2018 - CRAM, BRIAN]AGREE WITH ARU REFERRAL.

**02/28/2018 10:45 AM - CLAIM Note 103**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Appeals
Other Subject : MNGR REVIEW
Text: [02/28/2018 - AUSTIN, JESSICA]DCM REC. REFERRAL TO ARU FOR ADD'L INVESTIGATION. (30 DAY EXTENSION PREVIOUSLY GRANTED BY ARU) .DOD 07/15/2015, LTD BBD 01/20/2016.56 YOM, PHARMACY MANAGER W/SED-LIGHT OCC. DX: LUMBAR DDD AND SPINAL STENOSIS, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, AS WELL AS DEPRESSION AND ANXIETY. THE CLAIM WAS CLOSED BASED ON A PM&R IME COMPLETED IN 6/17 WHICH OUTLINED ESSENTIALLY FULL-TIME SEDENTARY WORK CAPACITY. PREVIOUS PSYCH REVIEWS HAD ALSO BEEN COMPLETED OUTLINING THAT PSYCHIATRIC IMPAIRMENT WAS NOT SUBSTANTIATED.

**02/28/2018 10:23 AM - CLAIM Note 102**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject :
Text: [02/28/2018 - AUSTIN, JESSICA]RCVD LETTER OF APPEAL FROM THE CLMNT'S ATTORNEY ALONG WITH SUPPORTING DOCUMENTATION.

**02/26/2018 1:53 PM - CLAIM Note 101**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : ATTY
Text: [02/26/2018 - MURRAY, KIMBERLY]REC'D VMM FROM ATTY ADVISING THEY DID NOT RECEIVE THE EXTENSION LETTER. TRIED TO REFAX - REC'D ERROR REPORT THAT IT WOULD NOT GO THROUGH. CONTACTED FIRM AND SPOKE WITH ROBIN. ADVISED OF DIFFICULT FAXING. SHE DID NOTHAVE ANY PROBLEMS WITH FAX. OFFERED TO EMAIL. EMAILED COPY TO RJM@MERSCHLAW.COM

**02/19/2018 11:23 AM - CLAIM Note 100**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : EXTENSION
Text: [02/19/2018 - MURRAY, KIMBERLY]FAX TO ATTY RECONFIRMING PREVIOUS CONVERSATION TO EXTEND APPEAL DEADLINE UNTIL 2/28/18.

**01/26/2018 1:06 PM - PHONE Note 24**
Claim/Event/Leave: 5482725
NoteSubject : Called Other
Other Subject : ATTY MERSCH
Text: [01/26/2018 - MURRAY, KIMBERLY]RETURNED CALL TO ATTORNEY JULIE MERSCH 702-387-5868. SHE IS REQUESTING A 30 DAY EXTENSION. HAS ADDITIONAL MEDICAL INFORMATION TO SEND; HAD SOME DIFFICULTY WITH OBTAINING MEDICAL RECORDS FROM PHYSICIAN AS THEIR HAD BEEN CLOSED UNEXPECTEDLY. ASKED TO HAVE HER REQUEST IN WRITING. PROVIDED FAX NUMBER.

**11/28/2017 11:06 AM - CLAIM Note 99**

Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/28/2017 - CORPORAN, KRISTIANNE]ISSUED TO CIOX HEALTH FOR MEDICAL RECORDS. INV # # 0213435215, AMT $1.90, FROM AND THROUGH DATE = 4/1/17.

**08/17/2017 2:45 PM - CLAIM Note 98**
Claim/Event/Leave: 5482725
NoteSubject : LTR to Other
Other Subject : SENT 2ND DAY
Text: [08/17/2017 - HOWARD, HOLLY]TRACKING 1Z24896X0196145029

**08/15/2017 8:41 AM - CLAIM Note 97**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO ADMIN
Text: [08/15/2017 - AUSTIN, JESSICA]SENT E/M TO ADMIN REQUESTING COPY OF FILE.

**08/15/2017 8:40 AM - CLAIM Note 96**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : LTR FROM ATTRNY
Text: [08/15/2017 - AUSTIN, JESSICA]RCVD LETTER FROM ATTRNY IN RESPONSE TO DENIAL LETTER ASKING FOR COPY OF FILE.

**08/05/2017 2:31 AM - CLAIM Note 95**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CHANGE BENEFIT END DATE OR SUSPEND BENEFITS HAS BEEN RECEIVED AND ASSIGNED TO BETHANY PECK.

**08/05/2017 2:31 AM - CLAIM Note 94**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CHANGE BENEFIT END DATE OR SUSPEND BENEFITS. BEN END:8/4/2017

**08/04/2017 2:02 PM - CLAIM Note 93**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [08/04/2017 - PECK, BETHANY]REFERRAL RECEIVED AND CHANGED SCHEDULED PAYMENT BENEFIT END DATE TO 8/4/17 AS REQUESTED BY DCM.

**08/04/2017 12:36 PM - CLAIM Note 92**
Claim/Event/Leave: 5482725
NoteSubject : LTR to Atty
Other Subject :
Text: [08/04/2017 - AUSTIN, JESSICA]COPY OF CLOSURE LETTER FAXED TO ATTORNEY.

**08/04/2017 11:58 AM - CLAIM Note 91**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject :
Text: [08/04/2017 - DURLING, BARBARA]CORRECTION- NOT TD OWN OCC

**08/04/2017 11:58 AM - CLAIM Note 90**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [08/04/2017 - DURLING, BARBARA]GIVEN RECOMMENDATIONS FROM ARU AND COMPLETION OF IME AND VOC ASSESSMENT, AGREE WITH CLOSURE NOT TD ANY OCC.

**08/04/2017 9:17 AM - CLAIM Note 89**
Claim/Event/Leave: 5482725
NoteSubject : Closed
Other Subject : MNGR REVIEW
Text: [08/04/2017 - AUSTIN, JESSICA]FILE REFERRED FOR CLOSURE, NOT TD OWN OCC. DOD 07/15/2015, LTD BBD 01/20/2016. 56 YOM, PHARMACY MANAGER W/SED-LIGHT OCC. DX: LUMBAR DDD AND SPINAL STENOSIS, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, AS WELL AS DEPRESSION AND ANXIETY. A PSYCH PEER REVIEW WAS COMPLETED DURING THE APPEAL REVIEW WHICH DETERMINED THAT IMPAIRMENT FROM PSYCH WAS NOT SUBSTANTIATED. A PM&R REVIEW WAS ALSO COMPLETED WHICH OUTLINED ESSENTIALLY SEDENTARY CAPACITY, NOTING AGREEMENT WITH DR.TAFRESHI ON R&LS OUTLINED IN THE 8/16 FCE THAT WAS COMPLETED, THOUGH ADD'L INVESTIGATION WAS WARRANTED. THE CLAIMANT WAS ULTIMATELY REFERRED FOR AN IME IN ORDER TO OBTAIN ADD'L CLINICAL CLARIFICATION, WHICH WAS COMPLETED IN 6/17. THE IME OUTLINED THE FOLLOWING: THE CLMNT HAS LUMBAR SPONDYLOSIS, LUMBAR STENOSIS, CERVICAL SPONDYLOSIS, CERVICAL STENOSIS. THE CLMNT HAD AN FCE IN 8/16

SPONDYLOSIS, LUMBAR STENOSIS, CERVICAL SPONDYLOSIS, CERVICAL STENOSIS. THE CLMNT HAD AN FCE IN 8/16 WHICH ESSENTIALLY OUTLINED FULL-TIME SEDENTARY CAPACITY. BASED ON THE MEDICAL RECORDS AND OBJECTIVELY SUPPORTED LIMITATIONS AND RESTRICTIONS, THE CLMNT HAS THE CAPACITY TO PERFORM FULL-TIME SEDENTARY WORK. AN OCC ANALYSIS WAS PREVIOUSLY COMPLETED WHICH OUTLINED THAT THE OCCUPATION CAN BE PERFORMED AT BOTH THE SEDENTARY AND LIGHT DEMAND LEVELS. GIVEN THE RECOMMENDATIONS OUTLINED IN THE IME, IN CONJUNCTION WITH THE PREVIOUS PSYCH REVIEWS INDICATING THAT IMPAIRMENT IS NOT SUBSTANTIATED, DCM REC CLOSURE FOR NOT TD OWN OCC.

**07/31/2017 10:08 AM - CLAIM Note 88**
Claim/Event/Leave: 5482725
NoteSubject : IME/IPE
Other Subject : ADDENDUM
Text: [07/31/2017 - AUSTIN, JESSICA]RCVD IME ADDENDUM FROM MLS WHICH OUTLINED THE FOLLOWING: BASED ON THE REPORTING, THE CLAIMANT WOULD NEED TO CHANGE POSITIONS EVERY 20 MINUTES. THE FCE RESULTS DO NOT SPECIFICALLY DETAIL IT BEING FROM SITTING TO STANDING , SO ANY GENERAL CHANGE IN POSITION WOULD BE APPROPRIATE.

**07/26/2017 12:08 PM - CLAIM Note 87**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO MLS
Text: [07/26/2017 - AUSTIN, JESSICA]SENT E/M TO MLS FOR UPDATE ON RESPONSE FROM PROVIDER.

**07/26/2017 12:07 PM - CLAIM Note 86**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject :
Text: [07/26/2017 - AUSTIN, JESSICA]RCVD COPY OF REQUEST SENT TO THE IME PROVIDER FROM MLS REGARDING CLARIFICATION OF THE IME.

**07/12/2017 3:48 PM - CLAIM Note 85**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M FROM MLS
Text: [07/12/2017 - AUSTIN, JESSICA]JESSICA, WE HAVE BEEN TRYING TO REACH THE DOCTOR TO GET THE STATUS OF THE REPORT. I JUST CALLED THE OFFICE AND LEFT THEM A MESSAGE AGAIN. WE WILL CONTINUE OUR EFFORTS TO RECEIVE THE REPORT AS SOON AS POSSIBLE. THANK YOU, SHEENA MAGGARD IME DEPARTMENT SUPERVISOR

**07/12/2017 12:38 PM - CLAIM Note 84**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO MLS
Text: [07/12/2017 - AUSTIN, JESSICA]SENT ADD'L E/M TO MLS FOR UPDATE ON ADDENDUM

**06/28/2017 3:53 PM - CLAIM Note 83**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO MLS
Text: [06/28/2017 - AUSTIN, JESSICA]SENT ADD'L E/M TO MLS FOR UPDATE ON STATUS OF IME ADDENDUM

**06/20/2017 10:27 AM - CLAIM Note 82**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO MLS
Text: [06/20/2017 - AUSTIN, JESSICA]SENT E/M TO MLS FOR UPDATE ON IME ADDENDUM

**06/05/2017 11:32 AM - CLAIM Note 81**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO MLS
Text: [06/05/2017 - AUSTIN, JESSICA]SENT E/M TO MLS TO OBTAIN CLARIFICATION OF IME REGARDING POSITIONAL CHANGES.

**06/05/2017 9:42 AM - CLAIM Note 80**
Claim/Event/Leave: 5482725
NoteSubject : IME/IPE
Other Subject : PM&R
Text: [06/05/2017 - AUSTIN, JESSICA]RCVD PM&R IME. ACCORDING TO THE REPORT, THE CLMNT HAS LUMBAR SPONDYLOSIS, LUMBAR STENOSIS, CERVICAL SPONDYLOSIS, CERVICAL STENOSIS. THE CLMNT HAD AN FCE IN 8/16 WHICH ESSENTIALLY OUTLINED FULL-TIME SEDENTARY CAPACITY. BASED ON THE MEDICAL RECORDS AND OBJECTIVELY SUPPORTED LIMITATIONS AND RESTRICTIONS, THE CLMNT HAS THE CAPACITY TO PERFORM FULL-TIME SEDENTARY WORK.

**06/02/2017 12:26 PM - CLAIM Note 79**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : VENDOR PAYMENT

Text: [06/02/2017 - NEAULT, TAMIE]INVOICE RECEIVED ON 6/1/17 FROM VENDOR MLS GROUP OF COMPANIES, INVOICE #340849, IN THE AMOUNT OF $5,312.50, FOR SERVICE TYPE IME: PHYSICAL MEDICINE & REHABILITATION. INVOICE PAID IN FULL

**05/16/2017 2:05 PM - PHONE Note 23**
Claim/Event/Leave: 5482725
NoteSubject : EE Called
Other Subject : CSU
Text: [05/16/2017 - GENIER, KATHRYN]EE CALLED FOR DISABILITY PAYMENT INFO GIVEN FOR CK # 47381642 THANKED AND CALL ENDED

**05/12/2017 10:15 AM - CLAIM Note 78**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M FROM ATTORNEY
Text: [05/12/2017 - AUSTIN, JESSICA]RCVD E/M FROM ATTORNEY CONFIRMING CLMNT WILL ATTEND IME.

**05/11/2017 3:42 PM - CLAIM Note 77**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO ATTRNY
Text: [05/11/2017 - AUSTIN, JESSICA]SENT E/M TO ATTRNY TO CONFIRM CLMNT WILL ATTEND 5/17 IME

**05/11/2017 3:24 PM - CLAIM Note 76**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO MES
Text: [05/11/2017 - AUSTIN, JESSICA]SENT E/M TO MES TO CONFIRM CLMNT ATTENDED IME ON 5/5.[05/11/2017 - AUSTIN, JESSICA]***CORRECTION: IME IS SCHEDULED FOR 5/17

**04/19/2017 9:45 AM - CLAIM Note 75**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : IME
Text: [04/19/2017 - AUSTIN, JESSICA]RCVD E/M FROM MLS WITH APT INFO: PLEASE NOTE THE FOLLOWING SCHEDULING INFORMATION FOR ABOLFAZL HOSSEINPOUR, YOUR CLIENT FILE: 5482725, THE PHYSICAL MEDICINE & REHABILITATION EXAM IS SET FOR 05/05/2017 AT 3:30 PM WITH DR. ANDREW KIM AT 2875 ST. ROSE PARKWAY, STE 120 HENDERSON ,NV 89052.THE FEE FOR EXAM IS $ 3000.00 THE REVIEW OF RECORD RATE IS $ 925.00 PER HOUR. THE NO SHOW FEE IS $750.00 THE CANCELLATION POLICY IS 7 BUSINESS DAYS NOTICE TO AVOID A $750.00 LATE CANCELLATION FEE.

**04/14/2017 2:32 AM - CLAIM Note 74**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 4/12/2017 - REFERRED TO CVI, INC. FOR SIU VENDOR SERVICES.

**04/13/2017 2:31 AM - CLAIM Note 73**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/12/2017 - REFERRED TO MLS GROUP OF COMPANIES FOR IME.

**04/13/2017 2:30 AM - CLAIM Note 72**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/12/2017 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**04/12/2017 3:41 PM - CLAIM Note 71**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/12/2017 - BREWSTER, TRISHA]GIVEN THE OVERALL FACTS, AGREE WITH RECOMMENDED SIU REFERRAL

**04/12/2017 10:30 AM - CLAIM Note 70**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Special Invest
Other Subject : MNGR REVIEW
Text: [04/12/2017 - AUSTIN, JESSICA]DCM REC. REFERRAL TO SIU FOR 3 DAYS OF SURVEILLANCE BASED ON REVIEW IN CONSULT RECOMMENDING ADD'L FUNCTIONAL DATA PRIOR TO IME. TO DATE, THERE HAVE BEEN TWO CONFLICTING PM&R PEER REVIEW AND PREVIOUS SURVEILLANCE SHOWED THE CLMNT TO BE MUCH MORE ACTIVE THAN REPORTED.

**04/12/2017 10:19 AM - CLAIM Note 69**
Claim/Event/Leave: 5482725
NoteSubject : Action Plan
Other Subject : CC
Text: [04/12/2017 - AUSTIN, JESSICA]FILE REVIEWED IN PM&R CC W/ MCP G. BROWN WHO OPINED THAT GIVEN 2

Text: [04/12/2017 - AUSTIN, JESSICA]FILE REVIEWED IN PM&R CC W/LMCP C. BROWN WHO OPINED THAT GIVEN 2 CONFLICTING PM&R PEER REVIEWS, AN IME WOULD BE WARRANTED AT THIS TIME. IT WAS ALSO RECOMMENDED TO OBTAIN UPDATED SURVEILLANCE BEFORE IME IN ORDER TO OBTAINADD'L FUNCTIONAL DATA AND GIVEN HIGH LEVEL OF ACTIVITY ON PREVIOUS SURVEILLANCE.

**03/23/2017 3:37 PM - PHONE Note 22**
Claim/Event/Leave: 5482725
NoteSubject : Other Called
Other Subject : ATTRNY
Text: [03/23/2017 - AUSTIN, JESSICA]RCVD CALL FROM ROBIN AT ATTRNY'S OFFICE. SHE STATED THAT THE CLMNT IS ONLY TREATING WITH DR. TAFRESHI AND HIS OFFICE ADVISED THAT RECORDS HAVE BEEN SENT. ***DCM SENT E/M TO ATTORNEY CONFIRMING RECEIPT OF INFO.

**03/22/2017 3:10 PM - CLAIM Note 68**
Claim/Event/Leave: 5482725
NoteSubject : Med Records Rcvd
Other Subject : TAFRESHI
Text: [03/22/2017 - AUSTIN, JESSICA]RCVD RECORDS FROM DR. TAFRESHI DATED 1/6/17.

**03/02/2017 2:09 PM - CLAIM Note 67**
Claim/Event/Leave: 5482725
NoteSubject : LTR to Atty
Other Subject : N/P
Text: [03/02/2017 - KENNEDY, CHENTA]SENDING OUT N/P TO ATTORNEY FOR ALL UPDATED MEDICAL RECORDS

**03/02/2017 2:09 PM - CLAIM Note 66**
Claim/Event/Leave: 5482725
NoteSubject : LTR to AP
Other Subject : MED REQUEST
Text: [03/02/2017 - KENNEDY, CHENTA]MAILING FOR ALL PHARMACY RECORDS AND FAXING TO DR TAFRESHI-

**02/20/2017 3:23 PM - PHONE Note 21**
Claim/Event/Leave: 5482725
NoteSubject : Called EE
Other Subject : 60 DAY F/U
Text: [02/20/2017 - AUSTIN, JESSICA]NO CALL TO CLMNT AT THIS TIME AS THE CLMNT IS ATTRNY REP

**02/14/2017 2:25 PM - PHONE Note 20**
Claim/Event/Leave: 5482725
NoteSubject : Called EE
Other Subject :
Text: [02/14/2017 - AUSTIN, JESSICA]60 DAY F/U NOT WARRANTED AS CLMNT IS ATTORNEY REP.

**01/30/2017 9:58 AM - CLAIM Note 65**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : ADD DD
Text: [01/30/2017 - TUCKER, DEBORAH]ACCT.# , ROUTING# .

**01/17/2017 2:51 PM - PHONE Note 19**
Claim/Event/Leave: 5482725
NoteSubject : Other Called
Other Subject : ATTRNY
Text: [01/17/2017 - AUSTIN, JESSICA]RCVD VM FROM CLMNT'S ATTRNY STATING THAT THEY DID RECEIVE FORMS AND ARE WORKING ON COMPLETING. THEY ARE HOPING TO RETURN BY THE END OF NEXT WEEK. SHE ASKED TO CALL IF THERE WAS A PROBLEM WITH THIS.

**12/21/2016 11:57 AM - CLAIM Note 64**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : CHECK
Text: [12/21/2016 - HOLTZ, JORDAN]CHECK NO. 31131468 FOR 52,888.55 SENT VIA REGULAR MAIL TO ABOLFAZL HOSSEINPOUR, C/O LAW OFFICE OF JULIE A. MERSCH / 701 S. 7TH STREET, LAS VEGAS, NV 89101

**12/21/2016 10:01 AM - CLAIM Note 63**
Claim/Event/Leave: 5482725
NoteSubject : Action Plan
Other Subject :
Text: [12/21/2016 - AUSTIN, JESSICA]56 YOM, PHARMACY MANAGER W/SED-LIGHT OCC. DX: LUMBAR DDD AND SPINAL STENOSIS, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, AS WELL AS DEPRESSION AND ANXIETY. A PSYCH PEER REVIEW WAS COMPLETED DURING THE APPEAL REVIEW WHICH DETERMINED THAT IMPAIRMENT FROM PSYCH WAS NOT SUBSTANTIATED. A PM&R REVIEW WAS ALSO COMPLETED WHICH OUTLINED ESSENTIALLY SEDENTARY CAPACITY, NOTING AGREEMENT WITH DR. TAFRESHI ON R&LS OUTLINED IN THE 8/16 FCE THAT WAS COMPLETED. DCM TO OBTAIN ADD'L MEDICAL/NONMEDICAL INFORMATION AND THEN CONSIDER ADD'L CLINICAL CLARIFICATION.

**12/17/2016 2:34 AM - CLAIM Note 62**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Oth

NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO TREVOR MORGAN.

**12/17/2016 2:33 AM - CLAIM Note 61**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:1/20/2016 BEN END:7/31/2025 COMMENTS: ADD SSD OFFSET AND INSTATE BENEFITS

**12/16/2016 3:50 PM - CLAIM Note 60**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : PMNT
Text: [12/16/2016 - MORGAN, TREVOR]REOPEN REFERRAL RECEIVED AND SCHEDULED PMT END DATE EXTENDED TO 1/19/18 AS REQUESTED BY DCM. IN ADDITION ADDED THE SSDB OFFSET OF 2171.00 PER THE SS NOA.

**12/16/2016 12:11 PM - CLAIM Note 59**
Claim/Event/Leave: 5482725
NoteSubject : Social Security
Other Subject : AWARD LTR
Text: [12/16/2016 - AUSTIN, JESSICA]RCVD SS AWARD LETTER. DOE IS 1/1/16. RETRO WAS $13,026, MONTHLY AMNT IS $2171.00.

**12/14/2016 3:21 PM - PHONE Note 18**
Claim/Event/Leave: 5482725
NoteSubject : Other Called
Other Subject : ATTRNY
Text: [12/14/2016 - AUSTIN, JESSICA]RCVD CALL FROM ROBIN AT ATTRNY'S OFFICE. SHE STATED THAT ALL CHECKS SHOULD BE MAIL TO THEIR OFFICE. SHE ALSO ASKED THAT WE SEND CALCULATION OF ANY PAST DUE BENEFITS. DCM ASKED IF CLMNT HAD APPLIED FOR SSD. SHE STATED THAT HE HAS BEEN AWARDED AND AGREED TO FAX COPY OF AWARD LETTER. DCM ADVISED WE WOULD NEED THAT INFO BEFORE CALCULATING PAST DUE BENEFIT. NO OTHER QUESTIONS.

**12/13/2016 3:21 PM - CLAIM Note 58**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/13/2016 - CAREY, LAUREN]AGREE WITH REOPEN AND APPROVAL. WOULD CONSIDER SURVEILLANCE AND THEN AN IME. REOMMEND NOTIFYING THE ATTORNEY THAT AN IME WILL BE SCHEDULED. AGREE WITH FOLLOWING UP FOR SS STATUS PRIOR TO ISSUING PAYMENT.

**12/13/2016 9:56 AM - CLAIM Note 57**
Claim/Event/Leave: 5482725
NoteSubject : Reopen
Other Subject : MNGR REVIEW
Text: [12/13/2016 - AUSTIN, JESSICA]DCM REC. REOPEN/APPROVE BASED ON ARU RECOMMENDATIONS. 56 YOM, PHARMACY MANAGER W/SED-LIGHT OCC. DX: LUMBAR DDD AND SPINAL STENOSIS, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, AS WELL AS DEPRESSION AND ANXIETY. A PSYCH PEER REVIEW WAS COMPLETED DURING THE APPEAL REVIEW WHICH DETERMINED THAT IMPAIRMENT FROM PSYCH WAS NOT SUBSTANTIATED. A PM&R REVIEW WAS ALSO COMPLETED, THOUGH ADDITIONAL CLARIFICATION IS NEEDED AT THIS TIME AND AN IME WAS RECOMMENDED. THEREFORE, DCM REC. REOPEN/APPROVE OF CLAIM AND REFERRAL FOR PM&R IME. PRIOR TO SCHEDULING PAYMENT, DCM TO CLARIFY SSD STATUS WITH CLMNT'S ATTORNEY.

**12/12/2016 2:05 PM - CLAIM Note 56**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : OUT
Text: [12/12/2016 - MURRAY, KIMBERLY]OVERTURN DENIAL. THE INFORMATION RECEIVED ON APPEAL MAY SUPPORT A LEVEL OF IMPAIRMENT TO PRECLUDE WORK CAPACITY - ADDITIONAL INVESTIGATION NEEDED. NOTIFIED ATTY.

**12/12/2016 12:12 PM - CLAIM Note 55**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : REVIEW
Text: [12/12/2016 - SNEIRSON, KARILANN]AGREE WITH OT

**12/12/2016 10:22 AM - CLAIM Note 54**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/12/2016 - MURRAY, KIMBERLY]FILE UNDER REVIEW. REPORTS REC'D. FILE W/MGR

**12/09/2016 4:27 PM - PHONE Note 17**
Claim/Event/Leave: 5482725

NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [12/09/2016 - SNEIRSON, KARILANN]RETURNING CALL. ACK'D HER CONCERNS WITH TIMEFRAME. DISCUSSED SOME FACTORS OF REFERRAL TIMING AND REVIEW. AGREED THAT I WOULD REVIEW FURTHER WITH ARC AND TALK AGAIN ON MONDAY.

**12/07/2016 7:55 AM - CLAIM Note 53**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : INVOICE PAID
Text: [12/07/2016 - MURRAY, KIMBERLY]SET UP PAYMENTS TO MES FOR TWO PEER REVIEWS. 1. INVOICE 31816158245, DATE: 12/05/2016 AMOUNT $1233.75 PM&R REVIEW. 2. INVOICE 31816158263, DATE: 12/05/2016, AMOUNT $1233. 75 PSYCHIATRY PEER REVIEW.

**11/23/2016 2:33 AM - CLAIM Note 52**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/22/2016 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**11/22/2016 11:29 AM - CLAIM Note 51**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : STATUS
Text: [11/22/2016 - MURRAY, KIMBERLY]FILE UNDER REVIEW. FILE REFERRED TO MES FOR PEER REVIEWS - PM&R AND PSYCH. MED RECORDS SENT.

**11/21/2016 9:17 AM - CLAIM Note 50**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : IN
Text: [11/21/2016 - PILAR, SARAH]ASSIGNED TO KIM MURRAY.

**11/19/2016 2:31 AM - CLAIM Note 49**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 11/18/2016 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**11/18/2016 2:12 PM - CLAIM Note 48**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [11/18/2016 - CAREY, LAUREN]CLAIM WILL BE REFERRED TO ARU AT THIS TIME.

**11/18/2016 11:54 AM - PHONE Note 16**
Claim/Event/Leave: 5482725
NoteSubject : Other Called
Other Subject :
Text: [11/18/2016 - AUSTIN, JESSICA]RCVD CALL FROM CLMNT'S ATTORNEY ASKING FOR UPDATE ON STATUS OF APPEAL. DCM ADVISED I WOULD F/U WITH HER LATER TODAY AND PROVIDE CONTACT INFO FOR APPEAL.

**11/18/2016 11:13 AM - PHONE Note 15**
Claim/Event/Leave: 5482725
NoteSubject : Other Called
Other Subject : CSR
Text: [11/18/2016 - MUDRICK, CARIN]ATTY FOR EE CALLED FOR APPEAL STATUS - DIRECTED HER TO DCM AS NO APPEAL CM AVAILABLE. WARM TRANSFER TO DCM FOR UP DT

**09/26/2016 9:55 AM - CLAIM Note 47**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Appeals
Other Subject : MNGR REVIEW
Text: [09/26/2016 - AUSTIN, JESSICA]DCM REC. REFERRAL TO ARU FOR ADDITIONAL INVESTIGATION. THE CLAIM WAS DENIED FOR NOT TD INITIAL BASED ON A PM&R PEER REVIEW WHICH CONCLUDED THAT IMPAIRMENT FROM SEDENTARY WAS NOT SUPPORTED AND A PSYCH REVIEW WITH OUTLINEDTHAT BASED ON THE INFORMATION RECEIVED, CLINICAL ASSESSMENT COULD NOT BE MADE BEYOND 11/15 DUE TO OUTSTANDING INFORMATION FROM PSYCH PROVIDERS. 56 YOM, PHARMACY MANAGER W/SED-LIGHT OCC. DX: LUMBAR DDD AND SPINAL STENOSIS, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, AS WELL AS DEPRESSION AND ANXIETY. ***ACCORDING TO THE CLMNT, HE IS CURRENTLY UNABLE TO WORK DUE TO A COMBINATION OF DEPRESSION/ANXIETY AND BACK PAIN. ***DCM REC. REFERRAL TO ARU TO REVIEW ADD'L INFORMATION FROM BOTH A PHYSICAL AND PSYCHIATRIC STANDPOINT.

**09/26/2016 9:42 AM - CLAIM Note 46**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject :
Text: [09/26/2016 - AUSTIN, JESSICA]RCVD COMPLETE APPEAL INFO FROM ATTRNY MERSCH. 107 PAGES OF INFORMATION

Text: [09/26/2016 - AUSTIN, JESSICA]RCVD COMPLETE APPEAL INFO FROM ATTRNY MERSCH. 107 PAGES OF INFORMATION IS SUBMITTED ON APPEAL, INCLUDED A FUNCTIONAL CAPACITY EVALUATION, SSD AWARD INFORMATION, ADDITIONAL MEDICAL INFO FROM DR. TAFRESHI, MENTAL HEALTH RECORDS FROM DYNAMICA FUTURES, AND UPDATED FORMS FROM THE CLMNT.

**09/21/2016 8:55 AM - CLAIM Note 45**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject :
Text: [09/21/2016 - AUSTIN, JESSICA]RCVD LETTER OF APPEAL FROM CLMNT'S ATTORNEY. EXHIBITS TO FOLLOW.

**09/12/2016 9:14 AM - PHONE Note 14**
Claim/Event/Leave: 5482725
NoteSubject : Other Called
Other Subject : ATTRNY
Text: [09/12/2016 - AUSTIN, JESSICA]RCVD CALL FROM JULIE MERSH, ATTRNY. SHE STATED THAT THEY DID NOT RECEIVE VIDEO SURVEILLANCE ON THUMB DRIVE AND ASKED THAT WE PLEASE SEND TO HER. ***DCM R/C AND LM ADVISING THAT THERE IS A LINK EMBEDDED IN THE SURVEILLANCE REPORT THAT SHOULD DIRECT HER TO THE VIDEO. ADVISED THAT IF IT DID NOT WORK, I COULD HAVE LINKS EMAILED TO HER OR SEND ON A DVD. ADVISED TO R/C OR EMAIL DCM TO LET ME KNOW THE BEST WAY.

**08/26/2016 10:46 AM - PHONE Note 13**
Claim/Event/Leave: 5482725
NoteSubject : Called Other
Other Subject : ATTRNY
Text: [08/26/2016 - AUSTIN, JESSICA]RCVD MESSAGE FROM JULIE MERSH'S OFFICE REGARDING CLAIM FILE. SHE ASKED IF STD INFO WAS ALSO CONTAINED IN COPY OF FILE.***DCM ATTEMPTED TO R/C AND LM ADVISING THAT THE STD INFO SHOULD BE INCLUDED, BUT IF SHE FEELS THERE IS MISSING INFORMATION TO PLEASE LET US KNOW.

**04/27/2016 9:45 AM - CLAIM Note 44**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : COPY OF FILE
Text: [04/27/2016 - AUSTIN, JESSICA]RESPONSE TO ATTORNEY, COPY OF FILE AND COPY OF LTD POLICY SENT TO ADMIN TO BE ISSUED 2 DAY MAIL.

**04/21/2016 3:17 PM - LIFE Note 1**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : COPY WORK
Text: [04/21/2016 - BRETON, CINDY]EXPORTED ENTIRE FILE TO THUMB DRIVE..PROVIDED TO TCMS JA

**04/20/2016 8:43 AM - CLAIM Note 43**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : CVS
Text: [04/20/2016 - AUSTIN, JESSICA]SENT E/M TO MLS AND TO ADMIN FOR COPY OF REVIEWING PROVIDERS CVS, AS REQUESTED BY ATTRNY.

**04/20/2016 8:28 AM - CLAIM Note 42**
Claim/Event/Leave: 5482725
NoteSubject : Appeal
Other Subject : LTR FROM ATTRNY
Text: [04/20/2016 - AUSTIN, JESSICA]RCVD LETTER OF APPEAL FROM ATTORNEY ASKING FOR COPY OF CLAIM FILE AND PERTINENT DOCUMENTS ETC

**03/18/2016 4:14 PM - CLAIM Note 41**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject :
Text: [03/18/2016 - DURLING, BARBARA]GIVEN MEDICAL AND VOCATIONAL ASSESSMENT, AGREE WITH DETERMINATION, CLMNT IS NOT TD OWN OCC

**03/15/2016 9:29 AM - CLAIM Note 40**
Claim/Event/Leave: 5482725
NoteSubject : Denied
Other Subject : MNGR REVIEW
Text: [03/15/2016 - AUSTIN, JESSICA]DCM REC. DENIAL FOR FTPP/NOT TD, BASED ON THE PM&R PEER REVIEW WHICH INDICATED THAT IMPAIRMENT FROM SEDENTARY WAS NOT SUPPORTED AND THE PSYCH PEER REVIEW WHICH CONCLUDED THAT ASSESSMENT COULD NOT BE MADE BEYOND 11/15 DUETO OUTSTANDING RECORDS FROM THE CLMNT'S PSYCH PROVIDERS.*** DOD 07/15/2015, LTD BBD 1/20/16. 56 YOM, PHARMACY MANAGER W/SED-LIGHT OCC. DX: LUMBAR DDD AND SPINAL STENOSIS, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, AS WELL AS DEPRESSION AND ANXIETY. ***ACCORDING TO THE CLMNT, HE IS CURRENTLY UNABLE TO WORK DUE TO A COMBINATION OF DEPRESSION/ANXIETY AND BACK PAIN. THE CLMNT IS CURRENTLY TREAT WITH DR. TAFRESHI, PCP, WHO HAS BEEN CERTIFYING INABILITY TO WORK, PRIMARILY FOR PSYCH SYMPTOMS, DR.GARBER, ORTHO SX, AND AT DYNAMIC FUTURES FOR PSYCH AND THERAPY. ***WITH REGARDS TO THE CLMNT'S PSYCHIATRIC CONDITION, A CP REVIEW WAS COMPLETED UNDER THE STD CLAIM IN 10/15, AT WHICH TIME IT WAS CONCLUDED THAT THE CLMNT WOULD BE IMPAIRED FROM

WORKINGTHROUGH APPROXIMATELY 11/15/15. UPDATED RECORDS WERE REQUESTED FROM THE CLMNT'S PSYCHIATRIC PROVIDERS, HOWEVER NOTHING WAS RECEIVED. THE FILE WAS REFERRED FOR A CP ADDENDUM TO REVIEW INFO RCVD FROM THE CLMNT'S PCP, DR. TAFRESHI. ACCORDING TO THE 3/16 REPORT, THE UPDATED RECORDS DO NOT SUPPORT ONGOING IMPAIRMENT FROM A PSYCH STANDPOINT, AND ADD'L RECORDS FROM THE CLMNT'S PSYCHIATRIC PROVIDERS WOULD NEED TO BE OBTAINED IN ORDER TO RENDER FURTHER ASSESSMENT.***WITH REGARDS TO THE CLMNT'S BACK CONDITIONS, A PM&R PEER REVIEW WAS COMPLETED IN 2/16 WHICH CONCLUDED THAT BASED ON THE RECORDS REVIEWED, THE CLMNT HAS AT LEAST FULL-TIME SEDENTARY WORK CAPACITY. THE REPORT ALSO NOTED THAT THE SURVEILLANCE IS INCONSISTENT WITH THE CLMNT'S REPORTS OF PAIN AS A 10/10 AS HE WAS OBSERVED MOVING SMOOTHLY AND WITH NO INDICATIONS OF DISCOMFORT. THE PHYSICIAN REVIEWING THE FILE CONTACTED DR. GARBER, WHO'S OFFICE INDICATED THAT HE HAD NOT SEEN THE CLMNT SINCE 9/15 AND HAD NOTHING TO COMMENT. THIS REVIEW WASCONSISTENT WITH THE FINDINGS IN A PREVIOUS PEER REVIEW COMPLETED DURING THE STD CLAIM AND ALSO CONSISTENT WITH THE OPINION RENDERED IN PM&R CONSULT. ***SINCE THE PSYCH REPORT CONCLUDED THAT WITHOUT UPDATED A RECORDS, AND ASSESSMENT REGARDING PSYCH IMPAIRMENT CANNOT BE RENDERED, AND THE PM&R REVIEWS HAVE CONCLUDED THAT THE CLMNT HAS AT LEAST FULL-TIME SEDENTARY CAPACITY, AND DR. GARBER HAS STATED HE IS NO LONGER SEEING THE CLMNT HAS NOTHING TO ADD, THE CLAIM IS DENIED FOR BOTH FAILURE TO PROVIDEPROOF AND NOT TD.

**03/15/2016 8:52 AM - CLAIM Note 39**
Claim/Event/Leave: 5482725
NoteSubject : Peer Review
Other Subject : PSYCH
Text: [03/15/2016 - AUSTIN, JESSICA]RCVD PSYCH CP REVIEW DATED 3/14/16. ACCORDING TO THE REPORT, THE INTERIM RECORDS DO NOT INCLUDE AN UPDATED ASSESSMENT OF THE SCOPE / SEVERITY OF DEPRESSIVE SYMPTOMS BEYOND HIS REPORT OF DEPRESSED MOOD, SLEEP DISTURBANCE (WHICH MAY ALSO BE ASSOCIATED WITH CHRONIC PAIN), AND COGNITIVE PROBLEMS. ALTHOUGH THE CLAIMANT REPORTED ANXIOUS MOODS WITH FREQUENT PANIC ATTACKS, THE RECORDS DO NOT PROVIDE ANY DESCRIPTION OF ANY ASSOCIATED BEHAVIORAL CHANGES OR PSYCHIATRICALLY BASED FUNCTIONAL IMPAIRMENT. THE MEDICAL RECORD DOCUMENTATION DOES NOT INCLUDE ANY MENTAL STATUS OR COGNITIVE ASSESSMENT DATA THAT WOULD SUPPORT THE PRESENCE OF COGNITIVE IMPAIRMENT. NO EVALUATION / TREATMENT RECORDS FROM MENTAL HEALTH SPECIALISTS ARE AVAILABLE FOR REVIEW. THE MEDICAL RECORD DOCUMENTATION PROVIDES INSUFFICIENT SUPPORT FOR THE PRESENCE OF CONTINUED PSYCHIATRICALLY-BASED FUNCTIONAL IMPAIRMENT OR ASSOCIATED NEED FOR OCCUPATIONAL RESTRICTIONS / LIMITATIONS BEYOND APPROXIMATELY 11/15/15.

**03/10/2016 1:22 PM - CLAIM Note 38**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : E/M TO CP
Text: [03/10/2016 - AUSTIN, JESSICA]SENT E/M TO CP FOR UPDATE ON STATUS OF REVIEW

**02/29/2016 8:23 AM - CLAIM Note 37**
Claim/Event/Leave: 5482725
NoteSubject : Peer Review
Other Subject : PM&R
Text: [02/29/2016 - AUSTIN, JESSICA]RCVD PM&R PEER REVIEW FROM MLS DATED 2/25/16. ACCORDING TO THE REPORT, THE CLMNT IS CAPABLE OF FULL-TIME SEDENTARY WORK CAPACITY. DR. GARBER WAS CONTACTED AND STATED THAT HE LAST SAW THE CLMNT IN 9/15, AND HAS NOTHING TOADD AT THIS TIME.

**02/27/2016 2:35 AM - CLAIM Note 36**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/26/2016 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**02/26/2016 10:45 AM - PHONE Note 12**
Claim/Event/Leave: 5482725
NoteSubject : EE Called
Other Subject : LEFT MESSAE
Text: [02/26/2016 - AUSTIN, JESSICA]EE CALLED AND LM ASKING FOR R/C REGARDING OUTSTANDING RECORDS. ***DCM ATTEMPTED TO R/C AND LM ADVISING THAT AT THIS TIME WE HAD STILL NOT RCVD UPDATED INFO FROM DYNAMIC FUTURES, ADVISED THAT IF INFORMATION WAS RCVD, IT WOULD BE FORWARDED TO CP FOR REVIEW.

**02/22/2016 1:37 PM - PHONE Note 11**
Claim/Event/Leave: 5482725
NoteSubject : EE Called
Other Subject : LEFT MESSAGE
Text: [02/22/2016 - AUSTIN, JESSICA]EE CALLED AND LEFT MESSAGE ASKING IF EVERYTHING HAD BEEN RCVD.***DCM ATTEMPTED TO R/C AND LM ADVISING WE RCVD EVERYTHING EXCEPT FOR RECORDS FROM DYNAMIC FUTURES. ADVISED THAT SINCE DEADLINE HAS EXPIRED, WE ARE HAVING FILE REVIEWED BASED ON THE INFO CURRENTLY ON FILE. ADVISED TO R/C WITH ANY QUESTIONS.

**02/18/2016 2:33 AM - CLAIM Note 35**
Claim/Event/Leave: 5482725
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/17/2016-REFERRAL RECEIVED BY VCM AND ASSIGNED TO VOCE, AMANDA. CLAIM/AS EVENT IS PENDING REVIEW.

**02/18/2016 2:33 AM - CLAIM Note 34**

**02/18/2016 2:33 AM - CLAIM Note 34**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/17/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**02/18/2016 2:33 AM - CLAIM Note 33**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/17/2016 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**02/18/2016 2:33 AM - CLAIM Note 32**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/17/2016 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**02/17/2016 12:52 PM - CLAIM Note 31**
Claim/Event/Leave: 5482725
NoteSubject : Voc Rehab
Other Subject : OA
Text: [02/17/2016 - VOCE, AMANDA]OA REPORT COMPLETED AND ADDED TO THE DOC LIST.

**02/17/2016 11:27 AM - CLAIM Note 30**
Claim/Event/Leave: 5482725
NoteSubject : Action Plan
Other Subject :
Text: [02/17/2016 - AUSTIN, JESSICA]FILE REFERRED FOR PM&R ADDENDUM TO COMMENT ON ADD'L RECORDS AND CURRENT LEVEL OF IMPAIRMENT--THE PREVIOUS REVIEW OUTLINED NO RESTRICTIONS. ***FILE ALSO REFERRED FOR PSYCH CP ADDENDUM AS THE PREVIOUS REVIEW INDICATED THATIMPAIRMENT WAS SUBSTANTIATED THROUGH 11/15; HOWEVER WE HAVE ONLY RCVD RECORDS FROM THE CLMNT'S PCP BEYOND THAT DATE AND NONE OF THE RECORDS FROM THE CLMNT'S PSYCH PROVIDERS, DYNAMIC FUTURES, WERE RCVD.

**02/17/2016 10:15 AM - CLAIM Note 29**
Claim/Event/Leave: 5482725
NoteSubject : Action Plan
Other Subject : CC
Text: [02/17/2016 - AUSTIN, JESSICA]FILE REVIEWED IN PM&R CC W/LMCP MONTI WHO OPINED THAT THE MEDICAL RECORDS ON FILE DO NOT SUPPORT IMPAIRMENT FROM WORKING, THE ONLY RESTRICTION THE CLMNT WOULD POTENTIALLY HAVE IS NO HEAVY LIFTING. DCM TO REFER FILE TO MLS FOR PM&R ADDENDUM TO REVIEW ANY ADD'L INFO AND CONFIRM CURRENT WORK CAPACITY.

**02/04/2016 3:38 PM - CLAIM Note 28**
Claim/Event/Leave: 5482725
NoteSubject : Med Records Rcvd
Other Subject : DR. TAFRESHI
Text: [02/04/2016 - AUSTIN, JESSICA]RCVD MED RECORDS DATED 9/9/15-1/28/16

**02/03/2016 3:35 PM - PHONE Note 10**
Claim/Event/Leave: 5482725
NoteSubject : Called AP
Other Subject : DYNAMIC FUTURES
Text: [02/03/2016 - AUSTIN, JESSICA]CALLED DYNAMIC FUTURES AND LM WITH OFFICE ASKING FOR STATUS OF REQUEST OF RECORDS, PROVIDED FAX AND PHONE NUMBER.

**02/03/2016 3:30 PM - PHONE Note 9**
Claim/Event/Leave: 5482725
NoteSubject : EE Called
Other Subject :
Text: [02/03/2016 - AUSTIN, JESSICA]EE R/C AND ADVISED THAT HE HAS NOT SEEN DR. GARBER SINCE 9/15, HE IS LOOKING FOR 2ND OPINION REGARDING SX. HE STATED THAT HE THOUGH DR. TAFRESHI SENT EVERYTHING OVER IN 12/15, BUT HE WILL CALL AND ASK HIM TO SEND AGAIN.HE ASKED THAT I F/U WITH DYNAMIC FUTURES B/C HE THOUGHT THEY HAD SENT INFO ALSO, DCM AGREED. DCM ASKED IF IT WAS CURRENTLY NECK PAIN OR ANXIETY THAT WAS KEEPING HIM OUT OF WORK, HE ADVISED IT WAS A COMBINATION OF BOTH. HE STATED HE IS HAVING PANIC ATTACKS 1-5 TIMES PER DAY AND TAKING XANAX PRN APPROXIMATELY 3 X PER DAY. HE IS ALSO TAKING REMERON AND GABAPENTIN. HE STATED THAT HIS NECK PAIN IS SO BACK THAT IT RADIATES THROUGH HIS BODY AND CAUSING MIGRAINE HEADACHES. HE STATED HE IS NOT ABLE TO STAND FOR MORE THAN 10 MINUTES OR BEND HIS HEAD FORWARD. EE STATED HE WAS WORKING 4 10 HR SHIFTS PRIOR TO GOING OUT OF WORK, BUT WAS DRIVING FROM VEGAS TO HAWTHORNE AND STAYING OVER FOR THE WEEK, AND THEN DRIVING HOME, WHICH WAS TIRING. HE STATED HE DOES NOT KNOW IF HE WILL RTW, BUT CANNOT IN THE STATE THAT HE IS IN RIGHT NOW. HE STATED THAT HE IS SINGLE AND LIVES ON HIS OWN, HAS NOT APPLIED FOR ANY OTHER BENEFITS, AND IS NOT WORKING IN ANY OTHER CAPACITY. DCM CONFIRMED EXTENSION THRU 2/10, BUT WEWOULD NEED TO MAKE DECISION AT THAT POINT. EE EXPRESSED UNDERSTANDING AND THANKED ME FOR ASSISTANCE.

**02/03/2016 3:07 PM - PHONE Note 8**
Claim/Event/Leave: 5482725

NoteSubject : Called EE
Other Subject :
Text: [02/03/2016 - AUSTIN, JESSICA]CALLED EE AND LEFT DETAILED MESSAGE ADVISING THAT WE DID RECEIVE PT RECORDS, BUT WE HAVE NOT RECEIVED ANYTHING FROM DYNAMIC FUTURES, DR. TAFRESHI, OR ANYTHING AFTER 9/15 FROM DR. GARBER. ADVISED WE WOULD PROVIDE EXTENSION THRU 2/10, BUT IF NOT RCVD WOULD NEED TO MAKE DECISION BASED ON INFO ON FILE.

**01/26/2016 9:58 AM - CLAIM Note 27**
Claim/Event/Leave: 5482725
NoteSubject : Med Records Rcvd
Other Subject : PT
Text: [01/26/2016 - AUSTIN, JESSICA]RCVD PT RECORDS FROM KELLY HAWKINS DATED 8/15-12/15

**01/19/2016 9:36 AM - PHONE Note 7**
Claim/Event/Leave: 5482725
NoteSubject : AP Called
Other Subject : PT
Text: [01/19/2016 - AUSTIN, JESSICA]RCVD VM FROM KELLY HAWKINS PT THAT THEY COULD NOT LOCATE AUTH---ASKED THAT WE RESEND[01/19/2016 - AUSTIN, JESSICA]***COPY OF AUTH SENT VIA RIGHT FAX AT THIS TIME.

**01/11/2016 2:58 PM - PHONE Note 6**
Claim/Event/Leave: 5482725
NoteSubject : Called EE
Other Subject :
Text: [01/11/2016 - AUSTIN, JESSICA]CALLED EE AND LM ADVISING THAT I RE-SENT REQUEST TO DYNAMIC FUTURES, AND TO ALL OTHER PROVIDERS AS WELL. ADVISED WE HAVE RECORDS FROM DR. GARBER THROUGH 9/15, BUT ARE STILL IN NEED OF RECORDS FROM DR. TAFRESHI AND DR. GARBER FROM 9/15-PRESENT. LM FOR R/C TO DISCUSS.

**01/11/2016 2:20 PM - CLAIM Note 26**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : FAX CONF
Text: [01/11/2016 - AUSTIN, JESSICA]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DYNAMIC FUTURES AT 702-925-5608. ---------------------------------------------------------------- TIME: 1/11/2016 2:18:03 PM SENT TO 702-925-5608 WITH REMOTE ID 17029255608 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 7 ELAPSED TIME: 02:03 ON CHANNEL 6

**01/11/2016 2:20 PM - PHONE Note 5**
Claim/Event/Leave: 5482725
NoteSubject : EE Called
Other Subject :
Text: [01/11/2016 - AUSTIN, JESSICA]EE CALLED AND LM STATING THAT DYNAMIC FUTURES TOLD HIM THAT THEY NEVER RCVD OUR REQUEST. HE ASKED THAT WE RE-FAX REQUEST TO 702-925-5608.***DCM RE-FAXED REQUEST USING RIGHT FAX, HOWEVER THIS WAS THE SAME FAX NUMBER USEDBEFORE.

**01/04/2016 10:08 AM - CLAIM Note 25**
Claim/Event/Leave: 5482725
NoteSubject : Med Records Rcvd
Other Subject : DR. GARBER
Text: [01/04/2016 - AUSTIN, JESSICA]RCVD RECORDS FROM DR. GARBER (NEUROSX) DATED 7/16/15-9/17/15, INCLUDING ASSESSMENT OF MRI RESULTS.[01/04/2016 - AUSTIN, JESSICA]***CORRECTION: INCLUDED X-RAY RESULTS AND REFERRAL FOR MRI.

**12/18/2015 3:31 PM - CLAIM Note 24**
Claim/Event/Leave: 5482725
NoteSubject : LTR to AP
Other Subject : 2ND REQUEST
Text: [12/18/2015 - AUSTIN, JESSICA]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DYNAMIC FUTURES AT (702) 925-5608. ------------------------------------------------------------------ TIME: 12/18/2015 3:28:03 PM SENT TO (702) 925-5608 WITH REMOTE ID 17029255608RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 7 ELAPSED TIME: 02:03 ON CHANNEL 22

**12/18/2015 3:31 PM - CLAIM Note 23**
Claim/Event/Leave: 5482725
NoteSubject : LTR to AP
Other Subject : 2ND REQUEST
Text: [12/18/2015 - AUSTIN, JESSICA]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. JASON GARBER AT (702) 835-0085. ------------------------------------------------------------------ TIME: 12/18/2015 3:27:39 PM SENT TO (702) 835-0085 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:08 ON CHANNEL 23

**12/18/2015 3:29 PM - CLAIM Note 22**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : FAX CONF
Text: [12/18/2015 - AUSTIN, JESSICA]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO KELLY HAWKINS PT AT (702) 438-4550. ------------------------------------------------------------------ TIME: 12/18/2015 3:25:50 PM SENT TO (702) 438-4550 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:54 ON CHANNEL 19

**12/18/2015 3:28 PM - CLAIM Note 21**

12/18/2015 3:26 PM - CLAIM Note 21
Claim/Event/Leave: 5482725
NoteSubject : LTR to AP
Other Subject : 2ND REQUEST
Text: [12/18/2015 - AUSTIN, JESSICA]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. TAFRESHI AT (702) 258-4244. ------------------------------------------------------------ TIME: 12/18/2015 3:26:59 PM SENT TO (702) 258-4244 WITH REMOTE ID 702 258 4244 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:01 ON CHANNEL 43

**11/30/2015 11:35 AM - PHONE Note 4**
Claim/Event/Leave: 5482725
NoteSubject : Called EE
Other Subject :
Text: [11/30/2015 - AUSTIN, JESSICA]ATTEMPTED TO CALL EE TO DISCUSS CLAIM, LM FOR R/C.

**11/03/2015 9:16 AM - CLAIM Note 20**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : REVIEW
Text: [11/03/2015 - SULLIVAN, ERIN]INITIAL PAYMENT CALCULATION REVIEW COMPLETED AND APPROVED ON BEHALF OF PAYMENT SERVICES MANAGER

**11/02/2015 3:55 PM - CLAIM Note 19**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [11/02/2015 - PACH, SAUL]SET UP SCHEDULED PAYMENT BASED ON EARNING SPREADSHEET: PAY PERIOD ENDING 7/11/2015 $2,144.00 / 32 HRS = $67.00 PH X 40 X 52 / 12 = REG MONTHLY $11,613.33 **** 2014 BONUSES $221.05 / 12 = $18.42 MONTHLY *** REG MONTHLY $11,613.33 + 2014 BONUSES $18.42 = BME $11,631.75 THE BENEFIT IS 60% OR $6979.05. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**10/28/2015 2:23 PM - CLAIM Note 18**
Claim/Event/Leave: 5482725
NoteSubject : Med Records Rcvd
Other Subject : DR. TAFRESHI
Text: [10/28/2015 - AUSTIN, JESSICA]RCVD UPDATED OOW NOTE FROM AP. HE IS STILL UNABLE TO WORK AND HAS OV W/THERAPIST ON 11/3, AT WHICH TIME HE WILL BE REFERRED TO A PSYCHIATRIST.

**10/26/2015 2:57 PM - CLAIM Note 17**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject : ER EMAIL
Text: [10/26/2015 - PACH, SAUL]JULIE.CLARK@SAFEWAY.COM *** GOOD MORNING, I M A PAYMENT SPECIALIST IN THE PAYMENT SERVICES DEPARTMENT WITHIN DISABILITY CLAIMS AT LIBERTY LIFE ASSURANCE COMPANY AND AM CONTACTING YOU FOR SALARY VERIFICATION REGARDING THE LTD CLAIM FOR ABOLFAZL, EMP # 9865868, DOB CAN YOU PLEASE PROVIDE THE FOLLOWING: PLEASE VERIFY IF THE ABOVE EMPLOYEE IS SALARIED OR HOURLY FOR SALARIED EMPLOYEES: PLEASE PROVIDE A COPY OF THE EMPLOYEE S EARNINGS STATEMENT ENDING PRIOR TO, BUT NOT INCLUDING, THE DISABILITY DATE OF 7/15/2015 PLEASE PROVIDE A REPORT OF ALL BONUSES PAID FOR THE PERIOD OF 1/1/2014 12/31/2014. FOR HOURLY EMPLOYEES: PLEASE PROVIDE AN EARNINGS REPORT FOR THE PERIOD OF 4/22/2015 THRU 7/14/2015. PLEASE PROVIDE A REPORT OF ALL BONUSES PAID FOR THE PERIOD OF 1/1/2014 12/31/2014. PLEASE CONTACT ME WITH ANY QUESTIONS. THANK YOU,

**10/22/2015 2:21 PM - CLAIM Note 16**
Claim/Event/Leave: 5482725
NoteSubject : Action Plan
Other Subject : PENDED
Text: [10/22/2015 - AUSTIN, JESSICA]DOD 07/15/2015, LTD BBD 1/20/16. 56 YOM, PHARMACY MANAGER. DX: LUMBAR DDD AND SPINAL STENOSIS AS WELL AS DEPRESSION AND ANXIETY. THE STD CLAIM WAS REFERRED FOR A PM&R PEER REVIEW, WHICH CONCLUDED THAT NO RESTRICTIONS ARESUPPORTED WITH REGARDS TO THE CLMNT'S PHYSICAL CONDITION DUE TO MINIMAL TEST/EXAM FINDINGS. A COPY OF THIS REVIEW HAS BEEN FORWARDED TO DR. TAFRESHI FOR COMMENT. A PSYCH REVIEW WAS ALSO COMPLETED WHICH CONCLUDED THAT IMPAIRMENT FROM PSYCH WAS SUPPORTED THRU APPROX. 11/15/15. ***DCM HAS REFERRED FOR SURVEILLANCE AND WILL REQUEST UPDATED RECORDS IN 11/15. IF DR. TAFRESHI AGREES WITH PM&R REPORT, WILL ONLY EVALUATE FOR PSYCH.

**10/22/2015 2:17 PM - PHONE Note 3**
Claim/Event/Leave: 5482725
NoteSubject : Called EE
Other Subject :
Text: [10/22/2015 - AUSTIN, JESSICA]ATTEMPTED TO CALL EE FOR ICP, LM FOR R/C.

**10/22/2015 2:29 AM - CLAIM Note 15**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 10/21/2015 - REFERRED TO CVI, INC. FOR SIU VENDOR SERVICES.

**10/21/2015 10:40 AM - CLAIM Note 14**
Claim/Event/Leave: 5482725

NoteSubject : LTR to AP
Other Subject : DR. TAFRESHI
Text: [10/21/2015 - AUSTIN, JESSICA]SENT COPY OF PEER REVIEW TO DR. TAFRESHI FOR COMMENT

**10/21/2015 10:30 AM - CLAIM Note 13**
Claim/Event/Leave: 5482725
NoteSubject : Peer Review
Other Subject :
Text: [10/21/2015 - AUSTIN, JESSICA]RCVD 10/19/15 PM&R PEER REVIEW WHICH INDICATED THAT THE CLAIMANT IS DIAGNOSED WITH DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC, SPINAL STENOSIS OF THE LUMBAR SPINE, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, ANXIETY AND PURE HYPERGLYCERIDEMIA. THESE FINDINGS ARE MILD IN SEVERITY AND GIVEN THE ABSENCE OF ANY QUANTIFIABLE OBJECTIVE MEASUREMENTS, INSTABILITY, OR FINDINGS ON MRI THAT WOULD PLACE THE CLAIMANT AT INCREASED RISK OF INJURY, THE CLAIMANT ISNOT FUNCTIONALLY IMPAIRED AND THEREFORE RESTRICTIONS AND LIMITATIONS ARE NOT SUPPORTED.

**10/21/2015 10:27 AM - CLAIM Note 12**
Claim/Event/Leave: 5482725
NoteSubject : Peer Review
Other Subject :
Text: [10/21/2015 - AUSTIN, JESSICA]RCVD NEUROPSYCH CP REVIEW WHICH CONCLUDED THAT IMPAIRMENT WAS SUPPORTED THRU AT LEAST 11/15/15 DUE TO SYMPTOMS RELATED TO MAJOR DEPRESSION.

**10/16/2015 2:18 PM - PHONE Note 2**
Claim/Event/Leave: 5482725
NoteSubject : EE Called
Other Subject : CLAIM
Text: [10/16/2015 - SPROUS, TRACEY]P/C FROM EE REGARDING CLAIM STATUS. ADVISED EE CLAIM IS PENDING MEDICAL REVIEW. EE WANTED TO CONFIRM IF LTD CLAIM FORMS WERE MAILED. ADVISED EE MAILED OUT ON 11/9/15. ADVISED EE ALSO HAS NEW DCM JESSICA AUSTIN. GAVE EE NEW ADCM EXT. CALL CONCLUDED.

**10/13/2015 2:29 AM - CLAIM Note 11**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SAUL PACH.

**10/13/2015 2:28 AM - CLAIM Note 10**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/11/2015 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**10/13/2015 2:28 AM - CLAIM Note 9**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/11/2015 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**10/13/2015 2:28 AM - CLAIM Note 8**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INITIAL PAYMENT CALC.

**10/12/2015 12:36 PM - CLAIM Note 7**
Claim/Event/Leave: 5482725
NoteSubject : Other
Other Subject :
Text: [10/12/2015 - DURLING, BARBARA]ASSIGNED TO JESSICA AUSTIN

**10/11/2015 5:00 PM - CLAIM Note 6**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : MLS FOR PM&R RVW
Text: [10/11/2015 - LEVITT, STEPHAN]CLAIM REFERRED THRU SCORE TO MLS FOR PM&R PEER RVW.

**10/11/2015 4:53 PM - CLAIM Note 5**
Claim/Event/Leave: 5482725
NoteSubject : Ref to Other
Other Subject : PS
Text: [10/11/2015 - LEVITT, STEPHAN]CLAIM REFERRED THROUGH SCORE TO PS FOR INITIAL PAYMENT CALC.

**10/09/2015 7:33 PM - CLAIM Note 4**
Claim/Event/Leave: 5482725
NoteSubject : Med Records Rcvd
Other Subject : DR. GARBER

Other Subject : DR. GARBER
Text: [10/09/2015 - LEVITT, STEPHAN]RECEIVED MEDICAL RECORDS FROM THE OFFICE OF DR. GARBER FOR THE PERIOD OF 8/26/15 THRU 9/17/15.

**10/09/2015 5:38 PM - CLAIM Note 3**
Claim/Event/Leave: 5482725
NoteSubject : LTR to AP
Other Subject : DR. GARBER
Text: [10/09/2015 - LEVITT, STEPHAN]I FAXED DR. GARBER A REQUEST FOR MEDICAL RECORDS FROM 8/1/15 TO PRESENT.

**10/09/2015 5:34 PM - CLAIM Note 2**
Claim/Event/Leave: 5482725
NoteSubject : LTR to EE
Other Subject : N&P MEDS & FORMS
Text: [10/09/2015 - LEVITT, STEPHAN]I SENT EE N&P FOR LTD FORMS AND ANY MEDS FROM 8/1/15 TO PRESENT FROM ANY PROVIDERS OTHER THAN DR. TAFRESHI.

**10/09/2015 5:28 PM - CLAIM Note 1**
Claim/Event/Leave: 5482725
NoteSubject : Action Plan
Other Subject : PENDING
Text: [10/09/2015 - LEVITT, STEPHAN]EE IS A 56 YOM PHARMACY MANAGER FOR SAFEWAY. DOH WAS 4/15/13 AND EDOC WAS 6/1/13 FOLLOWING EWP OF 1ST OF MONTH FOLLOWING 30 DAYS. EE IS IN CLASS 1E WITH 60% BENEFIT AND EE PAYS THE CONTRIBUTIONS. LDW WAS 7/11/15 AND DOD WAS DETERMINED AS 7/15/15. EP IS GREATER OF STD OR 180 DAYS. LTD BBD IS 1/20/16. 24 MONTHS OWN OCC BENEFIT WITH CID TO ANY OCC 1/20/18. THERE IS A PSYCH COMPONENT AND M&N MAX WOULD BE 1/19/18 DUE TO 24 MONTH M&N MAX. MAX DURATION FOR PHYSICALIS 7/31/2025. PRE-EX IS 12/3/12 AND NOT WARRANTED. ************* DX OF PAIN IN NECK, BACK AND HANDS. EE IS ALSO DIAGNOSED WITH ANXIETY AND PANIC ATTACKS. THERE HAS BEEN NO SURGERY PERFORMED AND SURGERY IS NOT SCHEDULED. EE STATES R&LS ARE PERMANENT AND EE DOES NOT EXPECT TO RTW NOW OR IN THE FUTURE. STD CLAIM REFERRED FOR NEUROPSYCH LMCP REVIEW. DCM WILL ALSO REFER TO PM&R FOR FILE REVIEW. DCM WILL SEND EE N&P FOR LTD FORMS. F/U FOR RECEIPT OF NEUROPSYCH RVW, PM&R RVW AND FORMS BY 10/30/15. ALL INFO DUE BY 10/30/15 AND DUE BY 11/22/15.

**10/09/2015 5:20 PM - PHONE Note 1**
Claim/Event/Leave: 5482725
NoteSubject : Called EE
Other Subject : LEFT MESSAGE
Text: [10/09/2015 - LEVITT, STEPHAN]I CALLED EE AT AND RECEIVED VOICEMAIL. I ASKED FOR A RETURN CALL TO DISCUSS CLAIM. I ASKED IF EE HAS TREATED WITH ANY OTHER PROVIDERS THAN DR. TAFRESHI. WE HAVE RECEIVED MEDICAL RECORDS THROUGH THE ENDOF 9/2015 FROM DR. TAFRESHI, BUT NO OTHER PROVIDERS AND HIS STD CLAIM IS UNDER REVIEW CURRENTLY. I PROVIDED MY CONTACT INFO AND ASKED FOR A RETURN CALL TO DISCUSS THE CLAIM.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 3480001 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type; Note Number; ● Note Date/Time; Accm. No.

Sec ●

**04/21/2016 3:17 PM - LIFE Note 1**
Claim/Event/Leave: 3480001
NoteSubject : Other
Other Subject : COPY WORK
Text: [04/21/2016 - BRETON, CINDY]EXPORTED ENTIRE FILE TO THUMB DRIVE..PROVIDED TO TCMS JA

**04/20/2016 2:35 PM - CLAIM Note 34**
Claim/Event/Leave: 3480001
NoteSubject : Other
Other Subject : E/M TO ADMIN
Text: [04/20/2016 - AUSTIN, JESSICA]SENT E/M TO ADMIN REQUESTING COPY OF FILE

**11/30/2015 11:36 AM - CLAIM Note 33**
Claim/Event/Leave: 3480001
NoteSubject : Status Report
Other Subject :
Text: APPROVED THRU 1/19/16 AND CLOSED FOR MAX DUR/TO LTD.

**11/30/2015 11:36 AM - CLAIM Note 32**
Claim/Event/Leave: 3480001
NoteSubject : Extended Benefits
Other Subject : AND CLOSE
Text: [11/30/2015 - AUSTIN, JESSICA]EXT BENS THRU 1/19/16 AND CLOSE FOR MAX DUR/TO LTD AS THE CLMNT HAS NOT BEEN RELEASED TO RTW.

**11/24/2015 2:49 PM - CLAIM Note 31**
Claim/Event/Leave: 3480001
NoteSubject : Extended Benefits
Other Subject :
Text: [11/24/2015 - AUSTIN, JESSICA]EXT BENS THRU 12/5/15 AS THE CLMNT IS STILL OUT OF WORK AND HAS JUST BEGUN TREATMENT WITH THERAPIST.

**10/21/2015 10:38 AM - CLAIM Note 30**
Claim/Event/Leave: 3480001
NoteSubject : Other
Other Subject :
Text: [10/21/2015 - AUSTIN, JESSICA]SINCE NO RESPONSE WAS RCVD FROM PROVIDER, COPY OF PM&R PEER REVIEW SENT TO DR. TAFRESHI FOR RESPONSE.

**10/21/2015 10:31 AM - CLAIM Note 29**
Claim/Event/Leave: 3480001
NoteSubject : Peer Review
Other Subject :
Text: [10/21/2015 - AUSTIN, JESSICA]RCVD 10/19/15 PM&R PEER REVIEW WHICH INDICATED THAT THE CLAIMANT IS DIAGNOSED WITH DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC, SPINAL STENOSIS OF THE LUMBAR SPINE, DEGENERATION OF CERVICAL INTERVERTEBRAL DISC, ANXIETY AND PURE HYPERGLYCERIDEMIA. THESE FINDINGS ARE MILD IN SEVERITY AND GIVEN THE ABSENCE OF ANY QUANTIFIABLE OBJECTIVE MEASUREMENTS, INSTABILITY, OR FINDINGS ON MRI THAT WOULD PLACE THE CLAIMANT AT INCREASED RISK OF INJURY, THE CLAIMANT ISNOT FUNCTIONALLY IMPAIRED AND THEREFORE RESTRICTIONS AND LIMITATIONS ARE NOT SUPPORTED.

**10/20/2015 8:49 AM - CLAIM Note 28**
Claim/Event/Leave: 3480001
NoteSubject : Extended Benefits
Other Subject :
Text: [10/20/2015 - AUSTIN, JESSICA]EXT BENS THRU 11/15/15 BASED ON REC. OUTLINED IN LMCR REVIEW

Text: [10/20/2015 - AUSTIN, JESSICA]EXT BENS THRU 11/15/15 BASED ON REC. OUTLINED IN LMCP REVIEW.

**10/20/2015 8:49 AM - CLAIM Note 27**
Claim/Event/Leave: 3480001
NoteSubject : Peer Review
Other Subject :
Text: [10/20/2015 - AUSTIN, JESSICA]RCVD NEUROPSYCH CP REVIEW WHICH CONCLUDED THAT IMPAIRMENT WAS SUPPORTED THRU AT LEAST 11/15/15 DUE TO SYMPTOMS RELATED TO MAJOR DEPRESSION.

**10/19/2015 10:35 AM - CLAIM Note 26**
Claim/Event/Leave: 3480001
NoteSubject : Action Plan
Other Subject :
Text: [10/19/2015 - AUSTIN, JESSICA]UPON REVIEW OF CLAIM, IT IS UNCLEAR AS TO WHY FILE WAS REFERRED FOR NEUROPSYCH REVIEW. E/M SENT TO ADMIN TO CANCEL NEUROPSYCH REVIEW AT THIS TIME.

**10/19/2015 10:18 AM - CLAIM Note 25**
Claim/Event/Leave: 3480001
NoteSubject : Extended Benefits
Other Subject :
Text: [10/19/2015 - AUSTIN, JESSICA]EXT BENS WHILE AWAITING RESULTS OF PEER REVIEWS

**10/12/2015 11:44 AM - MDS Note**
Claim/Leave: 3480001
Episode #: 2
Nurse Name: WARD, MELISSA
Service #: 16125316
Service Date: 10/12/2015
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: CLAIM DISCUSSED WITH DCM, FILE HAS BEEN REFERRED FOR PEER REVIEWS. FILE REMOVED FROM ASSIGNMENT.

**10/09/2015 4:18 PM - CLAIM Note 24**
Claim/Event/Leave: 3480001
NoteSubject : Escalation
Other Subject : REVIEW
Text: [10/09/2015 - BAINTER, PAUL]REVIEWED ON BEHALF OF M1, AGREE WITH ESCALATION TO SEVERE DCM

**10/09/2015 10:17 AM - CLAIM Note 23**
Claim/Event/Leave: 3480001
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [10/09/2015 - TUCKER, RYAN]STD MAX 01/19/2016, APPROVED THROUGH 10/01/2015, EE IS A 56 YOM. EE OOW DUE TO DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC; GENERALIZED ANXIETY DISORDER; JD RQ. ERTW UNK; BASED ON TCTM RECC, DCM FINDS IT REASONABLE TO ESC CLAIM TO LTD.

**10/09/2015 10:16 AM - CLAIM Note 22**
Claim/Event/Leave: 3480001
NoteSubject : Other
Other Subject : EMAIL TO ER
Text: [10/09/2015 - TUCKER, RYAN]JD RQ

**10/09/2015 2:27 AM - CLAIM Note 21**
Claim/Event/Leave: 3480001
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/8/2015 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**10/08/2015 3:08 PM - CLAIM Note 20**
Claim/Event/Leave: 3480001
NoteSubject : Other
Other Subject : 12 WEEK FINISH
Text: [10/08/2015 - DURLING, BARBARA]NEEDS MEDICAL REVIEW

**10/08/2015 12:01 PM - CLAIM Note 19**
Claim/Event/Leave: 3480001
NoteSubject : Action Plan
Other Subject :
Text: [10/08/2015 - SCHULKE, NICOLE]CLAIM CURRENTLY APPROVED THRU 10/01/2015. DCM RECD MEDICAL RECORDS THAT INDICATED PHYSICAL R&LS AND MENTAL R&LS WITH ANXIETY. DX EXTREMITY PAIN AND ANXIETY. DCM WILL REF CLAIM FOR NEUROPSYCH FULL FILE REVIEW AND MDS FORREVIEW OF MEDICAL RECORDS.

**10/07/2015 11:31 AM - CLAIM Note 18**
Claim/Event/Leave: 3480001
NoteSubject : Med Records Rcvd
Other Subject :

Text: [10/07/2015 - SCHULKE, NICOLE]DCM REC'D MEDICAL RECORDS. MEDICAL RECORDS INDICATE COMPLETE RX LIST. EE IS CURRENT OOW FOR NECK PAIN IN LOWER BACK, ARM PAIN, NUMBNESS, AND HAND WEAKNESS. ANXIETY ISSUES. EE HAS PANIC ATTACKS AND IS ON XANAX AND ZOLOFT.AP INDICATES HAS NOT IMPROVED. EE HAS A DEPRESSED MOOD. IS CONT. PT 3X A WEEK AND WILL BE GOING TO A NEUROSURGICAL FOR FURTHER EVAL. EE HAS UPCOMING APPT WITH DR. GARBER FOR PSYCH AND RECOMMENDED PAXIL.

**10/02/2015 4:03 PM - CLAIM Note 17**
Claim/Event/Leave: 3480001
NoteSubject : LTR to AP
Other Subject : NP
Text: [10/02/2015 - RUSSELL, CEIRRA]LTR TO AP SENT FOR NP DUE 11/15/15.

**10/02/2015 4:03 PM - CLAIM Note 16**
Claim/Event/Leave: 3480001
NoteSubject : LTR to EE
Other Subject : NP
Text: [10/02/2015 - RUSSELL, CEIRRA]LTR TO EE SENT FOR NP DUE 11/15/15. F/U AT 22D MDPT ON 10/23/15.

**10/02/2015 4:03 PM - CLAIM Note 15**
Claim/Event/Leave: 3480001
NoteSubject : Action Plan
Other Subject : NP
Text: [10/02/2015 - RUSSELL, CEIRRA]CLAIM PENDING FOR NP. LETTER SENT TO EE AND FAX SENT TO AP FOR MEDICAL RECORDS. NP DUE BY 11/15/15. DCM TO F/U AT 22-DAY MDPT ON 10/23/15.

**09/30/2015 8:09 AM - CLAIM Note 14**
Claim/Event/Leave: 3480001
NoteSubject : LTR to AP
Other Subject :
Text: [09/30/2015 - SCHULKE, NICOLE]DCM SENT LTR TO AP FOR UPDATED R&LS AND CURRENT OOW STATUS.

**09/23/2015 2:55 PM - PHONE Note 9**
Claim/Event/Leave: 3480001
NoteSubject : EE Called
Other Subject : STD TO LTD
Text: [09/23/2015 - KERNEK, ETHAN]EE CALLED A DCM. AP ADV EE THAT R&LS PERMANENT, DR. TAFRESHI ADV EE PERMANENT R&LS, EE ASKIGN WHAT TYPE OF RECORDS ARE NECESSARY FOR LTD. A DCM ADV UPDATED MED RECS FROM AP, EE ASKED IF A DCM WOULD REQUEST MED RECS. A DCMADV THAT A MED REC REQU WILL BE SENT OUT BY CM, EE ASKED IF HE NEEDED TO GET THE MED RECS, A DCM ADV THAT IF EE CAN OBTAIN MED RECS THEN AND FAX IT TO CM, THAT WILL WORK. EE WILL LIKE A RT CALL BACK TO VERIFY PROCESS. A DCM WILL ADV CM OF CONVERSATION. NFQS. A DCM THANKED EE AND CALL ENDED.

**09/07/2015 9:57 PM - CLAIM Note 13**
Claim/Event/Leave: 3480001
NoteSubject : Audit
Other Subject : PR DURATION REVIEW
Text: [09/07/2015 - WAER, KELSEY]MGR REVIEW COMPLETED; CURRENT DURATION APPROPRIATE - F/U FOR UPDATED MEDICAL RECORDS IF NO RTW AND CONSIDER CLINICAL INTERVENTION PSYCH CC

**09/01/2015 5:41 PM - PHONE Note 8**
Claim/Event/Leave: 3480001
NoteSubject : EE Called
Other Subject :
Text: [09/01/2015 - EDMAN, AMANDA]EE CALLED W/ QUESTIONS. ANSWERED QUESTIONS ABOUT STD BEN RATE, STD PYMT COMES FROM ER, STD IS FOR 6 MOS MAX DURATION AND HAS TO BE MEDICALLY SUPPORTED THROUGHOUT. EXPLAINED LTD BEN RATE. EE STS NOV IS 9/17/15 AND EE MAY NEED EXT. DCM ADV TO DISCUSS THAT WITH AP AT NOV. IF AP AGREES THAT EE NEEDS EXT, NOTIFY ADCM AFTER NOV OCCURS. EE ACK AND HTANKED. CALL ENDED

**08/31/2015 11:45 AM - CLAIM Note 12**
Claim/Event/Leave: 3480001
NoteSubject : Med Records Rcvd
Other Subject :
Text: [08/31/2015 - SCHULKE, NICOLE]DCM REC'D DUPLICATE MEDICAL, CLAIM ALREADY EXT

**08/21/2015 5:54 PM - PHONE Note 7**
Claim/Event/Leave: 3480001
NoteSubject : Called EE
Other Subject : APPROVE
Text: [08/21/2015 - RICHARDSON, RACHEL]DCM CALLED EE TO INFORM OF APPROVAL, DCM LVM INDICATING APPROVED THROUGH 10/1/2015 AND PROVIDED ADCM CONTACT INFO IF EE HAS QUESTIONS, THANKED, CC.

**08/21/2015 5:50 PM - CLAIM Note 11**
Claim/Event/Leave: 3480001
NoteSubject : Status Report
Other Subject : APPROVE
Text: APPROVED THROUGH 10/1/2015.

**08/21/2015 5:49 PM - CLAIM Note 10**
Claim/Event/Leave: 3480001
NoteSubject : Action Plan
Other Subject : APPROVE
Text: [08/21/2015 - RICHARDSON, RACHEL]57 YO M WORKING AT SAFEWAY WITH JOB CLASSIFICATION SEDENTARY. DX IS DEGENERATION OF THE LUMBAR DISC, SPINAL STENOSIS OF THE LIUMBAR REGION, DEGENERATION OF THE CERVICAL DISC, AND SEVERE ANXIETY. EE HAS R&LS OF NO SIT/STAND FOR MORE THAN 30 MINUTES; LIFT/CARRY NO MORE THAN 15#, AND NO WORK DUE TO EES INABILITY TO CONCENTRATE FROM SEVERE ANXIETY. TX AS PER AP TAFRESHI INCL GABAPENTIN, REST, AND VALIUM. STANDARD GUIDELINES FOR OPTIMUM HEALING PER MDA IS 92 DAYS BASED ON EES AGE AND SEDENTARY JOB CLASS. FOV 7/14/2015. ERTW 10/1/2015. LDW 7/11/2015. DOD 7/15/2015. DOH 4/15/2013. DOH 4/15/2013 + 1ST OF MO AFTER 1 MO = EDOC 6/1/2013. EDOP 1/1/2007. EP FOR CLASS 1A IS 7 DAYS FOLLOWING DOD WITH BBD 7/22/2015. EE IS CLASS 1A WITH 66.67% BWE WITH $500 MAX. EE EARNINGS $2680.00/WEEKLY. CONTRACT IS NONCONTRIB. NO OFFSETS OF DEDUCTIONS. BENEFITS APPROVED FROM DOD 7/15/2015 FOR 79 DAYS THROUGH 10/1/2015 TO ALLOW EE REST AND TIME FOR ELECTRODIAGNOSTIC TESTING AND PHYSICAL THERAPY. DCM WILL F/U ON 10/1/2015 FOR UPDATE ON TX AND ERTW.

**08/20/2015 11:26 AM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16101185
Service Date: 08/20/2015
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: EE HAS REPORTED NECK PAIN, LEFT ARM NUMBNESS, LOW BACK PAIN, ANXIETY, PANIC ATTACKS & DIFFICULTY CONCENTRATING AT WORK. CERVICAL MRI 6/15/15 SHOWED MULTI-LEVEL DEGENERATIVE DISEASE WITH FORAMINAL STENOSIS (NARROWING OF THE AREA WHERE THE NERVES PASS THROUGH). THERE WAS SOME IMPINGEMENT ON THE EXITING NERVES AT LEVEL C6. EE TREATED WITH DR. TAFRESHI, PCP, ON 7/14/15 WHO PRESCRIBED GABAPENTIN , NERVE PAIN MEDICATION, VALIUM & ANTI- ANXIETY MEDICATION AND REST. EE TREATED WITH DR. GARBER, NEUROSURGEON, 7/16/15 WHO RECOMMENDED PHYSICAL THERAPY & ELECTRODIAGNOSTIC TESTING. SINCE R/LS WERE UNCLEAR NCM RECOMMENDED CONTACTING DR. TAFRESHI. AP RESPONDED TO NCM' S LETTER INDICATING IMPAIRING DIAGNOSES INCLUDE ANXIETY & CERVICAL SPINAL STENOSIS. AP NOTED EE HAS MODERATELY SEVERE ANXIETY THAT INTERFERES WITH EE ABILITY TO CONCENTRATE THUS SUPPORTING R/LS OF INABILITY TO SUSTAIN FOCUS AND CONCENTRATION UNTIL 10/1/15. DUE TO EE HAVING CERVICAL DISC DISEASE, SPINAL STENOSIS THE R/LS OF SIT/ STAND NO MORE THAN 30 MINUTES AT A TIME, LIFT CARRY NO MORE THAN 15 POUNDS GIVEN BY AP ARE REASONABLE AND SUPPORTED UNTIL 10/1/15. THIS ALLOWS TIME FOR EE TO HAVE ELECTRODIAGNOSTIC TESTING & PHYSICAL THERAPY AND F/U WITH PROVIDERS. RECOMMEND DCM OBTAIN UPDATED MEDICAL RECORDS FROMDR. TAFRESHI, DR. GARBER & PT SUMMARIES IF R/LS CONTINUE AFTER 10/11/15. INFORMED DCM OF ABOVE. NO FURTHER NCM INTERVENTION IS NEEDED. NCM WILL REMOVE CASE FROM ASSIGNMENT.

**08/20/2015 11:11 AM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16101172
Service Date: 08/20/2015
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: NCM REVIEWED THE RESPONSE RECEIVED FROM DR. TAFRESHI TO NCM'S LETTER. AP NOTED EE HAS CERVICAL MUSCLE TENDERNESS ON EXAM. EE IS DEPRESSED. AP NOTED EE'S ANXIETY IS MODERATE TO SEVERE AND INTERFERES WITH EE'S ABILITY TO CONCENTRATE. AP NOTED EE IS CAPABLEOF PERFORMING ACTIVITIES OF DAILY LIVING. IMPAIING DIAGNOSES INCLUDE ANXIETY AND SPINAL STENOSIS. AP NOTED R/LS INCLUDE SIT/ STAND NOMORE THAN 30 MINUTES AT A TIME, LIFT CARRY NO MORE THAN THAN 15 POUNDS. R/LS ARE IMPOSED UNTIL 10/1/15. AP NOTED RTW WILLBE DETERMINED IF EE HAS IMPROVEMENT ON MEDICATION.

**08/19/2015 8:04 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16100885
Service Date: 08/19/2015
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: NO RESPONSE HAS BEEN RECEIVED FROM DR. TARFESHI TO THE LETTERS NCM FAXED ON 8/3/15 & AGAIN ON 8/12. WILL UPDATE DCM.

**08/17/2015 5:11 PM - PHONE Note 6**
Claim/Event/Leave: 3480001
NoteSubject : Called EE
Other Subject : STATUS
Text: [08/17/2015 - ZICCARELLI JR., DANIEL]DCM CALLED EE. EE REQ STATUS OF CLAIM. DCM ADV UNDER MDS REVIEW WAITING ON RESPONSE FROM AP. EE ADV THAT AP STATES WAS SENT. DCM CHECKED ADN ADV HAS BEEN RECD BUT NOT PROCESSED YET AND SHOULD BE PROCESSED IN ORDERRECD. EE ACK, UNDERRSTOOD. EE ADV WILL F/U NEXT WK

IF NO REPSONSE. DCM ACK, THANKED. NO FURHTER QUESTIONS. CALL CONCLUDED

**08/13/2015 1:45 PM - PHONE Note 5**
Claim/Event/Leave: 3480001
NoteSubject : EE Called
Other Subject : STATUS
Text: [08/13/2015 - MATHIS, LAUREL]EE CALLED REGARDING STATUS OF CLM, EE ADVISED REC'D LETTER STATING EVERY DUE BY CERTAIN DATE AND DID FAX TO ADCM, EE INQUIRED IF REC'D AS A LITTLE WORRIED, DCM CF MED RECS WERE REC'D, DCM ADVISED ADCM NEEDED FURTHER CLARIFICATION AND CLINICAL STAFF MEMBER CURRENTLY REACHING OUT TO AP, DCM ADVISED AP DID NOT RESPOND SO TARGETED QUESTIONS WERE FAXED, EE THANKED FOR UPDATE, NFQS, CALL ENDED

**08/12/2015 2:29 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16097513
Service Date: 08/12/2015
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, MEHRDAD, TAFRESHI
Note Type: INFORMATION OBTAINED DESC
Text: FAXED LETTER WITH TARGETED QUESTIONS AGAIN TO DR. TAFRESHI. SEE DOC LIST. F/U SET FOR 8/19/15 TO CHECK FOR RESPONSE.

**08/12/2015 2:23 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16097503
Service Date: 08/12/2015
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: CALL PLACED TO DR. TAFRESHI TO INQUIRE IF AP WOULS BE RESPONDING TO NCM'S LETTER. SPOKE WITH ,JENNIFER, OFFICE STAFF, WHO INFORMED NCM SHE DID NOT SEE THE LETTER AND REQUESTED NCM SEND THE LETTER AGAIN. NCM CONFIRMED THE FAX NUMBER IN LINKED PROVIDERS WASCORRECT.

**08/12/2015 9:15 AM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16097136
Service Date: 08/12/2015
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, NICOLE, SCHULKE
Note Type: INFORMATION OBTAINED DESC
Text: NCM INFORMED DCM DR. TAFRESHI HAS NOT RESPONDED TO NCM'S LETTER. DCM REQUESTS NCM CONTACT AP TO F/U AND INQUIRE IF AP WILL BE RESPONDING.

**08/11/2015 5:44 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16096931
Service Date: 08/11/2015
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: NO RESPONSE HAS BEEN RECEIVED FROM DR. TAFRESHI TO THE LETTER NCM SENT ON 8/3/15 WITH TARGETED QUESTIONS. WILL DISCUSS WITH DCM.

**08/10/2015 1:22 PM - CLAIM Note 9**
Claim/Event/Leave: 3480001
NoteSubject : Other
Other Subject : VENDOR PMT ISSUED
Text: [08/10/2015 - MONTANA, SHAILA]RECD INV #15-08-43671 ON 08/07/15 FOR $3.90 FOR 4 PGS OF MEDICAL RECORDS FROM DOC REQUEST LLC, PO BOX 530718, HENDERSON NV 89053. ISSUED VENDOR PMT TO TAX ID #261335414 FOR $3.90 TO DOC REQUEST LLC, PO BOX 530718, HENDERSON NV 89053. CHECK PMT NOTE: INV #15-08-43671, 4 PGS OF MEDICAL RECORDS, A HOSSEINPOUR, .

**08/04/2015 2:52 PM - CLAIM Note 8**
Claim/Event/Leave: 3480001
NoteSubject : Med Records Rcvd
Other Subject : GARBER
Text: [08/04/2015 - TUCKER, RYAN]OV 7/16/15...6/15/15; UNDER MDS

**08/03/2015 8:29 PM - CLAIM Note 7**

**[illegible] PM - CLAIM Note 7**
Claim/Event/Leave: 3480001
NoteSubject : Med Records Rcvd
Other Subject : GARBER
Text: [08/03/2015 - TUCKER, RYAN]OVN 7/16/15; NECK AND BACK PAIN; A/P XRAYS; NERVE CONDUCTION; ELECTROMYOGRAPY; REF TO PT.[08/03/2015 - TUCKER, RYAN]* UNDER MDS

**08/03/2015 7:38 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16093016
Service Date: 08/03/2015
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, MEHRDAD, TAFRESHI
Note Type: INFORMATION OBTAINED DESC
Text: A LETTER WITH TARGETED QUESTIONS WAS PREPARED AND FAXED TO DR. TAFRESHI, SEE DOC LIST. F/U SET FOR 8/12/15 TO CECCK FOR RESPONSE.

**08/03/2015 7:16 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16093010
Service Date: 08/03/2015
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, DR, TAFRESHI
Note Type: INFORMATION OBTAINED DESC
Text: CALL PLACED TO DR. TAFRESHI TO DISCUSS THE SEVERITY OF EE'S SYMPTOMS AND CLARIFY R/LS. SPOKE WITH JENNIFER, OFFICE STAFF WHO COULD ONLY TELL NCM AP HAD EE OOW UNTIL 10/1/15. JENNIFER CONFIRMED EE WAS REFERRED TO A PAIN SPECIALIST AND EE WAS TAKING MEDICATIONS AND WAS TO HAVE PHYSICAL THERAPY. SINCE JENNIFER COULD NOT ANSWER ALL NCM'S QUESTIONS AND SHE DID NOT OFFER FOR AP TO CALL NCM BACK NCM WILL SEND A LETTER WITH TARGETED QUESTIONS FOR AP TO ADDRESS.

**08/03/2015 7:02 PM - MDS Note**
Claim/Leave: 3480001
Episode #: 1
Nurse Name: PAINE, DONNA
Service #: 16093005
Service Date: 08/03/2015
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: EE TREATED WITH DR. TAFRESHI ON 7/14/15 FOR NECK PAIN, LEFT ARM PAIN &NUMBNESS AND LOW BACK PAIN. IT WAS ALSO NOTED EE HAD ANXIETY, PANIC ATTACKS WITH DIFFICULTY CONCENTRATING AT WORK. ON EXAM EE HAD TENDERNESS OF THE PARACERVICAL MUSCLES. A CERVICAL MRI6/15/15 SHOWED MULTI-LEVEL DEGENERATIVE DISEASE WITH FORAMINAL STENOSIS (NARROWING OF THE AREA WHERE THE NERVES PASS THROUGH). THERE WAS SOME IMPINGEMENT ON THE EXITING NERVES AT LEVEL C6. AP DIAGNOSED EE WITH DEGENERATION OF THE LUMBAR DISC, SPINAL STENOSIS OF THE LUMBAR REGION, DEGENERATION OF THE CERVICAL DISC & ANXIETY. TREATMENT INCLUDED, GABAPENTIN (MEDICATION USED TO TREAT NERVE PAIN), REST & VALIUM (ANTIANXIETY, ALSO USED AS A MUSCLE RELAXANT). ON 7/16/15 EE SAW DR. GARBER, NEUROSURGEON FOR NECK & BACK PAIN. ON EXAM EE HAD NORMAL MUSCLE STRENGTH, NORMAL GAIT. AP RECOMMENDED ELECTRO DIAGNOSTIC TESTING AND PHYSICAL THERAPY. ALTHOUGH THE RECORDS INDICATE EE HAS NECK PAIN, RAM PAIN & NUMBNESS, BACK PAIN, HAS CERVICAL DISC DISEASE THE OBJECTIVE FINDINGS ARE LIMITED AND SHOW EE HAS CERVICAL TENDERNESS. RLS ARE UNCLEAR. NCM RECOMMENDS CONTACT DR. TAFRESHI TO CLARIFY SEVERITY OF EE'S CONDITION, R/LS AND DURATION. SNCE PRIOR PERMISSION HAS BEEN GIVEN FOR NCM TO CONTACT AP. NCM WILL CALL DR. TAFRESHI

**07/31/2015 10:51 AM - CLAIM Note 6**
Claim/Event/Leave: 3480001
NoteSubject : Action Plan
Other Subject : MDS
Text: [07/31/2015 - SCHULKE, NICOLE]CLAIM CURRENTLY PENDING. DCM RECD MEDICAL RECORDS THAT EE HAS NECK PAIN WITH A SECONDARY DX OF ANXIETY. DX CERVICALGIA (PRIMARY), ANXIETY (SECONDARY). WHAT ARE THE R&LS? PLEASE CLARIFY THE R&LS IN RELATION TO THE NECK PAIN. HOW LONG ARE R&LS SUPPORTED? PLEASE CONTACT AP IF NECESSARY. DCM WILL REF CLAIM TO MDS FOR REVIEW OF MEDICAL RECORDS.

**07/31/2015 10:48 AM - CLAIM Note 5**
Claim/Event/Leave: 3480001
NoteSubject : Med Records Rcvd
Other Subject :
Text: [07/31/2015 - SCHULKE, NICOLE]DCM REC'D MEDICAL. EE STARTED XANAX ON 07/07/2015. OVN 07/14/2015 AP REPORTS THAT EE IS HAVING PANIC ATTACKS AT WORK, UNABLE TO CONCENTRATE. ZOLOFT AND XANAX HAVE NOT HELPED. EE IS ALSO HAVING NECK PAIN AND DEGENERATIONOF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC. EE GIVEN RX VALIUM. EE GIVEN AN EKG AND A F/U FOR PAIN MGMT.

**07/20/2015 1:02 PM - CLAIM Note 4**
Claim/Event/Leave: 3480001

NoteSubject : LTR to AP
Other Subject :
Text: [07/20/2015 - SCHULKE, NICOLE]LTR TO AP SENT FOR NP DUE BY 09/02/2015. F/U AT 22-DAY MDPT ON 08/10/2015.

**07/20/2015 1:02 PM - CLAIM Note 3**
Claim/Event/Leave: 3480001
NoteSubject : LTR to EE
Other Subject :
Text: [07/20/2015 - SCHULKE, NICOLE]LTR TO EE SENT FOR NP DUE BY 09/02/2015. F/U AT 22-DAY MDPT ON 08/10/2015.

**07/20/2015 1:01 PM - CLAIM Note 2**
Claim/Event/Leave: 3480001
NoteSubject : Action Plan
Other Subject : NP
Text: [07/20/2015 - SCHULKE, NICOLE]DCM WILL SEND REQUEST TO AP FOR OVN AND NP LETTER TO EE. NP DUE BY 09/02/2015. F/U AT 22-DAY MDPT ON 08/10/2015.

**07/20/2015 12:57 PM - PHONE Note 4**
Claim/Event/Leave: 3480001
NoteSubject : Called EE
Other Subject :
Text: [07/20/2015 - SCHULKE, NICOLE]DCM CALLED EE AND LVM FOR RTC. CC.

**07/17/2015 6:15 PM - PHONE Note 3**
Claim/Event/Leave: 3480001
NoteSubject : Called EE
Other Subject :
Text: [07/17/2015 - SCHULKE, NICOLE]DCM CALLED EE AND LVM. CC. DCM TO MAKE ONE ADDL ATTEMPT

**07/15/2015 4:31 PM - PHONE Note 2**
Claim/Event/Leave: 3480001
NoteSubject : Called AP
Other Subject : AP INTERVIEW
Text: [07/15/2015 - SCHULKE, NICOLE]DCM CALLED AP ON 07/15/2015 FOR AP INTERVIEW. CONFIRMED THAT EE HAS DX OF PAIN IN NECK, BACK AND HANDS. TX INCLUDES EE IS DOING MEDICATION AND PHYSICAL THERAPY. R&LS AS SPECIFIED ARE NO R&LS ARE LISTED IN THE FILE, AP WILL NEED DR TO GIVE INFORMATION. AP ESTIMATES RTW AT 10/01/2015. SPOKE WITH JENNIFER. CF FAX NUMBER AS 702-258-4244. THANKED AND CC.

**07/15/2015 4:25 PM - PHONE Note 1**
Claim/Event/Leave: 3480001
NoteSubject : Called EE
Other Subject :
Text: [07/15/2015 - SCHULKE, NICOLE]DCM CALLED EE, INCOMPREHENSIBLE NOISES, EE STS CANNOT TALK. CALL TERMINATED EE'S END. CC.

**07/13/2015 2:50 PM - CLAIM Note 1**
Claim/Event/Leave: 3480001
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: NO ERTW DATE, MMOWERY 07/13/2015 TCC

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
JANETOS SUPERETTE
77 MAIN ST
DOVER ,NH 03820

UPS Access Point™
MAIN ST MAILING & COPY
54 MAIN ST
DURHAM ,NH 03824

UPS Access Point™
MYMOBILE
123 S MAIN ST
ROCHESTER ,NH 03867

FOLD HERE

CHUCK JOHNSON
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

SHIP TO:
JULIE MERSCH
LAW OFFICE OF JULIE A. MERSCH
701 S. 7TH ST.
LAS VEGAS NV 89101-6907

NV 891 9-04

UPS 2ND DAY AIR 2
TRACKING #: 1Z 248 96X 02 9491 3174

BILLING: P/P

Office/Dept Number: 009603304

CS 20.0.42 WNTNV50 99.0A 04/2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

JULIE MERSCH
LAW OFFICE OF JULIE A. MERSCH
701 S. 7TH ST.
LAS VEGAS NV 89101

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

May 21, 2018

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

This letter responds to your April 24, 2018, correspondence. As requested, we have enclosed a true and accurate copy of Mr. Hosseinpour's claim file. The disability insurance records have been compiled and maintained in the normal course of business, within the record keeping procedures of Liberty Life Assurance Company of Boston.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

7M120180006

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109

Also licensed in Missouri

April 24, 2018

Charles Johnson
(on behalf of Jerronda King)
Group Benefits Disability Claims
Liberty Life Assurance Co. of Boston
PO Box 7213
London, KY 40742-7213

**Re:** **My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

Dear Mr. Johsnon:

I am in receipt of your April 12, 2018 letter upholding Liberty's decision to deny long-term disability benefits beyond August 4, 2017 for my client Abolfazl Hosseinpour.

Pursuant to ERISA requirements, please forward all documents related to Liberty's decision to deny Mr. Hosseinpour's appeal. I am only seeking documents comprising his "appeal" claim file from August 4, 2017 through the present, including any document that was submitted, considered, or generated in the course of making the benefit determination.

Please forward these documents to me within the next thirty (30) days.

Very truly yours,

Julie A. Mersch, Esq.

JAM/rmj

W:\HOSSEINPOUR\LTRS\Johnson.Liberty.AppealAR Req.042418.wpd

DANE STREET

3815 Washington Street
Suite 3
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 617-933-7699
Email: intake@danestreet.com

Cyrus Kao M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Market:** | Liberty Mutual Benefits | **Claim Office:** | LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE |
| **Request Date:** | 03/21/18 | **Referral Source:** | Jerronda King |
| **Claim #:** | 5482725 | **Review Type:** | Appeal |
| **Claimant:** | Abolfaz Hosseinpour | **Report Date:** | 03/29/18 |
| **Claim Type:** | LTD | **Dane Street ID:** | 1008840 |

**Summary:**

The claimant is a 59-year-old male. The claimant's first day of absence was July 15, 2015. The claimant was diagnosed with degeneration of lumbar or lumbosacral intervertebral disc.

The claimant's job duties include compounding and dispensing prescribed medications, drugs and other pharmaceuticals for patient care, according to professional standards and state and federal legal requirements. The employee reviews prescriptions issued by the physician or other authorized prescriber to assure accuracy and determine formulas and ingredients needed. The employee is required to compound medications, using standard formulas and processes, such as weighing, measuring, and mixing ingredients, directs pharmacy workers engaged in mixing, packaging, and labeling pharmaceuticals, answers questions and provides information to pharmacy customers on the drug, interactions, side effects, dosage and storage of pharmaceuticals. The employee maintains established procedures concerning quality assurance, security of controlled substances, and disposal of hazardous waste drugs. The employee enters data, such as patient name, prescribed medication and cost, to maintain pharmacy files, charge system, and inventory. The employee may assay medications to determine identity, purity, and strength and instruct interns and other medical personnel on matters pertaining to pharmacy, or teach in college of pharmacy or may work in hospital pharmacy.

Submitted for review are records from prior to leaving work. These records (from 06/15/2015) indicate that the claimant has been diagnosed with degeneration of lumbar or lumbosacral intervertebral disc, spinal stenosis of the lumbar region, degeneration of cervical intervertebral disc, pure hypoglycemia and anxiety disorder. The treatment has included medication management with Zoloft, Xanax, Valium and gabapentin.

On 06/15/2015, the claimant underwent a magnetic resonance imaging (MRI) of the cervical spine, which revealed: 1) Multilevel moderate foraminal stenosis, looked more impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5. 2) Lower cervical advanced degenerative disc disease (DDD) was noted. An MRI of the lumbar spine from the same day revealed: 1) L3-L4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm. 2) L2-L3 central disc bulge was noted with a component of subligamentous extrusion above the L2 endplate. Only mild resulting thecal sac effacement without neural impingement was seen. 3) A 2.5 mm central-right paramedian protrusion was seen at T11-Tl2 resulting in mild cord effacement on sagittal imaging.

Since leaving work, the claimant was diagnosed with a bulge of cervical and lumbar disc without myelopathy, lumbago, cervicalgia, lumbar spinal stenosis, anxiety, degeneration of lumbar or lumbosacral intervertebral disc, degeneration of cervical intervertebral disc, anxiety disorder, pure hyperglyceridemia, severe and recurrent major depressive disorder (MDD) without psychotic features, insomnia, panic disorder without agoraphobia, generalized anxiety disorder (GAD) and cervical and lumbar radiculopathy. The claimant complained of neck pain radiating to the bilateral arms, low back pain (LBP), back stiffness, leg paresthesia/weakness, upper extremity (UE) paresthesia/weakness, depressed mood, hip pain, left arm/hand numbness and tingling, difficulty walking long

distances or standing, left knee pain, anxiety issues, panic attacks, bitemporal headaches, sleep issues, no desire for anything, feeling agitated, racing heart, loss of appetite, neurovegetative depressive symptoms and right arm pain. The claimant was under the care of Jason Garber, M.D. (Neurosurgery), Mehrdad Tafreshi, M.D. (Internal Medicine), Howard Grattan, M.D. (Physical Medicine and Rehabilitation), Mark Collins, D.O. (Psychiatry) and Kelly Hawkins Physical Therapy. During this period, the claimant underwent several diagnostic studies to include x-rays of the lumbar spine dated 07/20/2015, which revealed: 1) Mild DDD of the thoracolumbar junction. 2) Mild facet arthropathy at L4-L5 and L5-S1. X-rays of the cervical spine dated 07/20/2015 revealed moderate multilevel degenerative disc and degenerative joint disease (DJD) of the cervical spine. On 10/27/2015, Dr. Tafreshi noted that the claimant continued to be unable to return to work. While being off work, the treatment included physical therapy (PT) and medication management with Zoloft, Paxil, Fioricet, Ambien, Xanax, Remeron, gabapentin, Cymbalta, Klonopin, Tegretol and Lamictal along with the use of lumbar brace.

On 08/26/2016, a Functional Capacity Evaluation (FCE) was performed at the ATI Physical Therapy by Doug Ellis, PT (Physical Therapy). The claimant reported experiencing increased levels of pain involving the cervical and lumbar area, which resulted in limited functional tolerances and abilities. The claimant demonstrated the ability to perform limited work activities which included occasional lifting and carrying of less than 10 pounds. The claimant was able to perform frequent lifting and carrying of less than 6 pounds. The claimant was unable to perform any lifting from below the height of 21" above the floor. The claimant was unable to perform any lifting above the height of 68" above the floor. The claimant could perform occasional pushing and pulling producing average forces of up to 50 pounds. The claimant was also limited to full squatting, but was able to perform less than occasional one-half squatting activities at best. It was noted that the claimant should avoid any kneeling or crawling, and these should be performed only with the use of a support to enable the claimant to obtain and return from these positions. The claimant reported experiencing a gradual reduction of the level of function due to continued symptoms. Reportedly, the claimant was consistent with demonstrating inability to perform functional activities as noted during the evaluation. The claimant reported pain as the limiting factor. The results of the FCE had been determined to be reliable. Conclusively, the claimant demonstrated the ability to perform limited work activities. The claimant also reported limited tolerance for activity due to these symptoms.

Documentation from the period under review (08/04/2017 through the present date) began with an office visit note dated 09/13/2017 from Dr. Tafreshi, which documented the claimant was seen in a follow-up visit. The claimant was noted to have anxiety, palpitations, difficulty concentrating, poor memory, panic attacks, persistent neck pain, lower back pain, left arm/hand weakness, burning sensation, difficulty standing, sitting and walking due to pain and insomnia. On examination, the claimant had an anxious mood. The neck examination showed supple and tender paracervicals. On examination of the back, there was decreased range of motion (ROM) and tender paralumbars noted. The left hand grip strength was decreased. The claimant was diagnosed with lumbar and cervical radiculopathy, pure hypercholesterolemia, cervical disc degeneration, severe recurrent MDD without psychotic features, anxiety disorder, degeneration of the cervical intervertebral disc, spinal stenosis of the lumbar region and pure hyperglyceridemia. The treatment plan included medication management with Cymbalta, Xanax, Tramadol, Omega 3 supplements and Fioricet. The claimant was referred to Psychiatry and Orthopedic Surgery.

On 11/14/2017, the claimant was seen in a follow-up by Dr. Tafreshi for ongoing complaints of left arm/hand weakness, burning sensation, difficulty standing, sitting and walking due to pain, palpitations, difficulty concentrating, poor memory, panic attacks, persistent neck pain, lower back pain and insomnia. The physical examination remained unchanged from the prior visit dated (09/13/2017), except for anxious mood. The diagnoses also remained unchanged. Cymbalta, Xanax, Tramadol, Omega 3 supplements and Fioricet were continued. The claimant was referred to Spine Surgery.

On 12/21/2017, an MRI of the cervical spine performed at the Desert Radiology revealed mild narrowing at the C4-C5 interspace and the C5-C6 disc space and moderate narrowing at the C6-C7. There was mild Modic type changes anteriorly at C6-C7. At C3-C4, mild annular bulging disc with borderline canal stenosis and neural foramen were patent. At C4-C5, mild annular bulging disc with mild canal stenosis was noted. There was bilateral facet arthropathy and bilateral uncinate hypertrophy resulting in moderate bilateral neural foraminal narrowing. At C5-C6, posterior bulging disc was noted resulting in moderate canal stenosis. There was bilateral uncinate hypertrophy resulting in mild bilateral neural foraminal narrowing. There was mild bilateral facet arthropathy. At C6-C7, there was a posterior bulging disc with mild canal stenosis. At C7-T1, there was minimal bulging disc present.

On 12/28/2017, MRI of the lumbar spine performed at the Desert Radiology revealed: 1) Multilevel diffuse degenerative changes of the lumbar spine. 2) At the L3-L4 level, there was a high-grade narrowing of the central canal. There was moderate narrowing of the right neural foramina and mild narrowing of the left neural foramina. There was posterior central disc protrusion/minimal extrusion superimposed on diffuse disc bulge with associated high signal intensity zone. 3) At L2-L3, there was broad-based posterior central disc protrusion/minimal cephalad disc extrusion superimposed on diffuse disc bulge. There was moderate narrowing of the central canal and mild narrowing of the bilateral neural foramina. 4) There was irregular distribution of nerve roots at the L2 and L3 levels which might be related to redundant nerve roots secondary to high grade distal L3-L4 central canal stenosis versus arachnoiditis.

On 01/16/2018, the claimant was evaluated by Jason Garber, M.D. (Neurosurgery) for transitioning into care. An MRI of the lumbar and cervical spine were reviewed. The claimant was noted to have clinical symptoms of neurogenic claudication. The claimant was unable to ambulate more than 50 feet without sitting. The claimant had clinical radiculopathy down the bilateral UEs. The claimant did not want to proceed with the injections. The physical examination was unremarkable. The claimant was diagnosed with bulge of the cervical and lumbar disc without myelopathy. The plan was to follow-up in a week.

On 02/01/2018, the claimant was seen in a follow-up by Dr. Tafreshi for ongoing complaints of pain in the neck and back, left arm/hand numbness and burning sensation, insomnia, palpitations, psychiatric issues, poor memory and difficulty concentrating and standing/sitting and walking due to pain. The physical examination revealed supple tender paracervicals. On examination of the back, there was decreased ROM and tender paralumbars noted. The left hand grip strength was decreased. The claimant was diagnosed with degeneration of the cervical intervertebral disc, anxiety disorder, severe recurrent MDD without psychotic features, cervical and lumbar radiculopathy and pure hypercholesterolemia. The treatment plan included continuing the current medication regimen. It was noted that the claimant refused surgery due to possible complications and side effects. The claimant as recommended to follow-up with a psychiatrist and a referral to the Spine Surgery was made.

On 02/27/2018, Julie Mersch, Esq. (Attorney at Law) from the Law Office of Julie Mersch filed an appeal on behalf of the claimant for the denied disability claim benefits.

**Medical Records:**

Unknown Provider - Job Description
Abolfaz Hosseinpour - Correspondence
Abolfaz Hosseinpour - Patient Surgical Consent Form
06/15/15 Steinberg Diagnostic Medical Imaging Centers - MRI Cervical Spine
06/15/15 Steinberg Diagnostic Medical Imaging Centers - MRI Lumbar Spine
06/15/15 McKesson Empowering Healthcare - MRI Cervical Spine
06/15/15 McKesson Empowering Healthcare - MRI Lumbar Spine
07/07/15 Mehrdad Tafreshi, MD - Soap Note: 07/07/2015, 07/14/2015, 09/09/2015, 09/23/2015, 10/27/2015, 12/21/2015, 01/28/2016, 03/29/2016, 04/28/2016, 05/3/2016, 07/11/2016, 01/06/2017, 03/14/2017, 04/13/2017, 06/21/2017, 09/13/2017, 11/14/2017, 02/01/2018
07/07/15 Unknown Provider - ECG Graph
07/16/15 Jason Garber, MD - Office Visit: 07/16/2015, 09/17/2015, 01/16/2018
07/20/15 Liberty Mutual Insurance - Correspondence: 07/20/2015, 08/03/2015, 10/09/2015, 10/25/2015, 11/30/2015, 03/02/2017
07/29/15 Steinberg Diagnostic Medical Imaging Centers - X-ray of Lumbar Spine
07/29/15 Steinberg Diagnostic Medical Imaging Centers - X-ray of Cervical Spine
07/29/15 Meadows Medical Group - Patient Information and Medication: 07/29/2015, 10/05/2015, 08/02/2016
08/10/15 Abolfaz Hosseinpour - Patient Information
08/10/15 Abolfaz Hosseinpour - Patient Medical History
08/10/15 Kelly Hawkins Physical Therapy - Physical Therapy Initial Evaluation
08/10/15 Kelly Hawkins Physical Therapy - Physical Therapy Plan of Care
08/12/15 Kelly Hawkins Physical Therapy - Physical Therapy Daily Note: 08/12/2015 - 08/27/2015

08/26/15 Kelly Hawkins Physical Therapy - Physical Therapy Progress Note
10/19/15 Timothy Beliveau, PhD, ABPP - Clinical Case Review
10/19/15 Howard Grattan, MD - Independent Peer Review
10/27/15 Mehrdad Tafreshi, MD - Correspondence
10/30/15 Liberty Life Assurance Company - Confidential Investigative Report: 10/30/2015, 04/30/2017
11/11/15 Social Security Administration - Adult Function Report
12/10/15 Kelly Hawkins Physical Therapy - Physical Therapy Discharge Summary
12/11/15 Mark Collins, DO - Initial Evaluation
01/01/16 Walmart - Certification of Records: 01/01/2016 - 03/29/2017
01/15/16 Meadows Medical Group - Functional Capacity Questionnaire
02/19/16 Mark Collins, DO - Physician Progress Note
02/25/16 Howard Grattan, MD - Addendum Independent Medical Review
03/14/16 Timothy Belliveau, Ph.D., ABPP - Addendum Clinical Case Review
04/11/16 Julie Mersch, Esq. - Correspondence: 04/11/2016, 09/19/2016, 01/23/2017, 02/27/2018
06/23/16 Maria Rehrig, MD - Disability Determination and Transmittal
07/01/16 Social Security Administration - Retirement, Survivors and Disability Insurance Notice of Award
08/26/16 ATI Physical Therapy - Functional Abilities Evaluation
08/26/16 ATI Physical Therapy - Functional Capacity Evaluation
11/22/16 Fargo Khoury, MD - Peer Review Report
11/22/16 Devendra Thakur, MD - Peer Review Report
12/05/16 Fargo Khoury, MD - Correspondence
01/17/17 Abolfaz Hosseinpour - Claimant Supplementary Statement
01/17/17 Abolfaz Hosseinpour - Claimant Information Form
01/17/17 Abolfaz Hosseinpour - Activities Questionnaire
01/17/17 Abolfaz Hosseinpour - Authorization to Obtain and Release Information
03/15/17 Unknown Provider - Certificate of Custodian of Records: 03/15/2017, 03/23/2017
05/17/17 Andrew Kim, DO - Records Review
07/03/17 MLS Group of Companies - Clarification Request
07/17/17 Andrew Kim, DO - Correspondence
12/21/17 Desert Radiologist - MR Cervical Spine
12/28/17 Desert Radiologist - MR Lumbar Spine

**Communication:**

03/22/18 03:00 PM EDT- A peer-to-peer call was attempted with Dr. Mehrdad Tafreshi, at 702-258-8100. A message was left with Pablo providing case details, report due times, and a call back number.
03/24/18 09:15 AM EDT- A peer-to-peer call was attempted with Dr. Mehrdad Tafreshi, at 702-258-8100. A message was left with voicemail providing case details, report due times, and a call back number.
03/27/18 08:20 AM EDT- A peer-to-peer call was attempted with Dr. Mehrdad Tafreshi, at 702-258-8100. A message was left with voicemail providing case details, report due times, and a call back number.
03/22/18 03:45 PM EDT- A peer-to-peer call was attempted with Dr. Jason Garber at 702-835-0088. A message was left with Dr. Garber's assistant Lisa's voicemail providing case details, report due times, and a call back number.
03/24/18 09:20 AM EDT- A peer-to-peer call was attempted with Dr. Jason Garber at 702-835-0088. A message was left with office voicemail providing case details, report due times, and a call back number.
03/27/18 08:25 AM EDT- A peer-to-peer call was attempted with Dr. Jason Garber at 702-835-0088. A message was left with office voicemail providing case details, report due times, and a call back number.

**Questions:**

1. What diagnoses are supported by the medical evidence?

The diagnosis which is supported by medical evidence is cervical degenerative disc disease and lumbar degenerative disc disease.

2. Does the medical evidence support any diagnoses causing functional impairment from August 4, 2017 to the present? Please explain your medical rationale as to why or why not.

The submitted information does not supported diagnoses causing any functional impairment from 8/4/17 to the present.

The rationale for this is that while there are complaints of neck and low back pain, this is not corroborated with physical exam findings. More specifically, on On 01/16/2018, physical exam findings show that there are within normal limit neurological exam findings as well as within normal limit motor exam findings. The physical examination was unremarkable. As such these physical exam findings do not substantiate any functional impairment. While there are provocative maneuvers which support the diagnosis, the physical exam findings do not substantiate any functional impairment.

On 02/01/2018, the treatment plan included continuing the current medication regimen. It was noted that the claimant refused surgery due to possible complications and side effects.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

Functional impairment is not supported. It is my opinion that the claimant is able to perform all duties without any restrictions or limitations.

4. Are there any reported or observed cognitive and/or physical side effects attributed to claimant’s medications, disease process or symptomology? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

From my medical review, there have not been any report or observe cognitive and/or physical side effects attributed to the claimant's medications, disease process, or symptomatology.

5. Does the (overall functional and) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from August 4, 2017 to present? Please explain your medical rationale.

The medical evidence supports that the claimant is able to sustain full-time capacity without any restrictions or limitations.

While there are complaints of neck and low back pain, this is not corroborated with physical exam findings. More specifically, physical exam findings show that there are within normal limit neurological exam findings as well as within normal limit motor exam findings. While there are provocative maneuvers which support the diagnosis, the physical exam findings largely do not substantiate any functional impairment. There is indication of left upper extremity grip strength weakness in one follow-up visit by a treating provider, however, this is the only mention of this decreased strength testing, and the documentation is vague in supporting this finding.

6. Please review and comment on the treatment plan. Is it consistent with the severity of diagnosis/ level of impairment reported? Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

The claimant's treatment plan is consistent with the severity of the diagnosis and is consistent with the current standard of care.

7. Please explain the results of the diagnostic testing (i.e. EMG, testing, bone scan etc.) and correlate with documented physical examination findings and reported symptoms in the medical records.

The claimant does have MRI diagnostic studies from 12/21/2017 of the cervical and lumbar spine which support his diagnosis of cervical degenerative disc disease as well as lumbar degenerative disc disease. However, these findings on MRI are age-related degenerative changes. Additionally, functional impairment cannot be assessed from diagnostic testing alone. When corroborated with physical exam findings, the claimant does not have deficits in neurological testing or motor strength testing which would substantiate any functional impairment. While the claimant does have provocative testing which to support the diagnosis of cervical and lumbar degeneration, provocative testing alone does not substantiate functional impairment.

8. If provider contact is needed, when contacting the treating provider(s) please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

Attempt was made to reach the treating provider as outlined above. No additional information is necessary at this time; as sufficient information has been provided by medical records.

9. Please address any attending physician statements or opinions and discuss whether you are in agreement / disagreement and provide rationale as to why you agree / disagree.

I have reviewed the physician statements, and my assessment remains as stated above. Is my opinion that there are no functional impairments attributed to this claimant's diagnosis. Reports of pain alone is not sufficient evidence enough to deem functional impairment. Functional impairment must be supported by physical exam findings which show that there are neurological deficits or decrease motor strength testing.

10. Does the accompanying surveillance information conflict with the documentation in the available medical records? Can any inconsistencies be explained by the medical evidence? Please elaborate.

Yes, the accompanying surveillance information does conflict with the documentation in available medical records. The surveillance information indicates that the claimant has no problem with ambulation and has suggested evidence to support that the claimant is undergoing activities which contradict his complaints to treating providers. In detail, there seems to be photography suggesting that the claimant is ambulating without any pain or restrictions, and without any signs of distress in terms of ambulating to his car and back.

The surveillance information however is vague outside of the photography performed to deem a definitive conclusion that the claimant is able to ambulate without any distress. There is lacking in description in terms of any activity observed of the claimant outside the photography taken.

11. Are the severity and scope of the claimant's reported pain and cognitive complaints consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.

The severity and scope of the claimant's reported pain are consistent with the severity and scope of the claimant's intensity of treatment. From documentation, it seems that the claimant has received largely conservative treatment for his neck and low back symptoms. These are within current standard of care for claimant with degenerative disc derangement symptoms.

12. Please review and explain the results of the August 26, 2016 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

From review of the results from the FCE performed on 8/26/16, it seems that the claimant had limited effort secondary to pain limitation. Results of this kind is often suggestive of poor effort in the testing. It is hard to agree with the conclusion of the functional capacity evaluation particularly if it is true that there was poor effort secondary to pain limitation for the claimant.

The rationale for my opinion that there is poor effort, secondary to pain, is that the claimant demonstrated ability in terms of pulling and pushing forces up to 50 pounds which suggests that there are no motor strength deficits. However, the claimant demonstrated limited work activities in other contexts such as as there was reported increased levels of pain involving the cervical and lumbar area, which resulted in limited functional tolerances and abilities. This is suggestive that there was poor effort in the testing of the functional capacity evaluation, and as such, the conclusion of the testing may not be completely reliable.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.



Cyrus Kao M.D.
Board Certified Physical Medicine and Rehabilitation
Board Certified Pain Management

Referred Date: 03/21/18
Report Date: 03/29/18

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 1008840
March 29, 2018

| Bill to: |
| --- |
| LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE |
| Attention: Jerronda King |
| 13830 Ballantyne Corporate Place, Suite 400 |
| Charlotte, NC 28277 |

| Referral Details: | |
| --- | --- |
| Claimant Name: | Abolfaz Hosseinpour |
| Insured: | |
| Claim #: | 5482725 |
| Injury Date: | |
| Review Type: | Peer Review review |
| Dane Street ID: | 1008840 |

| Item updated | Description | Amount |
| --- | --- | --- |
| 03/29/2018 | PMR- C. Kao, MD (4.5hrs) | $1,035.00 |

| Send payment to: |
| --- |
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $1,035.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**n0168889**

**From:** no-reply@danestreet.com
**Sent:** Friday, March 23, 2018 3:22:17 PM
**To:** King, Jerronda
**Subject:** assigned DS# 1008840 to reviewer, Claim# 5482725

**Unfortunately, this email is an automated notification, which is unable to receive replies. We're happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Jerronda,

The following referral has been assigned to a Dane Street reviewer:

**Referral:** 1008840
**Due Date:** Wed 28 Mar 2018
**Claimant:** Abolfaz Hosseinpour
**Claim number:** 5482725
**Reviewer:** Cyrus Kao M.D.

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Taliah Moore

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Jerronda King
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(888) 437-7611 x14674
Fax: (603) 430-1797

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 3/20/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | C/O LAW OFFICE OFJULIE A. MERSCH701 S. 7TH ST. | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | LAS VEGAS | Claimant Tel. #: | |
| State: | NV | Claimant DOD: | 7/15/2015 |
| Zip: | 89101-0000 | Primary Diagnosis: | Degeneration of lumbar or lumbosacral intervertebr |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | see below |

Referral Questions:

Vendor Chosen: Dane Street, LLC

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Appeal: 1. What diagnoses are supported by the medical evidence?

2. Does the medical evidence support any diagnoses causing functional impairment from August 4, 2017 to the present? Please explain your medical rationale as to why or why not.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

4. Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications, disease process or symptomology? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from August 4, 2017 to present? Please explain your medical rationale.

6. Please review and comment on the treatment plan. Is it consistent with the severity of diagnosis/ level of impairment reported? Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

7. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records.

8. If provider contact is needed, when contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Dr. Tafreshi (T) 702-258-8100, Dr. Garber (T) 702-835-0088. Please contact any other needed provider.

9. Please address any attending physician statements or opinions and discuss whether you are in agreement / disagreement and provide rationale as to why you agree / disagree.

10. Does the accompanying surveillance information conflict with the documentation in the available medical records? Can any inconsistencies be explained by the medical evidence? Please elaborate.

11. Are the severity and scope of the claimant's reported pain and cognitive complaints consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.

12. Please review and explain the results of the August 26, 2016 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

Instructions For Vendor:

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: ABOLFAZL HOSSEINPOUR

**n0168889**

---

**From:** no-reply@danestreet.com
**Sent:** Wednesday, March 21, 2018 9:35:50 AM
**To:** King, Jerronda
**Subject:** Receipt DS# 1008840 confirmation, Claim# 5482725

**Unfortunately, this email is an automated notification, which is unable to receive replies. We're happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Jerronda,

The following referral has been submitted to Dane Street:

**Referral:** 1008840
**Due Date:** Fri 30 Mar 2018 12:00 PM ET
**Claimant:** ABOLFAZL HOSSEINPOUR
**Claim number:** 5482725

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Taliah Moore

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

7M068180026

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

February 27, 2018

**SENT VIA FACSIMILE TO (603) 427-1844 AND VIA US MAIL**

The Liberty Life Assurance Company of Boston
Disability Claims
PO Box 7213
London, KY 40742-7213

Re: **My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

To Whom it May Concern:

I am submitting this appeal on behalf of Mr. Hosseinpour and in response to your termination letter dated August 4, 2017 ("termination letter") .

**A. <u>Dr. Kim and Liberty performed a truncated analysis of Mr. Hosseinpour's ability to work full-time in a sedentary occupation.</u>**

In the IME Report by Andrew Kim, D.O., he agrees with the Functional Capacity Evaluation submitted by Mr. Hosseinpour to Liberty in 2016 and moreover, agrees that he cannot continuously sit for more than 20 minutes at a time but nevertheless — without any expressed knowledge of the material duties of a pharmacist or a pharmacy manager – generally concludes he is capable of performing "at a sedentary work capacity, on a full-time basis.. . ." Dr. Kim did not factor into his opinions the effect of Mr. Hosseinpour's chronic pain on his ability to maintain the physical and cognitive duties of a Pharmacist. His report specifically only addressed his physical limitations and any side effects *from medication*. His report, while acknowledging Mr. Hosseinpour's pain, does not discuss whether he would be able to *sustain* both the physical stamina and mental acuity required over the course of an eight (8) hour work day as a result of 1) his chronic pain and 2) the restrictions set forth in the FCE Report, the existence of which Liberty does not dispute. The FCE Report notes that Mr. Hosseinpour reported that he has to *lay down* at times because of his back. Dr. Kim did not acknowledge this truth nor comment on the fact that a pharmacist cannot lay down over the course of a work day. Notably, Mr. Ellis also wrote in his FCE Report:

> It should be noted that this client demonstrated limited tolerance for activity as assessed during this evaluation. He was noted to change his position on a frequent basis. He did demonstrate alterations in his sitting posture.

> This client was consistent in his demonstrated inability to perform functional activities as noted during this evaluation. He reported pain as the limiting factor. The result of this evaluation have been determined to be reliable.

FCE Report at 2. In short, **he is truthful in his reporting that pain limits his ability to tolerate functional activity.**

To Liberty's credit, it recognized the internal inconsistencies in Dr. Kim's report that Mr. Hosseinpour had full-time work capacity but asked the wrong questions in follow up:

> **CLARIFICATION**
>
> **In question 3, he outlines that the claimant has sedentary work capacity on a full-time basis. However, in question 2 he also indicated that the claimant is not able to sit for 20 minutes or stand and walk for 15-20 minutes.**
>
> **1. Could you please have the doctor confirm if the claimant would need to change positions from sitting to standing every 20 minutes?**

Letter dated July 3, 2017 from Sheena Maggard, MLS Group of Companies to Dr. Kim. In response, Dr. Kim answered:

> Based on the reporting, the claimant would need to "change positions" every 20 minutes. The FCE results do not specifically detail it being from "sitting to standing", so any general change in position would be appropriate.

Letter dated July 17, 2017 from Andrew Kim, DO to MLS Group of Companies. Dr. Kim does not explain what "any general change in position" means but certainly, based on his reliance on the FCE results, such change in position would include Mr. Hosseinpour's ability to lay down. The only other option would be standing which he can only do for brief periods of time, not to exceed 15-20 minutes.

Implicit in the question posed to Dr. Kim is Liberty Mutual's realization that Mr. Hosseinpour cannot perform full-time sedentary work that requires him to continually sit (as would be required in a sedentary occupation) most of the time. By definition, sedentary work requires "mostly sitting" with brief periods of standing and walking. Why didn't Liberty ask Dr. Kim if it would be reasonable for Mr. Hosseinpour to pace himself over the course of a workday; go lay down as needed as part of his "general position changes"; and his opinion regarding his ability to sustain a competitive work pace over 8 -10 hour workdays, i.e. what would the effect of his chronic pain and restrictions and limitations be on his ability to perform the material duties of a pharmacist/pharmacy manager from both a physical and cognitive standpoint? Given the detail

in the FCE, Dr. Kim and Liberty had to, if being honest in their assessments, acknowledge that sitting and standing intervals over the day would lead to increased pain and resulting poor work performance and would be akin to a light duty occupation, not a sedentary one. Again, as noted in the FCE Report:

> STANDING/WALKING: This client did ambulate with an altered gait pattern as previously described. Upon direct questioning, he did report that his present tolerance for standing and walking is 15 to 20 minutes. This client did not stand or walk at any one time during this evaluation for more than 10 to 12 minutes. He was noted to change his position frequently. **There was a deterioration of his gait observed when performing higher level activities, as well as following the evaluation. . .**

FCE Report at 5 (emphasis added). The FCE report is *replete* with references to Mr. Hosseinpour's pain and his "limited tolerance" to sitting, standing, and walking. *Id.* at 3. Mr. Hosseinpour told the examiner:

> This client reported that pain was the limiting factor for continuing the functional testing during this evaluation. He was consistent in the fact that he was unable to tolerate various activities due to his reported level of pain and performed them using a a decreased speed of motion. The client reported that he has not worked since June of 2015. He reported no vocationally related goals at this time. "The problem is the pain in my lower back which goes into my hips. I cannot stand from more than 15 to 20 minutes because of the pain. I cannot concentrate. I make mistakes. I have the neck and lower back problems. I lose my memory. I have to have my son write it down to help me know what I have to do. I cannot concentrate. I get frustrated and I get anxiety. When I get the pain, the symptoms radiate into my left hand and my fingers go numb. . . "

*Id. at* 7.

Liberty should have disregarded Dr. Kim's summary conclusion that Hosseinpour could work full-time in a sedentary occupation. Nowhere in his report does he 1) discuss the duties of a pharmacist or pharmacy manager; 2) discuss his credible pain complaints and the deterioration of his cognitive and physical abilities over the course of a workday; and/or 3) discuss how he can perform the cognitive demands of a pharmacist/pharmacy manager with such crippling and chronic pain.[1] His opinion [that Hosseinpour can perform full-time, sedentary work] simply will

[1]In fairness to Dr. Kim, it appears that neither MLS nor Liberty Mutual asked Dr. Kim to review the cognitive demands of a pharmacist and then opine whether, given Hosseinpour's valid and objectively-based pain complaints, he could fulfill the main duties of a pharmacist, i.e. accurately, timely, and completely filling prescriptions for patients. Rather, it appears as if Dr.

not stand up under judicial scrutiny.

**B. <u>Mr. Hosseinpour's occupation is a light duty physical demand occupation, not a sedentary occupation, as Liberty Mutual asserted in its termination letter</u>.**

In order to terminate Mr. Hosseinpour's claim, it ignored its own definition of "Own Occupation" which states:

> "Own Occupation", with respect to Long Term Disability, **means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.** For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

<u>Termination Letter</u> at 1 (citing definition from policy). In its termination letter, Liberty incorrectly interprets its own contract to allow it to re-categorize Hosseinpour's own occupation as a sedentary form of pharmacist, which his "Own Occupation" is not. <u>Termination Letter</u> at 5 ("We understand that while working at Safeway, Inc., Mr. Hosseinpour must stand and walk on a frequent basis and lift up to 20 pounds. *However, based on research performed by a Vocational Consultant, his occupation as a Pharmacist, as performed in the national economy, can be performed at the sedentary demand level*")(emphasis added). This statement re-writes Liberty's own definition in the first sentence of the definition of "Own Occupation" from "the occupation that he was performing when his Disability [ ] began" to "an occupation he could have been performing when his Disability [ ] began." As stated in the next sentence of the definition of "Own Occupation", Liberty is allowed to consider how Mr. Hosseinpour's light duty pharmacist position — not another sedentary form of pharmacist position, if there is such an occupation – is normally performed in the national economy.

Mr. Hosseinpour's occupation "that he was performing when his Disability [] began" was "Pharmacy Manager." The Dictionary of Occupational Titles denominates a "pharmacist" or "director, pharmacy services" as a LIGHT DUTY occupation, not sedentary. <u>See</u> <u>Dictionary of Occupational Titles</u>, code 074.161.010 and code 074.167.010. Mr. Hosseinpour did not work as a consultative pharmacist or in any other "pharmacy" occupation that was sedentary. What he was doing at the time of his disability was a light duty occupation, not a sedentary form of pharmacy work. That is not disputed and a plain interpretation of the foregoing definition required Liberty – if performing a full and fair review – to acknowledge that 1) his own occupation was a light duty occupation; and 2) a fair reading of Dr. Kim's IME Report required Liberty to conclude that

---

Kim was only asked to express an opinion regarding Hosseinpour's physical limitations.

Hosseinpour cannot perform light duty work.[2]

**C. Liberty Mutual failed to mention the cognitive demands of a pharmacist and whether Mr. Hosseinpour would be able to even begin to meet those demands given his chronic pain, medical diagnoses, and increasing debility for sustained functional activities.**

In her Vocational Assessment in your file, Amanda Voce set forth the COGNITIVE DEMANDS of a pharmacist including "the ability to concentrate on a task over a period of time; the ability to quickly and accurately compare similarities and differences among information; evaluate information to determine compliance with standards; organize, plan, analyze data or information...meet deadlines..." Yet, Liberty's termination letter fails to mention these cognitive demands and discuss how Hosseinpour could begin to meet those demands while in constant pain and with his spinal limitations, despite the fact that Liberty's own P M & R reviewer and Dr. Kim do not argue with his medical diagnoses and restrictions from a physical standpoint. See Termination Letter at 3-4 ("Full effort [during the 8/16 FCE] was noted, though there were obvious limitations due to pain during FCE assessment. I agree with most of the conclusions noted in the 8/26/16 FCE including lifting of 10 pounds occasionally, and occasional restrictions for postural activities **due to chronic pain, left upper limb weakness, and impaired spinal ROM"**)(citing P M & R review).

Mr. Hosseinpour's pain is real and debilitating. His veracity has not been questioned or challenged by Liberty Mutual, and the FCE Report in fact confirms his reliability and the validity of testing. As set forth in my appeal letter dated September 19, 2016 at page 14, Liberty must consider his subjective pain complaints and reports of impairment, in its analysis in whether Mr. Hosseinpour can perform his own occupation. In terminating benefits, Liberty has not considered these matters at all. See Letter dated September 19, 2016 from Julie A. Mersch to Jessica Austin at 14 (incorporated herein by reference). See also FCE Report (noting Hosseinpour's testing is reliable and constitutes valid effort). See IME Report of Andrew Kim, D.O. (repeatedly noting "no overreaction" to his exam by Mr. Hosseinpour and documenting his pain complaints).

**D. Mr. Hosseinpour cannot perform any occupation and if Liberty Mutual seeks to deny him "any occupation" benefits, it must allow him to appeal that determination.**

---

[2]Indeed, Dr. Kim even stated that Dr. Tafreshi "understated" his patient's physical restrictions and limitations as compared to the objective findings in the FCE. See IME Report of Andrew Kim, D.O. dated 5/17/17 at 9.

Liberty has not performed an "any occupation" review, as it terminated Mr. Hosseinpour's benefits before the expiration of the "own occupation" period of 24 months. For the reasons set forth above, Liberty should immediately pay him his own occupation benefits through the end of the "own occupation" period of 1/19/18.

I, on behalf of Mr. Hosseinpour, asks that you consider the mental and physical demands of a pharmacist and determine that he cannot perform full-time sustained sedentary activity. I have analyzed his inability to perform sedentary work above and submitted that Dr. Kim's conclusion of full-time work capacity is simply not supported by the record. As stated above, **any change in position includes Mr. Hosseinpour's ability to go lay down when he "generally" changes position.** It is beyond cavil that no employer has to accommodate this positional requirement. Nor does an employer have to provide him with a sit/stand desk, as the termination letter implicitly asserts. Termination Letter at 5 ("While it is documented that your client would need to change positions frequently, this could be accommodated with a sit/stand desk, which is readily available in the national economy. Therefore, Mr. Hosseinpour is capable of performing his occupation with a different employer"). Moreover, given his exertional limitations and chronic pain, it is doubtful that Mr. Hosseinpour could sustain functional work activity and accurately catalogue, research, review, and report on the different medications and the efficacy on a particular pharmacy customer/patient, in any capacity. Due to his undisputed pain, he simply cannot attend long enough to work consistently and accurately.[3]

**E. Mr. Hosseinpour's anxiety and panic attacks are a side effect of his physical condition, not a separate cause of disability.**

Liberty Mutual states that Hosseinpour is not appropriately treating for a psychiatric condition and has terminated the claim on that basis as well. Mr. Hosseinpour does not have a mental/nervous condition unrelated to his physical condition, and he does not wish to argue that he has an independent cause of disability unrelated to his physical conditions. He has cervical and lumbar stenosis which is worsening over time and which causes *inter alia*, "chronic pain, left upper limb weakness, and impaired spinal ROM."

I have enclosed updated medical records from Dr. Tafreshi and Dr. Garber which document his medical conditions and their persistence over time. A recent cervical and lumbar MRI shows "multilevel lumbar stenosis, severe nature with possible adhesive arachnoiditis" and "spondylitic disease from C4-C7 [with] clinical radiculopathy down his bilateral upper extremities." Dr. Garber is currently recommending that Mr. Hosseinpour undergo an Anterior

---

[3]It is worth reminding Liberty Mutual that it ordered surveillance of Mr. Hosseinpour prior to termination that showed "no activity" over several days.

Cervical Diskectomy Fusion and Internal Fixation at C5-7.

**F. <u>Conclusion</u>**

Based on the foregoing, please bring Mr. Hosseinpour's "own occupation" benefit payments current and investigate and pay "any occupation" benefits through the present. Even accepting Dr. Kim's opinions, he does not state that Mr. Hosseinpour can perform a light duty occupation with significant cognitive demands, given the condition of his spine and resulting pain and radicular symptoms. And again, his "own occupation" was a pharmacist manager working in a pharmacy standing most of the time. No medical improvement in his condition has occurred since Liberty started paying him "own occupation" benefits, so Liberty should not have terminated benefits, for that reason as well. Respectfully, I submit that Liberty's review that led to termination of benefits was not full and fair. In the event Liberty denies his entitlement to "any occupation" benefits, it must provide him with an opportunity to appeal that decision.

Thank you in advance for reviewing this appeal of Liberty's termination of Mr. Hosseinpour's own occupation benefits. I also refer you back to my arguments on Mr. Hosseinpour's behalf in my original appeal letter dated September 19, 2016, incorporated herein by reference. I especially point you to my critique of the Vocational Review at pages 12-14 and the extensive medical information and citations discussing Mr. Hosseinpour's medical conditions.

Very truly yours,

Julie A. Mersch

Julie A. Mersch, Esq.

JAM/rmj

Enclosures: Updated Medical Records of Mehrdad Tafreshi, M.D.
Updated Medical Records of Jason Garber, M.D., including Cervical MRI dated 12/21/17 and Lumbar MRI dated 12/28/17
Appeal Letter dated September 19, 2016 (incorporated herein by reference)

W:\HOSSEINPOUR\LTRS\Liberty.Appeal.022718.wpd

7M068180026



PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 02/01/2018
AGE AT DOS 59 yrs
Electronically signed by Mehrdad Tafreshi md at 02/01/2018 06:08 pm

### Chief complaint

Follow up

### Vitals for this encounter

| | 02/01/18 5:08 PM |
|---|---|
| Height | 69 in |
| Weight | 195 lb |
| Temperature | 98 °F |
| Pulse | 71 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 98 % |
| BMI | 28.80 |
| Blood pressure | 117/72 mmHg |

**SUBJECTIVE**

fu.
chronic neck lumbar pain
left arm hand weakness.burning sensation.
Insomnia. palpitations , diff concentration poor memory , panic attacks unchanged
difficulty standing sitting walking due to pain.
No dysurea, No frequency, No discharge. No abdominal pain. No fever, No chills.
PMH Spinal disc DZ,MDD,Hyperlipidemia
Social history: None Smoker, no ETOH
FH: Ovarian CA mother ,Father OCD
Allergy nka

**OBJECTIVE**

in NAD. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

- Degeneration of cervical intervertebral disc [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]
- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

7M068180026



Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

**PLAN**

MDD severe on Cymbalta 90mg. Xanax prn Panic attacks fu with Psychiatrist
Cervical Lumbar disc DZ w chronic pain on Tramadol Fioricet. spine surgery is recommended by Dr Garber however pt refuses to undergo surgery due to possible complications and side effects ,,his decision is understandable
Pure Hypertrig on Omega 3.

practicefusion

7M068180026



PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 11/14/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 11/14/2017 04:20 pm

## Chief complaint

wi-amerigorup-pm (Appt time: 1:00 PM) (Arrival time: 2:11 PM) pt is here for f/u

**Vitals for this encounter**

| | 11/14/17 3:35 PM |
|---|---|
| Height | 69 in |
| Weight | 192 lb |
| Temperature | 97.40 °F |
| Pulse | 88 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.35 |
| Blood pressure | 109/63 mmHg |

**SUBJECTIVE**

fu. left arm hand weakness.buming sensation. neck lower back pains
palpitations , diff concentration poor memory , panic attacks. insomnia.
difficulty standing sitting walking due to pain.
heart bums.
No dysurea, No frequency, No discharge. No abdominal pain. No fever, No chills.

**OBJECTIVE**

in NAD
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

**PLAN**

MDD severe on Cymbalta 90mg. Xanax prn Panic attacks.
Cervical Lumbar disc DZ w chronic pain on Tramadol Fioricet.
Pure Hypertrig on Omega 3.
Psych fu.
Spine surgical referral

practice fusion

7M068180026



PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 09/13/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 09/13/2017 04:10 pm

## Chief complaint

wi-amerigroup-pm (Appt time: 2:00 PM) (Arrival time: 2:13 PM) pt is here for f/u

**Vitals for this encounter**

| | 09/13/17 3:27 PM |
|---|---|
| Height | 69 in |
| Weight | 197.40 lb |
| Temperature | 98.20 °F |
| Pulse | 86 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 95 % |
| BMI | 29.15 |
| Blood pressure | 109/70 mmHg |

**SUBJECTIVE**

fu.
Anxiety. palpitations , diff concentration poor memory , panic attacks
persistent neck pain lower back pains unchanged. left arm hand weakness.burning sensation. difficulty standing sitting walking due to pain
Insomnia.
No fever, No chills. No dysurea, No frequency, No discharge. No abdominal pain.
heart burns

**OBJECTIVE**

Anxious mood
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]
- Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]
- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Degeneration of cervical intervertebral disc [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hyperglyceridemia [ICD-10: E78.1]

**PLAN**

MDD severe on Cymbalta 90mg. Xanax prn Panic attacks
Cervical Lumbar disc DZ w chronic pain on Tramadol Fioricet
Pure Hypertrig on Omega 3
Psych fu
prognosis poor unchanged

## Addenda

| ADDENDUM | STATUS | SOURCE | DATE/TIME |
|---|---|---|---|
| referral to Psychiatry, Orthopedic Spine eval due to neurologic symptoms | Accepted by Mehrdad Tafreshi md | Doctor | 09/13/2017 04:16 pm |

practice fusion

7M068180026



PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 06/21/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 06/21/2017 03:09 pm

## Chief complaint

Follow up

**Vitals for this encounter**

| | 06/21/17 2:18 PM |
|---|---|
| Height | 69 in |
| Weight | 195.8 lb |
| Temperature | 97 °F |
| Pulse | 76 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 96 % |
| BMI | 28.91 |
| Blood pressure | 115/75 mmHg |

**SUBJECTIVE**

fu.
persistant neck pain lower back pains unchanged. Anxiety
left arm hand weakness.burning sensation. diff concentration palpitations.
has been evaluated by orthopedics recommended surgery of spine

**OBJECTIVE**

In NAD. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]

Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hyperglyceridemia [ICD-10: E78.1]

**PLAN**

Continue same RX no sig changes prognosis is poor unchanged

Psych referral

practice fusion

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Abolfazl Hosseinpour** | | **Meadows Medical Group Practice** | **Office Visit** | |
| DOB | | T (702) 258-8100 | NOTE TYPE | SOAP Note |
| AGE | 59 yrs | F (702) 258-4244 | SEEN BY | Mehrdad Tafreshi md |
| SEX | Male | 4500 Meadows Lane | DATE | 05/18/2017 |
| PRN | AH376941 | Las Vegas, NV 89107 | AGE AT DOS | 58 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

SUBJECTIVE

OBJECTIVE

ASSESSMENT

PLAN

practice fusion

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 04/13/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 04/13/2017 04:26 pm

**Chief complaint**

Follow up

**Vitals for this encounter**

| | 04/13/17 3:49 PM |
|---|---|
| Height | 69 in |
| Weight | 195.8 lb |
| Temperature | 98.60 °F |
| Pulse | 85 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.91 |
| Blood pressure | 141/83 mmHg |

**SUBJECTIVE**

fu.
persistant neck pain lower back pains unchanged.
still having severe anxiety. left arm hand weakness.burning sensation.
R arm pain now
diff concentration palpitations.
needs help at home his sons take care of his care at home

**OBJECTIVE**

in NAD
mood Anxious.
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars.
EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]
- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]
- Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]
- Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

**PLAN**

refill RX
Increase Cymbalta 90mg
prognosis poor worsening C Spine symptoms neurosergery eval

practice fusion

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 03/14/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 03/14/2017 04:30 pm

**Chief complaint**

follow up-PM (Appt time: 3:30 PM) (Arrival time: 3:46 PM)pt is here for f/u

**Vitals for this encounter**

| | 03/14/17 3:47 PM |
|---|---|
| Height | 69 in |
| Weight | 194.80 lb |
| Temperature | 98.10 °F |
| Pulse | 88 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 95 % |
| BMI | 28.77 |
| Blood pressure | 118/82 mmHg |

**SUBJECTIVE**

fu.
still having severe anxiety. persistant neck pain lower back pains unchanged
left arm hand weakness.burning sensation
diff concentration palpitations
mostly stays at home
Abd pains bloating

**OBJECTIVE**

Anxious
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . tender paralumbars
EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hyperglyceridemia [ICD-10: E78.1]

Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]

Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

7M068180026



| PATIENT | | FACILITY |
|---|---|---|
| **Abolfazl Hosseinpour** | | **Meadows Medical Group Practice** |
| DOB | | T (702) 258-8100 |
| AGE | 59 yrs | F (702) 258-4244 |
| SEX | Male | 4500 Meadows Lane |
| PRN | AH376941 | Las Vegas, NV 89107 |

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Abolfazl | SEX | Male | ETHNICITY | Patient declined to specify |
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Hosseinpour | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | | PRN | AH376941 | RACE | Other Race |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | Mobile Phone |
| | | EMAIL | |
| ADDRESS LINE 2 | | HOME PHONE | |
| CITY | | MOBILE PHONE | |
| STATE | | OFFICE PHONE | - |
| ZIP CODE | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

### PATIENT NOTES

Pharmacy called to switch one of the medications to generic-PM

## Basic Metabolic Panel flowsheet - Abolfazl Hosseinpour

| | 03/16/17 3:53 AM |
|---|---|
| Basic Metabolic Panel | |
| Sodium | 140 mmol/L |
| Potassium | 3.7 mmol/L |
| Chloride | 106 mmol/L |
| BUN | 16 mg/dL |
| Creatinine | 1.10 mg/dL |
| Glucose (Random) | |
| Glucose (Fasting) | 92 mg/dL |

7M068180026

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128-0825
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient: Abolfazl Hosseinpour** **Patient #: 271610** **DOB:** (59 years)

**Date of Encounter: 01/16/2018**

## History of Present Illness

The patient is a 59 year old male who presents to the practice today for a transition into care. The patient is transitioning into care and a summary of care was reviewed.

Additional reasons for visit:

Follow-up visit

MRI of the lumbar spine shows multilevel lumbar stenosis, severe nature with possible adhesive arachnoiditis. Patient has clinical symptoms of neurogenic claudication. He is unable to ambulate more than 50ft without sitting.

MRI of the cervical spine shows spondylitic disease from C4-C7. Patient has clinical radiculopathy down his bilateral upper extremities. He's not had any injections and he does not wish to have any injections performed. He'll follow up with Dr. Garber to discuss more surgical intervention.

## Social History

Tobacco use: Never smoker

## Medication History

Medications Reconciled Specific dose unknown - Active - Hx Entry.

## Vitals

01/16/2018 04:31 PM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.98 m² **Body Mass Index:** 26.58 kg/m²

## Physical Exam

The physical exam findings are as follows:

**Neurologic**
**Overall Assessment of Muscle Strength and Tone reveals**
**Upper Extremities - Right Deltoid - 5/5. Left Deltoid - 5/5. Right Bicep - 5/5. Left Bicep - 5/5. Right Tricep - 5/5. Left Tricep - 5/5. Right Wrist Extensors - 5/5. Left Wrist Extensors - 5/5. Right Wrist Flexors - 5/5. Left Wrist Flexors - 5/5. Right Intrinsics - 5/5. Left Intrinsics - 5/5. Lower Extremities - Right Iliopsoas - 5/5. Left Iliopsoas - 5/5. Right Quadriceps - 5/5. Left Quadriceps - 5/5. Right Hamstrings - 5/5. Left Hamstrings - 5/5. Right Tibialis Anterior - 5/5. Left Tibialis Anterior - 5/5. Right Gastroc-Soleus - 5/5. Left Gastroc-Soleus - 5/5. Right EHL - 5/5. Left EHL - 5/5.**

7M068180026

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- Patient Education: Neck Strain *: neck pain
- How to access health information online
- Follow up in 1 week or as needed

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- Patient Education: Low Back Pain: low back
- How to access health information online
- Follow up in 1 week or as needed

Jason E Garber, MD

MCKESSON
Empowering Healthcare

Patient Name: Hosseinpour, Abolfazl
DOB:
ID: 880141.0
Study Date: 15-Jun-2015 18:18

**Final Report**
***MR Mri Lumbar Spine Without***

```
Patient:  Abolfazl                Physician:  Mehrdad Tafreshi
Hosseinpour
SDMI #:  880141.0                 Dr. Fax:  (702) 258-4244
Pt. DOB:                          Dr. Phone:  (702) 258-0100
Pt. Sex:  Male                    Dr. Addr.:  4500 Meadows Lane Las Vegas,
                                  NV 89107
Referral ICD 9:  724.2            Cc:
SDMI Location:  AN                Cc:
Date of Service:  06/15/15
```

MR: LUMBAR SPINE WITHOUT CONTRAST

CLINICAL HISTORY:
Sharp neck and lower back pain. Pain radiates to the right hips and legs.

TECHNIQUE:
Sagittal T1, sagittal and axial T2.

COMPARISON:
None

FINDINGS:
Sagittal alignment is anatomic. No compression deformities or suspicious marrow abnormalities. The conus medullaris is positioned at the L1-L2 level.

2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild ventral cord effacement (identified on sagittal imaging)

The T12-L1 and L1-L2 discs are normal. No neural impingement

The L2-3 disk is normal in height and hydration. < 2 mm central disc bulge with a component of subligamentous extrusion above the L2 endplate, right paramedian location. Extruded disc measures approximately 11 x 4 mm, both resulting in mild thecal sac effacement. No facet or ligamentum flavum pathology. No significant central canal or foraminal stenosis

The L3-4 disk is mildly desiccated. 2 mm annular bulge and facet arthropathy efface the ventral thecal sac. AP sac measurement 8 mm. No foraminal narrowing

The L4-5 disk is normal in height and hydration. Less than 2 mm annular bulge barely effaces the ventral thecal sac. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis

The L5-S1 disk is normal. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis

IMPRESSION:
1. L3-L4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm
2. L2 L3 central disc bulge with a component of subligamentous extrusion above the L2 endplate. Only mild resulting thecal sac effacement without neural impingement
3. 2.5 mm central-right paramedian protrusion at T11-T12 resulting in

7M068180026



mild cord effacement on sagittal imaging. Consider formal thoracic MRI
if clinical symptoms warrant

Interpreted by: Michael Kawaguchi M.D. 06/15/2015 7:15 PM

Signed by: Kawaguchi, Michael Signed on: 15-Jun-2015 19:15

7M068180026



MCKESSON
Empowering Healthcare

Patient Name: Hosseinpour, Abolfazl
DOB:
ID: 880141.0
Study Date: 15-Jun-2015 17:56

**Final Report**
***MR Mri Cervical Spine Without***

| | |
|---|---|
| Patient: Abolfazl Hosseinpour | Physician: Mehrdad Tafreshi |
| SDMI #: 880141.0 | Dr. Fax: (702) 258-4244 |
| Pt. DOB: | Dr. Phone: (702) 258-8100 |
| Pt. Sex: Male | Dr. Addr.1 4505 Meadows Lane Las Vegas, NV 89107 |
| Referral ICD 9: 723.1 | Cc: |
| SDMI Location: AD | Cc: |
| Date of Service: 06/15/15 | |

MRI CERVICAL SPINE WITHOUT CONTRAST

CLINICAL HISTORY:
Neck pain, cervicalgia.

COMPARISON:
None.

TECHNIQUE:

T1 sagittal, T2 sagittal and axial T2 images were obtained without IV contrast.

FINDINGS:

Multilevel advanced degenerative disc disease, disc dehydration and disc space narrowing from C4-C5 through C6-C7 . More advanced at C6-C7 where there are degenerative endplate changes. Alignment near-anatomic. Craniocervical junction unremarkable. No Chiari malformation or syrinx. The bone marrow signal is normal.Spinal cord signal appears normal.The paraspinal soft tissues appear normal.

C2-3: AP dimension of the spinal canal 11 mm. No foraminal stenosis.

C3-4: AP dimension of the spinal canal 8.9 mm . No significant foraminal stenosis.

C4-5: AP dimension of the spinal canal 9.5 mm. Moderate to marked narrowing of both neural foramen. Could be some encroachment on the exiting C5 nerve roots particularly on the right side.

C5-6: AP dimension of the spinal canal 8.8 mm. Moderate narrowing of both neural foramen looks slightly worse on the right side. Could be some mild impingement on the exiting right C6 nerve root. Advise clinical correlation.

C6-7: AP dimension of the spinal canal 10 mm. Moderate narrowing of the right neural foramen.

C7-T1: AP dimension of the spinal canal 11 mm. No significant foraminal stenosis.

IMPRESSION:

1. Multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5.

7M068180026



2. Lower cervical advanced degenerative disc disease.

Interpreted by: David Mirich M.D. 06/16/2015 8:37 AM

Electronically approved by: David Mirich, M.D. Date: 06/16/15 19:33

Signed by: Mirich, David Signed on: 16-Jun-2015 18:33

7M068180026

Received: 1

7/20/2015 18:52 SDMI-FP1 SDMI-FP1-3 P.1/1

## STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

Patient: Abolfazl Hosseinpour
SDMI #: 880141.0
Pt. DOB:
Pt. Sex: Male
Referral ICD 9: 722.4
SDMI Location: MP
Date of Service: 07/20/15

Physician: Jason Garber
Dr. Fax: (702) 835-0085
Dr. Phone: (702) 835-0088
Dr. Addr.: 2471 Professional Court Las Vegas, NV 89128
Cc:
Cc:

**LUMBAR SPINE FLEXION EXTENSION**

**CLINICAL HISTORY:**

Low back pain.

**TECHNIQUE:**

AP, lateral, lumbosacral spot, flexion, extension lumbar spine.

**COMPARISON:**

None.

**FINDINGS:**

Sagittal alignment is anatomic. There is no evidence for abnormal motion with flexion or extension. There is mild disc space narrowing and marginal spurring at the thoracolumbar junction. There is no evidence for spondylolysis or spondylolisthesis. Mild facet arthropathy is seen at L4-L5 and L5-S1.

**IMPRESSION:**

1. Mild degenerative disc disease thoracolumbar junction.
2. No evidence for abnormal motion with flexion or extension.
3. Mild facet arthropathy L4-L5 and L5-S1.

Interpreted by: Lisa Nelson M.D. 07/20/2015 4:57 PM

Electronically approved by: Lisa D Nelson MD Date: 07/20/15 17:15

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**

2767 N. Tenaya Way, Las Vegas, NV 89128
4 Sunset Way, Building D, Henderson, NV 89014
2950 S. Maryland Pkwy, Las Vegas, NV 89109
6925 N Durango Dr, Las Vegas, NV 89149
800 Shadow Ln. Las Vegas, NV 89106
2850 Siena Heights, Henderson, NV 89052
9070 W. Post Road, Las Vegas, NV 89148

This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

7M068180026



# STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name. Abolfazl Hosseinpour

| | |
|---|---|
| Patient: Abolfazl Hosseinpour | Physician: Jason Garber |
| SDMI #: 880141.0 | Dr. Fax: (702) 835-0085 |
| Pt. DOB: | Dr. Phone: (702) 835-0888 |
| Pt. Sex: Male | Dr. Addr.: 2471 Professional Court Las Vegas, NV 89128 |
| Referral ICD 9: 723.0 | Cc: |
| SDMI Location: MP | Cc: |
| Date of Service: 07/20/15 | |

**CERVICAL SPINE MINIMUM 4 VIEWS**

**CLINICAL HISTORY:**

Neck pain.

**TECHNIQUE:**

AP. Lateral and open mouth cervical spine. Flexion-extension.

**COMPARISON:**

None.

**FINDINGS:**

The sagittal alignment is anatomic. There is mild to moderate disc space narrowing with anterior-posterior spurring C4-C5. C5-C6 and C6-C7. Vertebral body heights are maintained. Uncinate arthropathy is seen bilaterally at multiple levels. The atlantoaxial relationship is anatomic. There is no abnormal motion with flexion or extension.

**IMPRESSION:**

Moderate multilevel degenerative disc and degenerative joint disease cervical spine.

Interpreted by: Lisa Nelson M.D. 07/20/2015 4:58 PM

Electronically approved by: Lisa D Nelson MD Date: 07/20/15 17:15

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**

2167 N. Tenaya Way. Las Vegas, NV 89128
4 Sunset Way. Building D. Henderson, NV 89014
1950 S. Maryland Pkwy. Las Vegas, NV 89109
6925 N Durango Dr. Las Vegas, NV 89149
800 Shadow Ln. Las Vegas, NV 89106
2850 Siena Heights, Henderson, NV 89052
9070 W. Post Road, Las Vegas, NV 89148

This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

DR DESERT RADIOLOGY — DIAGNOSTIC IMAGING CENTER of EXCELLENCE

7M068180026
702-759-8600
WWW.DESERTRAD.COM

# MEDICAL IMAGING REPORT
# REPORT STATUS: FINAL

| | | | |
|---|---|---|---|
| Name: | ABOLFAZL HOSSEINPOUR | DOB: | |
| Patient ID: | 501999567 | Gender: | Male |
| Exam Date: | 12/21/2017 08:59 PM | Site: | HORIZON |
| Age: | 59Y 0M | Acc #: | 509813202 |
| Exam Name: | MR CERVICAL WO CONTRAST \| 72141 | Secondary Acc #: | 509813202 |
| Pt Status: | | | |

Referrer: MEHRDAD TAFRESHI MD
Ref'l Address: 4500 MEADOWS LN
LAS VEGAS, NV 89107

MR CERVICAL SPINE WITHOUT CONTRAST

HISTORY: Neck pain

COMPARISON: None.

TECHNIQUE: Axial and sagittal T1-weighted, T2-weighted, and STIR fat-suppressed T2-weighted MR images of the cervical spine were performed without contrast.

CONTRAST: None.

FINDINGS:

Visualized posterior fossa structures are unremarkable. The cervical cord shows no enlargement atrophy or abnormal T2 signal. There is mild narrowing of the C4-5 interspace the C5-6 disk space and moderate narrowing at C6-7. There is mild Modic type changes anteriorly at C6-7.

At C2-3 there is no central or neural foraminal stenosis.

At C3-4 mild annular bulging disk with borderline canal stenosis and neural foramen are patent.

At C4-5 mild annular bulging disk with mild canal stenosis. There is bilateral facet arthropathy and bilateral uncinate hypertrophy resulting in moderate bilateral neural foraminal narrowing.

At C5-6 posterior bulging disk is noted resulting in moderate canal stenosis. There is bilateral uncinate hypertrophy resulting in mild bilateral neural foraminal narrowing there is mild bilateral facet arthropathy.

At C6-7 there is posterior bulging disk with mild canal stenosis. The neural foramen appear to be patent.

Continued...

At C7-T1 there is no central or neural foraminal stenosis. Minimal bulging disk is present.

IMPRESSION:

Multilevel degenerative changes as discussed level by level above.

**Report Electronically Signed by:** JOEL SCHEIN MD
**Report Electronically Signed on:** 12/22/2017 08:21 AM

**Transcribed By:**

**Signed by:** JOEL SCHEIN MD
**Finalized Date:** 12/22/2017 08:21 AM

CONFIDENTIALITY NOTICE This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure or re-disclosure of which it is governed by applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify Desert Radiologists immediately by phone and return the original message to us by mail. Thank you.

7M068180026

DR DESERT RADIOLOGY

702-759-8600
WWW.DESERTRAD.COM

# MEDICAL IMAGING REPORT
## REPORT STATUS: FINAL

| | | | |
|---|---|---|---|
| Name: | ABOLFAZL HOSSEINPOUR | DOB: | |
| Patient ID: | 501899567 | Gender: | Male |
| Exam Date: | 12/28/2017 07:54 PM | Site: | HORIZON |
| Age: | 59Y 2M | Acc #: | 509613203 |
| Exam Name: | MR LUMBAR WO CONTRAST \| 72148 | Secondary Acc #: | 509613203 |
| Pt Status: | | | |

Referrer: MEHRDAD TAFRESHI MD
Ref'l Address: 4500 MEADOWS LN
LAS VEGAS, NV 89107

Technique: Multiplanar multisequence MR imaging of the lumbar spine. No intravenous contrast.

History: X ICD10: M5412-Radiculopathy, cervical region ICD10; M5416-Radiculopathy, lumbar region

FINDINGS:
Reference exam: None.

Vertebral body heights are maintained. There is no acute fracture or subluxation. There is T12-L1, L2-L3 and L3-4 disk height loss. There is T12-L1 and L2-3 through L5-S1 mild disk desiccation. Signal from bone marrow is within normal limits. Signal in the visualized lower portion of the spinal cord is normal. The conus medullaris terminates at the L2 level. There is irregular distribution of nerve roots at the L2 and L3 levels which may be related to redundant nerve roots secondary to high-grade distal L3-4 central canal stenosis versus arachnoiditis.

T12-L1: There is endplate osteophytosis. There is diffuse disk bulge. There is bilateral facet degenerative change. The central canal and neural foramina are patent.

L1-L2: The central canal and neural foramina are patent.

L2-L3: There is broad-based posterior central disk protrusion/minimal cephalad disk extrusion superimposed on diffuse disk bulge that flattens the ventral thecal sac. There is bilateral facet and ligamentum flavum hypertrophy. There is prominent posterior epidural fat. There is moderate narrowing of the central canal. Central canal AP diameter measures 6 mm. There is mild narrowing of bilateral neural foramina.

L3-L4: There is posterior central disk protrusion/minimal disk extrusion superimposed on diffuse disk bulge that flattens the ventral thecal sac. There is associated posterior high signal intensity zone. There is bilateral facet and ligamentum flavum hypertrophy. There is prominent posterior epidural fat. There is high-grade narrowing of the central canal. Central canal AP diameter measures 4.9 mm. There is moderate narrowing of the right neural foramina and mild narrowing of the left neural foramina.

Name: ABOLFAZL HOSSEINPOUR
Patient ID: 501999567

Date of Birth:
Gender: Male
Location: HRZ

L4-L5: There is posterior central disk protrusion superimposed on diffuse disk bulge that flattens the ventral thecal sac. There is bilateral facet and ligamentum flavum hypertrophy. There is prominent posterior epidural fat. There is mild narrowing of the central canal and left neural foramina. There is moderate narrowing of the right neural foramina.

L5-S1: There is diffuse disk bulge that flattens the ventral thecal sac. There is bilateral facet and ligamentum flavum hypertrophy. The central canal is patent. There is moderate narrowing of bilateral neural foramina.

IMPRESSION:

1. Multilevel diffuse degenerative changes of the lumbar spine as detailed above.

2. At the L3-4 level there is high-grade narrowing of the central canal. There is moderate narrowing of the right neural foramina and mild narrowing of the left neural foramina. There is posterior central disk protrusion/minimal extrusion superimposed on diffuse disk bulge with associated high signal intensity zone.
3. At the L2-3 level there is broad-based posterior central disk protrusion/minimal cephalad disk extrusion superimposed on diffuse disk bulge. There is moderate narrowing of the central canal and mild narrowing of bilateral neural foramina.

4. There is irregular distribution of nerve roots at the L2 and L3 levels which may be related to redundant nerve roots secondary to high-grade distal L3-4 central canal stenosis versus arachnoiditis.

Report Electronically Signed by: PREETI TULADHAR MD
Report Electronically Signed on: 12/31/2017 03:43 PM

Transcribed By:

Signed by: PREETI TULADHAR MD
Finalized Date: 12/31/2017 03:43 PM

CONFIDENTIALITY NOTICE This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure or re-disclosure of which it is governed by applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify Desert Radiologists immediately by phone and return the original message to us by mail. Thank you.

7M068180026

| | |
|---|---|
| **To:** | PT'S HOME FAX |
| **Fax Number:** | 7023870109 |
| **From:** | HORIZON |
| **Business Phone:** | 7027594500 |
| **Date/Time:** | 2/27/2018 10:24 AM |
| **Subject:** | 509613203 |

---

**Confidential - May contain patient-identifiable information**
The information transmitted by this facsimile is considered medically privileged and confidential under Federal Law 42 FR and is intended only for the use of the individual or entity named. The recipient of this patient information is prohibited from disclosing the information to any other party and is required to destroy the information after the stated purpose has been fulfilled. If this is received in error, please destroy the document and notify our office immediately at 702-759-8750.

7M068180026

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

# Patient Surgical Consent Form: Spinal Surgery

**Patient Name:** Abolfazl Hosseinpour

*[Check one]*

- ☐ Posterior Lumbar Fusion with Instrumentation
- ☐ Anterior Lumbar Interbody Fusion
- ☐ Extreme Lateral Interbody Fusion (XLIF)
- ☐ Decompressive Lumbar Laminectomy
- ☐ Microlumbardiskectomy
- ☐ Vertebroplasty
- ☐ Thoracic Corpectomy
- ☐ Lumbar Artificial Disc (TDR)
- ☐ Cervical Artificial Disc (TDR)
- ☐ Foraminotomy
- ☐ Posterior Cervical Fusion
- ☐ Intrathecal Pump Implantation
- ☐ Placement LP Shunt
- X Anterior Cervical Diskectomy ~~/ Corpectomy with~~ Fusion and Internal Fixation C5-7
- ☐ Dorsal Column Stimulator Implantation
- ☐ Other______________________________

I am aware and accept no guarantees about the results of the upcoming surgical procedure. I also recognize that unforeseen conditions may require my surgeon and his/her associates and assistants to use a different procedure than the one described above.

## *Alternatives*

I have considered the non-surgical alternatives to the surgery listed above, which include:

- not having the procedure;
- using medication for relief of pain;
- performing exercises to strengthen the lower-back muscles;
- undergoing physical therapy;
- steroid injections.

I have also considered other possible surgical approaches as explained to me by my surgeon. The benefits and disadvantages of these alternative methods have been explained to me.

*Patient's Initials*__________
*Date*______________

## *Risks of Spinal Surgery*

I agree that the decision to have this procedure includes weighing the risks of surgery as well as the benefits. I understand and accept that possible risks and complications may include but are not limited to the following:

- **Adverse reaction to anesthesia**—Both local and general anesthesia involve risk. There is a possibility of complication or injury from all forms of anesthesia and sedation.
- **Bleeding**—It's possible, though unusual, to experience an episode of bleeding, which may be excessive, during or after surgery. Bleeding may require additional treatment or transfusion. Certain medications, such as anti-inflammatory drugs, may increase the risk of bleeding.
- **Blood clot development**—Blood clots may occur with any type of surgery. Clots can block blood flow and cause complications, including pain, swelling, inflammation, tissue damage, airway blockages due to compression of the trachea and compression of the spinal cord. Blood clots can also form in the legs and possibly travel to the lungs, which may be life-threatening.
- **Cardiac complications**—There is a small chance that having the procedure could cause an irregular heartbeat or a heart attack.
- **Death**—Although the risk is remote, death may occur during or soon after *any* surgical procedure.
- **Failure of the procedure**—There is a chance that the noted surgery will not alleviate pain, numbness, weakness or other symptoms.
- **Increased pain**—It's possible, though unlikely, that pain or other symptoms will increase in severity following the procedure.
- **Infection**—Infection may occur in the wound, either near the surface or deep within the tissues, or may include the spine.
- **Nerve root or spinal cord injury** —Injury to the nerve roots may result in weakness in the legs and arms, paralysis in the affected muscle group or loss of sensation in the affected area.
- **Recurrence**—There is a chance that pain, numbness, weakness or other symptoms in the spinal region will recur and require additional surgery.
- **Respiratory difficulties**—Breathing difficulties, which are usually temporary, or post-operative pneumonia, may occur as a result of surgery. Pulmonary embolus (blockage of an artery in the lungs) could occur from blood clotting in the veins.
- **Hardware Failure/need for Hardware Revision**—It's possible, although highly unlikely, that product hardware may fail or is rejected from time to time.
- **Anterior Cervical Diskectomy Fusion** – There is added risk of hoarseness, as well as injury to the RLN resulting in permanent vocal cord paralysis.
- **The need for any additional kinds of surgery**
- **Bowel or bladder dysfunction**
- **Erectile dysfunction or retrograde ejaculation** – Sometimes these complications can occur as the result of spinal surgery.

*Patient's Initials*________
*Date*____________

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 096 Manager: CRAM, BRIAN Case Mgr: AUSTIN, JESSICA

Claimant Name: ABOLFAZL HOSSEINPOUR Claim #: 5482725

Occupation (Job Title): PHARMACY MANAGER Date Sent: 3/1/2018

Diagnosis: 722.52 Degeneration of lumbar or lumbosacral intervertebral disc, 300.02 Generalized anxiety disorder

Date of Disability: 7/15/2015 Date Benefits Began: 1/20/2016

Maximum Duration: 7/31/2025 Paid Through: 8/4/2017

Date of Denial or (DB451): 8/4/2017 Date Appeal Received: 2/28/2018

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: SAFEWAY INC.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Norcal.online@safeway.com

ER Contact Addresses (including email address):

Norcal.online@safeway.com

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

claim previously reopened on appeal further further investigation of physical impairment. Previous psych review completed on appeal indicating that impairment was not supported.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

| | |
|---|---|
| Date: | March 2, 2018 |
| To: | JULIE MERSCH<br>LAW OFFICE OF JULIE A. MERSCH<br>701 S. 7TH ST.<br>LAS VEGAS NV 89101 |
| Attn: | |
| Fax: | (702) 387-0109 |
| From: | Sherry Preston<br>Appeal Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8396 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

March 2, 2018

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Ms. Mersch:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Abolfazl Hosseinpour's Long Term Disability (LTD) claim.

Mr. Hosseinpour's file is being forwarded to Liberty's Appeal Review Unit for an independent review of his claim eligibility. His claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sherry Preston
Appeal Associate

Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

**JULIE A. MERSCH, ESQ.**
701 S. 7th Street
Las Vegas, Nevada 89101
(702) 387-5868
FAX: (702) 387-0109

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO/FAX NO.: Liberty Life Disability Claims (603) 427-1844 | FROM: Julie A. Mersch, Esq. |
| FILE NO.: Hosseinpour v. Liberty Mutual 2016-00006 | DATE: February 27, 2018 |

YOUR IMMEDIATE ATTENTION IS REQUIRED.

**Transmission includes: Appeal letter re: Abolfazl Hosseinpour, Claim No. 5482725**

| | | | |
|---|---|---|---|
| | RESPONSE REQUIRED BY ________ | xx | PLEASE TAKE APPROPRIATE ACTION |
| | PLEASE FAX RESPONSE TO ________ | xx | FOR YOUR REVIEW |
| | PLEASE CALL ME AT 702-387-5868 | | PURSUANT TO YOUR REQUEST |
| xx | ORIGINAL WILL FOLLOW BY MAIL | | ORIGINAL WILL NOT FOLLOW BY MAIL |

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission to its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

If there are any problems with this transmission, please contact the undersigned at (702) 387-5868:

Sender: Robin No. of Pages: 34

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

February 27, 2018

**SENT VIA FACSIMILE TO (603) 427-1844 AND VIA US MAIL**

The Liberty Life Assurance Company of Boston
Disability Claims
PO Box 7213
London, KY 40742-7213

**Re: My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

To Whom it May Concern:

I am submitting this appeal on behalf of Mr. Hosseinpour and in response to your termination letter dated August 4, 2017 ("termination letter") .

**A. Dr. Kim and Liberty performed a truncated analysis of Mr. Hosseinpour's ability to work full-time in a sedentary occupation.**

In the IME Report by Andrew Kim, D.O., he agrees with the Functional Capacity Evaluation submitted by Mr. Hosseinpour to Liberty in 2016 and moreover, agrees that he cannot continuously sit for more than 20 minutes at a time but nevertheless — without any expressed knowledge of the material duties of a pharmacist or a pharmacy manager – generally concludes he is capable of performing "at a sedentary work capacity, on a full-time basis.. . ." Dr. Kim did not factor into his opinions the effect of Mr. Hosseinpour's chronic pain on his ability to maintain the physical and cognitive duties of a Pharmacist. His report specifically only addressed his physical limitations and any side effects *from medication*. His report, while acknowledging Mr. Hosseinpour's pain, does not discuss whether he would be able to *sustain* both the physical stamina and mental acuity required over the course of an eight (8) hour work day as a result of 1) his chronic pain and 2) the restrictions set forth in the FCE Report, the existence of which Liberty does not dispute. The FCE Report notes that Mr. Hosseinpour reported that he has to *lay down* at times because of his back. Dr. Kim did not acknowledge this truth nor comment on the fact that a pharmacist cannot lay down over the course of a work day. Notably, Mr. Ellis also wrote in his FCE Report:

> It should be noted that this client demonstrated limited tolerance for activity as assessed during this evaluation. He was noted to change his position on a frequent basis. He did demonstrate alterations in his sitting posture.

> This client was consistent in his demonstrated inability to perform functional activities as noted during this evaluation. He reported pain as the limiting factor. The result of this evaluation have been determined to be reliable.

FCE Report at 2. In short, **he is truthful in his reporting that pain limits his ability to tolerate functional activity.**

To Liberty's credit, it recognized the internal inconsistencies in Dr. Kim's report that Mr. Hosseinpour had full-time work capacity but asked the wrong questions in follow up:

> **CLARIFICATION**
>
> **In question 3, he outlines that the claimant has sedentary work capacity on a full-time basis. However, in question 2 he also indicated that the claimant is not able to sit for 20 minutes or stand and walk for 15-20 minutes.**
>
> **1. Could you please have the doctor confirm if the claimant would need to change positions from sitting to standing every 20 minutes?**

Letter dated July 3, 2017 from Sheena Maggard, MLS Group of Companies to Dr. Kim. In response, Dr. Kim answered:

> Based on the reporting, the claimant would need to "change positions" every 20 minutes. The FCE results do not specifically detail it being from "sitting to standing", so any general change in position would be appropriate.

Letter dated July 17, 2017 from Andrew Kim, DO to MLS Group of Companies. Dr. Kim does not explain what "any general change in position" means but certainly, based on his reliance on the FCE results, such change in position would include Mr. Hosseinpour's ability to lay down. The only other option would be standing which he can only do for brief periods of time, not to exceed 15-20 minutes.

Implicit in the question posed to Dr. Kim is Liberty Mutual's realization that Mr. Hosseinpour cannot perform full-time sedentary work that requires him to continually sit (as would be required in a sedentary occupation) most of the time. By definition, sedentary work requires "mostly sitting" with brief periods of standing and walking. Why didn't Liberty ask Dr. Kim if it would be reasonable for Mr. Hosseinpour to pace himself over the course of a workday; go lay down as needed as part of his "general position changes"; and his opinion regarding his ability to sustain a competitive work pace over 8 -10 hour workdays, i.e. what would the effect of his chronic pain and restrictions and limitations be on his ability to perform the material duties of a pharmacist/pharmacy manager from both a physical and cognitive standpoint? Given the detail

in the FCE, Dr. Kim and Liberty had to, if being honest in their assessments, acknowledge that sitting and standing intervals over the day would lead to increased pain and resulting poor work performance and would be akin to a light duty occupation, not a sedentary one. Again, as noted in the FCE Report:

> STANDING/WALKING: This client did ambulate with an altered gait pattern as previously described. Upon direct questioning, he did report that his present tolerance for standing and walking is 15 to 20 minutes. This client did not stand or walk at any one time during this evaluation for more than 10 to 12 minutes. He was noted to change his position frequently. **There was a deterioration of his gait observed when performing higher level activities, as well as following the evaluation. . .**

FCE Report at 5 (emphasis added). The FCE report is *replete* with references to Mr. Hosseinpour's pain and his "limited tolerance" to sitting, standing, and walking. *Id.* at 3. Mr. Hosseinpour told the examiner:

> This client reported that pain was the limiting factor for continuing the functional testing during this evaluation. He was consistent in the fact that he was unable to tolerate various activities due to his reported level of pain and performed them using a a decreased speed of motion. The client reported that he has not worked since June of 2015. He reported no vocationally related goals at this time. "The problem is the pain in my lower back which goes into my hips. I cannot stand from more than 15 to 20 minutes because of the pain. I cannot concentrate. I make mistakes. I have the neck and lower back problems. I lose my memory. I have to have my son write it down to help me know what I have to do. I cannot concentrate. I get frustrated and I get anxiety. When I get the pain, the symptoms radiate into my left hand and my fingers go numb. . . "

*Id. at* 7.

Liberty should have disregarded Dr. Kim's summary conclusion that Hosseinpour could work full-time in a sedentary occupation. Nowhere in his report does he 1) discuss the duties of a pharmacist or pharmacy manager; 2) discuss his credible pain complaints and the deterioration of his cognitive and physical abilities over the course of a workday; and/or 3) discuss how he can perform the cognitive demands of a pharmacist/pharmacy manager with such crippling and chronic pain.[1] His opinion [that Hosseinpour can perform full-time, sedentary work] simply will

---

[1]In fairness to Dr. Kim, it appears that neither MLS nor Liberty Mutual asked Dr. Kim to review the cognitive demands of a pharmacist and then opine whether, given Hosseinpour's valid and objectively-based pain complaints, he could fulfill the main duties of a pharmacist, i.e. accurately, timely, and completely filling prescriptions for patients. Rather, it appears as if Dr.

not stand up under judicial scrutiny.

**B. Mr. Hosseinpour's occupation is a light duty physical demand occupation, not a sedentary occupation, as Liberty Mutual asserted in its termination letter.**

In order to terminate Mr. Hosseinpour's claim, it ignored its own definition of "Own Occupation" which states:

> "Own Occupation", with respect to Long Term Disability, **means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.** For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

Termination Letter at 1 (citing definition from policy). In its termination letter, Liberty incorrectly interprets its own contract to allow it to re-categorize Hosseinpour's own occupation as a sedentary form of pharmacist, which his "Own Occupation" is not. Termination Letter at 5 ("We understand that while working at Safeway, Inc., Mr. Hosseinpour must stand and walk on a frequent basis and lift up to 20 pounds. *However, based on research performed by a Vocational Consultant, his occupation as a Pharmacist, as performed in the national economy, can be performed at the sedentary demand level*")(emphasis added). This statement re-writes Liberty's own definition in the first sentence of the definition of "Own Occupation" from "the occupation that he was performing when his Disability [ ] began" to "an occupation he could have been performing when his Disability [ ] began." As stated in the next sentence of the definition of "Own Occupation", Liberty is allowed to consider how Mr. Hosseinpour's light duty pharmacist position — not another sedentary form of pharmacist position, if there is such an occupation – is normally performed in the national economy.

Mr. Hosseinpour's occupation "that he was performing when his Disability [] began" was "Pharmacy Manager." The Dictionary of Occupational Titles denominates a "pharmacist" or "director, pharmacy services" as a LIGHT DUTY occupation, not sedentary. See Dictionary of Occupational Titles, code 074.161.010 and code 074.167.010. Mr. Hosseinpour did not work as a consultative pharmacist or in any other "pharmacy" occupation that was sedentary. What he was doing at the time of his disability was a light duty occupation, not a sedentary form of pharmacy work. That is not disputed and a plain interpretation of the foregoing definition required Liberty – if performing a full and fair review – to acknowledge that 1) his own occupation was a light duty occupation; and 2) a fair reading of Dr. Kim's IME Report required Liberty to conclude that

---

Kim was only asked to express an opinion regarding Hosseinpour's physical limitations.

Hosseinpour cannot perform light duty work.[2]

**C. Liberty Mutual failed to mention the cognitive demands of a pharmacist and whether Mr. Hosseinpour would be able to even begin to meet those demands given his chronic pain, medical diagnoses, and increasing debility for sustained functional activities.**

In her Vocational Assessment in your file, Amanda Voce set forth the COGNITIVE DEMANDS of a pharmacist including "the ability to concentrate on a task over a period of time; the ability to quickly and accurately compare similarities and differences among information; evaluate information to determine compliance with standards; organize, plan, analyze data or information...meet deadlines..." Yet, Liberty's termination letter fails to mention these cognitive demands and discuss how Hosseinpour could begin to meet those demands while in constant pain and with his spinal limitations, despite the fact that Liberty's own P M & R reviewer and Dr. Kim do not argue with his medical diagnoses and restrictions from a physical standpoint. See Termination Letter at 3-4 ("Full effort [during the 8/16 FCE] was noted, though there were obvious limitations due to pain during FCE assessment. I agree with most of the conclusions noted in the 8/26/16 FCE including lifting of 10 pounds occasionally, and occasional restrictions for postural activities **due to chronic pain, left upper limb weakness, and impaired spinal ROM"**)(citing P M & R review).

Mr. Hosseinpour's pain is real and debilitating. His veracity has not been questioned or challenged by Liberty Mutual, and the FCE Report in fact confirms his reliability and the validity of testing. As set forth in my appeal letter dated September 19, 2016 at page 14, Liberty must consider his subjective pain complaints and reports of impairment, in its analysis in whether Mr. Hosseinpour can perform his own occupation. In terminating benefits, Liberty has not considered these matters at all. See Letter dated September 19, 2016 from Julie A. Mersch to Jessica Austin at 14 (incorporated herein by reference). See also FCE Report (noting Hosseinpour's testing is reliable and constitutes valid effort). See IME Report of Andrew Kim, D.O. (repeatedly noting "no overreaction" to his exam by Mr. Hosseinpour and documenting his pain complaints).

**D. Mr. Hosseinpour cannot perform any occupation and if Liberty Mutual seeks to deny him "any occupation" benefits, it must allow him to appeal that determination.**

---

[2]Indeed, Dr. Kim even stated that Dr. Tafreshi "understated" his patient's physical restrictions and limitations as compared to the objective findings in the FCE. See IME Report of Andrew Kim, D.O. dated 5/17/17 at 9.

Liberty has not performed an "any occupation" review, as it terminated Mr. Hosseinpour's benefits before the expiration of the "own occupation" period of 24 months. For the reasons set forth above, Liberty should immediately pay him his own occupation benefits through the end of the "own occupation" period of 1/19/18.

I, on behalf of Mr. Hosseinpour, asks that you consider the mental and physical demands of a pharmacist and determine that he cannot perform full-time sustained sedentary activity. I have analyzed his inability to perform sedentary work above and submitted that Dr. Kim's conclusion of full-time work capacity is simply not supported by the record. As stated above, **any change in position includes Mr. Hosseinpour's ability to go lay down when he "generally" changes position.** It is beyond cavil that no employer has to accommodate this positional requirement. Nor does an employer have to provide him with a sit/stand desk, as the termination letter implicitly asserts. Termination Letter at 5 ("While it is documented that your client would need to change positions frequently, this could be accommodated with a sit/stand desk, which is readily available in the national economy. Therefore, Mr. Hosseinpour is capable of performing his occupation with a different employer"). Moreover, given his exertional limitations and chronic pain, it is doubtful that Mr. Hosseinpour could sustain functional work activity and accurately catalogue, research, review, and report on the different medications and the efficacy on a particular pharmacy customer/patient, in any capacity. Due to his undisputed pain, he simply cannot attend long enough to work consistently and accurately.[3]

**E. Mr. Hosseinpour's anxiety and panic attacks are a side effect of his physical condition, not a separate cause of disability.**

Liberty Mutual states that Hosseinpour is not appropriately treating for a psychiatric condition and has terminated the claim on that basis as well. Mr. Hosseinpour does not have a mental/nervous condition unrelated to his physical condition, and he does not wish to argue that he has an independent cause of disability unrelated to his physical conditions. He has cervical and lumbar stenosis which is worsening over time and which causes *inter alia*, "chronic pain, left upper limb weakness, and impaired spinal ROM."

I have enclosed updated medical records from Dr. Tafreshi and Dr. Garber which document his medical conditions and their persistence over time. A recent cervical and lumbar MRI shows "multilevel lumbar stenosis, severe nature with possible adhesive arachnoiditis" and "spondylitic disease from C4-C7 [with] clinical radiculopathy down his bilateral upper extremities." Dr. Garber is currently recommending that Mr. Hosseinpour undergo an Anterior

---

[3]It is worth reminding Liberty Mutual that it ordered surveillance of Mr. Hosseinpour prior to termination that showed "no activity" over several days.

Cervical Diskectomy Fusion and Internal Fixation at C5-7.

**F. Conclusion**

Based on the foregoing, please bring Mr. Hosseinpour's "own occupation" benefit payments current and investigate and pay "any occupation" benefits through the present. Even accepting Dr. Kim's opinions, he does not state that Mr. Hosseinpour can perform a light duty occupation with significant cognitive demands, given the condition of his spine and resulting pain and radicular symptoms. And again, his "own occupation" was a pharmacist manager working in a pharmacy standing most of the time. No medical improvement in his condition has occurred since Liberty started paying him "own occupation" benefits, so Liberty should not have terminated benefits, for that reason as well. Respectfully, I submit that Liberty's review that led to termination of benefits was not full and fair. In the event Liberty denies his entitlement to "any occupation" benefits, it must provide him with an opportunity to appeal that decision.

Thank you in advance for reviewing this appeal of Liberty's termination of Mr. Hosseinpour's own occupation benefits. I also refer you back to my arguments on Mr. Hosseinpour's behalf in my original appeal letter dated September 19, 2016, incorporated herein by reference. I especially point you to my critique of the Vocational Review at pages 12-14 and the extensive medical information and citations discussing Mr. Hosseinpour's medical conditions.

Very truly yours,

Julie A. Mersch, Esq.

JAM/rmj

Enclosures: Updated Medical Records of Mehrdad Tafreshi, M.D.
Updated Medical Records of Jason Garber, M.D., including Cervical MRI dated 12/21/17 and Lumbar MRI dated 12/28/17
Appeal Letter dated September 19, 2016 (incorporated herein by reference)

W:\HOSSEINPOUR\LTRS\Liberty.Appeal.022718.wpd

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 59 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi md
**DATE** 02/01/2018
**AGE AT DOS** 59 yrs
Electronically signed by Mehrdad Tafreshi md at 02/01/2018 06:08 pm

**Chief complaint**

Follow up

**Vitals for this encounter**

| | **02/01/18 5:08 PM** |
|---|---|
| Height | 69 in |
| Weight | 195 lb |
| Temperature | 98 °F |
| Pulse | 71 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 98 % |
| BMI | 28.80 |
| Blood pressure | 117/72 mmHg |

**SUBJECTIVE**

fu.
chronic neck lumbar pain
left arm hand weakness.burning sensation.
Insomnia. palpitations , diff concentration poor memory , panic attacks unchanged
difficulty standing sitting walking due to pain.
No dysurea, No frequency, No discharge. No abdominal pain. No fever, No chills.
PMH Spinal disc DZ,MDD,Hyperlipidemia
Social history: None Smoker, no ETOH
FH: Ovarian CA mother ,Father OCD
Allergy nka

**OBJECTIVE**

in NAD. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM,tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Degeneration of cervical intervertebral disc [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]

Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

**PLAN**

MDD severe on Cymbalta 90mg. Xanax prn Panic attacks fu with Psychiatrist
Cervical Lumbar disc DZ w chronic pain on Tramadol Fioricet. spine surgery is recommended by Dr Garber however pt refuses to undergo surgery due to possible complications and side effects ,,his decision is understandable
Pure Hypertrig on Omega 3.

practicefusion

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 59 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi md
**DATE** 11/14/2017
**AGE AT DOS** 58 yrs
Electronically signed by Mehrdad Tafreshi md at 11/14/2017 04:20 pm

## Chief complaint

wi-amerigorup-pm (Appt time: 1:00 PM) (Arrival time: 2:11 PM) pt is here for f/u

| Vitals for this encounter | 11/14/17 3:35 PM |
|---|---|
| Height | 69 in |
| Weight | 192 lb |
| Temperature | 97.40 °F |
| Pulse | 88 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.35 |
| Blood pressure | 109/63 mmHg |

**SUBJECTIVE**

fu. left arm hand weakness.burning sensation. neck lower back pains
palpitations , diff concentration poor memory , panic attacks. Insomnia.
difficulty standing sitting walking due to pain.
heart burns.
No dysurea, No frequency, No discharge. No abdominal pain. No fever, No chills.

**OBJECTIVE**

in NAD
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

**PLAN**

MDD severe on Cymbalta 90mg. Xanax prn Panic attacks.
Cervical Lumbar disc DZ w chronic pain on Tramadol Fioricet.
Pure Hypertrig on Omega 3.
Psych fu.
Spine surgical referral

practice fusion

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 09/13/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 09/13/2017 04:10 pm

**Chief complaint**

wi-amerigroup-pm (Appt time: 2:00 PM) (Arrival time: 2:13 PM) pt is here for f/u

**Vitals for this encounter**

| | 09/13/17 3:27 PM |
|---|---|
| Height | 69 in |
| Weight | 197.40 lb |
| Temperature | 98.20 °F |
| Pulse | 86 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 95 % |
| BMI | 29.15 |
| Blood pressure | 109/70 mmHg |

**SUBJECTIVE**

fu.
Anxiety, palpitations , diff concentration poor memory , panic attacks
persistent neck pain lower back pains unchanged. left arm hand weakness.burning sensation. difficulty standing sitting walking due to pain
Insomnia.
No fever, No chills. No dysurea, No frequency, No discharge. No abdominal pain.
heart burns

**OBJECTIVE**

Anxious mood
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]
- Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]
- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Degeneration of cervical intervertebral disc [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hyperglyceridemia [ICD-10: E78.1]

**PLAN**

MDD severe on Cymbalta 90mg. Xanax prn Panic attacks
Cervical Lumbar disc DZ w chronic pain on Tramadol Fioricet
Pure Hypertrig on Omega 3
Psych fu
prognosis poor unchanged

## Addenda

| ADDENDUM | STATUS | SOURCE | DATE/TIME |
|---|---|---|---|
| referral to Psychiatry, Orthopedic Spine eval due to neurologic symptoms | Accepted by Mehrdad Tafreshi md | Doctor | 09/13/2017 04:16 pm |

practice fusion

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 06/21/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 06/21/2017 03:09 pm

**Chief complaint**

Follow up

**Vitals for this encounter**

| | 06/21/17 2:18 PM |
|---|---|
| Height | 69 in |
| Weight | 195.8 lb |
| Temperature | 97 °F |
| Pulse | 76 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 96 % |
| BMI | 28.91 |
| Blood pressure | 115/75 mmHg |

**SUBJECTIVE**

fu.
persistant neck pain lower back pains unchanged. Anxiety
left arm hand weakness.burning sensation. diff concentration palpitations.
has been evaluated by orthopedics recommended surgery of spine

**OBJECTIVE**

In NAD. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars. EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]
- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]
- Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]
- Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]
- Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]
- Pure hyperglyceridemia [ICD-10: E78.1]

**PLAN**

Continue same RX no sig changes prognosis is poor unchanged

Psych referral

practice fusion

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Abolfazl Hosseinpour** | | **Meadows Medical Group Practice** | **Office Visit** | |
| DOB | | T (702) 258-8100 | NOTE TYPE | SOAP Note |
| AGE | 59 yrs | F (702) 258-4244 | SEEN BY | Mehrdad Tafreshi md |
| SEX | Male | 4500 Meadows Lane | DATE | 05/18/2017 |
| PRN | AH376941 | Las Vegas, NV 89107 | AGE AT DOS | 58 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

SUBJECTIVE

OBJECTIVE

ASSESSMENT

PLAN

practice fusion

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Abolfazl Hosseinpour** | | **Meadows Medical Group Practice** | **Office Visit** | |
| DOB | | T (702) 258-8100 | NOTE TYPE | SOAP Note |
| AGE | 59 yrs | F (702) 258-4244 | SEEN BY | Mehrdad Tafreshi md |
| SEX | Male | 4500 Meadows Lane | DATE | 04/13/2017 |
| PRN | AH376941 | Las Vegas, NV 89107 | AGE AT DOS | 58 yrs |

Electronically signed by Mehrdad Tafreshi md at 04/13/2017 04:26 pm

## Chief complaint

Follow up

| Vitals for this encounter | 04/13/17 3:49 PM |
|---|---|
| Height | 69 in |
| Weight | 195.8 lb |
| Temperature | 98.60 °F |
| Pulse | 85 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.91 |
| Blood pressure | 141/83 mmHg |

### SUBJECTIVE

fu.
persistant neck pain lower back pains unchanged.
still having severe anxiety. left arm hand weakness.burning sensation.
R arm pain now
diff concentration palpitations.
needs help at home his sons take care of his care at home

### OBJECTIVE

in NAD
mood Anxious.
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.tender paralumbars.
EXT: , motor L hand grip decreased..

### ASSESSMENT

Diagnoses attached to this encounter:

- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]
- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]
- Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]
- Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hypercholesterolemia, unspecified [ICD-10: E78.00], [ICD-9: 272.0], [SNOMED: 267432004]

**PLAN**

refill RX
Increase Cymbalta 90mg
prognosis poor worsening C Spine symptoms neurosergery eval

practice fusion

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi md
DATE 03/14/2017
AGE AT DOS 58 yrs
Electronically signed by Mehrdad Tafreshi md at 03/14/2017 04:30 pm

**Chief complaint**

follow up-PM (Appt time: 3:30 PM) (Arrival time: 3:46 PM)pt is here for f/u

**Vitals for this encounter**

| | 03/14/17 3:47 PM |
|---|---|
| Height | 69 in |
| Weight | 194.80 lb |
| Temperature | 98.10 °F |
| Pulse | 88 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 95 % |
| BMI | 28.77 |
| Blood pressure | 118/82 mmHg |

**SUBJECTIVE**

fu.
still having severe anxiety. persistant neck pain lower back pains unchanged
left arm hand weakness.burning sensation
diff concentration palpitations
mostly stays at home
Abd pains bloating

**OBJECTIVE**

Anxious
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . tender paralumbars
EXT: , motor L hand grip decreased.,

**ASSESSMENT**

Diagnoses attached to this encounter:

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Pure hyperglyceridemia [ICD-10: E78.1]

Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]

Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 59 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Abolfazl | SEX | Male | ETHNICITY | Patient declined to specify |
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Hosseinpour | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | | PRN | AH376941 | RACE | Other Race |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | Mobile Phone |
| | | EMAIL | |
| ADDRESS LINE 2 | | HOME PHONE | |
| CITY | | MOBILE PHONE | |
| STATE | | OFFICE PHONE | |
| ZIP CODE | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

### PATIENT NOTES

Pharmacy called to switch one of the medications to generic-PM

## Basic Metabolic Panel flowsheet - Abolfazl Hosseinpour

| | 03/16/17 3:53 AM |
|---|---|
| Basic Metabolic Panel | |
| Sodium | 140 mmol/L |
| Potassium | 3.7 mmol/L |
| Chloride | 106 mmol/L |
| BUN | 16 mg/dL |
| Creatinine | 1.10 mg/dL |
| Glucose (Random) | |
| Glucose (Fasting) | 92 mg/dL |

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128-0825
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient:** Abolfazl Hosseinpour **Patient #:** 271610 **DOB:** (59 years)

**Date of Encounter:** 01/16/2018

## History of Present Illness

The patient is a 59 year old male who presents to the practice today for a transition into care. The patient is transitioning into care and a summary of care was reviewed.

Additional reasons for visit:

Follow-up visit

MRI of the lumbar spine shows multilevel lumbar stenosis, severe nature with possible adhesive arachnoiditis. Patient has clinical symptoms of neurogenic claudication. He is unable to ambulate more than 50ft without sitting.

MRI of the cervical spine shows spondylitic disease from C4-C7. Patient has clinical radiculopathy down his bilateral upper extremities. He's not had any injections and he does not wish to have any injections performed. He'll follow up with Dr. Garber to discuss more surgical intervention.

## Social History

Tobacco use: Never smoker

## Medication History

Medications Reconciled Specific dose unknown - Active - Hx Entry.

## Vitals

01/16/2018 04:31 PM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.98 m² **Body Mass Index:** 26.58 kg/m²

## Physical Exam

The physical exam findings are as follows:

**Neurologic**
**Overall Assessment of Muscle Strength and Tone reveals**
**Upper Extremities - Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5. **Lower Extremities - Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 5/5. **Left EHL** - 5/5.

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- Patient Education: Neck Strain *: neck pain
- How to access health information online
- Follow up in 1 week or as needed

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- Patient Education: Low Back Pain: low back
- How to access health information online
- Follow up in 1 week or as needed

Jason Garber

Jason E Garber, MD

McKESSON
Empowering Healthcare

Patient Name: Hosseinpour, Abolfazl
DOB: 01-Dec-1958
ID: 880141.0
Study Date: 15-Jun-2015 18:16

**Final Report**
***MR Mri Lumbar Spine Without***

| | |
|---|---|
| Patient: Abolfazl Hosseinpour | Physician: Mehrdad Tafreshi |
| SDMI #: 880141.0 | Dr. Fax: (702) 258-4244 |
| Pt. DOB: | Dr. Phone: (702) 258-6100 |
| Pt. Sex: Male | Dr. Addr: 4500 Meadows Lane Las Vegas, NV 89107 |
| Referral ICD.9: 724.2 | Cc: |
| SDMI Location: AN | Cc: |
| Date of Service: 06/15/15 | |

MRI LUMBAR SPINE WITHOUT CONTRAST

CLINICAL HISTORY:
Sharp neck and lower back pain, pain radiates to the right hips and legs.

TECHNIQUE:
Sagittal T1, sagittal and axial T2.

COMPARISON:
None

FINDINGS:
Sagittal alignment is anatomic. No compression deformities or suspicious marrow abnormalities. The conus medullaris is positioned at the L1-L2 level.

2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild ventral cord effacement (identified on sagittal imaging).

The T12-L1 and L1-L2 discs are normal. No neural impingement.

The L2-3 disk is normal in height and hydration. < 2 mm central disc bulge with a component of subligamentous extrusion above the L2 endplate, right paramedian location. Extruded disc measures approximately 11 x 4 mm, both resulting in mild thecal sac effacement. No facet or ligamentum flavum pathology. No significant central canal or foraminal stenosis.

The L3-4 disk is mildly desiccated. 2 mm annular bulge and facet arthropathy efface the ventral thecal sac, AP sac measurement 8 mm. No foraminal narrowing.

The L4-5 disk is normal in height and hydration. Less than 2 mm annular bulge barely effaces the ventral thecal sac. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis.

The L5-S1 disk is normal. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis.

IMPRESSION:
1. L3-L4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm.
2. L2-L3 central disc bulge with a component of subligamentous extrusion above the L2 endplate. Only mild resulting thecal sac effacement without neural impingement.
3. 2.5 mm central-right paramedian protrusion at T11-T12 resulting in

mild cord effacement on sagittal imaging. Consider formal thoracic MRI if clinical symptoms warrant

Interpreted by: Michael Kawaguchi M.D. 06/15/2015 7:15 PM

Signed by: **Kawaguchi, Michael** Signed on: **15-Jun-2015 19:15**

**McKESSON**
*Empowering Healthcare*

Patient Name: Hosseinpour, Abolfazl
DOB: 01-Dec-1958
ID: 880141.0
Study Date: 15-Jun-2015 17:56

**Final Report**
***MR Mri Cervical Spine Without***

Patient: Abolfazl Hosseinpour
SDMI #:
Pt. DOB:
Pt. Sex: Male

Referral ICD 9: 723.1
SDMI Location: AN
Date of Service: 06/15/15

Physician: Mehrdad Tafreshi

Dr. Fax: (702) 258-4244
Dr. Phone: (702) 258-8100
Dr. Addr.: 4600 Meadows Lane Las Vegas, NV 89107
Cc:
Cc:

MRI CERVICAL SPINE WITHOUT CONTRAST

CLINICAL HISTORY:
Neck pain, cervicalgia.

COMPARISON:
None.

TECHNIQUE:

T1 sagittal, T2 sagittal and axial T2 images were obtained without IV contrast.

FINDINGS:

Multilevel advanced degenerative disc disease, disc dehydration and disc space narrowing from C4-C5 through C6-C7. More advanced at C6-C7 where there are degenerative endplate changes. Alignment near-anatomic. Craniocervical junction unremarkable. No Chiari malformation or syrinx. The bone marrow signal is normal. Spinal cord signal appears normal. The paraspinal soft tissues appear normal.

C2-3: AP dimension of the spinal canal 11 mm. No foraminal stenosis.

C3-4: AP dimension of the spinal canal 9.5 mm. No significant foraminal stenosis.

C4-5: AP dimension of the spinal canal 9.5 mm. Moderate to marked narrowing of both neural foramen. Could be some encroachment on the exiting C5 nerve roots particularly on the right side.

C5-6: AP dimension of the spinal canal 8.9 mm. Moderate narrowing of both neural foramen looks slightly worse on the right side. Could be some mild impingement on the exiting right C6 nerve root. Advise clinical correlation.

C6-7: AP dimension of the spinal canal 10 mm. Moderate narrowing of the right neural foramen.

C7-T1: AP dimension of the spinal canal 11 mm. No significant foraminal stenosis.

IMPRESSION:

1. Multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5.

2. Lower cervical advanced degenerative disc disease.

Interpreted by: David Mirich M.D. 06/16/2015 8:37 AM

Electronically approved by: David Mirich, M.D. Date: 06/16/15 19:33

Signed by: Mirich, David Signed on: 16-Jun-2016 18:33

## STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

| | |
|---|---|
| Patient: **Abolfazl Hosseinpour** | Physician: **Jason Garber** |
| SDMI #: **880141.0** | Dr. Fax: **(702) 835-0085** |
| Pt. DOB: | Dr. Phone: **(702) 835-0088** |
| Pt. Sex: **Male** | Dr. Addr.: **2471 Professional Court Las Vegas, NV 89128** |
| Referral ICD 9: **722.4** | Cc: |
| SDMI Location: **MP** | Cc: |
| Date of Service: **07/20/15** | |

**LUMBAR SPINE FLEXION EXTENSION**

**CLINICAL HISTORY:**

Low back pain.

**TECHNIQUE:**

AP, lateral, lumbosacral spot, flexion, extension lumbar spine.

**COMPARISON:**

None.

**FINDINGS:**

Sagittal alignment is anatomic. There is no evidence for abnormal motion with flexion or extension. There is mild disc space narrowing and marginal spurring at the thoracolumbar junction. There is no evidence for spondylolysis or spondylolisthesis. Mild facet arthropathy is seen at L4-L5 and L5-S1.

**IMPRESSION:**

1. Mild degenerative disc disease thoracolumbar junction.
2. No evidence for abnormal motion with flexion or extension.
3. Mild facet arthropathy L4-L5 and L5-S1.

Interpreted by: Lisa Nelson M.D. 07/20/2015 4:57 PM

Electronically approved by: Lisa D Nelson MD Date: 07/20/15 17:15

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**

2767 N. Tenaya Way, Las Vegas, NV 89128
4 Sunset Way, Building D, Henderson, NV 89014
2950 S. Maryland Pkwy, Las Vegas, NV 89109
6925 N Durango Dr, Las Vegas, NV 89149
500 Shadow Ln. Las Vegas, NV 89106
2850 Siena Heights, Henderson, NV 89052
9070 W. Post Road, Las Vegas, NV 89148

This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

# STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

Patient: **Abolfazl Hosseinpour**
SDMI #: **880141.0**
Pt. DOB:
Pt. Sex: **Male**
Referral ICD 9: **722.0**
SDMI Location: **MP**
Date of Service: **07/20/15**

Physician: **Jason Garber**
Dr. Fax: **(702) 835-0085**
Dr. Phone: **(702) 835-0088**
Dr. Addr.: **2471 Professional Court Las Vegas, NV 89128**
Cc:
Cc:

**CERVICAL SPINE MINIMUM 4 VIEWS**

**CLINICAL HISTORY:**
Neck pain.

**TECHNIQUE:**
AP, Lateral and open mouth cervical spine. Flexion-extension.

**COMPARISON:**
None.

**FINDINGS:**
The sagittal alignment is anatomic. There is mild to moderate disc space narrowing with anterior-posterior spurring C4-C5, C5-C6 and C6-C7. Vertebral body heights are maintained. Uncinate arthropathy is seen bilaterally at multiple levels. The atlantoaxial relationship is anatomic. There is no abnormal motion with flexion or extension.

**IMPRESSION:**
Moderate multilevel degenerative disc and degenerative joint disease cervical spine.

Interpreted by: Lisa Nelson M.D. 07/20/2015 4:58 PM

Electronically approved by: Lisa D Nelson MD Date: 07/20/15 17:15

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**



This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

DESERT RADIOLOGY
DIAGNOSTIC IMAGING CENTER of EXCELLENCE
702-759-8600
WWW.DESERTRAD.COM

# MEDICAL IMAGING REPORT
# REPORT STATUS: FINAL

| | | | |
|---|---|---|---|
| **Name:** | ABOLFAZL HOSSEINPOUR | **DOB:** | |
| **Patient ID:** | 501999567 | **Gender:** | Male |
| **Exam Date:** | 12/21/2017 08:59 PM | **Site:** | HORIZON |
| **Age:** | 59Y 0M | **Acc #:** | 509613202 |
| **Exam Name:** | MR CERVICAL WO CONTRAST \| 72141 | **Secondary Acc #:** | 509613202 |
| **Pt Status:** | | | |

**Referrer:** MEHRDAD TAFRESHI MD
**Ref1 Address:** 4500 MEADOWS LN
LAS VEGAS, NV 89107

MR CERVICAL SPINE WITHOUT CONTRAST

HISTORY: Neck pain

COMPARISON: None.

TECHNIQUE: Axial and sagittal T1-weighted, T2-weighted, and STIR fat-suppressed T2-weighted MR images of the cervical spine were performed without contrast.

CONTRAST: None.

FINDINGS:

Visualized posterior fossa structures are unremarkable. The cervical cord shows no enlargement atrophy or abnormal T2 signal. There is mild narrowing of the C4-5 interspace the C5-6 disk space and moderate narrowing at C6-7. There is mild Modic type changes anteriorly at C6-7.

At C2-3 there is no central or neural foraminal stenosis.

At C3-4 mild annular bulging disk with borderline canal stenosis and neural foramen are patent.

At C4-5 mild annular bulging disk with mild canal stenosis. There is bilateral facet arthropathy and bilateral uncinate hypertrophy resulting in moderate bilateral neural foraminal narrowing.

At C5-6 posterior bulging disk is noted resulting in moderate canal stenosis. There is bilateral uncinate hypertrophy resulting in mild bilateral neural foraminal narrowing there is mild bilateral facet arthropathy.

At C6-7 there is posterior bulging disk with mild canal stenosis. The neural foramen appear to be patent.

Continued...

**Patient ID:** 501999567 **Gender:** Male
**Location:** HRZ

At C7-T1 there is no central or neural foraminal stenosis. Minimal bulging disk is present.

IMPRESSION:

Multilevel degenerative changes as discussed level by level above.

**Report Electronically Signed by:** JOEL SCHEIN MD
**Report Electronically Signed on:** 12/22/2017 08:21 AM

---

**Transcribed By:**

**Signed by:** JOEL SCHEIN MD
**Finalized Date:** 12/22/2017 08:21 AM

CONFIDENTIALITY NOTICE This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure or re-disclosure of which it is governed by applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify Desert Radiologists immediately by phone and return the original message to us by mail. Thank you.

DESERT RADIOLOGY

DIAGNOSTIC IMAGING CENTER of EXCELLENCE

702-759-8600
WWW.DESERTRAD.COM

# MEDICAL IMAGING REPORT
# REPORT STATUS: FINAL

| | | | |
|---|---|---|---|
| **Name:** | ABOLFAZL HOSSEINPOUR | **DOB:** | |
| **Patient ID:** | 501999567 | **Gender:** | Male |
| **Exam Date:** | 12/28/2017 07:54 PM | **Site:** | HORIZON |
| **Age:** | 59Y 2M | **Acc #:** | 509613203 |
| **Exam Name:** | MR LUMBAR WO CONTRAST \| 72148 | **Secondary Acc #:** | 509613203 |
| **Pt Status:** | | | |

**Referrer:** MEHRDAD TAFRESHI MD
**Ref1 Address:** 4500 MEADOWS LN
LAS VEGAS, NV 89107

Technique: Multiplanar multisequence MR imaging of the lumbar spine. No intravenous contrast.

History: X ICD10: M5412-Radiculopathy, cervical region ICD10; M5416-Radiculopathy, lumbar region

FINDINGS:
Reference exam: None.

Vertebral body heights are maintained. There is no acute fracture or subluxation. There is T12-L1, L2-L3 and L3-4 disk height loss. There is T12-L1 and L2-3 through L5-S1 mild disk desiccation. Signal from bone marrow is within normal limits. Signal in the visualized lower portion of the spinal cord is normal. The conus medullaris terminates at the L2 level. There is irregular distribution of nerve roots at the L2 and L3 levels which may be related to redundant nerve roots secondary to high-grade distal L3-4 central canal stenosis versus arachnoiditis.

T12-L1: There is endplate osteophytosis. There is diffuse disk bulge. There is bilateral facet degenerative change. The central canal and neural foramina are patent.

L1-L2: The central canal and neural foramina are patent.

L2-L3: There is broad-based posterior central disk protrusion/minimal cephalad disk extrusion superimposed on diffuse disk bulge that flattens the ventral thecal sac. There is bilateral facet and ligamentum flavum hypertrophy. There is prominent posterior epidural fat. There is moderate narrowing of the central canal. Central canal AP diameter measures 6 mm. There is mild narrowing of bilateral neural foramina.

L3-L4: There is posterior central disk protrusion/minimal disk extrusion superimposed on diffuse disk bulge that flattens the ventral thecal sac. There is associated posterior high signal intensity zone. There is bilateral facet and ligamentum flavum hypertrophy. There is prominent posterior epidural fat. There is high-grade narrowing of the central canal. Central canal AP diameter measures 4.9 mm. There is moderate narrowing of the right neural foramina and mild narrowing of the left neural foramina.

**Name:** ABOLFAZL HOSSEINPOUR
**Patient ID:** 501999567
**Date of Birth:**
**Gender:** Male
**Location:** HRZ

L4-L5: There is posterior central disk protrusion superimposed on diffuse disk bulge that flattens the ventral thecal sac. There is bilateral facet and ligamentum flavum hypertrophy. There is prominent posterior epidural fat. There is mild narrowing of the central canal and left neural foramina. There is moderate narrowing of the right neural foramina.

L5-S1: There is diffuse disk bulge that flattens the ventral thecal sac. There is bilateral facet and ligamentum flavum hypertrophy. The central canal is patent. There is moderate narrowing of bilateral neural foramina.

IMPRESSION:

1. Multilevel diffuse degenerative changes of the lumbar spine as detailed above.

2. At the L3-4 level there is high-grade narrowing of the central canal. There is moderate narrowing of the right neural foramina and mild narrowing of the left neural foramina. There is posterior central disk protrusion/minimal extrusion superimposed on diffuse disk bulge with associated high signal intensity zone.
3. At the L2-3 level there is broad-based posterior central disk protrusion/minimal cephalad disk extrusion superimposed on diffuse disk bulge. There is moderate narrowing of the central canal and mild narrowing of bilateral neural foramina.

4. There is irregular distribution of nerve roots at the L2 and L3 levels which may be related to redundant nerve roots secondary to high-grade distal L3-4 central canal stenosis versus arachnoiditis.

**Report Electronically Signed by:** PREETI TULADHAR MD
**Report Electronically Signed on:** 12/31/2017 03:43 PM

**Transcribed By:**

**Signed by:** PREETI TULADHAR MD
**Finalized Date:** 12/31/2017 03:43 PM

CONFIDENTIALITY NOTICE This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure or re-disclosure of which it is governed by applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify Desert Radiologists immediately by phone and return the original message to us by mail. Thank you.

| | |
|---|---|
| **To:** | PT'S HOME FAX |
| **Fax Number:** | 7023870109 |
| **From:** | HORIZON |
| **Business Phone:** | 7027594500 |
| **Date/Time:** | 2/27/2018 10:24 AM |
| **Subject:** | 509613203 |

---

**Confidential - May contain patient-identifiable information**

The information transmitted by this facsimile is considered medically prvileged and confidential under Federal Law 42 FR and is intended only for the use of the individual or entity named. The recipient of this patient information is prohibited from disclosing the information to any other party and is required to destroy the information after the stated purpose has been fulfilled. If this is received in error, please destroy the document and notify our office immediately at 702-759-8750.

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

# Patient Surgical Consent Form: Spinal Surgery

Patient Name: Abolfazl Hosseinpour

*[Check one]*

- ☐ **Posterior Lumbar Fusion with Instrumentation**
- ☐ **Anterior Lumbar Interbody Fusion**
- ☐ **Extreme Lateral Interbody Fusion (XLIF)**
- ☐ **Decompressive Lumbar Laminectomy**
- ☐ **Microlumbardiskectomy**
- ☐ **Vertebroplasty**
- ☐ **Placement LP Shunt**
- ☐ **Thoracic Corpectomy**
- ☐ **Lumbar Artificial Disc (TDR)**
- ☐ **Cervical Artificial Disc (TDR)**
- ☐ **Foraminotomy**
- ☐ **Posterior Cervical Fusion**
- ☐ **Intrathecal Pump Implantation**
- X **Anterior Cervical Diskectomy ~~/ Corpectomy with~~ Fusion and Internal Fixation** C5-7
- ☐ **Dorsal Column Stimulator Implantation**
- ☐ **Other**________________________________________

I am aware and accept no guarantees about the results of the upcoming surgical procedure. I also recognize that unforeseen conditions may require my surgeon and his/her associates and assistants to use a different procedure than the one described above.

## *Alternatives*

I have considered the non-surgical alternatives to the surgery listed above, which include:

- not having the procedure;
- using medication for relief of pain;
- performing exercises to strengthen the lower-back muscles;
- undergoing physical therapy;
- steroid injections.

I have also considered other possible surgical approaches as explained to me by my surgeon. The benefits and disadvantages of these alternative methods have been explained to me.

*Patient's Initials*__________
*Date*______________

## *Risks of Spinal Surgery*

I agree that the decision to have this procedure includes weighing the risks of surgery as well as the benefits. I understand and accept that possible risks and complications may include but are not limited to the following:

- **Adverse reaction to anesthesia**—Both local and general anesthesia involve risk. There is a possibility of complication or injury from all forms of anesthesia and sedation.
- **Bleeding**—It's possible, though unusual, to experience an episode of bleeding, which may be excessive, during or after surgery. Bleeding may require additional treatment or transfusion. Certain medications, such as anti-inflammatory drugs, may increase the risk of bleeding.
- **Blood clot development**—Blood clots may occur with any type of surgery. Clots can block blood flow and cause complications, including pain, swelling, inflammation, tissue damage, airway blockages due to compression of the trachea and compression of the spinal cord. Blood clots can also form in the legs and possibly travel to the lungs, which may be life-threatening.
- **Cardiac complications**—There is a small chance that having the procedure could cause an irregular heartbeat or a heart attack.
- **Death**—Although the risk is remote, death may occur during or soon after *any* surgical procedure.
- **Failure of the procedure**—There is a chance that the noted surgery will not alleviate pain, numbness, weakness or other symptoms.
- **Increased pain**—It's possible, though unlikely, that pain or other symptoms will increase in severity following the procedure.
- **Infection**—Infection may occur in the wound, either near the surface or deep within the tissues, or may include the spine.
- **Nerve root or spinal cord injury** —Injury to the nerve roots may result in weakness in the legs and arms, paralysis in the affected muscle group or loss of sensation in the affected area.
- **Recurrence**—There is a chance that pain, numbness, weakness or other symptoms in the spinal region will recur and require additional surgery.
- **Respiratory difficulties**—Breathing difficulties, which are usually temporary, or post-operative pneumonia, may occur as a result of surgery. Pulmonary embolus (blockage of an artery in the lungs) could occur from blood clotting in the veins.
- **Hardware Failure/need for Hardware Revision**—It's possible, although highly unlikely, that product hardware may fail or is rejected from time to time.
- **Anterior Cervical Diskectomy Fusion** -- There is added risk of hoarseness, as well as injury to the RLN resulting in permanent vocal cord paralysis.
- **The need for any additional kinds of surgery**
- **Bowel or bladder dysfunction**
- **Erectile dysfunction or retrograde ejaculation** – Sometimes these complications can occur as the result of spinal surgery.

*Patient's Initials*________
*Date*________________

**n0045866**

---

**From:** Murray, Kimberly
**Sent:** Monday, February 26, 2018 12:26:08 PM
**To:** 'rmj@merschlaw.com'
**Subject:** Extension Confirmation
**Attachments:** 5482725-ACKNOWLEDGE-FREEFORM-02.19.2018_2.pdf

Hi Robin,
Per our conversation, enclosed is a copy of the extension authorization.

Thank you,
Kim

Kim Murray | Appeal Review Consultant | Group Benefits | Liberty Life Assurance Company of Boston
100 Liberty Way- Mail Stop 02G, Dover, NH 03820| Phone: 1-888-437-7611 Ext. 16399|
FAX:603-334-5855|kimberly.murray@libertymutual.com SDN: 8-731-6399

· please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended for the use of the addressees and may contain personal, confidential and/or privileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via e-mail and via telephone at 603-750-7550, ext. 16399 and permanently delete the original and any copy of any e-mail and any printout thereof or attachments thereto.

-----Original Message-----
From: RightFax E-mail Gateway [mailto:RightFaxE-mailGate@LibertyMutual.com]
Sent: Monday, February 26, 2018 10:39 AM
To: Murray, Kimberly <KIMBERLY.MURRAY@LibertyMutual.com>
Subject: Fax to Julie A Mersch abandoned after 5 attempts.

Fax to Julie A Mersch abandoned after 5 attempts.
------------------------------------------------------------
From: Kimberly Murray
------------------------------------------------------------
2/26/2018 10:13:46 AM Transmission Record
Sent to 7023870109 with remote ID ""
Result: (0/339;4/3) Line broken (no loop current)
Page record: NONE SENT
Elapsed time: 00:55 on channel 34

2/26/2018 10:19:41 AM Transmission Record
Sent to 7023870109 with remote ID ""
Result: (0/339;4/3) Line broken (no loop current)
Page record: NONE SENT
Elapsed time: 00:54 on channel 29

2/26/2018 10:25:38 AM Transmission Record
Sent to 7023870109 with remote ID ""
Result: (0/339;4/3) Line broken (no loop current)

Page record: NONE SENT
Elapsed time: 00:55 on channel 36

2/26/2018 10:31:35 AM Transmission Record
Sent to 7023870109 with remote ID ""
Result: (0/339;4/3) Line broken (no loop current)
Page record: NONE SENT
Elapsed time: 00:55 on channel 36

2/26/2018 10:37:37 AM Transmission Record
Sent to 7023870109 with remote ID ""
Result: (0/339;4/3) Line broken (no loop current)
Page record: NONE SENT
Elapsed time: 00:55 on channel 25

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5855

| | |
|---|---|
| Date: | February 19, 2018 |
| To: | JULIE MERSCH<br>LAW OFFICE OF JULIE A. MERSCH<br>701 S. 7TH ST.<br>LAS VEGAS NV 89101 |
| Attn: | |
| Fax: | (702) 387-0109 |
| From: | Kimberly Murray<br>Appeal Review Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5855 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5855

February 19, 2018

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

This letter responds to your January 26, 2018, request for an extension of time to submit Mr. Hosseinpour's appeal for Long Term Disability (LTD) benefits. Per our recent conversation, we have granted a 30 day extension to February 28, 2018.

Please submit all documentation to be considered with Mr. Hosseinpour's appeal no later than February 28, 2018. We will proceed with our review and determination based on the information on file at that time.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Murray
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16399
Secure Fax No.: (603) 334-5855

**JULIE A. MERSCH, ESQ.**
701 S. 7th Street
Las Vegas, Nevada 89101
(702) 387-5868
FAX: (702) 387-0109

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO/FAX NO.: Kim Murray<br>Liberty Mutual Insurance<br>(603) 334-5855 | FROM: Julie A. Mersch, Esq. |
| FILE NO.: Hosseinpour v. Liberty Mutual<br>2016-00006 | DATE: January 26, 2018 |

YOUR IMMEDIATE ATTENTION IS REQUIRED.

**Transmission includes: Today's letter re: Abolfazl Hosseinpour, Claim No. 5482725**

| | | | |
|---|---|---|---|
| | RESPONSE REQUIRED BY ______ | xx | PLEASE TAKE APPROPRIATE ACTION |
| | PLEASE FAX RESPONSE TO ______ | | FOR YOUR REVIEW |
| | PLEASE CALL ME AT 702-387-5868 | | PURSUANT TO YOUR REQUEST |
| | ORIGINAL WILL FOLLOW BY MAIL | xx | ORIGINAL WILL NOT FOLLOW BY MAIL |

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission to its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

If there are any problems with this transmission, please contact the undersigned at (702) 387-5868:

Sender: Robin No. of Pages: 2

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

January 26, 2018

**SENT VIA FACSIMILE TO (603) 334-5855 ONLY**

Kim Murray
Group Benefits Disability Claims
Liberty Life Assurance Co. of Boston
PO Box 7213
London, KY 40742-7213

**Re: My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

Dear Ms. Murray:

Pursuant to our phone call today, I request a 30 day extension from Liberty's August 4, 2017 termination letter to submit his appeal. I understand that you will forward my request to the appropriate department for handling but that approval of the extension is likely. Mr. Hosseinpour was scheduled to follow up with one of his back doctors recently and the doctor's office had to reschedule his appointment due to computer problems.

Thank you in advance for your professional courtesy.

Very truly yours,

Julie A. Mersch, Esq.

JAM/rmj

W:\HOSSEINPOUR\LTRS\Murray.Liberty.AppealExtension.012618.wpd

7P324170026

******AUTO**MIXED AADC 300
997 1 MB 0.423 000997
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7213
LONDON, KY 40742-7213

2pgs

*0002000997K04*

CiOX HEALTH

**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

| Notice Date | Customer No. | Page |
|---|---|---|
| 11/09/17 | 1840565 | 1 of 2 |

**ACCT: 1840565 CT: INS**

**LIBERTY LIFE ASSURANCE BOSTON**
**PO BOX 7213**
**LONDON, KY 40742-7213**

**REMIT TO:**
**CIOX Health**
**PO BOX 409875**
**ATLANTA GA 30384**
**Federal Tax ID: 58-2659941**

## DELINQUENT NOTICE

| AGED BALANCES | | | | |
|---|---|---|---|---|
| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total Due USD 403.60 |
| 0.00 | 100.65 | 1.45 | 301.50 | |

**Despite our repeated attempts to collect your seriously past-due debt, you have not resolved your delinquency. This is your final opportunity to resolve this matter on a voluntary basis. If we do not receive payment for past due invoices within 15 days, we may forward your account to a collection agency or take legal action.**

**CONTINUED ON NEXT PAGE**

7P324170026

CiOX HEALTH



**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

(Continued)

| | |
|---|---|
| Date | 11/09/17 |
| Customer No. | 1840565 |

** after invoice indicates a prebill invoice. Records are being held until payment is received.

| INV NBR | DESC/PATIENT NAME AND ID, FACILITY | INV DATE | INV AMT | BAL DUE | PAID | AMT (if different) |
|---|---|---|---|---|---|---|
| 0213435215 | HOSSEINPOUR ABOLFAHL<br>WAL MART STORES INC NV<br>DOB | 04/01/17 | 1.90 | 1.90 | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |
| | | | | | ☐ | |

PLEASE RETURN ALL PAGES WITH YOUR PAYMENT.

**TOTAL AMOUNT**
**TOTAL REMITTANCE USD**

**Fast. Secure. Free.**

PayCioxHealth is a free, online payment processing service that provides you a fast and convenient way to pay your Ciox Health invoice. You can now pay your Ciox Health invoice by visiting https://paycioxhealth.com/pay/ which provides options to pay by ECheck or your major credit card.

For questions, please contact us at 800-367-1500 or collections@cioxhealth.com

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

JULIE MERSCH
LAW OFFICE OF JULIE A. MERSCH
701 S. 7TH ST.
LAS VEGAS NV 89101

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

August 17, 2017

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Per Mr. Hosseinpour's August 9, 2017 request for relevant claim documentation, we have enclosed the following information:

- A complete copy of our claim file

If Mr. Hosseinpour has any questions regarding this information, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
JANETOS SUPERETTE
77 MAIN ST
DOVER ,NH 03820

UPS Access Point™
MAIN ST MAILING & COPY
54 MAIN ST
DURHAM ,NH 03824

5482725

FOLD HERE

J. Austin

JESSICA AUSTIN
LIBERTY MUTUAL DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

**SHIP TO:**
LAW OFFICE OF JULIE A MERSCH
JULIE A MERSCH
701 S. 7TH STREET
**LAS VEGAS NV 89101-6907**

**NV 891 9-04**

**UPS NEXT DAY AIR 1**
TRACKING #: 1Z 248 96X 01 9614 5029

BILLING: P/P

Office/Dept Number: 009600200

CS 19.5.40. WNTNV50 90.0A 07/2017

7L226170139

701 S. 7th Street
Las Vegas, NV 89101

www.merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109

email: jam@merschlaw.com

August 9, 2017

Jessica Austin
Group Benefits Disability Claims
Liberty Life Assurance Co. of Boston
PO Box 7213
London, KY 40742-7213

**Re: My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

Dear Ms. Austin:

I am in receipt of your August 4, 2017 letter terminating long-term disability (LTD) benefits for my client Abolfazl Hosseinpour.

Pursuant to ERISA requirements, please forward all documents related both to Liberty's December 14, 2016 decision to approve LTD benefits, and its latest decision to terminate benefits. I am only seeking documents comprising the claim file from March 22, 2016 through the present, including any document that was submitted, considered, or generated in the course of making the benefit determinations.

Please forward these documents to me within the next thirty (30) days.

Very truly yours,

Julie A. Mersch, Esq.

JAM/rmj

W:\HOSSEINPOUR\LTRS\Austin.Liberty.Termination AR Req.080917.wpd

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | August 4, 2017 |
| To: | JULIE MERSCH<br>LAW OFFICE OF JULIE A. MERSCH<br>701 S. 7TH ST.<br>LAS VEGAS NV 89101 |
| Attn: | Julie Mersch |
| Fax: | (702) 387-0109 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

August 4, 2017

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

We have completed a thorough review of Mr. Hosseinpour's eligibility for benefits and have determined that benefits are not payable beyond August 4, 2017. Safeway, Inc.'s LTD Policy requires that to receive benefits Mr. Hosseinpour must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>    *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>    *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

Mr. Hosseinpour has been receiving LTD benefits for his disability since January 20, 2016. He submitted a claim for back pain, major depression, and anxiety. The claim was initially denied in March 2016 based on the results of a PM&R peer review, which concluded that he had at least

full-time, sedentary work capacity from a physical standpoint. The claim was also denied from a psychiatric standpoint, given that the information on file did not substantiate impairment from full-time work, and that an assessment beyond November 2015 could not be made due to outstanding medical documentation. Please see our letter dated March 22, 2016 for additional information.

The following Medical Documentation is contained in your client's file:

- A MRI of the Cervical Spine, dated 6/15/15
- A MRI of the Lumbar Spine, dated 6/15/15
- Records from Dr. Mehrdad Tafreshi, Meadows Medical Group Practice, dated 7/7/15 through 3/14/17
- Records from Jason E. Garber, MD, dated 7/16/15 and 9/17/15
- Records from Kelly Hawkins Physical Therapy, dated 8/10/15 through 8/27/16
- Records from Mark J. Collins, DO, Psychiatry, Dynamic Futures, LLC, dated 12/11/15, 2/19/16
- A FCE from Doug Ellis, PT- ATI Physical Therapy, dated 8/26/16

You submitted an appeal on behalf of Mr. Hosseinpour, which included a Functional Capacity Evaluation from August 2016, SSD award information, additional medical records from Dr. Tafreshi, updated psychiatric records from Dynamic Futures, and updated claimant forms.

Your client's file was referred to our Appeals Review Unit (ARU) for an independent review. As part of the review, your client's file was referred for a psychiatric peer review. The November 22, 2016 review outlined the following:

> *The psychiatric diagnosis supported by the clinical records is major depressive disorder with anxious distress.*
>
> *The diagnosis of major depression with anxious distress is supported by depressed mood, impaired sleep and appetite, subjective cognitive impairment (memory and concentration), anhedonia, psychomotor agitation, and anxiety with acute episodes (panic attacks). There is insufficient data to support a diagnosis of panic disorder or post-traumatic stress disorder.*
>
> *The medical records do not support impairment due to mental illness from 7/15/15 to the present.*
>
> *Most of the data for the period in question comes from Dr. Tafreshi's notes. He documents significant subjective concerns (panic attacks, impaired concentration, depression and anxiety), however, his notes do not contain psychiatric exams; there is no objective correlation or support for the subjectively reported symptoms. On 12/11/15, the claimant first saw Dr. Collins (psychiatrist); he again reported various subjective symptoms. In this case, a psychiatric exam is documented and there are some abnormalities, but their functional consequence is not discussed. For example,*
> *there was a noted deficit in delayed recall and the claimant could not name the vice president, but there is no discussion of whether or how memory impairments affect the*

*claimant practically. There is no observation of the claimant being unable to give a proper history due to memory impairment. There is no collateral information from third parties regarding the claimant's memory disturbance. There is also no further cognitive testing or consideration of referral for neuropsychological testing.*

*This is all notable particularly because with anxiety and depression it is common for individuals to estimate their own cognitive abilities as worse than they are objectively, and it is possible for poor effort (not necessarily intentionally) to negatively affect performance on cognitive testing. Although reasonable medication changes were considered, no other treatment options were considered (such as inpatient treatment, referral for neuropsychological testing, consideration of neuroimaging, etc). The claimant was seen once in December 2015 and once in February 2016, and there are no more recent visits. In summary, the medical evidence as provided does not objectively support impairment due to the claimant's psychiatric condition.*

As part of the ARU's review, your client's file was also referred for a Physical Medicine and Rehabilitation (PM&R) peer review. According to the November 22, 2016 report;

*From 7/15/15 through present, this claimant's cervical and lumbosacral spondylosis results in functional impairment. Due to these conditions, reasonably supported restrictions and limitations (R/Ls) include:*

> *No lifting, carrying, pushing, and/or pulling more than 10 pounds on occasion and frequently with the right upper limb. Given documented left upper limb weakness, restrictions for the left upper limb include no lifting, carrying, pushing, and/or pulling more than 5 pounds occasionally and/or frequently. Lifting heavier objects could exacerbate chronic pain in the setting of imaging-evidence of multilevel cervical and lumbosacral spondylosis.*
> *There should only be occasional performance of postural activities such as bending, crawling, stooping, and/or crouching. The claimant has chronic neck pain with associated painful cervical spine range of motion. Therefore, there should be avoidance of climbing ladders, and/or twisting about the cervical spine.*
>
> *The claimant can stand for 30 minutes at a time with rest breaks (up to 4 minutes) as needed for comfort and repositioning for a total of 4 hours per work day.*
>
> *The claimant can walk for 30 minutes at a time with rest breaks (up to 4 minutes) as needed for comfort and repositioning for a total of 4 hours per work day.*
> *There are no sitting restrictions.*
>
> *The claimant can reach at desk level, and below-waist level frequently, and but should perform overhead reaching on an occasional basis.*

*Within the documented R/Ls this claimant can work full-time in a sustained capacity, and prognosis is good for full-time work within the documented R/Ls.*

*Full effort* [during the 8/16 FCE] *was noted, though there were obvious limitations due to pain during FCE assessment. I agree with most of the conclusions noted in the 8/26/16 FCE including lifting of 10 pounds occasionally, and occasional restrictions for postural*

*activities due to chronic pain, left upper limb weakness, and impaired spinal ROM.*

Based on the above review, the ARU recommended that your client's claim should be re-opened as additional information, such as an Independent Medical Examination (IME), was warranted. The ARU also concluded that impairment from a psychiatric standpoint was not substantiated and that an additional investigation should only be completed from a physical standpoint.

Given the recommendations outlined by the ARU, updated medical records were obtained and your client was referred for a PM&R IME, which was completed in May 2017. The results of the review are below.

*Based on the Functional Capacity Evaluation performed on 8/26/16 at ATI Physical Therapy, the following restrictions and limitations were recommended:*

- *Occasional lifting and carrying of less than 10 lbs.*
- *Frequent lifting of less than 5 lbs.*
- *No lifting from below the height of 21" above the floor.*
- *No lifting above the height of 66" above the floor.*
- *No squatting*
- *No kneeling and crawling*
- *Continuous standing or walking should not exceed 15-20 minutes. Continuous sitting should not exceed 20 minutes.*
- *Occasional bending at the waist.*

*Based on these objectively supported limitations and restrictions, the claimant has the capacity to perform at a sedentary work capacity, on a full-time basis. This is based on his physical limitations.*

*There is documentation that states the prescribed medication may have some cognitive side effects that may affect "concentration." Upon interviewing the claimant regarding any significant side effects from the use of his current medication regimen, he denied having any significant side effects.*

As previously outlined in our March 2016 correspondence, a vocational review was also completed regarding your occupation as a Pharmacy Manager. The report indicated the following:

*Based on a review of the job information provided, Mr. Hosseinpour's job tasks are best represented by the following description in the Dictionary of Occupational Titles (DOT): Pharmacist (074.161-010). Based on the formal LMS, this occupation spans from the sedentary and light physical demand levels. There are ample opportunities that exist at both levels.*

*The Department of Labor defines sedentary work as,*

***S-Sedentary Work*** *- Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves*

*sitting, most of walking and standing are required only occasionally and all other sedentary criteria are met."*

*For the sedentary physical demand level the positional requirements are as follows:*
***Frequent** handling, fingering and sitting*
***Occasional** reaching, (reaching can be reduced or eliminated by moving objects an ergonomically correct distance from the body), walking and standing*
***No** bending/stooping, climbing, twisting, kneeling, crawling and crouching/squatting*

We understand that while working at Safeway, Inc., Mr. Hosseinpour must stand and walk on a frequent basis and lift up to 20 pounds. However, based on research performed by a Vocational Consultant, his occupation as a Pharmacist, as performed in the national economy, can be performed at the sedentary demand level. These requirements are within his functional capabilities. While it is documented that your client would need to change positions frequently, this could be accommodated with a sit/stand desk, which is readily available in the national economy. Therefore, Mr. Hosseinpour is capable of performing his occupation with a different employer.

Based on the medical documentation received in relation to the requirements of his occupation, Mr. Hosseinpour no longer meets the definition of disability outlined above. Specifically, we have completed multiple reviews, including two PM&R peer reviews and a PM&R IME, all of which have concluded that your client has full-time sedentary work capacity. In addition, the Psychiatric peer review completed during the appeal review outlined that psychiatric impairment precluding work activity was not supported. Thus benefits are no longer payable and we must close his claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to Mr. Hosseinpour's claim. If benefits are awarded retroactive to his period of disability with Liberty, Mr. Hosseinpour is expected to repay the amount of any other benefit he would have received during the time period that he received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify him regarding any repayment due.

In our review of Mr. Hosseinpour's claim, Liberty Life has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Safeway, Inc.'s Policy. Moreover, Liberty Life has obtained and considered, such as the May 2017 IME, that were not considered by the Social Security Administration in its determination process.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted. Under the Employee Retirement Income Security Act of 1974 (ERISA), Mr. Hosseinpour may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the date of this letter and state the reasons Mr. Hosseinpour feels his claim should not have been denied. In his request for review please include the following documentation: All office treatment notes, diagnostic test results, procedure reports, pharmacy records, and therpary records from Dr. Tafreshi, Dynamic Futures, or any other treating providers, for the period of March 2017 through the present date.

You should also provide any additional information that you feel will support his claim.

Mr. Hosseinpour may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive his written request for review within 180 days from the date of this notice, our claim decision will be final, his file will remain closed, and no further review will be conducted.

Under normal circumstances, Mr. Hosseinpour will be notified of the final decision within 45 days from the date his request is received.

If special circumstances cause a delay in our decision, Mr. Hosseinpour will be notified of the final decision no later than 90 days from the date his request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

MLS Group of Companies

MLS National Medical Evaluation Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

July 17, 2017

Re: Abolfazl Hosseinpour
Claim Number: 5482725
DOE: 05/17/2017

**CLARIFICATION**

**In question 3, he outlines that the claimant has sedentary work capacity on a full-time basis. However, in question 2 he also indicated that the claimant is not able to sit for 20 minutes or stand and walk for 15-20 minutes.**

1. **Could you please have the doctor confirm if the claimant would need to change positions from sitting to standing every 20 minutes?**

Based on the reporting, the claimant would need to "change positions" every 20 minutes. The FCE results do not specifically detail it being from "sitting to standing", so any general change in position would be appropriate.

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and

clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Sincerely,

Andrew Kim, DO
Board Certified in Physical Medicine and Rehabilitation
Subspecialty Certified in pain Medicine

MLS Group of Companies

MLS National Medical Evaluation Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

# CLARIFICATION REQUEST

07/03/2017

RE: Abolfazl Hosseinpour
IME: 07/03/2017

Dear Dr. Kim:

Our client received the report regarding Abolfazl Hosseinpour and had a clarification request. Please see the below request and return your response as soon as possible.

In question 3, he outlines that the claimant has sedentary work capacity on a full-time basis. However, in question 2 he also indicated that the claimant is not able to sit for 20 minutes or stand and walk for 15-20 minutes.

Could you please have the doctor confirm if the claimant would need to change positions from sitting to standing every 20 minutes?

If there are any questions/concerns please let me know.

Thank you,

Sheena Maggard
IME Department Supervisor

Sincerely,

MLS Group of Companies, Inc.
888-657-4634

MLS Group of Companies, Inc.

*www.mls-ime.com*

| DICTATION INSTRUCTIONS | |
|---|---|
| **Via Dictation Phone Line:** | **To Access the Dictation System:** |
| **Step 1** | Dial the telephone #: **866-202-9327** (toll free) |
| **Step 2** | Enter your 4-Digit ID#: __ __ __ __<br>**Enter your 5-Digit Password: 12345**<br><br>You will be prompted to enter your 4-digit ID# and then to enter your 5-digit password.<br>*If you do not have an assigned ID#, you can use one of our generic numbers:<br>3333, 4444 or 5555 as your log-in ID#, your password is **12345**. |
| **Step 3** | After signing in, you will be prompted to begin dictation after the sound of the tone. |
| **Step 4** | **KEYPAD FUNCTIONS:**<br>2 - Record<br>3 - Rewind / Play<br>4 - Forward |

| | |
|---|---|
| | 4,4,4 - Forward to the end of the dictation<br>5 - Complete job and then "1" to end your report<br>6 - Priority<br>7 - Rewind<br>0 - Pause<br><br>**<u>To end your recording</u>** – push "5".<br><br>**<u>To end your recording and begin another recording</u>** - push "5" and then "1" to end your report and a voice will prompt you to proceed.<br><br>**<u>For dictations longer than 45 minutes</u>** – If no function keys are pushed during the 45 minute segment (i.e. 3=Rewind/Play) at the 45 minute time mark the system will place you in pause mode, to continue recording press the 2 key to continue dictating. |

DOC
DESERT ORTHOPAEDIC CENTER

John M. Baldauf, M.D.
*Reconstructive Surgery and Sports Medicine*
Hugh L. Bassewitz, M.D.
*Adult Spinal Surgery*
Thomas Dunn, M.D.
*Adult Spinal Surgery*
Roger A. Fontes, M.D.
*Complex Trauma Surgery, Hip, Knee and Shoulder*
Matthew N. Fouse, M.D.
*Arthroscopy and Sports Medicine*
Jaymes D. Granata, M.D.
Foot and Ankle Surgery
Chad M. Hanson, M.D.
*Orthopaedic Surgery and Sports Medicine*
Lawrence R. Huff, M.D.
*Adult Reconstruction, Shoulder and Elbow*
Parminder S. Kang, M.D.
*Hip Arthroscopy, Total Joint Replacement*
Daniel D. Lee, M.D.
*Adult and Pediatric Surgery of the Spine Orthopaedic Trauma*
Michael L. Lee, M.D.
*Hand, Wrist and Elbow Surgery*
Michael Miao, M.D.
*Arthroscopy and Sports Medicine*
Archie C. Perry, Jr., M.D.
*Adult and Pediatric Spinal Surgery*
Abdi Raissi, M.D.
*Foot and Ankle Surgery*
William T. Stewart, M.D.
*Orthopaedic Surgery and Hand Surgery*
Timothy B. Sutherland, M.D.
*Arthroscopy of Knee and Shoulder*
Todd V. Swanson, M.D.
*Total Joint Replacement*
Craig T. Tingey, M.D.
*Arthroscopy and Total Joint Replacement*
Troy S. Watson, M.D.
*Foot and Ankle Surgery, Arthroscopy*
Richard P. Winder, M.D.
*Shoulder, Knee, Hip, Elbow Sports Medicine*

Michael F. Pendleton, J.D., CMPE
*CEO/General Counsel*
James P. Washer II, CFA
*Director of Finance*
Sharen E. Marchitti
*Director of Operations*
All Appointments (702) 731-4088
www.doclv.com

**Date: 05/17/2017**
**Claimant: Abolfazl Hosseinpour**
**DOB:**
**Date of Loss: 07/15/15**

Please find attached my dictation report for the independent medical examination of the Claimant, Abolfazl Hosseinpour. The independent medical examination process was explained to the examinee, and he understands that no patient/treating physician relationship was established. Mr. Hosseinpour was advised that the information provided will not be confidential and a report will be sent to the requesting client. The claimant was seen and examined on 05/17/2017.

The following records were reviewed for this independent medical examination.

## RECORD REVIEW

### ***Records Prior to DOL of 07/15/15***

### ***2015***

06/15/15 **David Mirich, M.D. – SDMI – MRI Cervical Spine Without Contrast – Impression:** 1) Multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-5 through C6-7 and on the left side at C4-5. 2) Lower cervical advanced degenerative disc disease.

06/15/15 **Michael Kawaguchi, M.D. – SDMI – MRI Lumbar Spine Without Contrast – Impression:** 1) L3-4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm. 2) L2-3: Central disc bulge with a component of subligamentous extrusion above the L2 endplate, only mild resulting thecal sac effacement without neural impingement. 3) 2.5 mm central right paramedian protrusion at T11-T12 resulting in mild cord effacement on sagittal imaging. Consider formal thoracic MRI if clinical symptoms warrant.

### ***Records Following DOL of 07/15/15***

### ***2015***

07/07/15 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Panic attacks, difficulty at work, unable to concentrate. Left arm numbness at times. Neck pains, lower back pain. **Assessment:** Degeneration of lumbar or lumbosacral intervertebral disc. Spinal stenosis of lumbar region. Pure hyperglyceridemia. Degeneration of cervical intervertebral disc. **Plan:** EKG. Pain management. Start Zoloft, Xanax.

07/14/15 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Neck pain, lower back pain, left arm numbness pain. **Assessment:** Degeneration of lumbar or lumbosacral intervertebral disc. Spinal stenosis of lumbar region. Degeneration of cervical intervertebral disc. Anxiety disorder. Pure hyperglyceridemia. **Plan:** Try Gabapentin. Rest. Try Valium.

07/16/15 **Jason E. Garber, M.D. – Western Regional Center for Brain & Spine Surgery – History of Present Illness:** Patient is a 56-year-old male who presents for treatment. **Complaints:** Neck pain, stiffness, impaired ROM and shoulder pain. Low back pain, gradual worsening. **Assessment:** Bulge of cervical disc without myelopathy. Bulge of lumbar disc without myelopathy. **Plan:** EMG/NCV. Refer to PT.

08/10/15 **Vanessa Martin, MSPT – Kelly Hawkins Physical Therapy – Initial Evaluation – Dx:** Lumbago, Cervicalgia. **Treatment Plan:** AROM, client education, HEP, joint mobilization techniques, joint protection, manual ROM activities, manual therapy techniques, PROM, soft tissue mobilization, stretching, flexibility activities, therapeutic exercises, neuromuscular re-education, cryotherapy, E-stim, moist hot packs, and ultrasound. Patient treated: 08/10/15, 08/12/15, 08/14/15, 08/19/15, 08/20/15, 08/26/15, 08/27/15 and 12/10/15. **(8 visits).**

09/09/15 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Neck pain, lower back pain, left arm numbness pain, hand weakness, left knee pain, anxiety issues, panic attacks. **Assessment:** 1) Degeneration of lumbar or lumbosacral intervertebral disc. Spinal stenosis of lumbar region. Degeneration of cervical intervertebral disc. Anxiety disorder. **Plan:** X-ray: Left knee. Follow up with Dr. Garber. Psych referral pending awaiting appointment. D/C Zoloft, try Paxil.

09/17/15 **Jason E. Garber, M.D. – Western Regional Center for Brain & Spine Surgery – History of Present Illness:** Patient is a 56-year-old male who returns in follow up. **Assessment:** Bulge of cervical disc without myelopathy. Bulge of lumbar disc without myelopathy. **Plan:** MRI lumbar spine. MRI cervical spine.

09/23/15 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Neck pain, lower back pain, left arm numbness pain, left hand weakness, left knee pain, anxiety issues, panic attacks. **Assessment:** Degeneration of lumbar or lumbosacral intervertebral disc. Pure hyperglyceridemia. Spinal stenosis of lumbar region. Degeneration of cervical intervertebral disc. Anxiety disorder. Major depressive disorder. **Plan:** Follow up with Dr. Garber. Increase Paxil. Fioricet Codeine for headaches. Still not fit to return to work.

10/19/15 **Howard Grattan, M.D. – MLS Group of Companies, Inc. – Independent Peer Review – Conclusion:** The claimant is diagnosed with degeneration of lumbar or lumbosacral intervertebral

DOC

disc, spinal stenosis or lumbar spine, degeneration of cervical intervertebral disc, anxiety and pure hyperglyceridemia. Claimant's impairments: There is a cervical disc degeneration present mostly notable C4-5, C5-6 and C6-7. There is no evidence of definitive neural compromise on MRI of the cervical or lumbar spine. These findings are mild in severity and given the absence of any quantifiable objective measurements, instability or findings on MRI that would place the claimant at an increased risk of injury, the claimant is not functionally impaired and therefore restrictions and limitations are not supported. The claimant does not have a co-morbid diagnoses that is impacting any impairment. The claimant has tried Zoloft and Xanax which did not help. He is to try Paxil. The claimant is capable of sustaining a full time work capacity without restrictions and limitations given the absence of any significant objective evidence to support restrictions or limitations.

10/27/15 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Severe pain in the knees, hips, anxiety, depression, panic attacks. Insomnia, losing concentrations. **Assessment:** Pure hyperglyceridemia, spinal stenosis of lumbar region, degeneration of cervical intervertebral disc; anxiety disorder. **Plan:** Needs psychiatrist. Ambien and Xanax.

12/11/15 **Mark J. Collins, D.O. – Dynamic Future LLC – Initial Evaluation – Chief Complaint:** The patient states "I have problems." **History of Present Illness:** Patient presents for psychiatric evaluation. **Assessment – Axis I:** Major depression – rule out psychosis, panic disorder, generalized anxiety disorder. Rule out post-traumatic stress disorder. Rule out cognitive disorder. Axis II – None. Axis III – Chronic pain, prostatic hypertrophy. Axis IV: Medical stage of life and financial. Axis V: Current 50, Past 60. **Plan:** Remeron 15 mg. Gabapentin. Check labs. Consider Cymbalta. Consider switching Xanax to Klonopin. Consider Tegretol, Lamictal. Return in one month.

12/21/15 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Severe pain in the knees, hips, anxiety, depression, panic attacks. Insomnia, losing concentrations. **Assessment:** Pure hyperglyceridemia, spinal stenosis of lumbar region, degeneration of cervical intervertebral disc; anxiety disorder. **Plan:** Follow up psychiatrist. Prescribed Ambien, and Xanax.

***<u>2016</u>***

01/28/16 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** No changes, severe anxiety depression persists panic attacks, insomnia, losing concentrations, neck pain, and lower back pain. Left arm/hand weakness. **Assessment:** Spinal stenosis of the lumbar region. Anxiety disorder. Severe recurrent MDD without psychotic features. Cervical disc degeneration. **Plan:** Refill Ambien, Xanax, Fioricet, and Tramadol.

02/19/16 **Mark J. Collins, D.O. – Dynamic Future LLC – Initial Evaluation – Chief Complaint:** Patient returns. **History of Present Illness:** Patient presents for psychiatric evaluation. **Assessment – Axis I:** Major depression – rule out psychosis, panic disorder, generalized anxiety disorder. Rule out post traumatic stress disorder. Rule out cognitive disorder. Axis II – None. Axis III – Chronic pain, prostatic hypertrophy. Axis IV: Medical stage of life and financial. Axis V: Current 50, Past 60. **Plan:** Discontinue Paxil. Add Effexor XR, consider titration of Remeron. Switch Xanax to Klonopin. Consider Cymbalta. Consider Tegretol/Lamictal for pain and mood. Return in one month.

DOC

02/25/16 **Howard Grattan, M.D. – MLS Group of Companies, Inc. – Addendum – Conclusion:** Based on the additional medical records reviewed the claimant does have full time sedentary work capacity. The treatment plan which has included PT, medication management and activity modification has been consistent with the current standard of care. **4) Does the accompanying surveillance information conflict with or contradict your review and the claimant's self-reported limitations?** It was indicated the claimant rates his pain 10/10, however he was observed moving smoothly and with no indications of discomfort. He did not use visible assistive devices such as canes, crutches, or braces. There is also no evidence for any deformities or acute neurological features on clinical examination nor was there dangerous pathology on diagnostics. Therefore the accompanying surveillance information does contradict the review of medical documentation and conflicts with the claimant's self-reported limitations.

03/14/16 **Timothy Belliveau, Ph.D. – Clinical Case Review – Summary:** Dr. Tafreshi reported that Mr. Hosseinpour's panic attack symptoms include palpitations, light-headedness and shortness of breath and that when these happen at work he can't concentrate. In response to my question, Dr. Tafreshi clarified that this is based on Mr. Hosseinpour's report of having difficulty with concentration. Dr. Tafreshi reported that Mr. Hosseinpour's anti-depressant medication was changed on 09/09/15, confirmed that psychiatric treatment was recommended and explained that it had not yet occurred. We briefly reviewed the medical record note of explained that it had not yet occurred. We briefly reviewed the medical record note of 09/23/15, at which time Mr. Hosseinpour's score on the PHQ-9 (19) was in the moderately severe range of depressive symptoms and that Dr. Garber was following him for pain management. In response to my question about Dr. Tafreshi's 08/05/15 documentation to Liberty Mutual which indicates both anxiety and spinal stenosis as impairing diagnoses, Dr. Tafreshi reported that both conditions cause impairment, that he can't sit down or stand for long periods due to spinal stenosis, and that his depression and anxiety effect his work as a pharmacist. Dr. Tafreshi reported that Ms. Hosseinpour's next visit would be in a couple of weeks.

03/29/16 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Neck pain, lower back pain, left arm hand weakness. Using a lumbar brace. Pain radiates into both legs. Severe anxiety, depression and panic attacks. **Assessment:** Severe recurrent MDD without psychotic features. Cervical disc degeneration. Spinal stenosis of lumbar region. Pure hyperglyceridemia. **Plan:** Continue same. Pain management referral. Psychiatrist referral. Refill meds.

04/28/16 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Unable to see pain specialist due to insurance. Neck pain, neck brace at home. Lower back pain, left arm hand weakness, lumbar brace, pain radiates to both legs. **Assessment:** Cervical disc degeneration. Severe recurrent MDD without psychotic features. Spinal stenosis of lumbar region. **Plan:** Continue meds, refill meds.

05/30/16 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Neck pain, using neck brace at home. Lower back pain persists. Left arm/hand weakness, pain radiates into both legs, insomnia. Severe anxiety depression persists panic attacks persists. **Assessment:** Cervical disc degeneration. Severe recurrent MDD without psychotic features. Anxiety disorder. Spinal stenosis of lumbar region. Pure hyperglyceridemia. **Plan:** Continue same. Refill meds.

DOC

07/11/16 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Neck pain, pain in the lower back, left arm weakness, pain radiates to both legs, insomnia, severe anxiety depression. **Assessment:** Pure hyperglyceridemia, cervical disc degeneration. Degeneration of cervical intervertebral disc. Anxiety disorder. Severe recurrent MDD without psychotic features. Spinal stenosis of lumbar region. **Plan:** Try Cymbalta, D/C Effexor.

08/26/16 **Doug Ellis, PT – ATI Physical Therapy – Functional Capacity Evaluation – Recommendations:** The client demonstrated the ability to perform limited work activities. This would include occasional lifting and carrying of less than 10 pounds. He would be able to perform frequent lifting and carrying of less than 6 pounds. He was unable to perform any lifting from below the height of 21" above the floor. He was unable to perform any lifting above the height of 68" above the floor. He was able to perform occasional pushing and pulling producing average forces of up to 50 pounds. This client was unable to perform full squatting. He was able to perform less than occasional one-half squatting activities at best. This client should avoid any kneeling or crawling. Any kneeling or crawling should be performed only with the use of a support to enable him to obtain and return from these positions. This client did report that he has experienced a gradual reduction of his level of function due to his continued symptoms. The client was consistent in his demonstrated inability to perform functional activities as noted during this evaluation. He reported pain as the limiting factor. The results of this evaluation have been determined to be reliable. **Summary:** In conclusion, Mr. Abolfazi Hosseinpour demonstrated the ability to perform limited work activities as documented. The client reported he recently underwent an evaluation for social security disability. He stated he was told by the physician that he would recommend social security disability. The client reported limited tolerance for activity due to his symptoms.

11/22/16 **Fargo N. Khoury, M.D. – Peer Review Report –** From 07/15/15 through present, the claimant's cervical and lumbosacral spondylosis result in functional impairment. Restrictions and limitations include: No lifting, carrying, pushing and/or pulling more than 10 pounds on occasion and frequently with the right upper limb. Occasional performance of postural activities such as bending, crawling, stooping and/or crouching. The claimant can stand for 30 minutes with rest breaks, walk for 30 minutes with rest breaks. There are no sitting restrictions. The claimant can reach desk level, below waist level frequently. The medical evidence does not support obvious side effects from prescribed medications. Dr. Tafreshi agreed with the FCE findings from August 2016.

11/22/16 **Fargo N. Khoury, M.D. – Peer Review Report –** The psychiatric diagnosis supported by the clinical records is major depressive disorder with anxious distress. The medical records do not support impairment due to mental illness from 07/15/15 to the present. This is not applicable as psychiatric impairment requiring restrictions and/or limitations is not supported in this case. As no psychiatric impairments are supported objectively for the period in question, there is no reason from a psychiatric point of view that the claimant could not work in a sustained full time capacity from 07/15/15 to the present. The severity and scope of the claimant's reported symptoms are not consistent with the intensity and scope of treatment.

DOC

***2017***

01/06/17 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Needs refills, having severe anxiety. Persistent neck pain, lower back pain. Left arm/hand weakness. Insomnia. **Assessment:** Cervical disc degeneration. Severe recurrent MDD without psychotic features, anxiety disorder, spinal stenosis of lumbar region. **Plan:** Follow up psychiatrist. Refill meds.

03/14/17 **Mehrdad Tafreshi, M.D. – Meadows Medical Group Practice – Chief Complaint/Subjective:** Still having anxiety, persistent neck pain, lower back pain, left arm/hand weakness, difficulty concentrating and palpitations. **Assessment:** Cervical disc degeneration. Severe recurrent MDD without psychotic features, anxiety disorder, spinal stenosis of lumbar region, pure hyperglyceridemia, cervical and lumbar radiculopathy. **Plan:** Continue meds.

- **End of records review**

**Claimant Individual History:**
This is a 58 year-old right handed male who states that he has been suffering from worsening lower back pain, neck pain, anxiety and depression since 2014. He is currently independent with his Activities of Daily Living. He is able to drive independently. He states that he is only able to ambulate approximately 1 city block before experiencing severe pain.

**Employment History:**
Mr. Hosseinpour states that he was previously employed as a Pharmacy Manager. He states that he last worked as a Pharmacy Manager in 2015. He states he is not currently working at this time. He further states that he does not have any active hobbies, or participates in any volunteer position.

**History of Present Condition:**
This is a 58 year-old, right handed male who states that his symptoms started approximately 3 years ago in 2014. He denies any inciting trauma, accident or injury. The claimant states that he started having lower back pain that radiates down both of his lower extremities, as well as neck pain that radiates down both of his upper extremities. He states that these symptoms were associated with headaches, anxiety, and depression. At the onset of symptoms, the claimant states that his right lower extremity pain was more severely affected than the left side. He states that the pain would radiate from his lower back, into his hips and down to his knees. He states he would suffer from cramping/jerking while laying down at night. He states there was associated weakness in his lower extremities.

The claimant states that he has also been suffering from neck pain which also started in 2014. These symptoms also radiate down both upper extremities into the hands. He states that the neck pain would radiate into his head, and cause headaches. He states he noticed weakness in his hands as well. This particular body part involving the neck and the head started causing him to have anxiety.

The claimant states that for treatment he has participated in physical therapy. Mr. Hosseinpour states that the therapy did not help him. He states that he is being mostly managed by medication. He denies every receiving any surgery or procedure on his neck or lower back. He denies receiving any interventional injections into the spine. He has received care from Dr. Tafreshi, Dr. Garber, and Dr. Collins.

DOC

His current medication is as follows:

**Medication:** Sucralafate 1 gm QID, Finasteride 5mg Daily, Duloxetine 60mg Daily, Lyrica 150mg BID, Xanax 1mg QHS PRN, Fioricet with Codeine every 4 hours PRN, Zolpidem 10mg QHS, Flomax 0.4mg Daily, Lovaza 1 gm 4 times per day, Tramadol 50mg every 4 hours PRN;

**Past Medical History:**
BPH
Depression
Anxiety
Lumbar stenosis
Hyperlipidemia
Insomnia
GERD

**Past Surgical History:** Non-contributory;

**FAMILY HISTORY:**
**Mother:** Deceased at age 70- Ovarian CA;
**Father:** Deceased at age 80- Unknown;

**SOCIOECONOMIC History:**
**Marital Status:** Single;

**Education:** Completed graduate education
**Brief Work History:** Last worked in 2015 as a Pharmacy Manager; not currently working;

**Habits:** Denies any tobacco, etoh, or illicit drug use;

**Current Medical Complaints:**
The claimant states that his day to day pain is a 10/10 on the VAS. He states that his current VAS is 10/10. He states that the neck pain is just as severe as the lower back pain. He states that the pain in his neck and lower back continues to radiate down the upper and lower extremities respectively. The pain in the neck continues to radiate into his head. The pain is further described as constant, sharp in the back and neck, and is associated with "some numbness" in his arms and feet. He states he has weakness in his hands. Standing and walking makes the pain worse. Sitting, laying down, medication and the use of a cervical collar makes the pain better. The claimant states that the medication helps decrease his pain by 10-15%. He states he is taking tramadol, lyrica and fioricet. The fioricet helps more with the headaches. The Lyrica helps with his numbness in his extremities. The claimant states that he does not have any significant side effects from the medication.

He is independent with his activities of daily living. He is able to drive independently.

**Physical Examination:**

GENERAL APPEARANCE: alert, well hydrated, in no distress, well developed, well nourished;

DOC

HEAD: normocephalic, atraumatic, no scalp lesions.
EYES: extraocular movement full and smooth.
EARS: hearing intact to voice; no discharge or visible lesions on ears;
NOSE: septum intact, no lesions, nares patent.
ORAL CAVITY: normal, gums normal, mucosa moist, tongue in midline.
NECK/THYROID: neck supple, no jugular venous distention, trachea midline;
LYMPH NODES: no cervical, axillary or supraclavicular adenopathy.
SKIN: no rashes, no suspicious lesions, warm and dry.
CV: palpable pedal pulses; no notable edema in the LE
LUNGS: good air movement, no audible wheezes, normal inspiratory effort.
ABDOMEN: soft; tenderness upon deep palpation.
PSYCH: cooperative with exam, good eye contact, speech clear. Appears euthymic
NEUROLOGIC: cranial nerves 2-12 grossly intact, alert and oriented, cognitive exam grossly normal. Speech is fluent; EOMI x 2,
GAIT: decreased cadence, slowed gait; able to ambulate without assistive device;

**NECK AND UPPER EXTREMITY EXAM:**
Observation: no atrophy, redness, or edema in the cervical region
Palpation: multiple areas of tenderness over cervical paraspinals, trapezii; tenderness noted over the cervical articular pillars bilaterally;
Range of Motion: Guarded active and passive cervical ROM across all planes;
Deep Tendon Reflexes: biceps, brachioradialis, and triceps 1+/4 bilaterally.
Manual Muscle Testing: Bilateral major muscle groups in the upper extremities is 5/5;
Sensory: intact to light touch.
Special Tests: Positive compression sign; Tinel's sign negative across wrists bilaterally; Hoffman's sign negative bilaterally;

**BACK AND LOWER EXTREMITY EXAM:**
Observation: no atrophy, redness, or edema over the lumbar spine.
Palpation: tenderness over the lower lumbar paraspinals bilaterally- L4-5-S1;
Range of Motion: Full Active lumbar flexion, decreased active/passive lumbar extension ~approximately 20 degrees;
Deep Tendon Reflexes: 1+ symmetric in Achilles and Patellar Bilaterally.
Manual Muscle Testing: Bilateral major muscle groups in the lower extremities is 5/5;
Sensory: intact to light touch;
Special Tests: Babinksi's sign downtrending bilaterally; No ankle clonus noted bilaterally; Straight Leg Raise negative bilaterally; Positive lumbar facet loading bilaterally;
* No evidence of overreaction on my exam today

- Observed patient able to remove both of his socks and shoes independently. Observed patient bending at the waist (lumbar spine) to 90 degrees.

**Conclusion:**

**The following are questions posed for this independent medical examination provider.**

1. **What diagnosis is supported by the medical evidence in the file?**

DOC

   a. *Lumbar spondylosis, Lumbar stenosis, Cervical spondylosis, Cervical stenosis, Major Depressive disorder, Generalized Anxiety disorder.*
2. **Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence.**
   a. *Based on the Functional Capacity Evaluation performed on 08/26/2016 at ATI Physical Therapy, the following restrictions and limitations were recommended:*
      i. *Occasional lifting and carrying of less than 10 lbs.*
      ii. *Frequent lifting of less than 5 lbs.*
      iii. *No lifting from below the height of 21" above the floor*
      iv. *No lifting above the height of 66" above the floor.*
      v. *No squatting*
      vi. *No kneeling and crawling*
      vii. *Continuous standing or walking should not exceed 15 to 20 minutes. Continuous sitting should not exceed 20 minutes*
      viii. *Occasional bending at the waist.*
3. **When clarifying the supported restrictions, please be sure to address full-time, sedentary work capacity.**
   a. *Based on these objectively supported limitations and restrictions, the claimant has the capacity to perform at a sedentary work capacity, on a full-time basis. This is based on his physical limitations.*
4. **Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided and your physical examination?**
   a. *Based on the response to Liberty Mutual's questionnaire on August 3, 2015, Dr. Tafreshi indicates that the claimant can "sit and stand no more than 30 minutes at a time, and lift and carry no more than 15lbs." This appears to understate his physical limitations compared to the Functional Capacity Evaluation performed by ATI on 08/2015. My physical examination findings do not indicate any contradictions to the aforementioned restrictions.*
5. **Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**
   a. *There is documentation that states that the prescribed medication may have some cognitive side effects that may affect "concentration." Upon interviewing the claimant regarding any significant side effects from the use of his current medication regimen, he denied having any significant side effects.*
6. **Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.**
   a. *There is concern regarding the long term use of fioricet for the treatment of what appears to be mostly cervicogenic headaches. The use of this medication long term may create a dependency on this medication. The use of Xanax in combination with opioid therapy (tramadol, fioricet with codeine) is generally not recommended due to the increased risk of adverse events. In addition, there has been a strong implication with the long term use of benzodiazepine and its association with early-onset Alzheimer's Disease. For these particular reasons, the long term use of Xanax is not generally recommended. However, I would not define the use of Xanax as part of the treatment for the claimant's anxiety disorder as outside the current standard of care.*

DOC

7. **Provide a description of your direct observations of the claimant, noting the degree to which such observations may or may not be consistent with their reported impairments.**
   a. *The claimant describes 10/10 pain on the VAS score. Although a 10/10 VAS score would suggest severe pain, the claimant did not appear to be in visible during the history portion of the evaluation. During the physical examination, certain passive ROM testing did elicit some pain. He was able to bend at the waist to remove his socks and shoes, as well as put them back on at the end of the examination without any visible difficulty. There was no overreaction noted on my examination today.*

Thank you for allowing me evaluate the claimant.

I have personally reviewed all the medical records summarized above. All of the opinions and conclusions are to a reasonable degree of medical probability.

Andrew Kim, DO
Board Certified in Physical Medicine and Rehabilitation
Subspecialty certified in Pain Medicine

**Invoice** **340849**

**Date of Invoice** **05/31/2017**

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92,
P.O. Box 1525

Dover, NH 03821
**Attention:** Jessica Austin

**Case Id:** 5482725
**Referral Id:** 22617001002
**Name:** Hosseinpour, Abolfazl
**Employer:**
**Physician:** Andrew Kim
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 5/17/17

| Item | Rate |
|---|---|
| Independent Medical Examination | 5,312.50 |

| | |
|---|---|
| **Invoice Total** | $5,312.50 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$5,312.50** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies, Inc.

**n0150383**

---

**From:** Austin, Jessica
**Sent:** Friday, May 12, 2017 10:11:10 AM
**To:** 'Julie Mersch'
**Subject:** RE: Abolfazl Hosseinpour

Good Morning,

Thank you for confirming. We will send a copy of the completed IME to Dr. Tafreshi.

Best regards,

**Jessica Austin**

Technical Claims Consultant

Liberty Mutual Benefits, Disability Claims
Liberty Life Assurance Company of Boston

P: 888-437-7611 ext. 16352 F: 603-427-1844

SDN: 8-7316352

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Julie Mersch [mailto:jam@merschlaw.com]
**Sent:** Thursday, May 11, 2017 6:00 PM
**To:** Austin, Jessica <JESSICA.AUSTIN@LibertyMutual.com>
**Cc:** Robin Jennings <rjennings@merschlaw.com>

**Subject:** RE: Abolfazl Hosseinpour

HI Jessica: Yes, I confirmed with Mr. Hosseinpour that he will be there.

Pursuant to the MLS letter from Briana Smith dated 4/14/17, top of page 2, please provide the results of the examination to Dr. Tafreshi. If Dr. Kim would like to speak to Dr. Tafreshi, please do not hesitate to contact me if he cannot reach him at his office, and I will ask Mr. Hosseinpour to go to the office and alert Dr. Tafreshi to call Dr. Kim back.

Thank you,

Julie

Law Office of Julie A. Mersch

701 S. 7th St.

Las Vegas, NV 89101

(702)-387-5868

(702)-387-0109 (fax)

**From:** Austin, Jessica [mailto:JESSICA.AUSTIN@LibertyMutual.com]
**Sent:** Thursday, May 11, 2017 12:41 PM
**To:** Julie Mersch
**Subject:** Abolfazl Hosseinpour

Good Afternoon,

Could you please confirm that Mr. Hosseinpour will attend the IME scheduled for 5/17/17?

Best regards,

**Jessica Austin**

Technical Claims Consultant

Liberty Mutual Benefits, Disability Claims
Liberty Life Assurance Company of Boston

P: 888-437-7611 ext. 16352 F: 603-427-1844

SDN: 8-7316352

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.

MLS Group of Companies

MLS National Medical Evaluation Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

04/14/2017

Abolfazl Hosseinpour
c/o Law office of Julie Maersc

Re: Independent Medical Evaluation
Claim #: 5482725

Dear Abolfazl Hosseinpour:

Liberty Life Assurance Company, your disability benefits provider, has requested that MLS National Medical Evaluation Services schedule you for an independent medical examination with a specialist.

You may not cancel or change this appointment without the approval of your claims case manager. If an emergency situation arises which prevents you from attending this appointment, you must contact your claims case manager at Liberty Mutual as soon as possible.

This examination will be performed by:

**DOCTOR:** Andrew Kim D.O.
2875 St. Rose Parkway, Ste 100
Henderson ,NV 89052
(702) 259-5550 **For Directions Only**

Your appointment has been scheduled for:

**DATE:** **05/17/2017**

**TIME:** 3:00 PM

Liberty is responsible for paying for the IME, however, should you fail to attend the IME and you fail to cancel the IME within the required timeframe (7 business days), you will be responsible for paying any missed appointment fee that is assessed to Liberty.

Please bring any films and x-rays with you to the examination.

Please contact the doctor's office to confirm your appointment and, if necessary, obtain directions to the office.

This physician is not authorized to give medical advice or treatment with respect to your condition.

MLS Group of Companies

MLS National Medical Evaluation Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

If you or your representative wish to review the results of this examination, Liberty Life Assurance Company will provide the results to your attending physician. You may then schedule an appointment with your attending physician. Dr. Kim is not authorized to share the results with you directly. Liberty Life Assurance Company will pay all fees for this examination. Do not accept billing or make payment for this examination.

Please call if you have any questions regarding this examination.

Sincerely,

Briana Smith
MLS Group of Companies, Inc.

cc: Liberty Mutual Insurance Co, Jessica Austin
File

INVOICE FOR PROFESSIONAL SERVICES

CLAIMS VERIFICATION INC
Nationwide

INVOICE NUMBER: NVH01654
INVOICE DATE…..: 5/1/2017
OUR FILE #……….: NVH-10B5-061

Jessica Austin
Liberty Life Assurance Company
P O Box 7206
London, KY 40742

REFERENCE INFORMATION:
Client File #…: 5482725
Add'l File #…:
Insured………: Safeway Inc
Subject………: Hosseinpour Abolfazl
Date of Loss...: 7/15/2015
S.S. Number...:
Investigator…: S. Webb

| Description | | | Totals |
|---|---|---|---|
| NV Flat-Rate Surveillance | **8.0** Hrs on-site | **on 4/25/2017** | **598.00** |
| NV Flat-Rate Surveillance | **8.0** Hrs on-site | **on 4/26/2017** | **598.00** |
| NV Flat-Rate Surveillance | **8.0** Hrs on-site | **on 4/27/2017** | **598.00** |
| | | State Sales Tax | **0.00** |
| | | | ============ |
| | **PLEASE REMIT** | | **$1,794.00** |

DUE UPON RECEIPT
A SERVICE CHARGE OF 1½% WILL BE ADDED AFTER 30 DAYS
TO INSURE PROPER CREDIT PLEASE RETURN BOTTOM PORTION TO THE ADDRESS BELOW WITH REMITTANCE
6700 North Andrews Avenue Suite 200 Fort Lauderdale, Florida 33309
(954) 429-8855 / Toll Free: 888-284-2000 Federal ID Number: 59-2106154 NV License #1219

( DETACH ALONG PERFORATION )

---

CLIENT:
Jessica Austin
Liberty Life Assurance Company
P O Box 7206
London, KY 40742

REMIT TO:

CLAIMS VERIFICATION, INC.
6700 N ANDREWS AVE
SUITE 200
FORT LAUDERDALE, FL 33309

Invoice Number...: NVH01654
Invoice Date........: 5/1/2017
Our File Number..: NVH-10B5-061
Invoice Amount...: $1,794.00

Amount Paid.......: ____________

CLAIMS VERIFICATION INC
Nationwide

# CONFIDENTIAL INVESTIGATIVE REPORT

Sunday, April 30, 2017

| | | | | |
|---|---|---|---|---|
| Ms. Jessica Austin | Re: | Your File No. | : | 5482725 |
| Liberty Life Assurance Company | | Add'l File No. | : | Not Applicable |
| P O Box 7206 | | Our File No. | : | NVH-10B5-061 |
| London, KY 40742 | | Insured | : | Safeway Inc |
| | | Claimant | : | Abolfazl Hosseinpour |
| | | D/L | : | 7/15/2015 |

| | | |
|---|---|---|
| Assignment Received | : | 4/12/2017 |
| Previous Correspondence | : | Not Applicable |
| Type of Claim | : | Disability |
| Alleged Injury | : | Degeneration of lumbar or lumbosacral intervertebr |
| Assignment | : | Flat-Rate Surveillance |

## Synopsis

**Investigator**: Scott Webb/Claims Verification Incorporated

**Objectives**: Determine the claimant's activity level and employment status. Conduct three consecutive days of surveillance with varying start times.

**Date of Investigation**:
Surveillance – Tuesday, April 25, 2017 (10:30 AM – 6:30 PM)
Surveillance – Wednesday, April 26, 2017 (6:20 AM – 2:20 AM)
Surveillance – Thursday, April 27, 2017 (8:45 AM – 4:45 PM)

**Investigative Summary**
Three consecutive days of surveillance were conducted at the claimant's residence. The claimant continues to reside at the residence with his son and other family members and his registered vehicle was present. No claimant activity was observed on of the claimant. He remained at home on all three days and did not come into view. (Please refer to Details of Investigation)

*Per Liberty Life policy, no neighborhood or claimant contact was made, whatsoever.*

**Documentation**: Due to inactivity on behalf of the claimant, we were not afforded the opportunity to obtain videotape documentation of the claimant during this investigation.







*Photos obtained of the claimant during a previous investigation*

**Physical Description**: Claimant is a male, 57 years of age, married, with one known son.

**Case Status**: Closed/Pending further instructions. Thank you for the opportunity to be of service. Should you have any questions please contact us at (888) 284-2000.

## Details of Investigation

**Social Media Search**

A computer/social media investigation has been performed on claimant. Pipl.com shows three telephone numbers: . It also showed additional names and associated places, along with the address provided by an Accurint database check, which will be summarized below.

Yellowpages indicates that claimant is the president of Hosseinpour apartments, 200 West New York Avenue, Las Vegas, Nevada.

An e-physician profile was located, which shows him to be a licensed pharmacist with Safeway, at Highway 95 and Armory, Hawthorne, Nevada. NPI information was obtained. Claimants NPI number is 1699178921. His Nevada Pharmacist's License number is 13587.

Thatsthem.com showed a home phone of , an e-mail address of confirmed the provided address, and a possible vehicle, a 2006 Mercedes RF54.

When www.peekyou.com was checked, it showed employment at Hosseinpour Apartments.

Www.zabasearch.com revealed only an old address and telephone number.

Several profiles for Hosseinpour Apartments were found but they contained only information previously obtained.

The claimant is shown as the owner of his residence on , along with his wife, Dobrinka Hosseinpour.

In regards to social media, nothing was found on Facebook, Myspace, twitter, plus.google.com, Instagram, or Vine.com. LinkedIn showed only claimant's Las Vegas address. Www.Whitepages.com showed claimant's provided address. Finally, nothing was found on either Wink.com or zoominfo.com.

**Surveillance - Claimant's Residence**

**Tuesday, April 25, 2017**

10:30 AM

Surveillance efforts were initiated. Upon arrival, it was noted that there were 8 different vehicles parked in the driveway and in the street in front of the residence. All of these vehicles appeared to be salvage vehicles and were listed as registered to the claimant and/or his son in Accurint database. Only one of the vehicles had a license plate, a white Ford F150 bearing Nevada state registration 597GBL. This vehicle was registered to the claimant. The doors and windows were closed and there was no sign of outdoor activity. A discreet surveillance position was obtained overlooking the front of the residence and the aforementioned vehicles.



12:00 PM
There was no sign of activity at the residence. No one had arrived at or departed from the house.

12:35 PM
An unidentified male, presumably the claimant's son, departed in the white Ford F150. The claimant remained indoors and out of view.

3:30 PM
There was no sign of outdoor activity at the residence. The windows and blinds were open upstairs and there did seem to be activity within. However, the claimant remained indoors and out of view.

5:00 PM
No sign of activity at the residence.

6:30 PM
With the claimant remained indoors and out of view, the surveillance effort was discontinued due to inactivity.

**Surveillance - Claimant's Residence**

**Wednesday, April 26, 2017**

6:20 AM
Surveillance efforts were initiated. Upon arrival, it was noted that there all of the vehicles that were present on the first day were present at the location on this day. The blinds and windows were closed and there was no sign of activity. A discreet surveillance position was obtained overlooking the front of the residence and the aforementioned vehicles.

7:30 AM
There was no sign of activity at the residence. No one had arrived at or departed from the house.

8:00 AM
An unidentified female and a child departed the residence in a black Toyota Camry bearing Arizona plates.

8:30 AM

The aforementioned female arrived at the residence and parked down the street before entering inside and out of view.

9:50 AM
A previously observed male departed in the white Ford F150. The claimant remained indoors and out of view.

12:30 PM
There was no sign of outdoor activity at the residence. The windows and blinds were open upstairs and there did seem to be activity within. However, the claimant remained indoors and out of view.

2:00 PM
No sign of activity at the residence.

2:20 PM
With the claimant remained indoors and out of view, the surveillance effort was discontinued due to inactivity.

**Surveillance - Claimant's Residence**

**Thursday, April 27, 2017**

8:45 AM
Surveillance efforts were initiated. Upon arrival, it was noted that there all of the vehicles that were present on the first day were present at the location on this day. The blinds and windows were closed and there was no sign of activity. A discreet surveillance position was obtained overlooking the front of the residence and the aforementioned vehicles.

10:00 AM
There was no sign of activity at the residence. No one had arrived at or departed from the house.

12:00 PM
There was no sign of activity at the residence.

2:10 PM
There was no sign of outdoor activity at the residence. The windows and blinds were open upstairs and there did seem to be activity within. However, the claimant remained indoors and out of view.

3:00 PM
No sign of activity at the residence.

4:45 PM
With the claimant remained indoors and out of view, the surveillance effort was discontinued due to inactivity.

*Per Liberty Life policy, no neighborhood or claimant contact was made, whatsoever.*

**END OF REPORT**

**n0150383**

**From:** Andi Doucette
**Sent:** Thursday, April 27, 2017 9:59:37 AM
**To:** Austin, Jessica
**Subject:** Abolfazl Hosseinpour - 5482725

Surveillance efforts were initiated at the claimant's residence at 10:30 AM on Tuesday, April 25, 2017. Upon arrival, the claimant was noted to be home, as per the presence of his vehicles. Surveillance continued throughout the afternoon and into the evening, but the claimant remained inside his residence throughout the day and did not come into view. Therefore, the surveillance effort was discontinued at 6:30 PM.

Surveillance requested: 3 consecutive days
Surveillance conducted: 1 day
Surveillance remaining on assignment: 2 days

***Andi Doucette***
District Manager

CLAIMS VERIFICATION INC
Investigative Services Nationwide
Toll free: (888) 284-2000 Ext 1563
Fax: (888) 329-2284
Email: Adoucette@cvi.com
Assign a case: Cases@cvi.com

*cvi* **More Experience. Better Results.**

**n0150383**

**From:** Andi Doucette
**Sent:** Monday, May 01, 2017 1:28:58 PM
**To:** Austin, Jessica
**Subject:** Abolfazl Hosseinpour - 5482725

Surveillance efforts were initiated at the claimant's residence at 8:45 AM on Thursday, April 27, 2017. Upon arrival, the claimant was noted to be home, as per the presence of his vehicles. Surveillance continued throughout the morning and afternoon, but the claimant remained at home again on this day. He did not become active within view. Therefore, the surveillance effort was discontinued at 4:45 PM due to inactivity.

Video obtained: None
Surveillance requested: 3 consecutive days
Surveillance conducted: 3 days
Surveillance remaining on assignment: None

**n0150383**

**From:** Andi Doucette
**Sent:** Thursday, April 27, 2017 10:49:57 AM
**To:** Austin, Jessica
**Subject:** Abolfazl Hosseinpour - 5482725

Surveillance efforts were initiated at the claimant's residence at 6:20 AM on Wednesday, April 26, 2017. Upon arrival, the claimant was noted to be home, as per the presence of his vehicles. Surveillance continued throughout the morning and into the afternoon, but the claimant remained at home on this day and did not become active within view. Therefore, the surveillance effort was discontinued at 2:20 PM in favor of returning the following day.

Video obtained: None
Surveillance requested: 3 consecutive days
Surveillance conducted: 2 days
Surveillance remaining on assignment: 1 day

# Liberty Mutual - Independent Evaluation

## IME

Requested By: Jessica Austin
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16352
Fax: (603) 422-7909

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 4/12/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | C/O LAW OFFICE OFJULIE A. MERSCH701 S. 7TH ST. | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | LAS VEGAS | Claimant Tel. #: | |
| State: | NV | Claimant DOD: | 7/15/2015 |
| Zip: | 89101-0000 | Primary Diagnosis: | Degeneration of lumbar or lumbosacral intervertebr |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Tafreshi (702) 258-8100, (702) 258-4244 |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## IME

Please review file from a physical standpoint only.

1. What diagnosis is supported by the medical evidence in the file?

2. Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence.

3. When clarifying the supported restrictions, please be sure to address full-time, sedentary work capacity.

4. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided and your physical examination?

5. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

6. Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

7. Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

8. Provide a description of your direct observations of the claimant, noting the degree to which such observations may or may not be consistent with their reported impairments.

Instructions For Vendor:

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## IME

Please send all information directly to attorney with CC to claimant

Attorney Information (if applicable):

LAW OFFICE OF JULIE A. MERSCH, 701 S. 7TH ST., LAS VEGAS, NV 89101l. P: (702) 387-5868 F: (702) 387-0109

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual Consulting Physician Referral
## Attendance Only

**Consulting Physician: Brown, Gale**

Office: 0096

Claim #: 5482725

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Claimant Name: ABOLFAZL HOSSEINPOUR

Date of Birth:

Claim Status: AP

Date of Disability: 7/15/2015

Date Sent: 4/12/2017

Claimant SSN:

Date Benefits Began: 1/20/2016

Product Type: LTD

Paid Through: 1/19/2018

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder: SAFEWAY INC.

Referred By: AUSTIN, JESSICA 096 8*731-6352

Assigned Nurse Case Manager:

Diagnosis: 722.52 Degeneration of lumbar or lumbosacral intervertebral disc, 300.02 Generalized a

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

# Liberty Mutual Investigation Referral

Requested By: Jessica Austin
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16352

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 4/12/2017 |
| Funding type: | FI: YES ASO: NO | Coverage Type: | STD: NO LTD: YES |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | C/O LAW OFFICE OFJULIE A. MERSCH701 S. 7TH ST. | Claimant SSN: | |
| | | Claimant DOB: | |
| | | Claimant Tel. #: | |
| City: | LAS VEGAS | | |
| State: | NV | Date of Hire: | 4/15/2013 |
| Zip: | 89101-0000 | Date of Disability: | 7/15/2015 |
| Gender: | MALE | Injury/Illness: | Degeneration of lumbar or lumbosacral intervertebr |
| Marital Status: | M | Job Description: | PHARMACY MANAGER |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | please see previous referral | | |

Describe Reason For Referral:

Please see previous referral from 11/2015. The clmnt cont. to assert he is unable to work due to back pain and anxiety. He reports that he is unable to stand for prolonged periods and he frequently falls down or trips. He also reported left sided weakness in legs. He also reports severe anxiety preventing hm from leaving he house often and has difficulty concentrating.

Instructions For Vendor: Vendor Chosen: CVI, INC.

Please complete 3 consecutive days of surveillance and vary start times. Please contact case manager each day with udpate.

7L100170087

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: 0213435215
Date: 4/1/2017
Customer #: 1840565

Ship to:
CHENTA KENNEDY
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7213
LONDON, KY 40742-7213

Bill to:
CHENTA KENNEDY
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7213
LONDON, KY 40742-7213

Records from:
WAL MART STORES INC NV
702 SOUTHWEST 8TH STREET
BENTONVILLE, NV 72716

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** HOSSEINPOUR ABOLFAHL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2 | 0.60 | 1.20 |
| Shipping | | | 0.70 |
| Subtotal | | | 1.90 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 1.90 |
| Balance Due | | | 1.90 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

**Terms: Net 30 days**

**Please remit this amount : $ 1.90 (USD)**

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0213435215

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

7L100170087



Store #: 8177
Report Date: 03/29/2017

**Connexus Pharmacy System**
**Sam's Pharmacy10-8177**
**HIPAA - Designated Record Set**

5101 S. PECOS ROAD
LAS VEGAS NV-89120

From : 01/01/2016 To 03/29/2017

**Name** HOSSEINPOUR,ABOLFAZL
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | MED/MEDIMPACT COMMERCIAL PCN ASPROD1 | 000028547200 | 28 | 01 |
| Active | SAM/SAM'S PLUS C | 10134170737077776 | 137 | 01 |
| Active | TC/TRIALCARD PROGRAM | 26488554709 | 3 | 01 |
| Active | PAI/PAID PRESCRIPTIONS C | 071184034872 | 134 | 01 |
| InActive | SAM/SAM'S CLUB BUS.MEMBERS C | 10134170737077776 | 2 | 01 |

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 02/03/2017 | 6892815 2117288 | DULoxetine 60MG CAP Qty : 30 | TAKE ONE CAPSULE BY MOUTH ONCE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 13.80 |
| 03/07/2017 | 6892815 2127835 | DULoxetine 60MG CAP Qty : 30 | TAKE ONE CAPSULE BY MOUTH ONCE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 13.80 |
| 02/03/2017 | 6892817 2117284 | TAMSULOSIN 0.4MG CAP Qty : 30 | TAKE ONE CAPSULE BY MOUTH ONCE DAILY 30 MINUTES AFTER THE SAME MEAL EACH DAY | TAFRESHI,MEHRDAD AMIN | MED | $ 9.60 |
| 03/08/2017 | 6892817 2128432 | TAMSULOSIN 0.4MG CAP Qty : 30 | TAKE ONE CAPSULE BY MOUTH ONCE DAILY 30 MINUTES AFTER THE SAME MEAL EACH DAY | TAFRESHI,MEHRDAD AMIN | MED | $ 9.60 |
| 02/03/2017 | 6892818 2117285 | OMEG 3 ETHY ESTE 1GM CAP Qty : 120 | TAKE FOUR CAPSULES BY MOUTH ONCE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 107.70 |
| 03/10/2017 | 6892818 2129020 | OMEGA-3-ACID 1GM CAP Qty : 120 | TAKE FOUR CAPSULES BY MOUTH ONCE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 95.70 |
| 02/03/2017 | 6892819 2117286 | FINASTERIDE 5MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH ONCE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 8.10 |
| 03/08/2017 | 6892819 2128433 | FINASTERIDE 5MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH ONCE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 8.10 |
| 01/07/2017 | 4464467 2108815 | ALPRAZolam 1MG TAB Qty : 90 | TAKE ONE TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | TAFRESHI,MEHRDAD AMIN | SAM | $ 16.61 |
| 02/06/2017 | 4464469 2117875 | BUTAL/ACETAMN(300)/CAF/COD CAP Qty : 90 | TAKE ONE CAPSULE ORALLY EVERY 4 HOURS AS NEEDED | TAFRESHI,MEHRDAD AMIN | MED | $ 405.26 |
| 03/07/2017 | 4464469 2127883 | BUTAL/ACETAMN(300)/CAF/COD CAP Qty : 90 | TAKE ONE CAPSULE ORALLY EVERY 4 HOURS AS NEEDED | TAFRESHI,MEHRDAD AMIN | MED | $ 405.26 |
| 02/03/2017 | 4464468 2117289 | ZOLPIDEM 10MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH AT BEDTIME | TAFRESHI,MEHRDAD AMIN | MED | $ 3.90 |
| 03/07/2017 | 4464468 2127834 | ZOLPIDEM 10MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH AT BEDTIME | TAFRESHI,MEHRDAD AMIN | MED | $ 3.90 |
| 03/21/2017 | 4464470 2129010 | LYRICA 150MG CAP Qty : 60 | TAKE ONE CAPSULE BY MOUTH TWICE DAILY | TAFRESHI,MEHRDAD AMIN | MED | $ 378.58 |
| 03/14/2017 | 6898123 | SUCRALFATE 1GM TAB | TAKE ONE TABLET BY | TAFRESHI,MEHRDAD | MED | $ 30.90 |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

7L100170087



Store #: 8177
Report Date: 03/29/2017

**Connexus Pharmacy System**
**Sam's Pharmacy10-8177**
**HIPAA - Designated Record Set**

5101 S. PECOS ROAD
LAS VEGAS NV-89120

From : 01/01/2016 To 03/29/2017

**Name** HOSSEINPOUR,ABOLFAZL

**Address**

**DOB**

**SSN #**

**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # / Fill Id | Drug Name / Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | 2130180 | Qty : 120 | MOUTH 4 TIMES DAILY BEFORE MEAL(S) AND AT BEDTIME | AMIN | | |
| 03/14/2017 | 4465114 2130217 | ALPRAZolam 1MG TAB Qty : 90 | TAKE ONE TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | TAFRESHI,MEHRDAD AMIN | MED | $ 8.10 |
| 03/14/2017 | 4465115 2130213 | TRAMADOL HCL 50MG TAB Qty : 90 | TAKE ONE TABLET BY MOUTH EVERY 4 HOURS AS NEEDED | TAFRESHI,MEHRDAD AMIN | MED | $ 7.20 |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.**

7L100170087

Walmart
Save money. Live better.

702 SW 8th Street
Bentonville, AR 72716-0215
Phone 479.277.4382
Fax 479.204.9655

# Legal

HIPAA Team

Store(s): 8177
Dates of Service: 01/01/2016-03/29/2017

## CERTIFICATION OF RECORDS

Enclosed are the prescription records of Abolfazl Hosseinpour (2 page(s)). We are producing the records pursuant to a subpoena/authorized release issued to Wal-Mart in the matter of Abolfazl Hosseinpour. Please accept this document as certification of the records produced herewith. The records you have requested are maintained by the Pharmacy Division of Wal-Mart Stores, Inc. in various locations throughout the company. Upon receipt of your subpoena/authorized release by the Wal-Mart Stores, Inc. Legal Department, we requested of the appropriate location of Wal-Mart Pharmacy to provide all documents in their possession responsive to your subpoena/authorized release. The records produced herewith are accurate, complete, true and correct copies of all records received or retrieved to the best of our knowledge by Legal pursuant to your request. I further certify that Wal-Mart Stores, Inc. is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter, that the charges were reasonable for similar services, necessary as payment for a prescription filled by our pharmacy pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

**Jessica Richardson**
CioxHealth Release of Information
Bentonville, AR 72716-0215

STATE OF ARKANSAS )
) ss.
COUNTY OF BENTON )

The foregoing instrument was acknowledged before me this 29 day of MAR 2016

TINA ENIX No. 12398409 NOTARY PUBLIC EXPIRES 07-11-2024 BENTON COUNTY - ARKANSAS

Tina Enix

Notary Public

7L100170087

Walmart
Save money. Live better.

# Legal

HIPAA Team

Dear Requestor,

Enclosed is a notarized Certification of Records that we produce in lieu of the various Record Affidavits that we receive.

Please be aware of the fact that we are not pharmacists, and therefore we are unable to determine the use of prescription medicines. There may be prescriptions in the enclosed medical expense summary that can be used to treat mental and emotional conditions, HIV/AIDS, or sexually transmitted diseases.

If you have any questions or need further assistance, please feel free to contact me.

Sincerely,

HIPAA Team
Litigation Support Group

Enc.

7L100170087

******AUTO**MIXED AADC 300
952 2 MB 0.423 000952
LIBERTY LIFE ASSURANCE BOSTON
CHENTA KENNEDY 9pgs
PO BOX 7213
LONDON, KY 40742-7213

*0009000952K02*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

7L100170034

RECEIVED
By CIOX at 8:41 am, Mar 22, 2017

Certify

ATTN: CHENTA KENNEDY

Liberty Mutual.
INSURANCE

To

Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1776

March 2, 2017

Sam Club Pharmacy
5101 S PECOS RD
LAS VEGAS, NV 89120

8177-NV

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

PT

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Pharmacy records from January 1, 2016 to the present

We ask that you provide this information by March 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Hosseinpour allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Hosseinpour's signature.

If you have any questions regarding this matter, please contact me.



155351623

7L100170034

ATTN: CHENTA KENNEDY

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7821
Secure Fax No.: (603) 427-1869

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name: Abolfazl Hosseinpour Claim No. 5482725

Employer/Sponsor/Customer Name: Safeway, Inc.

Return to: Jessica Austin

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, reinsurer or insurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claims, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fax Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claims data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/17/17
Date

5482725
Claim Number

7L100170034

ATTN: CHENTA KENNEDY

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No. (800) 432-2511
Secure Fax No.: (603) 427-1544

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return:** Jessica Austin

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor of Self-Insured Plans, or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and/claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or generating statistical/claims data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes, or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Abolfazl Hosseinpour
Claimant Name (Print)

[signature]
Claimant Signature

Date of Birth

1-17-17
Date

5482725
Claim Number

# - Fax Transmission

| | | | |
|---|---|---|---|
| **To:** | | **From:** | Med-R |
| **Fax:** | 16034301776 | **Date:** | 3/28/2017 |
| **RE:** | Abolfazl Hosseinpour | **Pages:** | 10 |

---

**Comments:**

---

MED-R
MEDICAL RECORD RETRIEVAL SERVICE

**7650 Dean Martin, Suite 101, Las Vegas, NV 89139**

# Confidentiality Notice

The content of this facsimile contains PRIVILEGED and CONFIDENTIAL information and may be protected by Federal or State Law. This information may be read or used only by the intended recipient.

If you are not the intended recipient of this facsimile, please be advised that any use, dissemination, distribution, forwarding, printing or copying of the contents is strictly prohibited.

If you have received this transmission in error please contact Diana w/ Med-R at 1-702-444-7905 to report and verify the destruction of the documents.

email : status@med-r.com

Please contact us to report problems with the transmission.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1776

March 2, 2017

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

We are currently reviewing Mr. Hosseinpour's eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On On March 2, 2017, we requested updated medical from Dr. M Tafreshi . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Mr. Hosseinpour's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2016 through the present from from all treating providers

Safeway, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Mr. Hosseinpour provide proof of disability within a required timeframe. His cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 3, 2017, 30 days from the date of this request, Mr. Hosseinpour's benefits will be suspended. If we do not receive all of this requested information by May 2, 2017, 30 days from the date of suspension, his claim will be closed.

RECEIVED
MAR 11 2017

We ask that Mr. Hosseinpour provide us with this information no later than April 3, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent toMr. Hosseinpour's disability within the timeframe stated above.

Based on Mr. Hosseinpour most current claimant information form Dr.Tafreshi is the only current treating provider, if you wish us to consider any additional medical information please provide to our office by April 2, 2017.

If Mr. Hosseinpour has any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 430-1776

# CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA )
) SS:
COUNTY OF CLARK )

COMES NOW, Refugio Medina, being duly sworn deposes and says as follows:

1. That the deponent is the Authorized Agent for MEADOWS MEDICAL, and in such capacity is the custodian of records of the office or institution.

2. That on the 23 day of MARCH, 20 17, the deponent received a HIPAA compliant records authorization/subpoena for the release of records for :

Patient Name : ABOLFAZL HOSSEIPOUR

Date of Birth : ______________________

3. That the deponent has examined the originals of any and all records and has made a true and exact copy of the records and provide a true and complete copy of those documents are attached hereto.

4. That the original of the records was made at or near the time of the act and/or event recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the deponent, or the office or institution in which the deponent is engaged.

☑ Medical Records ☐ Billing Records ☐ Radiology ☐ Other

OR

5. ☐ That the Deponent has found no records/materials.
   a. ☐ This person cannot be located after a thorough search of our files
   b. ☐ have been destroyed/purged. Records/Materials are maintained for ____ years.
   c. ☐ were lost, misplaced, stolen, or damaged beyond repair
   d. ☐ no records for dates specified of : NO RECORDS
   e. ☑ other : NONO X-RAYS/
   f. ☐ no radiology or ☐ located at another facility : ______________________

[signature]
CUSTODIAN SIGNATURE

SUBSCRIBED AND SWORN to before me this 23 day of MARCH, 20 17

[signature]
NOTARY PUBLIC in and for the said
COUNTY and STATE

Feb. 26, 2018
My Commission expires

MAYRA L. ROBLES MONTOYA
Notary Public State of Nevada
No. 14-13495-1
My Appt. Exp. Feb. 26, 2018

PATIENT
**Abolfazl Hosseinpour**

| | |
|---|---|
| **DOB** | ' |
| **AGE** | 58 yrs |
| **SEX** | Male |
| **PRN** | AH376941 |

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| **FIRST NAME** | Abolfazl | **SEX** | Male | **ETHNICITY** | Not Hispanic or Latino |
| **MIDDLE NAME** | - | **DATE OF BIRTH** | | | |
| **LAST NAME** | Hosseinpour | **DATE OF DEATH** | - | **PREF. LANGUAGE** | English |
| **SSN** | | **PRN** | AH376941 | **RACE** | Other |
| | | | | **STATUS** | Active patient |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| **ADDRESS LINE 1** | | **CONTACT BY** | Mobile Phone |
| | | **EMAIL** | |
| **ADDRESS LINE 2** | | **HOME PHONE** | |
| **CITY** | | **MOBILE PHONE** | |
| **STATE** | | **OFFICE PHONE** | - |
| **ZIP CODE** | | **OFFICE EXTENSION** | - |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| **NEXT OF KIN** | - | **PATIENT'S MOTHER'S MAIDEN NAME** | - |
| **RELATION TO PATIENT** | - | | |
| **PHONE** | - | | |
| **ADDRESS** | - | | |

### PATIENT NOTES

Pharmacy called to switch one of the medications to generic-PM

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 58 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi md
**DATE** 03/14/2017
**AGE AT DOS** 58 yrs
Electronically signed by Mehrdad Tafreshi md at 03/14/2017 04:30 pm

## Chief complaint

follow up-PM (Appt time: 3:30 PM) (Arrival time: 3:46 PM)pt is here for f/u

**Vitals for this encounter**

| | **03/14/17 3:47 PM** |
|---|---|
| Height | 69 in |
| Weight | 194.80 lb |
| Temperature | 98.10 °F |
| Pulse | 88 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 95 % |
| BMI | 28.77 |
| Blood pressure | 118/82 mmHg |

**SUBJECTIVE**

fu.
still having severe anxiety. persistant neck pain lower back pains unchanged
left arm hand weakness.burning sensation
diff concentration palpitations
mostly stays at home
Abd pains bloating

**OBJECTIVE**

Anxious
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . tender paralumbars
EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]
- Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]
- Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]
- Pure hyperglyceridemia [ICD-10: E78.1]
- Cervical radiculopathy [ICD-10: M54.12], [ICD-9: 723.4], [SNOMED: 54404000]
- Lumbar radiculopathy [ICD-10: M54.16], [ICD-9: 724.4], [SNOMED: 128196005]

**PLAN**

Continue same RX no sig changes prognosis is poor

practicefusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 58 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi md
**DATE** 01/06/2017
**AGE AT DOS** 58 yrs
Electronically signed by Mehrdad Tafreshi md at 01/06/2017 12:06 pm

## Chief complaint

cash 80 (Appt time: 11:45 AM) (Arrival time: 11:49 AM) pt is here for f/u

### Vitals for this encounter

| | **01/06/17 11:58 AM** |
|---|---|
| Height | 69 in |
| Weight | 192.4 lb |
| Temperature | 98.20 °F |
| Pulse | 84 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.41 |
| Blood pressure | 124/80 mmHg |

**SUBJECTIVE**

fu.
needs refills.
having severe anxiety
persistant neck pain lower back pains are worsening
. left arm hand weakness.. Insomnia. unchanged
No fever, No chills. No dysurea, No frequency, No discharge. No abdominal pain. No Nausea, no heart burn, No Chest pain

**OBJECTIVE**

In NAD
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes.
Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. .
Back decreased ROM
EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

**PLAN**

continue same.
fu Psych needed pt at present has no medical insurance will refill all RX

**n0150383**

---

**From:** Austin, Jessica
**Sent:** Thursday, March 23, 2017 3:36:49 PM
**To:** 'JAM@MERSCHLAW.COM'
**Subject:** HOSSEINPOUR-LTD Claim

Hello,

I am responding to a voice message from Robin.

I did receive the records from Dr. Tafreshi's office.

Thank you,

**Jessica Austin**
Technical Claims Consultant
Liberty Mutual Benefits, Disability Claims
Liberty Life Assurance Company of Boston
P: 888-437-7611 ext. 16352 F: 603-427-1844
SDN: 8-7316352

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.

# Fax Transmission

**To:**

**Fax:** 16034301776

**RE:** Abolfazl Hosseinpour / Claim # : 5482725

**From:** Med-R

**Date:** 3/16/2017 8:54:32 AM PDT

**Pages:** 11

---

**Comments:**

MED-R
MEDICAL RECORD RETRIEVAL SERVICE

**7650 Dean Martin, Suite 101, Las Vegas, NV 89139**

# Confidentiality Notice

The content of this facsimile contains PRIVILEGED and CONFIDENTIAL information and may be protected by Federal or State Law. This information may be read or used only by the intended recipient.

If you are not the intended recipient of this facsimile, please be advised that any use, dissemination, distribution, forwarding, printing or copying of the contents is strictly prohibited.

If you have received this transmission in error please contact Diana w/ Med-R at 1-702-444-7905 to report and verify the destruction of the documents.

email : status@med-r.com

Please contact us to report problems with the transmission.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 2, 2017

Dr. Mehralad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehralad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present

We ask that you provide this information by March 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Hosseinpour allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Hosseinpour's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 5482725-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.27.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No. (888) 437-7611
Secure Fax No.: (603) 427-1849

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Jessica Austin

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Abolfazl Hosseinpour
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1-17-17
Date

5482735
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7511
Secure Fax No.: (603) 427-1864

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name: Abolfazl Hosseinpour Claim No. 5482725

Employer/Sponsor/Customer Name: Safeway, Inc.

Return to: Jessica Austin

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/17/17
Date

5482725
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | March 2, 2017 |
| To: | DR. MEHRALAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | medical records |
| Fax: | (702) 258-4244 |
| From: | Chenta Kennedy<br>Technical Case Manager Specialist<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

# CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA )
) SS:
COUNTY OF CLARK )

COMES NOW, Refugio Medina, being duly sworn deposes and says as follows:

1. That the deponent is the Authorized Agent for DR TAFRESHI, and in such capacity is the custodian of records of the office or institution.

2. That on the 15 day of MARCH, 20 17, the deponent received a HIPAA compliant records authorization/subpoena for the release of records for :

Patient Name : ABOLFAZL HOSSEINPOUR

Date of Birth : ______________

3. That the deponent has examined the originals of any and all records and has made a true and exact copy of the records and provide a true and complete copy of those documents are attached hereto.

4. That the original of the records was made at or near the time of the act and/or event recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the deponent, or the office or institution in which the deponent is engaged.

☑ Medical Records ☐ Billing Records ☐ Radiology ☐ Other

OR

5. ☐ That the Deponent has found no records/materials.
   - a. ☐ This person cannot be located after a thorough search of our files
   - b. ☐ have been destroyed/purged. Records/Materials are maintained for ____ years.
   - c. ☐ were lost, misplaced, stolen, or damaged beyond repair
   - d. ☐ no records for dates specified of : ______________
   - e. ☑ other : NO X-RAYS/
   - f. ☐ no radiology or ☐ located at another facility : ______________

[signature]
CUSTODIAN SIGNATURE

SUBSCRIBED AND SWORN to before me this 15 day of MARCH, 20 17

[signature]
NOTARY PUBLIC in and for the said
COUNTY and STATE

Feb. 26, 2018
My Commission expires

MAYRA L. ROBLES MONTOYA
Notary Public State of Nevada
No. 14-13495-1
My Appt. Exp. Feb. 26, 2018

| PATIENT | | FACILITY |
|---|---|---|
| **Abolfazl Hosseinpour** | | **Meadows Medical Group Practice** |
| **DOB** | | **T** (702) 258-8100 |
| **AGE** | 58 yrs | **F** (702) 258-4244 |
| **SEX** | Male | 4500 Meadows Lane |
| **PRN** | AH376941 | Las Vegas, NV 89107 |

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| **FIRST NAME** | Abolfazl | **SEX** | Male | **ETHNICITY** | Not Hispanic or Latino |
| **MIDDLE NAME** | - | **DATE OF BIRTH** | | | |
| **LAST NAME** | Hosseinpour | **DATE OF DEATH** | - | **PREF. LANGUAGE** | English |
| **SSN** | | **PRN** | AH376941 | **RACE** | Other |
| | | | | **STATUS** | Active patient |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| **ADDRESS LINE 1** | | **CONTACT BY EMAIL** | Mobile Phone |
| **ADDRESS LINE 2** | | **HOME PHONE** | |
| **CITY** | | **MOBILE PHONE** | |
| **STATE** | | **OFFICE PHONE** | - |
| **ZIP CODE** | | **OFFICE EXTENSION** | - |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| **NEXT OF KIN** | - | **PATIENT'S MOTHER'S MAIDEN NAME** | - |
| **RELATION TO PATIENT** | - | | |
| **PHONE** | - | | |
| **ADDRESS** | - | | |

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 58 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi md
**DATE** 01/06/2017
**AGE AT DOS** 58 yrs
Electronically signed by Mehrdad Tafreshi md at 01/06/2017 12:06 pm

## Chief complaint

cash 80 (Appt time: 11:45 AM) (Arrival time: 11:49 AM) pt is here for f/u

**Vitals for this encounter**

| | **01/06/17 11:58 AM** |
|---|---|
| Height | 69 in |
| Weight | 192.4 lb |
| Temperature | 98.20 °F |
| Pulse | 84 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.41 |
| Blood pressure | 124/80 mmHg |

**SUBJECTIVE**

fu.
needs refills.
having severe anxiety
persistant neck pain lower back pains are worsening
. left arm hand weakness.. Insomnia. unchanged
No fever, No chills. No dysurea, No frequency, No discharge. No abdominal pain. No Nausea, no heart burn, No Chest pain

**OBJECTIVE**

In NAD
Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes.
Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. .
Back decreased ROM
EXT: , motor L hand grip decreased..

**ASSESSMENT**

Diagnoses attached to this encounter:

Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

**PLAN**

continue same.
fu Psych needed pt at present has no medical insurance will refill all RX

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

VONS PHARMACY
475 E WINDMILL LN
LAS VEGAS NV 89123

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1776

March 2, 2017

Vons Pharmacy
475 E WINDMILL LN
LAS VEGAS, NV 89123

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- pharmacy records from January 1, 2016 to the present

We ask that you provide this information by March 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Hosseinpour allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Hosseinpour's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 430-1776

Attachments: 5482725-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.27.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Jessica Austin

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Abolfazl Hosseinpour
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1-17-17
Date

5482725
Claim Number

7M0271/0021

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name: Abolfazl Hosseinpour Claim No 5482725

Employer/Sponsor/Customer Name: Safeway, Inc.

Return to: Jessica Austin

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print)

Date of Birth ____________

[signature]
Claimant Signature

1/17/17
Date

5482725
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

SAM CLUB PHARMACY
5101 S PECOS RD
LAS VEGAS NV 89120

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1776

March 2, 2017

Sam Club Pharmacy
5101 S PECOS RD
LAS VEGAS, NV 89120

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Pharmacy records from January 1, 2016 to the present

We ask that you provide this information by March 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Hosseinpour allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Hosseinpour's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 430-1776

Attachments: 5482725-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.27.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Jessica Austin

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Abolfazl Hosseinpour
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1-17-17
Date

5482725
Claim Number

7M0271/0021

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Abolfazl Hosseinpour ........ Claim No 5482725

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Jessica Austin

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/17/17
Date

5482725
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | March 2, 2017 |
| To: | DR. MEHRALAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | medical records |
| Fax: | (702) 258-4244 |
| From: | Chenta Kennedy<br>Technical Case Manager Specialist<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 2, 2017

Dr. Mehralad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehralad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present

We ask that you provide this information by March 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Hosseinpour allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Hosseinpour's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 5482725-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.27.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Jessica Austin

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (If Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Abolfazl Hosseinpour
Claimant Name (Print)

Date of Birth

Claimant Signature

1-17-17
Date

5482725
Claim Number

7M027170021

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Abolfazl Hosseinpour Claim No 5482725

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Jessica Austin

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services.

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/17/17
Date

5482725
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

JULIE MERSCH
LAW OFFICE OF JULIE A. MERSCH
701 S. 7TH ST.
LAS VEGAS NV 89101

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1776

March 2, 2017

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

We are currently reviewing Mr. Hosseinpour's eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On On March 2, 2017, we requested updated medical from Dr. M Tafreshi . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Mr. Hosseinpour's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2016 through the present from from all treating providers

Safeway, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Mr. Hosseinpour provide proof of disability within a required timeframe. His cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 3, 2017, 30 days from the date of this request, Mr. Hosseinpour's benefits will be suspended. If we do not receive all of this requested information by May 2, 2017, 30 days from the date of suspension, his claim will be closed.

We ask that Mr. Hosseinpour provide us with this information no later than April 3, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Mr. Hosseinpour's disability within the timeframe stated above.

Based on Mr. Hosseinpour most current claimant information form Dr.Tafreshi is the only current treating provider, if you wish us to consider any additional medical information please provide to our office by April 2, 2017.

If Mr. Hosseinpour has any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 430-1776

7M027170014

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☒ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** (
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**
******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ **Checking** ☐ **Savings** **BANK NAME:** Wells Fargo

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** Las Vegas **STATE:** NV **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 1-17-17

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

7M027170014

Abolfazl Hosseinpour

0099

94-7074/3212 2109

Date

Pay to the Order of Void $

Dollars

Security Features Details on Back.

WELLS FARGO

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For

MP

⑈ ⑆ ⑈ 00099

7M027170014

Social Security Administration
**Retirement, Survivors and Disability Insurance**

SOCIAL SECURITY
4340 SIMMONS STREET
NORTH LAS VEGAS, NV 89032-3222
Date: January 09, 2017
Claim Number: A
STP

ABOLFAZL D
HOSSEIN POUR

Dear ABOLFAZL D HOSSEIN POUR

Be A H is eligible for $1,088.00 on your Social Security record. However, the benefits are suspended and nothing has been paid since the person named in the Divorce Decree has not filed to be the Representative Payee.

You are not eligible to receive Bernadette's Social Security benefits due to the current divorce decree.

If you have any questions, you should call, write, or visit any Social Security office. If you visit an office, please bring this letter. It will help us answer your questions.

*Social Security Administration*

Social Security
4340 Simmons Street
North Las Vegas, NV 89032
www.socialsecurity.gov

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Jessica Austin

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Abolfazl Hosseinpour**
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1-17-17
Date

**5482725**
Claim Number

7M027170021

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Abolfazl Hosseinpour Claim No 5482725

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Jessica Austin

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/17/17
Date

5482725
Claim Number

7M027170022

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

Return to: Jessica Austin

**EMPLOYEE/CLAIMANT NAME:** Abolfazl Hosseinpour **CLAIM #:** 5482725

**EMPLOYER:** Safeway, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) HOSSEINPOUR, Abolfazl | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status S |
| Spouse's Full Name and Date of Birth | Number of Children 4 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Patrick Hosseinpour Relationship to you? Son Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. "None"

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? pharmacist license

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☒ | ☐ | Social Security (disability or retirement) | $2178 | 7/1/16 | | 1-1-16 |
| ☒ | ☐ | Social Security (for your spouse/dependents) | See attachment | None | None | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Abolfazl Hosseinpour

**DATE:** 1-17-17 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

7M027170022

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2016 to the present date. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Mehrdad Tafreshi
Specialty: internal medicine
Address: 4500 Meadows Ln
Las vegas, NV 89107
Telephone No.: (702) 258-8100 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: "None" yet
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Vons pharmacy
Specialty:
Address: 475 E. Windmill Ln
L.V, NV 89123
Telephone No.: (702) 896-7544 Fax No.: ( )

Name: Sam's club pharmacy
Specialty:
Address: 5101 S. Pecos Rd
L.V, NV 89120
Telephone No.: (702) 456-6171 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 1-17-17

7M0271700022

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

*page 1 of 3*

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour

CLAIM NO: 5482725 DATE OF BIRTH: [redacted]

EMPLOYER/SPONSOR: Safeway, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 1-2 hrs stand 3-10 mints walk 5-10 mints
↳ I use day bed for better support for my Lower back

How many hours a day do you:

sit 4-5 hrs stand one hour walk 30 mints - one hour

Do you take a nap during the day?

(Yes) No

If Yes, for how long? 1-2 hrs At what time of the day? around 5-6 pm

How many hours a day do you spend in bed? 10-12 hrs in 24 hrs

Do you require any assistive devices such as a: Yes, sometimes I can't walk at all because of sever pain in lower back and hips

cane ✓walker when I need very bad crutches wheelchair other
↳ I embarrassed to use outside because of making fun of me by kids in my neighbor hood.

How long are you able to sit in a car? 2 hrs

Do you hold a valid driver's license?

(Yes) No

If No, please explain:

If Yes, how long are you able to drive a car? 1-2 hrs

**Please provide a copy of your driver's license when returning this form.** - attached

How do you maintain contact with people or activities that matter most to you?

Do you have children?

(Yes) No If Yes, what are their dates of birth

Do you need help caring for your children?

Yes (No)

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes (No) If Yes, please explain

How many times a day do you leave the house during the week? 2-3 times

On the weekends? 1-2 times

How often do you run errands? 1-2-3 times a day it depends on my Pain & anxiety

Please describe what errands you most commonly run: Mail Box, go to fast food, store to buy food pharmacy, doctor visit, pickup pizza,

7M027170022

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? once every 2-3 months to lake/mountain if I feel like To go

Are you left or right hand dominant? Left ____ (Right) ____

Are you able to work in your garden? Yes ____ (No) ____

Are you able to work on your house? Yes ____ (No) ____

Are you able to wash your car? Yes ____ (No) ____

How much time is spent daily on your home computer?
____ None ____ (0-1 hours) ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ (3+ hours)

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ✓ Read news/articles ____ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: Basic internet

Do you have a working home copy machine/fax machine? ____ Yes ____ (No)

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Myself + my Son | |
| Carrying groceries into the house | Light myself + heavy mySon | my Son |
| Cooking meals | None | |
| Cleaning after meals | my Son | my Son |
| Cleaning bathrooms | my Son | my Son |
| Vacuuming | None | |
| Doing the laundry | myself + | my Son |
| Opening and responding to mail | myself | |
| Managing your finances | myself | |
| Balancing your checkbook | myself | |
| Bathing yourself | myself | |
| Styling your own hair | myself | |
| Getting dressed | myself | |
| Going up and down stairs | Not using | |

Have you been confined to a hospital within the last 12 months? Yes ____ (No) ____

If Yes, please provide reason and hospital contact Information: ____

7M02717002 2

Liberty Mutual.
INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? No Vacation yet

Where do you go? How do you get there (transportation method)? None

Are you able to pursue your hobbies? Yes ____ (No) No hobbies

If Yes, please describe

Do you participate in an exercise program? Yes ____ (No) ____

If Yes, please describe

Do you do any Volunteer work? Yes ____ (No) ____

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ (No) ____

If Yes, please provide employer's name ____

A – **Describe in your own words, what prevents you from engaging in any gainful employment.**

I can't stand on my feet because of severe pain in my lower back which goes to my hips, legs and knee. most of the time the pain cause me to fall— down or trip which happened several times. The pain takes away my strength and I feel the weakness on my legs and most of the I lean to something to have support not to fall. "See attachment → A

B – **Please describe your daily routine: (if more space is needed, please use the back of this form)**

I usually wake up around 10–11 Am. I take my medication on empty stomach which must have them. I drink 2–3 cups of tea and eat bread with cheese. Sometime I watch T.V for news if I feel OK. I look – News paper. Sometimes I call my boy overseas or my family overseas. I do my praying around 12–1 pm and eat lunch around 1:30–2 pm

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? → B

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Patrick Hosseinpour

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: HOSSEINPOUR, Abolfazl Date: 1-17-17

Signature: [signature]

7M027170022

#A

The pain from my neck goes to my entire head which it is
So severe and painfull and cause my ability to Think or
concentrate on anything. This pain from neck make my
anxiety even worse and it also radiate to my left hand
from arm to finger which cause weakness to hold in my
hand and sometime I drop my cup of tea or food on
The floor which is out of my control. The anxiety which
I get 3-4 times a day make my life hell and no desire
to do anything at all and it give me palpetation which
I feel I have heart attack and my face get so hot for several
hours. all of These cause or make me very depressed and
unusefull for my kids specially for my young daughter
My problems from lower back, hip and weakness on my legs
and neck pain, anxiety and depression make impossible
To concentrate and have normal focus on pt's prescription
to do my job as a pharmacist, With out making a mistake.
my mistake on pt's prescription which can cause severe
harm or even death god forbid. I Can't perform
my pharmacist job with 100% accuracy on pts medication.
most of time I forget what I am doing or Thinking and
I loose completly my concentration and I keep doing
Some stuff over and over for no reason. I don't see at all
myself to stand with those problems to fill accurate
pt's prescriptions and it is not safe and not fair
to pt to get harm by my medical problems.

7M02717 0022

7M02717 0022

B-
most of time my son goes to fast food or store buys cooked food or frozen meals. I drink 2-3 cup of Tea in afternoon. I go outside for mail and fresh air around 2-3 pm. I take other medication which to relieve my pains. I Pray evening around 4:30-5 pm and after I take nap for one hour around 6 pm and take other meds around 8-9 pm with my dinner which could be any easy meal to prepare by my son or warm up in microwave or oven. Sometimes I go outside of house around 5 pm to see neighbor and get fresh air to feel better. I go to bed around 11 pm but I have bladder problems which I wake up 2-3 time in the middle night or my legs jerking because of my lower back pain. So I don't get enough sleep at night.

7M0271700022



7M027170022

7M027170022

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
email: jam@merschlaw.com

January 23, 2017

Jessica Austin
Liberty Life Assurance Co. of Boston
Group Benefits Disability Claims
PO Box 7213
London, KY 40742-7213

**Re: My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

Dear Ms. Austin:

Pursuant to your request, enclosed please find the following forms completed by Mr. Hosseinpour:

1. Activities Questionnaire with attachments
2. Authorization to Obtain and Release Information
3. Claimant Information Form
4. Claimant Supplementary Statement with attachment
5. Direct Deposit Application
6. Authorization to Obtain and Release Psychotherapy Notes

Let me know if you need anything else at this time.

Very truly yours,

Julie A. Mersch

Julie A. Mersch, Esq.

JAM/rmj
enclosures

W:\HOSSEINPOUR\LTRS\Austin.Liberty.Auths&Forms.012317.wpd

**JULIE A. MERSCH, ESQ.**
701 S. 7th Street
Las Vegas, Nevada 89101
(702) 387-5868
FAX: (702) 387-0109

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO/FAX NO.: Attn: Jessica Austin<br>Liberty Life<br>(603) 422-7909 | FROM: Julie A. Mersch, Esq. |
| FILE NO.: Hosseinpour v. Liberty Mutual<br>2016-00006 | DATE: December 14, 2016 |

YOUR IMMEDIATE ATTENTION IS REQUIRED.

**Transmission includes: Social Security Award Letters for Abolfazl Hosseinpour, claim no. 5482725**

| | | | |
|---|---|---|---|
| | RESPONSE REQUIRED BY ______ | xx | PLEASE TAKE APPROPRIATE ACTION |
| | PLEASE FAX RESPONSE TO ______ | xx | FOR YOUR REVIEW |
| | PLEASE CALL ME AT 702-387-5868 | xx | PURSUANT TO YOUR REQUEST |
| | ORIGINAL WILL FOLLOW BY MAIL | xx | ORIGINAL WILL NOT FOLLOW BY MAIL |

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission to its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

If there are any problems with this transmission, please contact the undersigned at (702) 387-5868:

Sender: Robin No. of Pages: 10

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: July 1, 2016
Claim Number: HA

961 2 MB 0.419 T10 MAAD296 PL1 S296 M3 PC5 160627
961 ABOLFAZL D HOSSEIN POUR
11

You are entitled to monthly disability benefits beginning January 2016.

**The Date You Became Disabled**

We found that you became disabled under our rules on July 14, 2015.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is January 2016.

**What We Will Pay And When**

- You will receive $13,026.00 around July 7, 2016.
- This is the money you are due for January 2016 through June 2016.
- Your next payment of $2,171.00, which is for July 2016, will be received on or about the second Wednesday of August 2016.
- After that you will receive $2,171.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

**Others Who May Be Eligible For Benefits**

Your child may now be eligible for benefits on your record. You named the following child when you applied for benefits:

Enclosure(s):
Pub 05-10153

C

See Next Page

- B: H(

If you have not filed an application for benefits for the child, please contact us.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-614-9667. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
4340 SIMMONS STREET
NORTH LAS VEGAS NV 89032

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: July 18, 2016
Claim Number: HC1

992 2 MB 0.419 T7 MAAD296 PL1 S296 M3 PC5 160714
992 B A H
9

0881PM18B0138*NOTAPP.X2.PBMCSNOT.PCS.R180714.PAM 000001000

We have approved your application for child's benefits. Your entitlement date is January 2016.

Any future payments will be based on your current monthly benefit rate of $1,085.70.

**Why We Are Delaying Your Social Security Payments**

We have determined that you need help managing your payments. We will be selecting a qualified person to receive your payments. We call this person a representative payee. It will be your payee's duty to manage your Social Security payments for you and use them for your needs.

**What You Need To Do**

If you know someone who can be your payee, please call us at either of the telephone numbers shown at the end of this letter. We will consider this person for your payee. Also, call us within the next 30 days if you do not hear from us. You may be able to get some payments directly while we make our decision.

**When We Begin Your Payments**

When we begin your Social Security payments, you will be paid all money that is due you. When we make a decision about your payee, we will send you another letter. This letter will explain what you can do if you disagree with our payee decision.

**What We Will Pay And When**

- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

Enclosure(s):
Pub 05-10077

C

See Next Page

**Health Insurance For Children**

If this notice is for a child under age 19 who is not covered by health insurance, there is a Children's Health Insurance Program that may help. To find out more, you can look on the Internet at www.insurekidsnow.gov or call, toll free, 1-877-KIDS-NOW (1-877-543-7669). The number connects you to your state program.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

Your benefits are based on the information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits". It tells you what must be reported and how to report.

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-614-9667. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
4340 SIMMONS STREET
NORTH LAS VEGAS NV 89032

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security

Date: July 15, 2016
Number:

- RP

ABOLFAZL DJAFAR ABADI HOSSEIN POUR

Thank you for your willingness to serve as a representative payee. We have decided that it would be best for B A H to have her checks sent to another payee.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 866-614-9667. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
4340 SIMMONS STREET
NORTH LAS VEGAS, NV 89032

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

JULIE MERSCH
LAW OFFICE OF JULIE A. MERSCH
701 S. 7TH ST.
LAS VEGAS NV 89101

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

December 14, 2016

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved Mr. Hosseinpour's claim for benefits.

The Policy states that to be eligible for benefits Mr. Hosseinpour must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"***_or_ ***"isabled"*** _with respect to Long Term Disability, means:_
>
> _1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:_
>
> _a. if the Covered Person is eligible for the Maximum Own Occupation benefit,_ ***"Disability"*** _or_ ***"Disabled"*** _means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation._
>
> _b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,_ ***"isability"*** _r_ ***"isabled"***_means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and_
>
> _ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation._

Based on the medical and vocational information contained in our claim file, we have determined that Mr. Hosseinpour is unable to perform the duties of his occupation.

We have determined that his date of disability is July 15, 2015 and his benefits begin on January 20, 2016. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of his pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

He will continue to receive benefits provided all contractual provisions continue to be met or until Mr. Hosseinpour returns to work or other income benefits are awarded as defined by the Policy.

Mr. Hosseinpour may have his benefit checks automatically deposited into his checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While Mr. Hosseinpour is eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to Mr. Hosseinpour's LTD benefits he may also qualify for disability benefits from the Social Security Administration. The Policy requires that he apply for Social Security benefits should his disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact Mr. Hosseinpour's local Social Security office or call 1-800-772-1213. Once Mr. Hosseinpour has applied, please let us know and provide a copy of his proof of application.

We ask that he complete the forms indicated below and return them to our office by January 13, 2017.

- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization - Psych
- X Authorization - Medical
- X Activities Questionnaire Form
- X Direct Deposit Application
- ___ Other

Please be aware that the condition for which Mr. Hosseinpour is approved disability benefits is subject to the following limitation:

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months. In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

We have determined that Mr. Hosseinpour is disabled from back pain. Our review of the medical records received also indicates that Mr. Hosseinpour has also been diagnosed with major depressive disorder and anxiety. We have requested additional information to assess his restrictions and limitations related to this diagnosis.

Please be advised that if his major depressive disorder and anxiety is determined to be disabling, he will also be subject to the above limitation.

We will continue to review Mr. Hosseinpour's claim and request medical documentation to evaluate his continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that he assist with the management of his claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if his condition changes or his physicians alter his treatment plan.

In addition, as part of our ongoing review, we are in the process of scheduling Mr. Hosseinpour for a Physical Medicine and Rehabilitation (PM&R) Independent Medical Examination (IME). Once this review is scheduled, you will be notified in writing.

To ensure, there is not an overpayment, prior to issuing Mr. Hosseinpur's first benefit, we are in need of a writen update from the Social Security Administration regarding his current Social Security Disability Status.

If Mr. Hosseinpour's benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if Mr. Hosseinpour begins receiving other income for this same time period as outlined in his LTD Policy.

If Mr. Hosseinpour has any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers Mr. Hosseinpour the convenience of managing multiple aspects of his benefits online or through your moble device, including viewing the status of his claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Claimant Information Form

Claimant Supplementary Statement
Authorization - Psych
Authorization - Medical
Activities Questionnaire Form
Direct Deposit Application

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844



**Return To:** Jessica Austin ______

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour ______

CLAIM NO: 5482725 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Safeway, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual INSURANCE

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |
| Managing your finances | ______ | ______ |
| Balancing your checkbook | ______ | ______ |
| Bathing yourself | ______ | ______ |
| Styling your own hair | ______ | ______ |
| Getting dressed | ______ | ______ |
| Going up and down stairs | ______ | ______ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________

______________________________________________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*

*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Abolfazl Hosseinpour Claim No 5482725

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Jessica Austin

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print) Date of Birth

Claimant Signature Date

5482725
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2016 to the present date . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return to:** Jessica Austin

**EMPLOYEE/CLAIMANT NAME:** Abolfazl Hosseinpour **CLAIM #:** 5482725
**EMPLOYER:** Safeway, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Jessica Austin

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Abolfazl Hosseinpour**
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

**5482725**
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5855

| | |
|---|---|
| Date: | December 12, 2016 |
| To: | JULIE MERSCH<br>LAW OFFICE OF JULIE A. MERSCH<br>701 S. 7TH ST.<br>LAS VEGAS NV 89101 |
| Attn: | |
| Fax: | (702) 387-0109 |
| From: | Kimberly Murray<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5855 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5855

December 12, 2016

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7TH ST.
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Dear Julie Mersch:

We completed our appeal review and overturned the prior decision to close Mr. Hosseinpour's claim. Any benefits that may be payable will be sent under separate cover.

His claim has been reopened and returned to Jessica Austin, for continued handling. For further assistance with ongoing case management, please contact her at (888) 437-7611 Ext. 16352.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Murray
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16399
Secure Fax No.: (603) 334-5855

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 11/22/16 | **Review Type:** | Disability |
| **Claimant's Name:** | Abolfazl Hosseinpour | **Group/Policy/ Claim Number:** | 5482725 |
| **MES Case Number:** | 31816158263 | **Service:** | Appeal Rec Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kimberly Murray |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual-Independent Evaluation Peer Review dated 11/22/16
- Patient Charts dated 7/29/15 to 7/31/15
- MRI Cervical Spine dated 7/29/15
- Pharmacy Manager Job Description
- Exam Report from T. Belliveau, PhD dated 10/25/15
- Clinical Case Review dated 7/15/15
- Exam Report from J. Garber, M.D. dated 7/16/15
- MRI Lumbar Spine dated 6/15/15
- MRIs Cervical Spine Without Contrast dated 6/15/15 to 6/24/15
- Exam Report dated 8/3/15
- Exam Report from D. Paine, BSN dated 8/3/14
- SOAP Notes from M. Tafreshi, M.D. 7/7/15 to 1/28/16
- Confidential Investigative Report dated 10/30/15
- Patient Medical History dated 8/16/15
- Scheduling and Attendance Policy dated 8/10/15
- Patient Privacy Notice dated 8/10/15
- Initial Evaluation dated 8/10/15
- Plan of Care dated 8/18/15
- Daily Notes from V. Martin dated 8/11/15 to 8/27/16
- Daily Note from T. Hipkins, PTA dated 8/25/15
- Discharge Summary dated 7/16/15
- Letter from M. Tafreshi, M.D. dated 10/27/15
- Addendum from H. Grattan, M.D. dated 2/25/16
- Independent Peer Review from H. Grattan, M.D. dated 10/19/15
- Physical Therapy dated 8/10/15
- Physical Medical History dated 8/10/15
- Scheduling and Attendance Policy dated 8/10/15
- Initial Evaluation dated 10/10/15
- Cancel/No Shows from T. Hipkins dated 8/24/15 to 9/1/15
- Letter from S. Levitt dated 10/9/15
- Progress Note dated 7/16/15
- Exam Reports from J. Garber, M.D. dated 7/16/15 to 9/17/15
- Letter from J. Austin dated 11/30/15
- Letter from J. Mersch dated 9/19/16
- Spinal Stenosis Information Sheet

- Pharmacist definition dated 9/13/16
- Functional Capacity Evaluation from D. Ellis, PT dated 8/26/16
- Functional Abilities Evaluation dated 8/26/16
- Notice of Award dated 7/1/16
- Function Report-Adult dated 11/11/15
- Initial Evaluation from M. Collins, D.O. dated 12/11/15
- Physician's Progress Note dated 2/18/16
- Physical Impairment Residual Functional Capacity Questionnaire dated 9/15/16
- Non-Exertional Function Assessment dated 9/15/16

Called 702-862-0676 on 11/30/16 at 1:33 PM Eastern, left message on voicemail with details of reasons for the call and asking for a call back from Dr. Collins. Called 702-862-0676 on 12/1/16 at 3:55 PM Eastern, left message with receptionist Larry. Called 702-862-0676 on 12/2/16 at 4:12 PM Eastern, left final message on voicemail with details of reasons for the call and asking for a call back from Dr. Collins.

**SUMMARY OF RECORDS:**
This review is from a psychiatric perspective. The claimant, Abolfazl Hosseinpour, is reporting impairment related to anxiety. The period of review is from 7/15/15 to the present. All provided records were reviewed; only data relevant to the psychiatric focus and the period of review are referenced below.

Video surveillance summaries were reviewed, but are not summarized here as they are not directly relevant to the psychiatric focus of this review.

Primary care notes of Dr. Tafreshi were reviewed. On 7/7/15, the claimant reported panic attacks, inability to concentrate, and difficulty at work. On exam, he was in no acute distress. There was no psychiatric exam. There was no psychiatric diagnosis, and the plan was for cardiac workup (EKG), pain management follow-up, and initiation of sertraline and alprazolam.

On 7/14/15, the claimant reported continuing anxiety, panic, difficulty concentrating, and difficulty at work. He reported that the sertraline and alprazolam were not helpful. On exam, he was in no acute distress. There was no psychiatric exam. A diagnosis of anxiety (unspecified) was made, and the plan was for rest and to try gabapentin and diazepam.

On 9/9/15, the claimant continued to report anxiety, panic, and impaired concentration. Objectively, his mood was noted to be depressed. There was no other psychiatric exam. Diagnoses included "anxiety disorder." Plan was for switch from sertraline to paroxetine and for referral to psychiatry.

On 9/23/15, the claimant reported no significant changes in anxiety, panic, and impaired concentration, on alprazolam and paroxetine. Objectively, mood was depressed. PHQ-9 score was 19; this is a questionnaire based upon patient report (not on observation) and a score of 19 is consistent with moderate-to-severe depression. Diagnoses were "anxiety disorder" and "major depressive disorder." The plan included increase of paroxetine to 40 mg daily, and it is noted that the claimant was "still not fit to return to work." On

On10/27/15, the claimant reported no changes to anxiety, panic, and impaired concentration on alprazolam and paroxetine. He reported that he feels hot, gets agitated, and feels his heart racing during attacks which happen 3-4 times daily. He also reported feeling unhappy with "no desire for anything," and pain was interfering with sleep, requiring zolpidem. On exam, mood was depressed.

There was no further psychiatric exam. The diagnoses was "anxiety disorder," and plan including: appointment with a psychologist the following week, pending psychiatric referral, zolpidem, and alprazolam.

On 12/21/15, the claimant reported having seen psychiatrist Dr. Collins and being put on mirtazapine. He notes severe anxiety, depression, persisting panic, insomnia, feeling sad and useless, and having impaired concentration. On exam, mood was depressed; there was no further psychiatric exam. The diagnoses were anxiety disorder and "moderate recurrent" major depression. The plan was to continue alprazolam and zolpidem and to follow-up with psychiatrist.

On 1/28/16, the claimant reported "no changes." He reported severe anxiety, depression, panic, insomnia, and impaired concentration. On exam, mood was depressed; there was no further psychiatric exam. The plan was to continue zolpidem and alprazolam. Dr. Tafreshi notes "prognosis is poor" but it is not clear if he is referring to the psychiatric prognosis, or to the pain conditions, or both.

On 3/29/16, the claimant reported "no changes." On exam, mood was depressed; there was no further psychiatric exam. The psychiatric diagnosis was "severe recurrent MDD without psychotic features." The plan was unchanged.

On 4/28/16, the claimant reported the same psychiatric symptoms. There was no psychiatric exam or diagnosis. The plan was unchanged.

On 5/30/16, the claimant reported no changes. On exam, the claimant was noted to be in no acute distress; there was no psychiatric exam. The diagnoses and plan were unchanged.

On 7/11/16, the claimant continued to report severe anxiety, depression, and panic. On exam, he was in no acute distress, and there was no psychiatric exam. Diagnoses were unchanged; the plan was to discontinue venlafaxine and try duloxetine.

On 8/5/15, in response to correspondence from Liberty Mutual, Dr. Tafreshi noted the following. When asked about objective findings supporting impairment, he noted "depressed mood." When asked about anxiety severity, he noted "moderate-to-severe interfering with his ability to concentrate." When asked about findings on mental status exam, he noted "depressed mood." The impairing diagnoses were "anxiety and spinal stenosis." Restrictions/limitations were related to sitting, standing, lifting, and carrying, and were not related to anxiety.

In a letter of 10/27/15, Dr. Tafreshi notes that the claimant's condition has not improved and he is still unable to work. (No objective assessment is given.) Dr. Tafreshi also notes that the claimant had a therapist appointment upcoming on 11/3/15 and the plan was for the therapist to refer him to a psychiatrist.

Neurosurgical notes of Dr. Garber were reviewed. On 7/16/15, the claimant reported neck pain and low back pain. Past diagnoses of depression and anxiety are noted. The review of systems notes the presence of memory and concentration problems, anxiety, and insomnia. Depression was "not present." On exam, the claimant was alert, well groomed, fully oriented, with normal speech/language and normal cognitive function (including attention, concentration, short-term memory, and long-term memory). Associations were intact and the claimant had an appropriate fund of knowledge. On 9/17/15, the claimant was seen for follow-up. No psychiatric issues are discussed.

A letter of 10/25/15 from a previous reviewer (Timothy Belliveau) to Dr. Tafreshi summarizes the conversation with Dr. Tafreshi and notes the following: The claimant's panic attack symptoms include palpitations, light-headedness, and shortness of breath, and resulting impaired concentration. The impaired concentration is by the claimant's self-report. Psychiatric treatment was recommended but had not occurred. Dr. Tafreshi reported that the anxiety as well as spinal stenosis were both impairing; "depression and anxiety affect his work as a pharmacist." Dr. Tafreshi signed the summary as accurate with no needed changes.

A previous review of 10/19/15 by Timothy Belliveau was reviewed, but I developed my own report independently.

On 12/11/15, the claimant saw psychiatrist Dr. Collins for an initial evaluation. He reported multiple medical difficulties as well as: poor sleep, impaired appetite, anhedonia, panic attacks, poor memory, anxiety, and, per Dr. Collins, "subtle post-traumatic stress disorder symptoms." On exam, the claimant was acceptably groomed, with "significant psychomotor irritability/agitation." Thought form was coherent, and no abnormalities of thought content were noted. "There are questionable flashbacks." Mood was depressed and affect was anxious. He had 3/3 immediate and 0/3 delayed recall. Fund of knowledge was notable for knowing the president but not knowing the vice president. Abstraction was intact; calculation was limited (could subtract 35 from 100 to get 65, but could not multiply that number by two). Judgment and insight were fair. The diagnoses were recurrent, moderate major depression, panic disorder without agoraphobia, and generalized anxiety disorder. The plan was to add mirtazapine 15 mg nightly with plan to titrate to 30 mg nightly, increase gabapentin to 600 mg each morning, 300 mg at noon, and 600 mg each evening, with plan to increase to 600 mg three times daily, and to check lab work. Various other potential medication changes were to be considered going forward, and plan was for return to clinic in one month.

On 2/19/16, the claimant saw Dr. Collins for follow-up. He continued to report pain and neurovegetative depressive symptoms (which are not described). "There is subtle improvement of sleep." On exam, the claimant is noted to be alert, anxious, and somewhat irritable. Thought was coherent with no abnormalities of thought content. Mood was depressed. "There are questionable flashbacks." Cognitive functions were stable. Diagnoses were unchanged. The plan was to discontinue paroxetine and add venlafaxine; other medication changes were to be considered in the future; plan was also for return to clinic in one month.

**<u>REVIEW QUESTION (S):</u>**

**1. What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?**

The psychiatric diagnosis supported by the clinical records is major depressive disorder with anxious distress.

The diagnosis of major depression with anxious distress is supported by depressed mood, impaired sleep and appetite, subjective cognitive impairment (memory and concentration), anhedonia, psychomotor agitation, and anxiety with acute episodes (panic attacks). There is insufficient data to support a diagnosis of panic disorder or post-traumatic stress disorder.

**2. Do the medical records provide evidence of impairment attributable to mental illness from 7/15/2015 to the present?**

The medical records do not support impairment due to mental illness from 7/15/15 to the present.

Most of the data for the period in question comes from Dr. Tafreshi's notes. He documents significant subjective concerns (panic attacks, impaired concentration, depression and anxiety), however, his notes do not contain psychiatric exams; there is no objective correlation or support for the subjectively reported symptoms. On 12/11/15, the claimant first saw Dr. Collins (psychiatrist); he again reported various subjective symptoms. In this case, a psychiatric exam is documented and there are some abnormalities, but their functional consequence is not discussed. For example, there was a noted deficit in delayed recall and the claimant could not name the vice president, but there is no discussion of whether or how memory impairments affect the claimant practically. There is no observation of the claimant being unable to give a proper history due to memory impairment. There is no collateral information from third parties regarding the claimant's memory disturbance. There is also no further cognitive testing or consideration of referral for neuropsychological testing. This is all notable particularly because with anxiety and depression it is common for individuals to estimate their own cognitive abilities as worse than they are objectively, and it is possible for poor effort (not necessarily intentionally) to negatively affect performance on cognitive testing. Although reasonable medication changes were considered, no other treatment options were considered (such as inpatient treatment, referral for neuropsychological testing, consideration of neuroimaging, etc). The claimant was seen once in December 2015 and once in February 2016, and there are no more recent visits. In summary, the medical evidence as provided does not objectively support impairment due to the claimant's psychiatric condition.

**3. Please provide a description of the claimant’s impairments attributable to the presence of mental illness, and outline how any impairment translates to restrictions and limitations from 7/15/2015 to the present. Please include the expected duration for any restrictions and limitations identified.**

This is not applicable as psychiatric impairment requiring restrictions and/or limitations is not supported in this case.

**4. Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) from 7/15/215 to the present?**

As no psychiatric impairments are supported objectively for the period in question, there is no reason, from a psychiatric point of view, that the claimant could not work in a sustained full time capacity from 7/15/15 to the present.

**5. Are the severity and scope of the claimant’s reported symptoms, consistent with the intensity and scope of treatment? Please provide medical evidence to support your answer.**

No the severity and scope of the claimant’s reported symptoms are not consistent with the intensity and scope of treatment.

The claimant, as well as his primary care physician Dr. Tafreshi, have reported psychiatric impairment of such severity as to preclude occupational functioning, however since referral to psychiatry, he has only been seen by Dr. Collins twice (as far as the provide records document). There is no documented consideration of psychotherapy, more frequent psychiatric follow-up, residential or inpatient or partial psychiatric hospitalization, or other more intense or frequent treatments.

**6. When contacting the treating provider please discuss the claimant’s condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or**

**not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

After multiple attempts I was unable to discuss the case with Dr. Collins as outlined in detail above.

**Conflict of Interest Attestation:**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Devendra S. Thakur, M.D.
Board Certified in Psychiatry
Sub Specialty Certificate in Psychosomatic Medicine
NH License #16141
NY License #258299
12/05/2016

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 11/22/16 | **Review Type:** | Disability |
| **Claimant's Name:** | Abolfazl Hosseinpour | **Group/Policy/ Claim Number:** | 5482725 |
| **MES Case Number:** | 31816158245 | **Service:** | Appeal Rec Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kimberly Murray |

## DATA REVIEWED AND CONTACT INFORMATION:

- Liberty Mutual-Independent Evaluation Peer Review dated 11/22/16
- Patient Charts dated 7/29/15 to 7/31/15
- MRI Cervical Spine dated 7/29/15
- Pharmacy Manager Job Description
- Exam Report from T. Belliveau, PhD dated 10/25/15
- Clinical Case Review dated 7/15/15
- Exam Report from J. Garber, M.D. dated 7/16/15
- MRI Lumbar Spine dated 6/15/15
- MRIs Cervical Spine Without Contrast dated 6/15/15 to 6/24/15
- Exam Report dated 8/3/15
- Exam Report from D. Paine, BSN dated 8/3/14
- SOAP Notes from M. Tafreshi, M.D. 7/7/15 to 1/28/16
- Confidential Investigative Report dated 10/30/15
- Patient Medical History dated 8/16/15
- Scheduling and Attendance Policy dated 8/10/15
- Patient Privacy Notice dated 8/10/15
- Initial Evaluation dated 8/10/15
- Plan of Care dated 8/18/15
- Daily Notes from V. Martin dated 8/11/15 to 8/27/16
- Daily Note from T. Hipkins, PTA dated 8/25/15
- Discharge Summary dated 7/16/15
- Letter from M. Tafreshi, M.D. dated 10/27/15
- Addendum from H. Grattan, M.D. dated 2/25/16
- Independent Peer Review from H. Grattan, M.D. dated 10/19/15
- Physical Therapy dated 8/10/15
- Physical Medical History dated 8/10/15
- Scheduling and Attendance Policy dated 8/10/15
- Initial Evaluation dated 10/10/15
- Cancel/No Shows from T. Hipkins dated 8/24/15 to 9/1/15
- Letter from S. Levitt dated 10/9/15
- Progress Note dated 7/16/15
- Exam Reports from J. Garber, M.D. dated 7/16/15 to 9/17/15
- Letter from J. Austin dated 11/30/15
- Letter from J. Mersch dated 9/19/16
- Spinal Stenosis Information Sheet
- Pharmacist definition dated 9/13/16

- Functional Capacity Evaluation from D. Ellis, PT dated 8/26/16
- Functional Abilities Evaluation dated 8/26/16
- Notice of Award dated 7/1/16
- Function Report-Adult dated 11/11/15
- Initial Evaluation from M. Collins, D.O. dated 12/11/15
- Physician's Progress Note dated 2/18/16
- Physical Impairment Residual Functional Capacity Questionnaire dated 9/15/16
- Non-Exertional Function Assessment dated 9/15/16

I called the office of Dr. Tafreshi 11/22/16 at 15:55 PM PST and left a general office VM for return call after dialing #1. I called the office of Dr. Tafreshi 11/23/16 at 14:01 PM PST and left a general office VM for return call after dialing #1. I called the office of Dr. Tafreshi 11/25/16 at 15:30 PM PST and left a message with Sabrina after dialing #1. I received a call back from the Doctor Tafreshi on 11/28/16. He agreed with the FCE findings from August 2016. He agrees with the findings in my report in full, with a duration of impairments being permanent given ongoing chronic neck and back pain complaints.

**SUMMARY OF RECORDS:**

Medical records were reviewed. Claimant DOB is noted to be . Job title is Pharmacy Manager.

MRI cervical spine dated 6/15/15: Multilevel foraminal stenosis, most impressive on the right side at C4-5 through C6-7 and on the left side at C4-5. Lower cervical advanced degenerative disc disease.

MRI lumbar spine dated 6/15/15: L3-4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm, L2-3 central disc bulge with a component of subligamentous extrusion above the L2 endplate, only mild resulting thecal sac effacement without neural impingement, and a 2.5 mm central-right paramedian protrusion at T11-12 resulting in mild cord effacement on sagittal imaging.

Physician note dictated 7/16/15 by Dr. Garber: The claimant has chronic posterior bilateral neck pain, with radiation. Pain is aching, and constant. Symptoms are associated with weakness, and extremity parasthesias. There are also complaints of lower back pain that is persistent, and progressively worsening. Pain radiates down both lower extremities. On examination, there is intact motor strength and sensation noted. Gait is normal. There are no cerebellar and/or coordination deficits. X-rays and electrodiagnostic assessment were recommended on this visit.

Meadows Medical Group note dictated 10/27/15 by Dr. Tafreshi: The claimant condition has not improved, and Dr. Tafreshi states he is still unable to work.

Confidential investigative report dated 10/30/15: The claimant was under surveillance on dates 10/28/15 through 10/30/15. Surveillance indicates the claimant is able to drive, and perform community ambulation without need for assistive devices, and there is no indication the claimant diagnoses significantly impact ability to perform basic functional mobility and activities of daily living.

On a Questionnaire dated 11/20/15 the claimant reports he is able to sit 30 minutes to two hours up to 5 – 7 hours on a couch or bed. He reports being able to stand for 5 –10 minutes up to one hour a day, walking 10 – 15 minutes up to half an hour a day. It is indicated he is able to get dressed, bathe, balance checkbook and manage finances without assistance.

Physician note dictated 1/28/16 by Dr. Tafreshi: The claimant has ongoing neck and lower back pain. There are complaints of severe anxiety, depression, and insomnia. The claimant states he drops things with the left upper limb. On examination, there was paracervical tenderness, reduced lumbar spine range of motion, and left hand grip weakness.

Functional Capacity Evaluation dated 8/26/16 by D. Ellis PT: The claimant exhibits limited work activity tolerance. There was frequent changes of posture noted. Doug Ellis PT recommended occasional lifting of less than 10 pounds, frequent lifting of 5 pounds, and no lifting of 21" from the floor or over 66" off the floor. Reaching above the shoulders was limited to less than occasional. The patient was unable to rise from a kneeled down position, and unable to perform a full squat.

**REVIEW QUESTION (S):**
**1. Does the medical evidence support any diagnoses causing functional impairment from 07/15/2015 to the present? Please explain your medical rationale as to why or why not.**

From 7/15/15 through present, this claimant's cervical and lumbosacral spondylosis results in functional impairment.

**2. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

From 7/15/15 through present, this claimant's cervical and lumbosacral spondylosis results in functional impairment. Due to these conditions, reasonably supported restrictions and limitations (R/Ls) include:

No lifting, carrying, pushing, and/or pulling more than 10 pounds on occasion and frequently with the right upper limb. Given documented left upper limb weakness, restrictions for the left upper limb include no lifting, carrying, pushing, and/or pulling more than 5 pounds occasionally and/or frequently. Lifting heavier objects could exacerbate chronic pain in the setting of imaging-evidence of multilevel cervical and lumbosacral spondylosis.

There should only be occasional performance of postural activities such as bending, crawling, stooping, and/or crouching. The claimant has chronic neck pain with associated painful cervical spine range of motion. Therefore, there should be avoidance of climbing ladders, and/or twisting about the cervical spine.

The claimant can stand for 30 minutes at a time with rest breaks (up to 4 minutes) as needed for comfort and repositioning for a total of 4 hours per work day.

The claimant can walk for 30 minutes at a time with rest breaks (up to 4 minutes) as needed for comfort and repositioning for a total of 4 hours per work day.

There are no sitting restrictions.

The claimant can reach at desk level, and below-waist level frequently, and but should perform overhead reaching on an occasional basis.

Within the documented R/Ls this claimant can work full-time in a sustained capacity, and prognosis is good for full-time work within the documented R/Ls.

Duration: Due to chronic nature of pain, R/Ls are likely permanent.

**3. Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.**

The medical evidence does not support obvious side effects from prescribed medications.

**4. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 07/15/2015 to present? Please explain your medical rationale.**

Yes, a sustained full-time capacity is supported within the R/L's outlined above from 7/15/2015 to the present.

**5. Please review and explain the results of the 08/2016 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

Full effort was noted, though there were obvious limitations due to pain during FCE assessment. I agree with most of the conclusions noted in the 8/26/16 FCE including lifting of 10 pounds occasionally, and occasional restrictions for postural activities due to chronic pain, left upper limb weakness, and impaired spinal ROM.

**6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

Dr. Tafreshi agreed with the FCE findings from August 2016. He also agreed with the findings in my report in full, with a duration of impairments being permanent given ongoing chronic neck and back pain complaints.

**<u>Conflict of Interest Attestation:</u>**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically*

*manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

Fargo N. Khoury, M.D.
Board Certified in Physical Medicine and Rehabilitation
Added Expertise in Pain Medicine
CA License #A112452
AZ License #47979
12/05/2016

December 5, 2016

MES case 31816158245

**Re: Claimant Name: Abolfazl Hosseinpour**
**Claim Number: 5482725**
**DOB:**

Dear Dr. Tafreshi,

Thank you for speaking with me on 11/28/2016 in regards to your patient, Abolfazl Hosseinpour. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. Please make any corrections or changes in the margins if needed.

During our discussion you agreed with the FCE findings from August 2016. You also agreed with the findings as below with a duration of impairments being permanent given ongoing chronic neck and back pain complaints.

No lifting, carrying, pushing, and/or pulling more than 10 pounds on occasion and frequently with the right upper limb. Given documented left upper limb weakness, restrictions for the left upper limb include no lifting, carrying, pushing, and/or pulling more than 5 pounds occasionally and/or frequently. Lifting heavier objects could exacerbate chronic pain in the setting of imaging-evidence of multilevel cervical and lumbosacral spondylosis.
There should only be occasional performance of postural activities such as bending, crawling, stooping, and/or crouching. The claimant has chronic neck pain with associated painful cervical spine range of motion. Therefore, there should be avoidance of climbing ladders, and/or twisting about the cervical spine.
The claimant can stand for 30 minutes at a time with rest breaks (up to 4 minutes) as needed for comfort and repositioning for a total of 4 hours per work day.
The claimant can walk for 30 minutes at a time with rest breaks (up to 4 minutes) as needed for comfort and repositioning for a total of 4 hours per work day.
There are no sitting restrictions.
The claimant can reach at desk level, and below-waist level frequently, and but should perform overhead reaching on an occasional basis.

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-5175. Please respond to this request by December 19, 2016.

______________________ __________________________
Signature and title Date

Sincerely,

Fargo N. Khoury, M.D.
Board Certified in Physical Medicine and Rehabilitation

MES SOLUTIONS SINCE 1978

# INVOICE

12/5/2016
Invoice #: 31816158263

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 5482725
Claimant Abolfazl Hosseinpour
Referral Date: 11/22/2016 11:18:00 Peer Review Specialty: Psychiatry

Jurisdiction: NV
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| Description of Services | Amount Due |
|---|---|
| Peer Review Services | 1,233.75 |
| **Total Due:** | $1,233.75 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

MES SOLUTIONS SINCE 1978

# INVOICE

12/5/2016

Invoice #: 31816158245

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 5482725
Claimant Abolfazl Hosseinpour
Referral Date: 11/22/2016 11:18:00 Peer Review Specialty: Physical Medicine & Rehabilitation

Jurisdiction: NV
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| **Description of Services** | **Amount Due** |
|---|---|
| Peer Review Services | 1,233.75 |
| **Total Due:** | $1,233.75 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Kimberly Murray
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16399
Fax: (603) 334-5855

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 11/22/2016 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 7/15/2015 |
| Zip: | | Primary Diagnosis: | Degeneration of lumbar or lumbosacral intervertebr |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Tafreshi P: (702) 258-8100 F: (702) 258-4244 |

Referral Questions:

Vendor Chosen: MES Solutions

# Liberty Mutual - Independent Evaluation

## Peer Review

***Rush Review ***
1.Does the medical evidence support any diagnoses causing functional impairment from 07/15/2015 to the present? Please explain your medical rationale as to why or why not.
2. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.
3. Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.
4.Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 07/15/2015 to present? Please explain your medical rationale.
5.Please review and explain the results of the 08/2016 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.
When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

Instructions For Vendor:

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Kimberly Murray
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16399
Fax: (603) 334-5855

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 11/22/2016 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 7/15/2015 |
| Zip: | | Primary Diagnosis: | Degeneration of lumbar or lumbosacral intervertebr |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | General Psychiatry | Physician: Phone/Fax | dr. mark collins (702) 862-0676 (702) 925-5608 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

**Please rush review, thank you**
1. What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?
2. Do the medical records provide evidence of impairment attributable to mental illness from 7/15/2015 to the present?
3. Please provide a description of the claimant's impairments attributable to the presence of mental illness, and outline how any impairment translates to restrictions and limitations from 7/15/2015 to the present. Please include the expected duration for any restrictions and limitations identified.
4. Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) from 7/15/215 to the present?
5. Are the severity and scope of the claimant's reported symptoms, consistent with the intensity and scope of treatment? Please provide medical evidence to support your answer.
6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

Instructions For Vendor:

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 096
Manager: CAREY, LAUREN
Case Mgr: AUSTIN, JESSICA

Claimant Name: ABOLFAZL HOSSEINPOUR
Claim #: 5482725

Occupation (Job Title): PHARMACY MANAGER
Date Sent: 11/18/2016

Diagnosis: 722.52 Degeneration of lumbar or lumbosacral intervertebral disc, 300.02 Generalized anxiety disorder

Date of Disability: 7/15/2015
Date Benefits Began: 1/20/2016

Maximum Duration: 7/31/2025
Paid Through: 1/19/2018

Date of Denial or (DB451): 3/15/2016
Date Appeal Received: 9/26/2016

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: SAFEWAY INC.

Product: LTD
Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Rita Romo

ER Contact Addresses (including email address):

rita.romo@safeway.com

Phone No.

FAX No.

Account Specific or Unique Contract Issues / Additional Info:

n/a

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. ABOLFAZL HOSSEINPOUR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 21, 2016

Mr. Abolfazl Hosseinpour

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Liberty's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

7Q266160020

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
email: jam@merschlaw.com

September 19, 2016

The Liberty Life Assurance Co. of Boston
Attn: Jessica Austin
Group Benefits Disability Claims
PO Box 7213
London, KY 40742-7213

**Re: My Client/Claimant : Abolfazl Hosseinpour**
**Claim No. : 5482725**
**Plan/Policy Holder : Safeway, Inc.**

Dear Ms. Austin:

As you know, I represent your insured Abolfazl Hosseinpour and am appealing Liberty's March 22, 2016 denial of his claim for Long Term Disability benefits. As set forth below, it is clear that Liberty ignored the duties to investigate and deal fairly with its insured – consistent with its fiduciary duty – and I request that Liberty reconsider its denial of benefits.

Liberty concludes in its denial letter that Mr. Hosseinpour has "at least full-time sedentary work capacity from a physical standpoint." The letter states that Liberty was unable to assess his level of impairment from a psychiatric standpoint because it did not receive any updated psychiatric records.

**A. History of Claim through Denial of LTD Benefits**

For employees such as Mr. Hosseinpour, Liberty Life's policy definition of "Disability" or "Disabled" means that "during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation." See Group Disability Income Policy, at Form ADOP-DEF-2/3.

At the time of his disability, Mr. Hosseinpour was employed as a Pharmacy Manager for Safeway. Primary duties of his occupation include: pharmacy customer service; compounding and dispensing of prescribed medications, drugs, and other pharmaceuticals according to professional standards and state and federal legal requirements; training, supervision, scheduling, and assignment of duties to pharmacy employees; maintaining quality assurance, security, and disposal of drugs; maintaining pharmacy files, chart systems, and drug and supply inventory; and oversight of all applicable legal requirements and quality control procedures. See Job Description for Pharmacy Manager at 1. "Physical Demands" of the position include: constant lifting of 1-10 pounds and occasional lifting of 11-20 pounds; frequent carrying of 1-10 pounds; frequent pushing/pulling of 1-10 pounds; constant knee- to shoulder-level reaching; occasional at- or above-shoulder level and overhead reaching; constant standing with sitting allowed on breaks; frequent walking; use of a step stool; constant neck rotation, bending of the head, and twisting; occasional bending/stooping; seldom crouching, squatting, and kneeling; and constant handling/grasping, fine finger manipulation, and repetitive motion. Id. at 2.

In late 2013, early 2014, Mr. Hosseinpour began experiencing neck and back pain which he attributed to long hours of driving multiple times back and forth from Las Vegas to Hawthorne, Nevada. His primary care physician, Mehrdad Tafreshi, MD, referred him for cervical and lumbar MRI's in June, 2015. MRI findings dated June 15, 2015 revealed the following:

**Cervical MRI:**

Multilevel advanced degenerative disc disease, disc dehydration and disc space narrowing from C4-C5 through C6-C7, more advanced at C6-C7 where there are degenerative endplate changes.
C2-3: AP dimension of the spinal canal 11mm; no foraminal stenosis.
C3-4: AP dimension of the spinal canal 8.9 mm; no significant foraminal stenosis.
C4-5: AP dimension of the spinal canal 9.5 mm; moderate to marked narrowing of both neural foramen with possible encroachment on the exiting C5 nerve roots particularly on the right side.
C5-6: AP dimension of the spinal canal 8.8 mm; moderate narrowing of both neural foramen, slightly worse on the right side with possible mild impingement on the exiting right C6 nerve root (advise clinical correlation).
C6-7: AP dimension of the spinal canal 10 mm; moderate narrowing of the right neural foramen.
C7-T1: AP dimension of the spinal canal 11 mm; no significant foraminal stenosis.

IMPRESSION:
1. Multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5.
2. Lower cervical advanced degenerative disc disease.

**Lumbar MRI:**

2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild ventral cord effacement (identified on sagittal imaging).
The L2-3 disk is normal in height and hydration; less than 2 mm central disc bulge with a component of subligamentous extrusion above the L2 endplate, right paramedian location. Extruded disc measures approximately 11 x 4 mm, both resulting in mild thecal sac effacement. No facet or ligamentum flavum pathology. No significant central canal or foraminal stenosis.
The L3-4 disk is mildly desiccated. 2 mm annular bulge and facet arthropathy efface the ventral thecal sac, AP sac measurement 8 mm. No foraminal narrowing.
The L4-5 disk is normal in height and hydration. Less than 2 mm annular bulge barely effaces the ventral thecal sac. Mild facet arthropathy without central canal, lateral recess, or foraminal stenosis.
The L5-S1 disk is normal. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis.

IMPRESSION:
1. L3-L4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm.
2. L2-L3 central disc bulge with a component of subligamentous extrusion above the L2

endplate. Only mild resulting thecal sac effacement without neural impingement.
3. 2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild cord effacement on sagittal imaging. Consider formal thoracic MRI if clinical symptoms warrant.

Mr. Hosseinpour saw Dr. Tafreshi on July 7 and July 14, 2015, reporting complaints of neck and low back pain; occasional left arm numbness; anxiety and panic attacks; inability to stand or sit for long periods due to neck and back pain; and difficulty concentrating at work. Dr. Tafreshi's objective exam findings included tender paracervical and paralumbar musculature; decreased lumbar range of motion; and depressed mood. He provided diagnoses of degeneration of the cervical and lumbar intervertebral discs; lumbar spinal stenosis; anxiety disorder; and pure hyperglyceridemia. He referred Mr. Hosseinpour for pain management consult and prescribed trials of Zoloft, Xanax, Gabapentin, and Valium. Mr. Hosseinpour was unable to continue working as a Pharmacy Manager beyond July 11, 2015 due to his symptoms. He contacted Liberty by phone on July 13, 2015 to report his short-term disability claim. See STD Claim Note 1 dated 07/13/2015 2:50 pm.

Mr. Hosseinpour was seen in orthopedic consult with Jason Garber, MD of the Western Regional Center for Brain and Spine Surgery on July 16, 2015 with reports of neck pain and stiffness, reduced neck range of motion, and shoulder pain radiating to both arms, worse with movement and associated with upper extremity paresthesias and weakness. He also reported gradually worsening severe, sharp, and stabbing low back pain radiating to both legs and aggravated by walking with associated back stiffness, leg weakness, and leg paresthesias. A review of symptoms included neck and back pain; arm and leg pain and weakness; joint pain and decreased range of motion; memory problems; inability to concentrate; blurred vision; headaches; anxiety; and insomnia. Dr. Garber noted no significant neurologic findings on exam. The musculoskeletal portion of the exam appears incomplete, in that the "global assessment" only lists findings for gait and station (normal). Nonetheless, Dr. Garber diagnosed cervical and lumbar disc bulges without myelopathy and referred Mr. Hosseinpour for cervical and lumbar x-rays; nerve conduction studies and electromyography; and physical therapy.

On August 3, 2015, Liberty's nurse case manager Donna Paine reviewed the treatment notes from Drs. Tafreshi and Garber and the MRI findings, noting objective findings limited to "cervical tenderness." She recommended contacting Dr. Tafreshi to clarify Mr. Hosseinpour's restrictions and limitations and duration of any disability. STD MDS Note dated 08/03/2015 7:02 pm by Donna Paine. After unsuccessfully attempting to speak to Dr .Tafreshi by phone, nurse Paine wrote to him asking him to answer a series of targeted questions regarding Mr. Hosseinpour's impairments. Dr. Tafreshi responded in writing on or about August 13, 2015, noting objective findings of "cervical spinal muscle tenderness on exam; depressed mood; changed position from sitting to standing [during exam]; moderate to severe [anxiety] interfering with his ability to concentrate; depressed mood [on mental status exam]; able to perform ADL's; [impairing diagnoses of] anxiety and spinal stenosis; [R&L's of] sit and stand no more than 30 mins at a time and lift/carry no more than 15 lbs; and [duration of R&L's though] 10/1/15 [based on] his improvement on medications." See Handwritten responses to Liberty's 8/3/15 letter by Mehrdad Tafreshi, MD dated 8/5/15. Nurse Paine reviewed the responses and recommended that due to "inability to sustain focus and concentration until 10/1/15" and "cervical disc disease, spinal stenosis", R&L's of sit/stand no more than 30 minutes at a time and lift/carry no more than 15 pounds were reasonable and supported until 10/1/15 to allow Mr. Hosseinpour time to have nerve studies and physical therapy and follow up with his providers, with review of updated