# EXHIBIT 3, part 3

**Administrative Record (Liberty/Hosseinpour 527-848)**

# Kelly Hawkins
*Physical Therapy*

**Patient Medical History**

Name: Abolfazl Hosseinpour Referring Physician: Gabbie
Date of Injury: ______ Date of next Doctors visit for this injury: ______
Have you had surgery for this injury: ____Yes ____No Date of Surgery: ______
Are you currently taking any prescription or non prescription medications?: ____Yes ____No
Please list all medications you are currently taking, please include dosage: ______

Do you now have or have you ever had ANY of the following?

| | YES | NO |
|---|---|---|
| Asthma, Bronchitis, or Emphysema | | ✓ |
| Shortness of breath/Chest Pain | | ✓ |
| Coronary artery disease or angina | | ✓ |
| Do you have a pacemaker? | | ✓ |
| High blood pressure | | ✓ |
| Heart Attack or Surgery | | ✓ |
| Stroke/TIA | | ✓ |
| Congestive Heart Disease | | ✓ |
| Blood Clot/Emboli | | ✓ |
| Epilepsy/Seizures | | ✓ |
| Thyroid Disease or Goiter | ✓ | |
| Anemia | | ✓ |
| Infectious diseases | | ✓ |
| Diabetes | | ✓ |
| Cancer or Chemotherapy | | ✓ |
| Arthritis | | ✓ |
| Osteoporosis | | ✓ |
| Gout | | ✓ |
| Sleeping Problems/Difficulties | ✓ | |
| Emotional/Psychological Problems | ✓ | |
| Severe or frequent headaches | ✓ | |
| Vision or hearing difficulties | ✓ | |

| | YES | NO |
|---|---|---|
| Numbness or Tingling | ✓ | |
| Dizziness or Fainting | | ✓ |
| Bowel or Bladder problems | ✓ | |
| Weakness | ✓ | |
| Weight loss/Energy loss | | ✓ |
| Hernia | | ✓ |
| Varicose Veins | | ✓ |
| Allergies | | ✓ |
| Any pins or metal implants | | ✓ |
| Joint replacement surgery | | ✓ |
| Neck Injury/Surgery | | ✓ |
| Shoulder Injury/Surgery | ✓ | |
| Elbow/Hand Injury/Surgery | | ✓ |
| Back Injury/Surgery | | ✓ |
| Knee Injury/Surgery | | ✓ |
| Leg/Ankle/Foot Injury/Surgery | | ✓ |
| Are you pregnant? | | ✓ |
| Do you use tobacco? | | ✓ |

If yes how long have you used tobacco? ______
How often do you use tobacco? ______

List any other information that would assist us in your care: Severe Neck + Lower back Pain and Pain in my hips + legs + left hand + numbness + Tingling on my L+R fingers
What are your rehabilitation expectations/goals while in this program? I don't know

Patient/Guardian Signature: [signature] Date: 8/10/15

# Kelly Hawkins
*Physical Therapy*

## Scheduling & Attendance Policy

When your physician has referred you to us, he invariably prescribed treatment on a specific frequency and duration, until he consults with you again. If he/she did not prescribe certain criteria, your therapist will contact his/her office to obtain that information.

______ If you are referred to us for treatment of a work-related injury, it is important that you understand it is imperative to keep your scheduled appointments. Notification of your failure to keep scheduled appointments will be provided to your physician and case manager. If 3 or more appointments are missed without cancellation, recommendation for discharge from our care will be made. Missed appointments will question the severity of you Injury. Also, notification is required if you will be more than 15 minutes late for your appointment.

______ If you are receiving treatment under your private insurance, no-show/cancellations will be charged for the appointment. In order to not be charged, cancellations must be made at least 4 hours prior to your scheduled appointment. Also, notification is required if you will be more than 15 minutes late for your appointment.

Please help us help you by keeping your appointments and receiving the treatment your doctor prescribed. If you have a scheduling problem, please feel free to discuss it with your therapist or front office coordinators. We will make every effort possible to accommodate you.

Please keep all scheduled appointments.

I HAVE READ & UNDERSTAND THE POLICY AS SET FORTH ABOVE.

Patient Signature: ______________________ Date: 8/18/15

Effective March 1, 2003

## PATIENT PRIVACY NOTICE

### THIS ABBREVIATED NOTICE BRIEFLY DESCRIBES HOW HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION

### HOW WE MAY USE AND DISCLOSE HEALTH INFORMATION ABOUT YOU

**For Treatment:** We may use and disclose health information about you to provide you with health care treatment or services. We may disclose health information about your to personnel who are involved in taking care of you.

**For Payment:** We may use and disclosure health information about you so that the services you receive from us may be billed to insurance carriers and payment collected.

**For Health Care Operations:** We may us and disclose health information about you for operations that are necessary to run our practice.

**Health-Related Services and Treatment Alternatives:** We may use and disclose health information to tell you about health-related services.

**Threat to Health or Safety:** We may use and disclose health information about you when necessary to prevent a serious threat to your health and safety or the health and safety of public or another person.

**Military and Veterans:** If you are a member of the armed forces or separated/discharged from military services, we may release health information about you, as required by military command authorities or the Department of Veteran's Affairs.

**Workers' Compensation:** We may release health information about you for Workers' Compensation or similar programs.

Health Oversight Activities: We may disclose health information to a health oversight agency, as authorized by law.

**Lawsuits and Disputes:** If you are involved in a lawsuit or a dispute, we may disclose information about you in response to a court or administrative order, etc.

**Law Enforcement:** We may release health information if asked to do so by a law enforcement official.

### YOUR RIGHTS REGARDING HEALTH INFORMATION ABOUT YOU

**Right to Inspect and Copy:** You have the right to inspect and copy health information that may be used to make decisions about your care.

**Right to Amend:** If you feel that health information we have about you is incorrect or incomplete, you may ask us to amend the information.

**Right to an Accounting of Disclosures:** You have the right to request a list accounting for any disclosures of your health information we have made, except for uses and disclosure for treatment, payment and health care operations, as previously described.

**Right to Request Restrictions:** You have the right to request a restriction or limitation on the health information we use or disclose about you for treatment, payment or health care operations.

**Right to Request Confidential Communications:** You have the right to request that we communicate with you about health matters in a certain way or at a certain location.

**Right to a Paper Copy of This Notice:** You have the right to obtain a paper copy of the entire PHI Privacy Notice at any time.

*We reserve the right to change this notice at any time. We will post a copy of the current notice in our facility*

If you would like a complete copy of the Protected Health Information Privacy Notice, please ask the Patient Coordinator.

[signature] ______________________ 8/10/15 ____________
Patient Signature Date

Kelly Hawkins
*Physical Therapy*

To Our Valued Patients:

Please be advised that we will contact your insurance carrier for benefit and payment information as a courtesy to you. There is no guarantee of benefits or payment from your insurer for your treatment. Please be aware this quote is only an estimate and once your claim is adjudicated there may be further balance due. It is the patient's responsibility to know their insurance benefit, and contracted providers.

Patient Signature/Date

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
**Acct #:** 216518
**DOB:**
**Physician:** Jason Garber
**Phys Fax:**
**Physician:** Not Specified
**Clinician:** Vanessa Martin
**FSC:** Commercial Insurance
**Case Mgr:**
**Payor:**
**Pol/Claim#:** SFG383A79260

**Visit Date:** Aug 10, 2015
**Phys Phone:**
**SSN:** XXX-XX-XXXX
**Inj. Date:** Jul 16, 2015
**Surg. Date:**
**Visits:** 1
**Cxl/Ns:** 0
**Employer:**
**Insured:** Abolfazl Hosseinpour

# Initial Evaluation

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.**

**Not currently on an HEP**

**ADL / Functional Status:**
- Occupation: pharmacist

**Chief Complaint:**
- Pain: Relieving Factors:
  - Lying Down. Ice. Heat/Hot Shower. Medications.
- Pain:
  - Aggravating Factors: ADL's, ambulation, sitting, computer work, standing, walking, work activities. Nature: Aching. Location: neck and low back Effect on Activity: Restricts. Severity at Worst: 10/10. Severity at Best: 5/10. Severity: Current : 10/10.
- Pain: Duration:
  - With Activity. At Rest.
- Loss of Motion/Stiffness: Moderate Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Chronic neck and low back pain from work related activities per patient. He drove frequently and states that he is in bad postural positions at work.

**Rehabilitation Expectations/Goals:**
- Return to Work Activities: Unrestricted/Symptom Free. Return to ADL Performance: Unrestricted/Symptom Free.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | 4/5 | +4/5 |

**Palpation:**
- Tenderness in cervical and lumbar areas

**Posture:**
- significant forward head and rounded shoulder position. Needs education on joint protection and postural awareness.

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Extension 30 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 40 Degrees
- Active Rotation Right 30 Degrees

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Gross Assessment WNL

# Treatments

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 60 Minutes

# Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**
- ADL's. Flexibility. Functional Activities. Gait/Locomotion. Pain. Posture. Range of Motion. Soft Tissue Mobility. Strength.

**Treatment Emphasis to focus on:**
- Education. Strengthen Disuse Components. Enhanced Dynamic Stability. Range of Motion/Mobility Improvements. Pain relief. Postural Improvements. Teach Precautions. Maintain Fitness.

# Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 10/10.**
*LTG Achieve by Sep 07, 2015.*
**Symptomatic Improvements:**
- Decreasing Pain: Minimize Occurances: During Activities.

***Problem #2*** **Not currently on an HEP**
*STG Achieve by Aug 24, 2015.*
**Client Education:**
- Independent Home Exercise/Self Care Program.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees).**
*STG Achieve by Aug 24, 2015.*
**Range of Motion Improvements to: Spine: Cervical (Degrees):**
- Gross Assessment WNL

***Problem #4*** **Muscle Testing: Lower Extremity MMT.**
*LTG Achieve by Sep 07, 2015.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | *5/5* | *5/5* |

***Problem #5*** **Muscle Testing: Upper Extremity MMT.**
*LTG Achieve by Sep 07, 2015.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | *5/5* | *5/5* |

*Problem #6* **Gait/Locomotion: walking in the community increases neck and low back pain.**

*LTG Achieve by Sep 07, 2015.*

**Improve Gait/Weight Bearing:**

- He will ambulate in the community on all surfaces with no difficulty.

# Plan

**The goals and plan were discussed with the patient and/or family and they concur. The patient and/or family were instructed to call therapist regarding problems or questions. The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.**

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Active Range of Motion Activities. Client Education. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Exercise. Neuromuscular Re-education.
- Modalities:
  - Cryotherapy. Electrical Stimulation (E-Stim): Unattended. Moist Hot Pack. Ultrasound.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 11, 2015 13:36:26

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
**Acct #:** 216518
**DOB:**
**Physician:** Jason Garber
**Phys Fax:**
**Physician:** Not Specified
**Clinician:** Vanessa Martin
**FSC:** Commercial Insurance
**Case Mgr:**
**Payor:**
**Pol/Claim#:** SFG383A79260

**Visit Date:** Aug 10, 2015
**Phys Phone:**
**SSN:** XXX-XX-XXXX
**Inj. Date:** Jul 16, 2015
**Surg. Date:**
**Visits:** 1
**Cxl/Ns:** 0
**Employer:**
**Insured:** Abolfazl Hosseinpour

# Plan of Care

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**
- ADL's. Flexibility. Functional Activities. Gait/Locomotion. Pain. Posture. Range of Motion. Soft Tissue Mobility. Strength.

**Treatment Emphasis to focus on:**
- Education. Strengthen Disuse Components. Enhanced Dynamic Stability. Range of Motion/Mobility Improvements. Pain relief. Postural Improvements. Teach Precautions. Maintain Fitness.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 10/10.**
*LTG Achieve by Sep 07, 2015.*
**Symptomatic Improvements:**
- Decreasing Pain: Minimize Occurances: During Activities.

***Problem #2*** **Not currently on an HEP**
*STG Achieve by Aug 24, 2015.*
**Client Education:**
- Independent Home Exercise/Self Care Program.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees).**
- Active Extension — 30 Degrees
- Active Flexion — 50 Degrees
- Active Rotation Left — 40 Degrees
- Active Rotation Right — 30 Degrees

*STG Achieve by Aug 24, 2015.*
**Range of Motion Improvements to: Spine: Cervical (Degrees):**
- Gross Assessment WNL.

***Problem #4*** **Muscle Testing: Lower Extremity MMT.**

| | Left | Right |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |

*LTG Achieve by Sep 07, 2015.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| Gross Assessment | 5/5 | 5/5 |

***Problem #5*** **Muscle Testing: Upper Extremity MMT.**

| | Left | Right |
|---|---|---|
| Gross Assessment | 4/5 | +4/5 |

*LTG Achieve by Sep 07, 2015.*

**Patient:** Abolfazl Hosseinpour
Acct #: 216518

Visit Date: **Aug 10, 2015**

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #6*** **Gait/Locomotion: walking in the community increases neck and low back pain.**

*LTG Achieve by Sep 07, 2015.*

**Improve Gait/Weight Bearing:**

- He will ambulate in the community on all surfaces with no difficulty.

## Plan

**The goals and plan were discussed with the patient and/or family and they concur. The patient and/or family were instructed to call therapist regarding problems or questions. The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.**

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Active Range of Motion Activities. Client Education. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Exercise. Neuromuscular Re-education.
- Modalities:
  - Cryotherapy. Electrical Stimulation (E-Stim): Unattended. Moist Hot Pack. Ultrasound.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 11, 2015 13:36:26

### Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

**Physician/NPP Signature** **Date** **Print Name and Credentials**

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
**Acct #:** 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

**Visit Date:** **Aug 12, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 2
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**

- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**

- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**

- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Extension 30 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 40 Degrees
- Active Rotation Right 30 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**

- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**

- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**

- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 60/50 Pounds, Traction Application: Intermittent, Traction Placement: lumbar, Clinical Use: Pre-Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**

- Total Therapy Session Time 55 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 12, 2015**

---

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 12, 2015 17:00:26

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 14, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 3
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet **Significant Medical DX/Conditions: None.**

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| Active Extension. | 30 Degrees |
| Active Flexion | 50 Degrees |
| Active Rotation Left | 40 Degrees |
| Active Rotation Right | 30 Degrees |

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
Visit Date: **Aug 14, 2015**

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 17, 2015 07:16:56

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: Aug 19, 2015
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 4
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**

- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**

**Chief Complaint:**

- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**

- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Extension | 30 Degrees |
| • Active Flexion | 50 Degrees |
| • Active Rotation Left | 40 Degrees |
| • Active Rotation Right | 30 Degrees |

## Treatments

**Exercise Activities: Aerobic Conditioning:**

- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**

- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**

- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: Intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**

- Total Therapy Session Time 40 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Plan

**Daily Plan:**

* Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 19, 2015 16:00:11

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
**Acct #:** 216518
**DOB:**
**Physician:** Jason Garber
**Phys Fax:**
**Physician:** Not Specified
**Clinician:** Vanessa Martin
**FSC:** Commercial Insurance
**Case Mgr:**
**Payor:**
**Pol/Claim#:** SFG383A79260

**Visit Date:** Aug 19, 2015
**Phys Phone:**
**SSN:** XXX-XX-XXXX
**Inj. Date:** Jul 16, 2015
**Surg. Date:**
**Visits:** 4
**Cxl/Ns:** 0
**Employer:**
**Insured:** Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Left | Right |
|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension: 30 Degrees
- Active Flexion: 50 Degrees
- Active Rotation Left: 40 Degrees
- Active Rotation Right: 30 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: Intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
**Acct #:** 216518
**Visit Date:** **Aug 19, 2015**

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**
* Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 19, 2015 16:00:11

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

Patient: Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: Aug 20, 2015
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 5
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension 30 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 40 Degrees
- Active Rotation Right 30 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 20, 2015**

---

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

---

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 20, 2015 15:43:53

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

Patient: Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Tim Hipkins
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 24, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 5
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Cancel/No Show *Patient cancelled appointment*

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Cancel Reasoning:**
- Child Care Conflict.

Electronically authenticated.

Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 25, 2015 07:22:14

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
Acct #: 216518
**DOB:**
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 26, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: **Jul 16, 2015**
Surg. Date:
Visits: 6
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Left | Right |
|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | | |
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | | |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension 34 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 43 Degrees
- Active Rotation Right 34 Degrees

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**
- Extension 14%
- Flexion 45%
- Side Bending Left 20%
- Side Bending Right 20%

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
Visit Date: **Aug 26, 2015**

- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 60 Minutes

## Assessment

**Treatment Emphasis to focus on:**
- Pain relief.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 26, 2015 15:57:42

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 26, 2015 15:57:58

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

| | | | |
|---|---|---|---|
| Patient: | Abolfazl Hosseinpour | | |
| Acct #: | 216518 | | |
| DOB: | | Note Date: | Aug 26, 2015 |
| Physician: | Jason Garber | Phys Phone: | |
| Phys Fax: | | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Jul 16, 2015 |
| Clinician: | Vanessa Martin | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 6 |
| Case Mgr: | | Cxl/Ns: | 1 |
| Payor: | | Employer: | |
| Pol/Claim#: | SFG383A79260 | Insured: | Abolfazl Hosseinpour |

# Progress Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Aug 10, 2015 Left | Aug 10, 2015 Right | Aug 26, 2015 Left | Aug 26, 2015 Right |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | | | | |
| • Gross Assessment | +4/5 | +4/5 | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | | | | |
| • Gross Assessment | 4/5 | +4/5 | 4/5 | +4/5 |

| | Aug 10, 2015 | Aug 26, 2015 |
|---|---|---|
| **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):** | | |
| • Active Extension. | 30 Degrees | 34 Degrees |
| • Active Flexion | 50 Degrees | 50 Degrees |
| • Active Rotation Left | 40 Degrees | 43 Degrees |
| • Active Rotation Right | 30 Degrees | 34 Degrees |
| **Range of Motion: Spine: Post-Treatment: Lumbar Degrees:** | | |
| • Active Extension. | | 14 Degrees |
| • Active Flexion | | 45 Degrees |
| • Active Side Bend Left | | 20 Degrees |
| • Active Side Bend Right | | 20 Degrees |

## Assessment

**Treatment Emphasis to focus on:**
- Pain relief.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Note Date: **Aug 26, 2015**

**Therapy Referral**

I have read the above report and request that my patient:

- ☐ Continue with treatment program as indicated above.
- ☐ Continue treatment program for ___ days/week for ___ weeks.
- ☐ Revise treatment program as indicated: ______
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: ______

**Please sign and return**

______ ______
**Physician/NPP Signature** **Date**

______
**Print Name and Credentials**

Electronically authenticated.

______
Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 26, 2015 16:00:06

Electronically authenticated.

______
Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 26, 2015 16:00:19

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 27, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 7
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension 34 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 43 Degrees
- Active Rotation Right 34 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 55 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 27, 2015**

---

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

---

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 28, 2015 07:24:36

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
**Acct #:** 216518
**DOB:**
**Physician:** Jason Garber
**Phys Fax:**
**Physician:** Not Specified
**Clinician:** Vanessa Martin
**FSC:** Commercial Insurance
**Case Mgr:**
**Payor:**
**Pol/Claim#:** SFG383A79260

**Visit Date:** Sep 01, 2015
**Phys Phone:**
**SSN:** XXX-XX-XXXX
**Inj. Date:** Jul 16, 2015
**Surg. Date:**
**Visits:** 7
**Cxl/Ns:** 2
**Employer:**
**Insured:** Abolfazl Hosseinpour

# Cancel/No Show *Patient cancelled appointment*

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Cancel Reasoning:**
- Follow Up

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Sep 02, 2015 09:42:17

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Note Date: **Dec 10, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 7
Cxl/Ns: 2
Employer:
Insured: Abolfazl Hosseinpour

# Discharge Summary

## Diagnoses

| | | |
|---|---|---|
| Spine | M54.5 | Low back pain |
| | 723.1 | Cervicalgia |
| | 724.2 | Lumbago |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Aug 10, 2015 Left | Aug 10, 2015 Right | Dec 10, 2015 Left | Dec 10, 2015 Right |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | | | | |
| • Gross Assessment | +4/5 | +4/5 | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | | | | |
| • Gross Assessment | 4/5 | +4/5 | 4/5 | +4/5 |

| **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):** | **Aug 10, 2015** | **Dec 10, 2015** |
|---|---|---|
| • Active Extension | 30 Degrees | 34 Degrees |
| • Active Flexion | 50 Degrees | 50 Degrees |
| • Active Rotation Left | 40 Degrees | 43 Degrees |
| • Active Rotation Right | 30 Degrees | 34 Degrees |

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 10/10.**
*LTG Achieve by Sep 07, 2015.*
**Symptomatic Improvements:**
- Decreasing Pain: Minimize Occurances: During Activities.

***Problem #2*** **Not currently on an HEP**
*STG Achieve by Aug 24, 2015.*
**Client Education:**
- Independent Home Exercise/Self Care Program.

Patient: Abolfazl Hosseinpour
Acct #: 216518

Note Date: Dec 10, 2015

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees).**

*STG Achieve by Aug 24, 2015.*

**Range of Motion Improvements to: Spine: Cervical (Degrees):**

- Gross Assessment WNL

***Problem #4*** **Muscle Testing: Lower Extremity MMT.**

*LTG Achieve by Sep 07, 2015.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #5*** **Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Sep 07, 2015.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #6*** **Gait/Locomotion: walking in the community increases neck and low back pain.**

*LTG Achieve by Sep 07, 2015.*

**Improve Gait/Weight Bearing:**

- He will ambulate in the community on all surfaces with no difficulty.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Dec 10, 2015 21:44:11

**Invoice** **318034**

**Date of Invoice** **02/25/2016**

**MLS Group of Companies, Inc.**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92,
P.O. Box 1525

Dover, NH 03821
**Attention:** Jessica Austin

**Case Id:** 5482725
**Referral Id:** 32616001687
**Name:** Hosseinpour, Abolfazil
**Employer:**
**Physician:** Howard Grattan
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 2/26/16

| Item | Rate |
|---|---|
| Peer Review | 235.00 |

| | |
|---|---|
| **Invoice Total** | $235.00 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$235.00** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies, Inc.

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Jessica Austin DATE: Wednesday, February 17, 2016

## CLAIM BACKGROUND

Claimant Name: ABOLFAZL HOSSEINPOUR Claim Number: 5482725

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: SAFEWAY INC.

Change In DEF. Date: 01/19/2018

Pre-Disability Earnings: $11,613.75 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

please complete oa for a pharmacy manager

DP 512

**Liberty Life Assurance Company of Boston**

Amanda Voce, MA, CRC
Group Benefits Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone: (800) 210-0268, Ext. 16639
Fax: (603) 334-4117
E-Mail: Amanda.Voce@libertymutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Abolfazl Hosseinpour |
| **Claim Number:** | 5482725 |
| **Technical Claims Consultant:** | Jessica Austin |
| **Date of Report:** | February 17, 2016 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Mr. Hosseinpour is a 57-year old Pharmacy Manager employed by Safeway Inc. who discontinued work on July 15, 2015, due to lumbar degenerative disc disease, cervical degenerative disc disease, lumbar stenosis, left arm numbness, and anxiety. He is right hand dominant. In preparation for this report I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Mr. Hosseinpour's job were obtained from his job description that was found in his claim file. Mr. Hosseinpour's employer titles his position a Pharmacy Manager. In this job, Mr. Hosseinpour was responsible for:

> "As a primary contact for Safeway customers, the Pharmacy Manager provides friendly, courteous, and helpful service. Trains, supervises, schedules, and assigns duties to pharmacy employees. Follows division guidelines for the implementation of the merchandising program. Employee compounds and dispenses prescribed medications, drugs, and other pharmaceuticals for patient care according to professional standards and state and federal legal requirements. Reviews prescriptions issued by physician or other authorized prescriber to assure accuracy and determine ingredients needed. Compounds medications using standard formulas and process such as weighing, counting, measuring, and mixing ingredients. Directs pharmacy personnel engaged in mixing, packaging, and labeling pharmaceuticals. Answers questions and provides information to pharmacy customers on drug interactions, side effects, dosage, and storage of pharmaceuticals. Maintains established procedures concerning quality assurance, security, and

> disposal of drugs. Enters data such as patient name, prescribed medication to maintain pharmacy files, chart system, and inventory. Assures product and removal of out of date product. Responsible for maintaining appropriate stock and inventory in the pharmacy. Responsible for overseeing and enforcing all applicable legal requirements and quality control procedures. Reports to Regional Pharmacy Manager."

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on a review of the job information provided, Mr. Hosseinpour's job tasks are best represented by the following description in the Dictionary of Occupational Titles (DOT): Pharmacist (074.161-010).

The DOT description and tasks are substantially similar to the updated information in the Standard Occupational Classification/Occupational information Network (SOC/O*NET) description of Pharmacists (29-1051.00). The O*NET describes this occupation as:

> "Compound and dispense medications following prescriptions issued by physicians, dentists, or other authorized medical practitioners."

The Occupational Outlook Handbook provides similar information. In addition to the information above, a 2013 survey of incumbents completed by O*NET was also reviewed regarding physical demands of this occupation.

### LABOR MARKET RESEARCH

Significant Internet research coupled with employer research has been completed to review this occupation. A variety of Pharmacists are identified including: Order/Remote Pharmacist, Managed Care and Pharmacy Benefit Management Pharmacist, Medication Management Center Pharmacist and Informatics Pharmacist. All of these various Pharmacist positions would be considered Consultant Pharmacists.

Other types of Pharmacist include Pharmaceutical Industry Pharmacist, Clinical Pharmacist and Community Pharmacist.

Based on the formal LMS, this occupation spans from the sedentary and light physical demand levels. There are ample opportunities that exist at both levels.

### PHYSICAL DEMANDS

Based on a combination of all the research outlined above, this occupation is most often performed at the sedentary and light levels of physical demand based on Department of Labor descriptions found in the DOT.

The Department of Labor defines sedentary work as,

> "**S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of

the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

For the sedentary physical demand level the positional requirements are as follows:

- **Frequent** handling, fingering and sitting
- **Occasional** reaching, (reaching can be reduced or eliminated by moving objects an ergonomically correct distance from the body), walking and standing
- **No** bending/stooping, climbing, twisting, kneeling, crawling and crouching/squatting

The Department of Labor defines light work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

For the light physical demand level the positional requirements are as follows:

- **Constant** standing
- **Frequent** walking, reaching, handling and fingering
- **Occasional** sitting, bending/stooping, crouching/squatting, climbing and twisting
- **No** kneeling or crawling

Stools may be provided for accommodating standing in light environments; however, weight lifted may still rise above the sedentary level (i.e. up to 20 lbs. occasionally).

## COGNITIVE DEMANDS

The DOT and a 2013 O*NET survey of incumbents and analysts were consulted regarding the mental/cognitive demands of the occupation. The DOT and O*NET survey data identifies the following tasks to be of importance for this occupation: attaining precise set limits, tolerances and standards; performing a variety of duties; the ability to recognize and solve problems; the ability to apply general rules to specific problems; the ability to combine pieces of information to form general rules; the ability to arrange things or actions in a certain order or pattern; the ability to concentrate on a task over a period of time; the ability to quickly and accurately compare similarities and differences among information; the ability to update and use relevant knowledge; evaluate information to determine compliance with standards; communicating with others; establishing and maintaining interpersonal relationships; providing consultation and advice to others; organizing, planning, and

prioritizing work; analyzing data or information; training and teach others; resolving conflicts and negotiating with others; thinking creatively; developing objectives and strategies; the ability to work with a work group or team; and the ability to meet time deadlines.

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

With a reasonable degree of vocational certainty, the typical physical demands of Mr. Hosseinpour's occupation of Pharmacist are most often sedentary and light in physical demand. The positional requirements and cognitive demands are listed above. Based on the standard resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with Mr. Hosseinpour for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Amanda Voce, MA, CRC
Vocational Case Manager
SDN: 873-16639
Group Benefits Claims
Liberty Life Assurance Company of Boston

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. ABOLFAZL HOSSEINPOUR

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

February 17, 2016

Mr. Abolfazl Hosseinpour

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified physician.

We anticipate a response from the reviewing Board Certified physician by March 16, 2016. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Jessica Austin
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16352
Fax: (603) 422-7909

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 2/17/2016 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 7/15/2015 |
| Zip: | | Primary Diagnosis: | Degeneration of lumbar or lumbosacral intervertebr |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Jason Garber (702) 835-0088 (702) 835-0085 |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Please see additional records from Dr. Tafreshi and Kelly Hawkins Physical Therapy. The claimant has not seen Dr. Garber since 9/2015 and has not persued his recommendations. The claimant is also treating for depression and anxiety, which will be reviewed seperatley.

1. Based on the additional medical records reviewed, in your opinion does the claimant currently have full-time sedentary work capacity?

2. If no, please outline restrictions & limitations and likley duration.

3. Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion

4. Does the accompanying surveillance information conflict with or contradict your review and the claimant's self-reported limitations?

Instructions For Vendor:

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Please refer file to Dr. Howard Grattan for an addendum to his 10/19/15.

Attorney Information (if applicable):

n/a

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual Consulting Physician Referral
## File Review - Standard

**Physician Specialty: General Psychiatry**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 5482725 |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 7/15/2015 | Date Sent: | 2/17/2016 |
| Claimant SSN: | | Date Benefits Began: | 1/20/2016 |
| Product Type: | LTD | Paid Through: | 1/19/2018 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: SAFEWAY INC.

Referred By: AUSTIN, JESSICA 096 8*731-6352

Assigned Nurse Case Manager:

Diagnosis: 722.52 Degeneration of lumbar or lumbosacral intervertebral disc, 300.02 Generalized a

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please refer file to Dr. Belliveau for an addendum to his 10/15 report.

Since the 10/15 report, updated records have been requested from both Dr. Tafreshi (pcp) and Dynamic Futures (therapisy and psych); however only the records from Dr. Tafreshi were received.

1. In your previous report, you outlined that psychiatric impairment was substantiated through approximatley 11/15/15. In your opinion, do the records on file continue to support that the claimant would be precluded from working due to pscyhiatric symptoms beyond 11/15/15? Please outline your rationale.

2. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions/limitations. Please indicate the provider/s name, etc., and the time frame for such information if known.

3.Does the accompanying surveillance information conflict with or contradict documentation in the available medical records?

4.Please outline reasonably supported barriers documented in the medical records contributing to or impacting the claimant's ability to perform sustainable activities? Please comment on how these non-medical factors could impact psychiatric impairment and the necessity for restrictions/limitations.

4500 Meadows Lane
Las Vegas, NV 89107
702-258-8100
702-258-4244

**Meadows Medical Group**

# Fax

| | |
|---|---|
| **To:** | **From:** Jennifer |
| **Fax:** 603-427-1844 | **Pages:** 11 |
| **Phone:** | **Date:** 2·3·16 |
| **Re:** Hosseinpar Abolfazl | **cc:** |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Comments: The information contained in this fax is confidential, privileged and should only be reviewed by the individual named above. If you are not the intended recipient, please immediately notify the sender by telephone and return this fax to the sender. Thank You.

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 57 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 01/28/2016
**AGE AT DOS** 57 yrs
Electronically signed by Mehrdad Tafreshi MD at 01/28/2016 02:16 pm

**Chief complaint**
Follow up

| **Vitals for this encounter** | **01/28/16 1:19 PM** |
|---|---|
| Height | 69 in |
| Weight | 190.40 lb |
| Temperature | 97.30 °F |
| Pulse | 86 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 28.12 |
| Blood pressure | 123/81 mmHg |

**SUBJECTIVE**

fu.
no changes
severe Anxiety depression persists panic attacks. Insomnia. losing concentrations. pain neck and lower back persists.
left arm hand weakness
drops things
neck pain and Head achesInsomnia wakes up few times at night
on Remeron

**OBJECTIVE**

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . EXT: , motor L hand grip decreased.

**ASSESSMENT**

Diagnoses attached to this encounter:

- Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]
- Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]
- Severe recurrent MDD without psychotic features [ICD-10: F33.2], [ICD-9: 296.33], [SNOMED: 36474008]
- Cervical disc degeneration [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

**PLAN**

continue same
prognosis is poor
refill Ambien,Xanax,Fiorict,,Tramadol

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 57 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 12/21/2015
**AGE AT DOS** 57 yrs
Electronically signed by Mehrdad Tafreshi MD at 12/21/2015 04:21 pm

## Chief complaint

Follow up

| Vitals for this encounter | |
|---|---|
| | **12/21/15 3:49 PM** |
| Height | 69 in |
| Weight | 188.60 lb |
| Temperature | 97.7 °F |
| Pulse | 74 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |
| BMI | 27.85 |
| Blood pressure | 132/83 mmHg |

**SUBJECTIVE**

fu. has seen psychiatrist Dr Mark Collins on Remeron
ROS: severe pain both knees hips,difficulty walking standing long
severe Anxiety depression persists panic attacks
Insomnia
sad feeling and useless feelings
losing concentrations
pain neck and lower back persists

**OBJECTIVE**

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . EXT: , motor L hand grip decreased. Bil Knee tender with flexion and extension no effusion.

**ASSESSMENT**

Diagnoses attached to this encounter:

Pure hyperglyceridemia [ICD-10: E78.1]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Degeneration of cervical intervertebral disc [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Moderate recurrent MDD [ICD-10: F33.1], [ICD-9: 296.32], [SNOMED: 18818009]

**PLAN**

fu Psychiatrist
Ambien Rx. Xanax Rx.

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 57 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 10/27/2015
**AGE AT DOS** 56 yrs
Electronically signed by Mehrdad Tafreshi MD at 10/27/2015 04:37 pm

**Chief complaint**

Follow up

**Vitals for this encounter**

| | **10/27/15 7:45 AM** |
|---|---|
| Height | 69 in |
| Weight | 187.40 lb |
| Temperature | 98.10 °F |
| Pulse | 74 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 98 % |
| BMI | 27.67 |
| Blood pressure | 115/71 mmHg |

**SUBJECTIVE**

fu. conditions unchanged
Anxiety issues Panic attacks difficulty to concentrate on Xanax and Paxil no sig changes. gets panic attacks feels hot agitated heart races happens 3-4 times daily
feels unhappy no desire for anything
pain neck and lower back persists Dr Garber recommended surgery but pt refuses
pain level 9/10
pain interfere with sleep needs Ambien to sleep

**OBJECTIVE**

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . EXT: , motor L hand grip decreased. L Knee tender with flexion and extension no effusion.

**ASSESSMENT**

Diagnoses attached to this encounter:

Pure hyperglyceridemia [ICD-10: E78.1]

Spinal stenosis of lumbar region [ICD-10: M48.06], [ICD-9: 724.02], [SNOMED: 18347007]

Degeneration of cervical intervertebral disc [ICD-10: M50.30], [ICD-9: 722.4], [SNOMED: 69195002]

Anxiety disorder [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 197480006]

Moderate recurrent MDD [ICD-10: F33.1], [ICD-9: 296.32], [SNOMED: 18818009]

**PLAN**

needs Psych referral awaiting appointment
Psychologist appointment next wk
Ambien Rx
Xanax Rx

practicefusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 57 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 09/23/2015
**AGE AT DOS** 56 yrs
Electronically signed by Mehrdad Tafreshi MD at 09/23/2015 01:08 pm

## Chief complaint

Patient is here following up from his Knee X-ray

| Vitals for this encounter | |
|---|---|
| | **09/23/15 12:40 PM** |
| Height | 69 in |
| Weight | 185 lb |
| Temperature | 97.90 °F |
| Pulse | 73 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 96 % |
| Pain | 10 |
| BMI | 27.32 |
| Blood pressure | 106/70 mmHg |

### SUBJECTIVE

fu.
neck pain lower back pain L arm numbness and pain persists,,left hand weakness unchanged. L knee pain difficulty walking for long or standing.
pain neck back severe at times brings tears to his eyes
Having bitemporal head aches no N/V
Anxiety issues Panic attacks difficulty to concentrate on Xanax and Paxil no sig changes

### OBJECTIVE

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . EXT: , motor L hand grip decreased. L Knee tender with flexion and extension no effusion.
PHQ9 =19

### ASSESSMENT

Diagnoses attached to this encounter:

Degeneration of lumbar or lumbosacral intervertebral disc [722.52]

Pure hyperglyceridemia [272.1]

Spinal stenosis of lumbar region [724.02]

Degeneration of cervical intervertebral disc [722.4]

Anxiety disorder [300.00]

Major depressive disorder [296.20]

**PLAN**

Fu with Dr Garber.
Increase Paxil to 40
Fioricet codein for HAs
still not fit to return to work

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 57 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 09/09/2015
**AGE AT DOS** 56 yrs
Electronically signed by Mehrdad Tafreshi MD at 09/09/2015 04:39 pm

## Chief complaint

Follow up

| Vitals for this encounter | |
|---|---|
| | **09/09/15 4:16 PM** |
| Height | 69 in |
| Weight | 188.40 lb |
| Temperature | 97.20 °F |
| Pulse | 73 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 98 % |
| BMI | 27.82 |
| Blood pressure | 106/73 mmHg |

**SUBJECTIVE**

fu. neck pain lower back pain L arm numbness and pain persists,,left hand weakness unchanged
L knee pain difficulty walking for long or standing
Anxiety issues Panic attacks difficulty to concentrate on Xanax Zoloft
has not improved
PT x 3wks and going for Neurosurgical eval for cervical spine

**OBJECTIVE**

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.
EXT: , motor L hand grip decreased.
L Knee tender with flexion no effusion

**ASSESSMENT**

Diagnoses attached to this encounter:

Degeneration of lumbar or lumbosacral intervertebral disc [722.52]

Spinal stenosis of lumbar region [724.02]

Degeneration of cervical intervertebral disc [722.4]

Anxiety disorder [300.00]

**PLAN**

Xray L Knee
Fu with Dr Garber.
Psych referral pending awaiting appointment
DC Zoloft try Paxil

practice fusion
Free cloud based EHR

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

Date: November 30, 2015

To: KELLY HAWKINS
4800 E BONANZA RD STE 2
LAS VEGAS NV 89110

Attn: Medical Records

Fax: (702) 438-4550

From: Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

Total Pages
(Including Cover): 2

RE:

Claim #: 5482725
Claimant: Abolfazl Hosseinpour

Safeway, Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

X Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Mutual.
INSURANCE

# FAX COVER SHEET

**Date:** Friday, December 18, 2015

**To:** Kelly Hawkins PT

**Fax #:** (702) 438-4550

**From:**

**Phone #:**

**Fax #:**

**Pages (including cover):** 03

**Notes:**

*This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me via return fax or via telephone and permanently delete the original and any copy of any fax and any printout thereof.*

# Kelly Hawkins

*Physical Therapy*

Patient Name: Abdolfazl Hosseinpour Patient Phone: ______

Date: 7/16/15 Date of Injury: ______ Date of Surgery: ______

Insurance: ______ ICD-9: 722.0; 722.4.

Diagnosis: ______

Protocol / Comments: ______

***INDUSTRIAL/PRIVATE - REHAB - WORK HARDENING - SPORTS - PERSONAL INJURY***

Cervical & Lumbar

## TREATMENT PROTOCOL

- [x] EVALUATE & TREAT
- [ ] Exercise
- [ ] Manual Therapy
- [ ] Chronic Pain Program
- [ ] Posture/Position/Body Mechanics
- [ ] AROM
- [ ] PROM
- [ ] Back School
- [ ] Gait Training
- [ ] McKenzie Program
- [ ] Aquatic Therapy
- [ ] Neuro Re-education
- [ ] Home Program
- [ ] Orthotics

## MODALITIES & PROCEDURES

- [ ] Cold Packs
- [ ] Hot Packs
- [ ] Electrical Stimulation
- [ ] Ultrasound
- [ ] Massage/Soft Tissue Mobilization
- [ ] Traction
- [ ] Cryotherapy
- [ ] Paraffin
- [ ] Iontophoresis
- [ ] Other Pilates
- [ ] IFC
- [ ] TENS
- [ ] Phonophoresis
- [ ] Whirlpool

## INDUSTRIAL REHABILITATION

- [ ] Functional Capacity Evaluation (FCE)
- [ ] Ergonomic Analysis
- [ ] Work Simulation
- [ ] Post Offer Employment Testing (POET)
- [ ] Job Site Analysis
- [ ] Work Capacity Evaluation
- [ ] Work Conditioning Program
- [ ] Work Hardening

**Frequency/Duration:** [ ] 3 x/week/4 weeks [x] 3 x/week/6 weeks [ ] Other ______

**PHYSICIAN'S SIGNATURE:** Jason Harlan

Return to Physician Date: ______

***CIRCLE DESIRED LOCATION AND FAX TO PREFERRED OFFICE***

**CENTRAL** - ***Pool Location*** *(Charleston / Valley View)* • Phone 702-876-1733 • Fax 702-878-2018
**EAST** *(Flamingo & Burnham)* • Phone 702-737-8820 • Fax 702-737-1622
**GREEN VALLEY / HENDERSON** *(Stephanie / Warm Springs)* • Phone 702-456-2024 • Fax 702-456-0035
**NORTH** *(Ann / Decatur)* • Phone 702-396-7100 • Fax 702-396-9100
**NORTH EAST** *(Bonanza / Nellis)* • Phone 702-438-3188 • Fax 702-438-4550
**NORTHWEST** *(Tenaya / Cheyenne)* • Phone 702-869-6978 • Fax 702-869-6959
**PAHRUMP** *(Highway 160)* • Phone 775-727-3838 • Fax 775-727-3781

**PATIENT INFORMATION**

VERIFIED BY: ______ DATE: ______
KELLY HAWKINS PHYSICAL THERAPY LOCATION: ______

RX DATE ______ SCHD APPT ______ TX START DATE: ______ THERAPIST: ______
NAME Abolfazl Hossein Poor ______
ADDRESS ______ SOCIAL SECURITY # ______
STATE NV
HOME PHONE ( ) ______ MOBILE ( ) ______ WORK PHONE ( ) ______ EXT. ______
DATE OF BIRTH ______ MARITAL STATUS M ______ PATIENT SEX ______
PERSON TO CONTACT IN CASE OF EMERGENCY ______ RELATIONSHIP ______
PHONE ______
REFERRING PHYSICIAN Gary Lee ______ PHONE ______ FAX ______
DATE OF INJURY ______ DATE OF SURGERY ______ DIAGNOSIS Low back/Neck pain ICD# ______
*CAUSE OF COMPLAINT DUE TO: ☐ AUTO ☐ WORK ☒ OTHER ______

**NAME OF INSURED/POLICY HOLDER INFORMATION**

NAME Abolfazl ______ RELATIONSHIP TO PATIENT Self ______ DATE OF BIRTH ______
SOCIAL SECURITY# ______ EMPLOYER NAME ______ PHONE ______

**INSURANCE INFORMATION** **DO YOU HAVE SECONDARY INSURANCE? ☐ YES ☐ NO**

**PRIMARY** Staff Initials: ______
NAME OF INSURANCE COMPANY ______
BILLING ADDRESS ______
PHONE ( ) ______ - ______ REPRESENTATIVE ______ CALL REFERENCE # ______
POLICY/ID # ______ GROUP # ______ EFFECTIVE DATE ______
BENEFITS ______ % DEDUCTIBLE $ ______ MET $ ______ COPAY $ ______ OUT OF POCKET MAX $ ______
REQUIRES PRE-AUTH ☐ YES ☐ NO AUTH # ______ # OF VISITS AUTHORIZED ______ MED NECESS ☐
AUTHORIZED BY ______ DATE ______ PLAN LIMITATIONS ______

**SECONDARY** Staff Initials: ______
NAME OF INSURANCE COMPANY ______ PHONE ( ) ______
INSURANCE BILLING ADDRESS ______
POLICY HOLDER ______ RELATIONSHIP TO PATIENT ______
SOCIAL SECURITY/MEMBER ID# ______ GROUP# ______

**WORKERS' COMPENSATION/AUTO INFORMATION** Staff Initials: ______
NAME OF INSURANCE COMPANY ______ PHONE ( ) ______
VERIFIED CLAIMS MAILING ADDRESS ☐ ADDRESS TO SUBMIT CLAIMS ______
ADJUSTER ______ PHONE ( ) ______ FAX ( ) ______
DATE OF INJURY ______ CLAIM # ______ PREVIOUS PT/OT (This Injury) ☐ YES ☐ NO
EMPLOYER ______ PHONE ( ) ______
***AUTO PATIENTS ONLY:** POLICY HOLDER ______ RELATIONSHIP ______
AUTO POLICY NUMBER ______ MED-PAY ON POLICY: ☐ YES ☐ NO AMOUNT$ ______

**MEDICARE PATIENTS ONLY**

DO YOU HAVE MEDICARE PART A & PART B? YES ☐ NO ☐
HAVE YOU RECEIVED ANY HOME HEALTH CARE WITHIN THE LAST 2 MONTHS? YES ☐ NO ☐
ARE YOU CURRENTLY RECEIVING ANY TYPE OF THERAPY AT ANOTHER FACILITY OR HOSPITAL? YES ☐ NO ☐
HAVE YOU PREVIOUSLY RECEIVED PT/OT FOR THIS DIAGNOSIS? YES ☐ NO☐ *IF YES WHEN: ______

**Insurance Benefits Payment Policy:** The information listed above is a description of your healthcare benefits, which was given to us by a representative of your health insurance company. It is not a guarantee or authorization of payment. Actual benefits cannot be determined until the claim has been received and processed by your insurance. We will call to verify your insurance coverage. Deductibles and co-payments are due at the time of service.

I hereby give lifetime authorization for payment or insurance benefits to be made directly to this healthcare provider for services rendered. I understand that I am financially responsible for all charges not paid by my insurance company. In the event of default, I agree to pay all costs of collection and reasonable attorneys fees. I further agree that a photocopy of this agreement is as valid as the original. I further authorize that my signature on this form constitutes assignment of benefits to the above name healthcare provider.
I consent to have this healthcare provider and/or its' affiliates provide the treatment and care prescribed by my physician(s). I understand this consent may be revoked by me at any time.

[signature] ______ 8/10/15 ______
PATIENT'S SIGNATURE DATE

Form rev. 12/2014

# Kelly Hawkins
*Physical Therapy*

## Patient Medical History

Name: Abolfazl Hosseinpour Referring Physician: Gabriel
Date of Injury: ______ Date of next Doctors visit for this injury: ______
Have you had surgery for this injury: ____Yes ____No Date of Surgery: ______
Are you currently taking any prescription or non prescription medications?: ____Yes ____No
Please list all medications you are currently taking, please include dosage: ______

Do you now have or have you ever had ANY of the following?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Asthma, Bronchitis, or Emphysema | | ✓ | Numbness or Tingling | ✓ | |
| Shortness of breath/Chest Pain | | ✓ | Dizziness or Fainting | | ✓ |
| Coronary artery disease or angina | | ✓ | Bowel or Bladder problems | ✓ | |
| Do you have a pacemaker? | | ✓ | Weakness | ✓ | |
| High blood pressure | | ✓ | Weight loss/Energy loss | | ✓ |
| Heart Attack or Surgery | | ✓ | Hernia | | ✓ |
| Stroke/TIA | | ✓ | Varicose Veins | | ✓ |
| Congestive Heart Disease | | ✓ | Allergies | | ✓ |
| Blood Clot/Emboli | | ✓ | Any pins or metal implants | | ✓ |
| Epilepsy/Seizures | | ✓ | Joint replacement surgery | | ✓ |
| Thyroid Disease or Goiter | ✓ | | Neck Injury/Surgery | | ✓ |
| Anemia | | ✓ | Shoulder Injury/Surgery | ✓ | |
| Infectious diseases | | ✓ | Elbow/Hand Injury/Surgery | | ✓ |
| Diabetes | | ✓ | Back Injury/Surgery | | ✓ |
| Cancer or Chemotherapy | | ✓ | Knee Injury/Surgery | | ✓ |
| Arthritis | | ✓ | Leg/Ankle/Foot Injury/Surgery | | ✓ |
| Osteoporosis | | ✓ | Are you pregnant? | | ✓ |
| Gout | | ✓ | Do you use tobacco? | | ✓ |
| Sleeping Problems/Difficulties | ✓ | | If yes how long have you used tobacco? ______ | | |
| Emotional/Psychological Problems | ✓ | | | | |
| Severe or frequent headaches | ✓ | | How often do you use tobacco? ______ | | |
| Vision or hearing difficulties | ✓ | | | | |

List any other information that would assist us in your care: Savere Neck + Lower back pain and pain in my hips & legs & left hand + numbness & Tingling on my LtR fingers

What are your rehabilitation expectations/goals while in this program? I don't know

Patient/Guardian Signature: [signature] Date: 8/10/15

JAN-26-2016 01:15 From: To:16032471844 Page:6/35

# Kelly Hawkins

*Physical Therapy*

<u>Scheduling & Attendance Policy</u>

When your physician has referred you to us, he invariably prescribed treatment on a specific frequency and duration, until he consults with you again. If he/she did not prescribe certain criteria, your therapist will contact his/her office to obtain that information.

______ If you are referred to us for treatment of a work-related injury, it is important that you understand it is imperative to keep your scheduled appointments. Notification of your failure to keep scheduled appointments will be provided to your physician and case manager. If 3 or more appointments are missed without cancellation, recommendation for discharge from our care will be made. Missed appointments will question the severity of you injury. Also, notification is required if you will be more than 15 minutes late for your appointment.

______ If you are receiving treatment under your private insurance, no-show/cancellations will be charged for the appointment. In order to not be charged, cancellations must be made at least 4 hours prior to your scheduled appointment. Also, notification is required if you will be more than 15 minutes late for your appointment.

Please help us help you by keeping your appointments and receiving the treatment your doctor prescribed. If you have a scheduling problem, please feel free to discuss it with your therapist or front office coordinators. We will make every effort possible to accommodate you.

Please keep all scheduled appointments.

**I HAVE READ & UNDERSTAND THE POLICY AS SET FORTH ABOVE.**

Patient Signature: [signature] Date: 8/10/15

Effective March 1, 2003

# PATIENT PRIVACY NOTICE

## THIS ABBREVIATED NOTICE BRIEFLY DESCRIBES HOW HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION

## HOW WE MAY USE AND DISCLOSE HEALTH INFORMATION ABOUT YOU

**For Treatment:** We may use and disclose health information about you to provide you with health care treatment or services. We may disclose health information about your to personnel who are involved in taking care of you.

**For Payment:** We may use and disclosure health information about you so that the services you receive from us may be billed to insurance carriers and payment collected.

**For Health Care Operations:** We may us and disclose health information about you for operations that are necessary to run our practice.

**Health-Related Services and Treatment Alternatives:** We may use and disclose health information to tell you about health-related services.

**Threat to Health or Safety:** We may use and disclose health information about you when necessary to prevent a serious threat to your health and safety or the health and safety of public or another person.

**Military and Veterans:** If you are a member of the armed forces or separated/discharged from military services, we may release health information about you, as required by military command authorities or the Department of Veteran's Affairs.

**Workers' Compensation:** We may release health information about you for Workers' Compensation or similar programs.

Health Oversight Activities: We may disclose health information to a health oversight agency, as authorized by law.

**Lawsuits and Disputes:** If you are involved in a lawsuit or a dispute, we may disclose information about you in response to a court or administrative order, etc.

**Law Enforcement:** We may release health information if asked to do so by a law enforcement official.

## YOUR RIGHTS REGARDING HEALTH INFORMATION ABOUT YOU

**Right to Inspect and Copy:** You have the right to inspect and copy health information that may be used to make decisions about your care.

**Right to Amend:** If you feel that health information we have about you is incorrect or incomplete, you may ask us to amend the information.

**Right to an Accounting of Disclosures:** You have the right to request a list accounting for any disclosures of your health information we have made, except for uses and disclosure for treatment, payment and health care operations, as previously described.

**Right to Request Restrictions:** You have the right to request a restriction or limitation on the health information we use or disclose about you for treatment, payment or health care operations.

**Right to Request Confidential Communications:** You have the right to request that we communicate with you about health matters in a certain way or at a certain location.

**Right to a Paper Copy of This Notice:** You have the right to obtain a paper copy of the entire PHI Privacy Notice at any time.

*We reserve the right to change this notice at any time. We will post a copy of the current notice in our facility*

If you would like a complete copy of the Protected Health Information Privacy Notice, please ask the Patient Coordinator.

[signature] 8/10/15

Patient Signature Date

# Kelly Hawkins

*Physical Therapy*

To Our Valued Patients:

Please be advised that we will contact your insurance carrier for benefit and payment information as a courtesy to you. There is no guarantee of benefits or payment from your insurer for your treatment. Please be aware this quote is only an estimate and once your claim is adjudicated there may be further balance due. It is the patient's responsibility to know their insurance benefit, and contracted providers.

Patient Signature/Date

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 10, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 1
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Initial Evaluation

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**

- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.**

**Not currently on an HEP**

**ADL / Functional Status:**

- Occupation: pharmacist

**Chief Complaint:**

- Pain: Relieving Factors:
  - Lying Down. Ice. Heat/Hot Shower. Medications.
- Pain:
  - Aggravating Factors: ADL's, ambulation, sitting, computer work, standing, walking, work activities. Nature: Aching. Location: neck and low back Effect on Activity: Restricts. Severity at Worst: 10/10. Severity at Best: 5/10. Severity: Current : 10/10.
- Pain: Duration:
  - With Activity. At Rest.
- Loss of Motion/Stiffness: Moderate Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Chronic neck and low back pain from work related activities per patient. He drove frequently and states that he is in bad postural positions at work.

**Rehabilitation Expectations/Goals:**

- Return to Work Activities: Unrestricted/Symptom Free. Return to ADL Performance: Unrestricted/Symptom Free.

## Objective Examination

**Gait/Locomotion:**

- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Palpation:**

- Tenderness in cervical and lumbar areas

**Posture:**

- significant forward head and rounded shoulder position. Needs education on joint protection and postural awareness.

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Extension 30 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 40 Degrees
- Active Rotation Right 30 Degrees

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Gross Assessment WNL

## Treatments

**Modalities:**

| | |
|---|---|
| • Mechanical Traction | Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity |
| • Moist Hot Pack | Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity |

**Therapy Session Time**
- Total Therapy Session Time 60 Minutes

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**
- ADL's. Flexibility. Functional Activities. Gait/Locomotion. Pain. Posture. Range of Motion. Soft Tissue Mobility. Strength.

**Treatment Emphasis to focus on:**
- Education. Strengthen Disuse Components. Enhanced Dynamic Stability. Range of Motion/Mobility Improvements. Pain relief. Postural Improvements. Teach Precautions. Maintain Fitness.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 10/10.**
*LTG Achieve by Sep 07, 2015.*
**Symptomatic Improvements:**
- Decreasing Pain: Minimize Occurances: During Activities.

***Problem #2*** **Not currently on an HEP**
*STG Achieve by Aug 24, 2015.*
**Client Education:**
- Independent Home Exercise/Self Care Program.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees).**
*STG Achieve by Aug 24, 2015.*
**Range of Motion Improvements to: Spine: Cervical (Degrees):**
- Gross Assessment WNL

***Problem #4*** **Muscle Testing: Lower Extremity MMT.**
*LTG Achieve by Sep 07, 2015.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #5*** **Muscle Testing: Upper Extremity MMT.**
*LTG Achieve by Sep 07, 2015.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

*Problem #6* **Gait/Locomotion: walking in the community increases neck and low back pain.**
*LTG Achieve by Sep 07, 2015.*
**Improve Gait/Weight Bearing:**
- He will ambulate in the community on all surfaces with no difficulty.

# Plan

**The goals and plan were discussed with the patient and/or family and they concur. The patient and/or family were instructed to call therapist regarding problems or questions. The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.**

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
- Active Range of Motion Activities. Client Education. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Exercise. Neuromuscular Re-education.
- Modalities:
  - Cryotherapy. Electrical Stimulation (E-Stim): Unattended. Moist Hot Pack. Ultrasound.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 11, 2015 13:36:26

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

Patient: Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: Aug 10, 2015
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 1
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Plan of Care

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**

- ADL's. Flexibility. Functional Activities. Gait/Locomotion. Pain. Posture. Range of Motion. Soft Tissue Mobility. Strength.

**Treatment Emphasis to focus on:**

- Education. Strengthen Disuse Components. Enhanced Dynamic Stability. Range of Motion/Mobility Improvements. Pain relief. Postural Improvements. Teach Precautions. Maintain Fitness.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 10/10.**

*LTG Achieve by Sep 07, 2015.*

**Symptomatic Improvements:**

- Decreasing Pain: Minimize Occurances: During Activities.

***Problem #2*** **Not currently on an HEP**

*STG Achieve by Aug 24, 2015.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees).**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 50 Degrees |
| • Active Rotation Left | 40 Degrees |
| • Active Rotation Right | 30 Degrees |

*STG Achieve by Aug 24, 2015.*

**Range of Motion Improvements to: Spine: Cervical (Degrees):**

- Gross Assessment WNL

***Problem #4*** **Muscle Testing: Lower Extremity MMT.**

| | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

*LTG Achieve by Sep 07, 2015.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #5*** **Muscle Testing: Upper Extremity MMT.**

| | Left | Right |
|---|---|---|
| • Gross Assessment | 4/5 | +4/5 |

*LTG Achieve by Sep 07, 2015.*



Page:13/35 To:16023421844 JAN-26-2016 01:16 From:

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 10, 2015**

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #6*** **Gait/Locomotion: walking in the community increases neck and low back pain.**

*LTG Achieve by Sep 07, 2015.*

**Improve Gait/Weight Bearing:**

- He will ambulate in the community on all surfaces with no difficulty.

# Plan

**The goals and plan were discussed with the patient and/or family and they concur. The patient and/or family were instructed to call therapist regarding problems or questions. The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.**

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Active Range of Motion Activities. Client Education. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Exercise. Neuromuscular Re-education.
- Modalities:
  - Cryotherapy. Electrical Stimulation (E-Stim): Unattended. Moist Hot Pack. Ultrasound.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 11, 2015 13:36:26

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

| **Physician/NPP Signature** | **Date** | **Print Name and Credentials** |
|---|---|---|



JAN-26-2016 01:16 From: To:16034271844 Page:14/35

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 12, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 2
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension. 30 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 40 Degrees
- Active Rotation Right 30 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 60/50 Pounds, Traction Application: intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 55 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 12, 2015**

---

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

______________________

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 12, 2015 17:00:26

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 14, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 3
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | | |
|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Extension | 30 Degrees |
| • Active Flexion | 50 Degrees |
| • Active Rotation Left | 40 Degrees |
| • Active Rotation Right | 30 Degrees |

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

Patient: Abolfazl Hosseinpour
Acct #: 216518

Visit Date: Aug 14, 2015

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 17, 2015 07:16:56

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 19, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 4
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension: 30 Degrees
- Active Flexion: 50 Degrees
- Active Rotation Left: 40 Degrees
- Active Rotation Right: 30 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 19, 2015 16:00:11

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 19, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 4
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Left | Right |
|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | | |
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | | |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension 30 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 40 Degrees
- Active Rotation Right 30 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: lumbar, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 19, 2015 16:00:11

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 20, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 5
Cxl/Ns: 0
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Extension | 30 Degrees |
| • Active Flexion | 50 Degrees |
| • Active Rotation Left | 40 Degrees |
| • Active Rotation Right | 30 Degrees |

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 40 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 20, 2015**

---

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 20, 2015 15:43:53

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Tim Hipkins
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 24, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 5
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Cancel/No Show *Patient cancelled appointment*

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Cancel Reasoning:**
- Child Care Conflict.

Electronically authenticated.

Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 25, 2015 07:22:14

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 26, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 6
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Extension | 34 Degrees |
| • Active Flexion | 50 Degrees |
| • Active Rotation Left | 43 Degrees |
| • Active Rotation Right | 34 Degrees |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 14% |
| • Flexion | 45% |
| • Side Bending Left | 20% |
| • Side Bending Right | 20% |

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity

- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 60 Minutes

## Assessment

**Treatment Emphasis to focus on:**
- Pain relief.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 26, 2015 15:57:42

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 26, 2015 15:57:58

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Note Date: **Aug 26, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 6
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Progress Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Aug 10, 2015 Left | Aug 10, 2015 Right | Aug 26, 2015 Left | Aug 26, 2015 Right |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | | | | |
| • Gross Assessment | +4/5 | +4/5 | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | | | | |
| • Gross Assessment | 4/5 | +4/5 | 4/5 | +4/5 |

| | Aug 10, 2015 | Aug 26, 2015 |
|---|---|---|
| **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):** | | |
| • Active Extension. | 30 Degrees | 34 Degrees |
| • Active Flexion | 50 Degrees | 50 Degrees |
| • Active Rotation Left | 40 Degrees | 43 Degrees |
| • Active Rotation Right | 30 Degrees | 34 Degrees |
| **Range of Motion: Spine: Post-Treatment: Lumbar Degrees:** | | **Aug 26, 2015** |
| • Active Extension. | | 14 Degrees |
| • Active Flexion | | 45 Degrees |
| • Active Side Bend Left | | 20 Degrees |
| • Active Side Bend Right | | 20 Degrees |

## Assessment

**Treatment Emphasis to focus on:**
- Pain relief.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Note Date: **Aug 26, 2015**

**Therapy Referral**

I have read the above report and request that my patient:

- ☐ Continue with treatment program as indicated above.
- ☐ Continue treatment program for ___ days/week for ___ weeks.
- ☐ Revise treatment program as indicated: ____________
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: ____________

**Please sign and return**

**Physician/NPP Signature** **Date**

**Print Name and Credentials**

Electronically authenticated.

Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 26, 2015 16:00:06

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 26, 2015 16:00:19

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Aug 27, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 7
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 |

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Extension 34 Degrees
- Active Flexion 50 Degrees
- Active Rotation Left 43 Degrees
- Active Rotation Right 34 Degrees

## Treatments

**Exercise Activities: Aerobic Conditioning:**
- Aerobic Conditioning 1 — Time Elapsed: 15 Minutes, Description: per flow sheet

**Exercise Activities: Range of Motion:**
- ROM Activity 1 — Time Elapsed: 10 Minutes, Technique: Active, Description: per flow sheet

**Modalities:**
- Mechanical Traction — Time Elapsed: 15 Minutes, Weight - Pounds: 25/20 Pounds, Traction Application: intermittent, Traction Placement: cervical, Clinical Use: Pre Activity
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: neck/low back, Clinical Use: Pre Activity

**Therapy Session Time**
- Total Therapy Session Time 55 Minutes

## Assessment

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518

Visit Date: **Aug 27, 2015**

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 28, 2015 07:24:36

**Kelly Hawkins**
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Visit Date: **Sep 01, 2015**
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 7
Cxl/Ns: 2
Employer:
Insured: Abolfazl Hosseinpour

# Cancel/No Show *Patient cancelled appointment*

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Cancel Reasoning:**
- Follow Up

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Sep 02, 2015 09:42:17

Kelly Hawkins
*Physical Therapy*

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

**Patient:** **Abolfazl Hosseinpour**
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Note Date: **Dec 10, 2015**
Phys Phone:
SSN:
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 7
Cxl/Ns: 2
Employer:
Insured: Abolfazl Hosseinpour

# Discharge Summary

## Diagnoses

| | | |
|---|---|---|
| Spine | M54.5 | Low back pain |
| | 723.1 | Cervicalgia |
| | 724.2 | Lumbago |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Aug 10, 2015 Left | Aug 10, 2015 Right | Dec 10, 2015 Left | Dec 10, 2015 Right |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | | | | |
| • Gross Assessment | +4/5 | +4/5 | +4/5 | +4/5 |
| **Muscle Testing: Upper Extremity MMT:** | | | | |
| • Gross Assessment | 4/5 | +4/5 | 4/5 | +4/5 |

| **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):** | **Aug 10, 2015** | **Dec 10, 2015** |
|---|---|---|
| • Active Extension. | 30 Degrees | 34 Degrees |
| • Active Flexion | 50 Degrees | 50 Degrees |
| • Active Rotation Left | 40 Degrees | 43 Degrees |
| • Active Rotation Right | 30 Degrees | 34 Degrees |

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 10/10.**
*LTG Achieve by Sep 07, 2015.*
**Symptomatic Improvements:**
- Decreasing Pain: Minimize Occurances: During Activities.

***Problem #2*** **Not currently on an HEP**
*STG Achieve by Aug 24, 2015.*
**Client Education:**
- Independent Home Exercise/Self Care Program.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees).**
*STG Achieve by Aug 24, 2015.*

**Range of Motion Improvements to: Spine: Cervical (Degrees):**
- Gross Assessment WNL

***Problem #4*** **Muscle Testing: Lower Extremity MMT.**
*LTG Achieve by Sep 07, 2015.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #5*** **Muscle Testing: Upper Extremity MMT.**
*LTG Achieve by Sep 07, 2015.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

***Problem #6*** **Gait/Locomotion: walking in the community increases neck and low back pain.**
*LTG Achieve by Sep 07, 2015.*

**Improve Gait/Weight Bearing:**
- He will ambulate in the community on all surfaces with no difficulty.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Dec 10, 2015 21:44:11

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 25, 2016 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 25, 2016

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 1, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-01.11.2016

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2016 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2016

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-11.30.2015

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

X Restrictions Form
___ Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Abolfazl Hosseinpour | | 5482725 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES ______

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
**2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**
______

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
______

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 25, 2016 |
| To: | KELLY HAWKINS<br>4800 E BONANZA RD STE 2<br>LAS VEGAS NV 89110 |
| Attn: | Medical Records |
| Fax: | (702) 438-4550 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 25, 2016

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 1, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-01.11.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2016 |
| To: | KELLY HAWKINS<br>4800 E BONANZA RD STE 2<br>LAS VEGAS NV 89110 |
| Attn: | Medical Records |
| Fax: | (702) 438-4550 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2016

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-11.30.2015

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | KELLY HAWKINS<br>4800 E BONANZA RD STE 2<br>LAS VEGAS NV 89110 |
| Attn: | Medical Records |
| Fax: | (702) 438-4550 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in erro:, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 25, 2016 |
| To: | DYNAMIC FUTURE LLC<br>5940 S. RAINBOW BLVD<br>LAS VEGAS NV 89118 |
| Attn: | Medical records |
| Fax: | (702) 925-5608 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 25, 2016

Dynamic Future LLC
5940 S. RAINBOW BLVD
LAS VEGAS, NV 89118

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 1, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-11.30.2015

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DYNAMIC FUTURE LLC<br>5940 S. RAINBOW BLVD<br>LAS VEGAS NV 89118 |
| Attn: | Medical Records |
| Fax: | (702) 925-5608 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Dynamic Future LLC
5940 S. RAINBOW BLVD
LAS VEGAS, NV 89118

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

 X  Functional Status Evaluation
 __  Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Functional Status Evaluation

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin



EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour

CLAIM NO: 5482725

EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, if your patient will be out of work, and is expected to be significantly impaired for **longer than 4 weeks,** please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

DP 532 Rev. 06/01

Liberty Mutual INSURANCE

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Liberty Mutual INSURANCE

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM IV)**

Axis I ____________

Axis II ____________

Axis III ____________

Axis IV ____________

Axis V ____________

Current GAF ____________ Past Year GAF ____________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

List all current medications:

| | | | | |
|---|---|---|---|---|
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |

Next scheduled office visit: ____________

Comments:

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ____________________ Date: ____________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2016 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2016

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-11.30.2015

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Abolfazl Hosseinpour | | 5482725 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
4. RESTRICTIONS IMPOSED FROM ______ TO ______.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2016 |
| To: | KELLY HAWKINS<br>4800 E BONANZA RD STE 2<br>LAS VEGAS NV 89110 |
| Attn: | Medical Records |
| Fax: | (702) 438-4550 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2016

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to Abolfazl Hosseinpour's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5482725-REQUEST-PROVIDER-11.30.2015

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | KELLY HAWKINS<br>4800 E BONANZA RD STE 2<br>LAS VEGAS NV 89110 |
| Attn: | Medical Records |
| Fax: | (702) 438-4550 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | JASON GARBER<br>2471 PROFESSIONAL CT.<br>LAS VEGAS NV 89128 |
| Attn: | Medical Records |
| Fax: | (702) 835-0085 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Jason Garber
2471 PROFESSIONAL CT.
LAS VEGAS, NV 89128

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Jason Garber:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment
- All test results, including all MRIs and X-rays
- Completion of the enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Abolfazl Hosseinpour | | 5482725 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient:** **Abolfazl Hosseinpour** **Patient #:** 271610 **DOB:** (57 years)

**Date of Encounter:** 09/17/2015

## History of Present Illness

The patient is a 56 year old male presenting for a follow-up visit and review of diagnostic test. The patient had X-ray of the cervical spine and X-ray of the lumbar spine. The diagnostic test(s) was performed at Steinberg Diagnostic Medical Imaging. The diagnostic test(s) was performed on 07/20/2015.

## Social History

Tobacco use: Never smoker

## Medication History

Medications Reconciled.

## Vitals

09/17/2015 10:58 AM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.99 $m^2$ **Body Mass Index:** 26.58 $kg/m^2$

## Physical Exam

The physical exam findings are as follows:

**Neurologic**
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5.
**Lower Extremities: Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 5/5. **Left EHL** - 5/5.

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- MRI CERVICAL SPINE W/O CONTRAST (72141) ; Routine ()
- Patient Education: Neck Strain *: neck pain
- **Review of Diagnostic Test**
  Comments: Plain film x-rays the cervical spine reveals straightening of the cervical spine consistent with spasm. There is cervical disc degeneration present most notably C4-C5, C5-C6, and C6-C7.
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- MRI LUMBAR SPINE W/O CONTRAST (72148) ; Routine ()
- Patient Education: Low Back Pain: low back
- Patient Education: Magnetic Resonance Imaging (MRI) *: imaging
- **Review of Diagnostic Test**
  Comments: Plain film x-rays the lumbar spine reveals idiopathic rotatory scoliosis. There is some disc degeneration in the lower lumbar spine noted.
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

Jason Garber

_______________________________

Jason E Garber, MD

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient: Abolfazl Hosseinpour** **Patient #:** 271610 **DOB:** ' (57 years)

**Date of Encounter:** 07/16/2015

## History of Present Illness

The patient is a 56 year old male who presents to the practice today for a transition into care. The patient is transitioning into care from another physician and a summary of care was reviewed .

Additional reasons for visit:

Neck pain is described as the following:
Symptoms include neck pain, neck stiffness, impaired range of motion and shoulder pain. Symptoms are located in the left posterior neck and right posterior neck. The pain radiates to the left arm and right arm. The patient describes the pain as aching. Onset was 1 year(s) ago. The symptoms occur constantly. The episodes occur daily. The patient describes symptoms as severe and worsening. Symptoms are exacerbated by neck movement. Associated symptoms include upper extremity paresthesias and upper extremity weakness.

Low back pain is described as the following:
The low back pain has been occurring in a persistent pattern for 1 year. The course has been gradually worsening. The low back pain is described as a severe sharp stabbing. The low back pain is described as being located in the lower back. The pain radiates to the right lower extremity and left lower extremity. The back pain is aggravated by walking. The symptoms have been associated with back stiffness, leg weakness and paresthesias in legs. Previous evaluations have included pain management. Previous physical therapy has included stretching exercises, strengthening exercises and active range of motion exercises.

## Allergies

No Known Allergies 07/20/2015
No Known Drug Allergies 07/20/2015

## Past Medical History

Depression
Anxiety Disorder
Anemia

## Family History

Maternal Grandfather: Deceased
Maternal Grandmother: Deceased
Paternal Grandfather: Deceased
Paternal Grandmother: Deceased
Mother: Deceased
Father: Deceased
Sister 1: In good health
Sister 2: In good health
Brother 1: In good health

## Social History

Occupation/Work Status: Working Full Time
Marital Status: Married
Children: 3, 1
Living situation: Lives alone
Tobacco use: Never smoker
Non Drinker/No Alcohol Use
Illicit drug use: Never
HIV risk factors: None
Highest recreation level prior to spine condition: Non-Contact Sports

## Medication History

TraMADol HCl ( Oral) Specific dose unknown - Active.
Xanax ( Oral) Specific dose unknown - Active.
Lyrica ( Oral) Specific dose unknown - Active.
Skelaxin ( Oral) Specific dose unknown - Active.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

## Past Surgical

None (07/20/2015)

## Diagnostic Studies

None (07/20/2015)

## Review of Systems

**General:** Not Present- Fever, Weight Loss, Weight Gain, Night Sweats and Excessive Fatigue.
**HEENT:** Present- Wears glasses/contact lenses and Inability to Smell. Not Present- Eye Infection, Eye Injury, Glaucoma, Cataracts, Hearing Loss, Wears hearing aids, Ear Pain, Ear Infection, Ringing in the Ears, Balance Disturbance, Vertigo, Spinning Sensation, Nose Bleed, Nasal Congestion, Nasal Drainage, Sinus Problems and Sinus Headaches.
**Respiratory:** Not Present- Chronic Cough, Shortness of Breath and Bloody sputum.
**Breast:** Not Present- Breast Pain, Breast Tenderness, Breast Swelling and Nipple Discharge.
**Cardiovascular:** Present- Leg Pain and/or Swelling. Not Present- High Blood Pressure, Irregular Pulse, Heart Murmur, High Cholesterol and Swelling of Extremities.
**Gastrointestinal:** Present- Nausea. Not Present- Indigestion, Vomiting, Vomiting Blood, Jaundice, Abdominal Pain and Change in Bowel Habits.
**Male Genitourinary:** Present- Incontinence. Not Present- Blood in Urine, Urinary Frequency, Painful Urination and Urinary Urgency.
**Musculoskeletal:** Present- Neck Pain, Arm Pain, Arm Weakness, Back Pain, Leg Pain, Leg Weakness, Joint Pain and Decreased Range of Motion. Not Present- Joint Swelling.
**Neurological:** Present- Blacking Out, Problem with Memory, Inability to concentrate, Blurred Vision and Headaches. Not Present- Fainting Spells, Seizures, Disorientation, Difficulty with Speech, Double Vision, Face Weakness and Incoordination.
**Psychiatric:** Present- Anxiety and Insomnia. Not Present- Depression.
**Endocrine:** Present- Cold Intolerance and Heat Intolerance. Not Present- Appetite Changes, Thyroid Problems, Excessive Thirst, Excessive Urination, Excessive Sweating, Decreased Sweating and Hair Changes.
**Hematology:** Present- Anemia.

## Vitals

07/16/2015 09:39 AM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.99 $m^2$ **Body Mass Index:** 26.58 $kg/m^2$

## Physical Exam

The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. Not Sickly. **Orientation** - Oriented X3. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture.

**Eye**
**Pupil** - **Bilateral** - Equal and Direct reaction to light normal.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Varicose veins.
**Palpation: Temperature** - **Bilateral** - Normal. **Tenderness** - **Bilateral** - Non Tender. **Edema** - **Bilateral** - No edema.

**Neurologic**
**Mental Status: Speech** - No impairment of naming or impairment of word repetition. **Cognitive function** - No impairment of attention, Impairment of concentration, impairment of long term memory or impairment of short term memory.
**Cranial Nerves:**
**II Optic: Visual acuity** - **Bilateral** - Normal. **Visual fields** - Normal.
**III Oculomotor: Pupillary constriction** - **Bilateral** - Normal.
**IV Trochlear** - **Bilateral** - Normal.
**V Trigeminal:** - Normal Bilaterally.
**VI Abducens** - **Bilateral** - Normal.
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Bilateral** - Hearing normal, (Hearing tested by finger rub), (Hearing tested by whispered voice) and (Hearing tested by tuning fork). **IX Glossopharyngeal / X Vagus** - Normal.
**XI Accessory:** - Normal Bilaterally.
**XII Hypoglossal** - **Bilateral** - Normal.
**Eye Movements: Gaze** - **Bilateral** - Normal. **Nystagmus** - **Bilateral** - None.
**Sensory:**
**Light Touch: Intact** - Globally.
**Pain: Intact** - Globally.
**Vibration: Intact** - Globally.
**Proprioception** - **Bilateral** - Normal.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5.
**Lower Extremities: Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 5/5. **Left EHL** - 5/5.
**Plantar Reflexes (L4-S2)** - **Bilateral** - Flexion. **Coordination** - No Impairment of heel-to-shin, Impairment of finger-to-nose or Impairment of rapid alternating movements.

**Neuropsychiatric**
**Associations** - intact. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal gait and station.

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- X-RAY OF CERVICAL SPINE, AP, LATERAL, FLEXION AND EXTENSION VIEWS (72050) ; Routine ()
- NERVE CONDUCTION STUDY OF 9 TO 10 NERVES (95911); Routine ()
- LIMITED ELECTROMYOGRAPHY WITH NERVE CONDUCTION STUDY (95885); Routine ()
- Referral to Physical Therapy
- Instructed to make appointment for follow-up office visit after appointment with specialist

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- X-RAY OF LUMBOSACRAL SPINE, AP, LATERAL AND FLEXION- EXTENSION VIEWS (72110) ; Routine ()
- NERVE CONDUCTION STUDY OF 9 TO 10 NERVES (95911); Routine ()
- LIMITED ELECTROMYOGRAPHY WITH NERVE CONDUCTION STUDY (95885); Routine ()
- Referral to Physical Therapy
- Instructed to make appointment for follow-up office visit after appointment with specialist

Jason E Garber, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DYNAMIC FUTURE LLC<br>5940 S. RAINBOW BLVD<br>LAS VEGAS NV 89118 |
| Attn: | Medical Records |
| Fax: | (702) 925-5608 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Dynamic Future LLC
5940 S. RAINBOW BLVD
LAS VEGAS, NV 89118

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Functional Status Evaluation

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin



EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour

CLAIM NO: 5482725

EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY PHYSICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, if your patient will be out of work, and is expected to be significantly impaired for **longer than 4 weeks**, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

Liberty Mutual INSURANCE

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Liberty Mutual INSURANCE

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

____________________
____________________
____________________
____________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM IV)**

Axis I ____________
Axis II ____________
Axis III ____________
Axis IV ____________
Axis V ____________

Current GAF ____________ Past Year GAF ____________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

____________________
____________________
____________________
____________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

____________________
____________________
____________________
____________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| | | | | |

Signature required: ____________________ Date: ____________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | JASON GARBER<br>2471 PROFESSIONAL CT.<br>LAS VEGAS NV 89128 |
| Attn: | Medical Records |
| Fax: | (702) 835-0085 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Jason Garber
2471 PROFESSIONAL CT.
LAS VEGAS, NV 89128

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Jason Garber:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment
- All test results, including all MRIs and X-rays
- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Abolfazl Hosseinpour | | 5482725 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**____________**TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Abolfazl Hosseinpour | | 5482725 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ______

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | KELLY HAWKINS<br>4800 E BONANZA RD STE 2<br>LAS VEGAS NV 89110 |
| Attn: | Medical Records |
| Fax: | (702) 438-4550 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Kelly Hawkins
4800 E BONANZA RD STE 2
LAS VEGAS, NV 89110

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Kelly Hawkins:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Other

We ask that you provide this information by December 7, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. ABOLFAZL HOSSEINPOUR

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

November 30, 2015

Mr. Abolfazl Hosseinpour

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On November 30, 2015, we requested the information below from Dr. Tafreshi, Dr. Garber, Kelly Hawkins PT, and Dynamic Future. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment from the providers listed above

Safeway, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 13, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within

the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return To:** Stephan Levitt



EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Safeway, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 30 minuts–2 hr stand 5–10 minuts walk 10–15 minuts

How many hours a day do you:

sit 5–7 hrs on couch or daybed stand 1/2–1 hr walk 1/2 hr

Do you take a nap during the day?

(Yes) ______ No ______

If Yes, for how long? 20–30 minuts At what time of the day? after noon

How many hours a day do you spend in bed? 10–12 hrs

Do you require any assistive devices such as a: Not yet. Sometimes I have to lean or grab someth(ing) to walk otherwise I loose my control and I fall down.

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 1/2–1 hr

Do you hold a valid driver's license?

(Yes) ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Text or phone call

Do you have children?

(Yes) ______ No ______ If Yes, what are their dates of birth

Do you need help caring for your children?

Yes ______ (No) ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ (No) ______ If Yes, please explain ______

How many times a day do you leave the house during the week? 4–5 times

On the weekends? 1–2 times

How often do you run errands? 2–3 times

Please describe what errands you most commonly run: mail Box, Pharmacy, bank, Dr. appointment
Post office

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? Not really - Sometime 2-3x a day if I get tired from inside house I will go out

Are you left or right hand dominant? Left ____ (Right) ____

Are you able to work in your garden? Yes ____ (No) ____

Are you able to work on your house? Yes ____ (No) ____

Are you able to wash your car? Yes ____ (No) ____

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ (2-3 hours) ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ (3+ hours)

What activities do you perform on your home computer. Please check all that apply:
____ (Pay bills) ____ (Read news/articles) ____ Use search engines ____ (Send emails)
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ____ (No)

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | My Son + myself | |
| Carrying groceries into the house | my Son, | |
| Cooking meals | my Son, most of time we buy frozen food, Can food, Cooked food + pizza + fast food | |
| Cleaning after meals | my son | |
| Cleaning bathrooms | my Son | |
| Vacuuming | None | |
| Doing the laundry | My Son + my self | |
| Opening and responding to mail | My Son + my self | |
| Managing your finances | my self | |
| Balancing your checkbook | online my self | |
| Bathing yourself | my self | |
| Styling your own hair | my self | |
| Getting dressed | my self | |
| Going up and down stairs | "None" | |

Have you been confined to a hospital within the last 12 months? Yes ____ (No) ____

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? "None" The last time was 5 yrs ago

Where do you go? How do you get there (transportation method)? I RAN flight

Are you able to pursue your hobbies? Yes ____ (No) No hobies

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ (No) ____

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ (No) ____

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ (No) ____

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I have anxiety and most of time it trigers with no reason and it would not let me to do anything at all. I get it 3-4 times during the day. It really bothers me and take away all my energy and strength and make my whole body in fire and nervess break with palpetation which I can feel of dying any minits. "See additional Page"

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

when I wake up in the morning take my some meds on empty stomach. I make 2-3 cups of tea and eat bread + cheese. Take shower which most of time I have obsession with bathing I watch T.V for news and look internet. Eat lunch around 2-3 pm and I do pray + Take meds go to mail box for mails and some fresh air. take nap around 3-4 pm. drink a cup tea and pray around 6 pm and watch T.v. eat dinner around 9-10 pm with my meds and eat some fruits and get my last meds before go to bed around 11 pm. I get up 3-4 time at night for restroom bcz of my prostate and pain from back, neck and my depression to get good sleep at night.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Patrick Hosseinpour ____

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Abolfazl HOSSEINPOUR Date: 11-20-15

Signature: [signature]

"Continue from Page 3"

my anxiety limited my ability to focus and concentrate on pt's prescription which God forbid it could lead to harm or kill some pt with filling wrong medication or inaccurate filling.

The depression I have it makes me to feel tiredness and loss of energy and I have difficulty to concentrate and my thought race through my mind from the most tragedy happened by losing control driving at night from vegas to Hawthorne for work by getting off road and those tragedy keep coming in my mind which I lost my cousing in car accident in IRan in few years ago. it makes me to struggle to cope with my job with full awareness mently and physically without pain. I am tormented with thaught about get kill on the road which its reflection of my cousing car accident. The constant worry, anxiety and fear of death by car accident in the road I had for 2 years from vegas to Hawthorne weekly I can not see myself at all to function properly and accurately as pharmacist with out any harm or severe mistake while filling prescription.

The pain from my neck goes to my head cause severe pain like a migraine which make uncomfortable for me to concentrate and focus on pt's prescription. The pain from my neck shoots to my left arm and hand which cause numbness and tingling on my fingers.

The pain in my lower back goes to my hips and thighs and legs which I can't even walk or stands not more than 5 minits. Sometimes I have to lean or bend to walk. The pain is so severe it brings tears to my eyes even I feel a knief stabing in my heart. The severity of pain from neck + lower back would not let me to stand at pharmacy for 10 hrs shift with out tears. I can't work and not fair to people (pt) with my depression and anxiety and all the pain to get appropriate and accurate their medication from my as a pharmacist.


NEVADA
DRIVER LICENSE
USA
NV
1 HOSSEINPOUR
2 ABOLFAZL

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Stephan Levitt

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Abolfazl Hosseinpour**
Claimant Name (Print) Date of Birth

Hosseinpour (signature)
Claimant Signature

11-20-15
Date

**5482725**
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Abolfazl Hosseinpour Claim No 5482725

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Stephan Levitt

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

11-20-15
Date

5482725
Claim Number

Nov 22 15 09:48p Longhorn Hotel 7024356953 p.8

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return To:** Stephan Levitt

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/01/2015 to 10/09/2015. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Tefreshi, MD
Specialty: internal medicine
Address: 4500 Meadows Ln
Las Vegas, NV 89107
Telephone No.: (702) 258-8190 Fax No.: ( )

Name: Jason Garber, MD
Specialty: Neurological surgery
Address: 2471 professional ct
Las Vegas, NV 89128
Telephone No.: (702) 835-0088 Fax No.: ( )

Name: Dynamic Future
Specialty: Mental Health counseling
Address: 5940 S. Rainbow Blvd
Las Vegas, NV 89118
Telephone No.: (702) 862-0676 Fax No.: ( )

Name: Neurology Center of Nevada
Specialty: Neurology Test
Address: 2430 W Horizon Ridge parkway
Henderson, NV 89052
Telephone No.: (702) 247-9994 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue cross & blue sheild of Anthem
Specialty:
Address: PO Box 60007 Los angeles, CA 90060
1-855-641-4863
Telephone No.: ( ) Fax No.: ( )

Name: Kelly Hawkins Physical therapy
Specialty:
Address: 4800 E. Bonanza Rd #2
Las Vegas, NV 89110
Telephone No.: (702) 438-3188 Fax No.: ( )

**PHARMACY(S):**

Name: Vons Pharmacy
Specialty:
Address: 475 E. Windmill Lane
Las vegas, NV
Telephone No.: (702) 896-7414 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 11-20-15

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return to:** Stephan Levitt

**EMPLOYEE/CLAIMANT NAME:** Abolfazl Hosseinpour **CLAIM #:** 5482725

**EMPLOYER/SPONSOR:** Safeway, Inc. **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.): Hosseinpour, Abolfazl
Social Security #:
Email Address:

Street Address:
City:
State:
Zip Code:

Telephone Number (include area code):
Cell Phone Number (include area code):
Marital Status: Divorce

Spouse's Full Name: X
Number of Children: 4
Dates of Birth of Children:

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Patrick Hosseinpour Relationship to you? Son Tel #

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
NO

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.
No

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
No

Do you hold a professional license? If yes, for what purpose? my pharmacist license

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
No

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
No

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages, Salary, or Separation Pay | $ Ø | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ Ø | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ Ø | | | |
| ☐ | ☐ | State Disability | $ Ø | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ Ø | | | |
| ☐ | ☐ | Workers' Compensation | $ Ø | | | |
| ☐ | ☐ | Other (please describe) | $ Ø | | | |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** [signature]

**DATE:** **EMPLOYEE'S SIGNATURE:** Abolfazl Hosseinpour [signature]

Nov 22 15 09:50p Longhorn Hotel 7024356953 p.10

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return to:** Stephan Levitt

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ (Divorced) ____

If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children? (Yes) ____ No ____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? (Yes) or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Martin Hosseinpour | | adult | College | |
| Patrick Hosseinpour | | adult | College | |
| Russell Hosseinpour | | adult | College | |
| B[illegible] H | | She's 5 days | Preschool | |

with mother. I see her weekend only.

Is your spouse and/or children receiving Social Security benefits? Yes: ________ (No:) ________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| X | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: [illegible] Date: 11-17-15

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: None Certificate Program completed: ______

Associates Degree: —— College: number of years: 5 yrs

Bachelor's Degree: BA /BS Major: Pharmacy Graduate School: MA MS CAGS PHD Degree: ——

Professional Training, License, Certificates(s): pharmacist license

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: "None"

Additional Skills, Hobbies & Volunteer Work "None"

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history). only worked as a pharmacist manager

1. Company: "None" Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: "None" Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Liberty Mutual Company

3. Company: X Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: X Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: X Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software "None" | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware "None" | ☐ | ☐ |
| Word Processing (MS Word) "None" | ☐ | ☐ | Installation/Repair Programming "None" | ☐ | ☐ |
| Spread Sheet (MS Excel) "None" | ☐ | ☐ | Project Management "None" | ☐ | ☐ |
| Database "None" | ☐ | ☐ | Other: ______ | | |
| Photo Software "None" | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☒ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______

SIGNATURE: [signature] PHONE NO: ( ______

# Initial Payment Set up Worksheet

| | | | | | |
|---|---|---|---|---|---|
| **Claimant's Name** | ABOLFAZL HOSSEINPOUR | | | **DOB** | |
| **Customer** | SAFEWAY INC. | | | | |
| **LTD Claim #** | 5482725 | | | | |
| **Associated Claims** | 3480001 | Type | STD | | Type |
| **Benefit End date of associated claims** | | | 1/19/2016 | | |
| **Contractual EP** | > of STD or 180 days | | | | |
| **Does policy include COLA provision** | No | Task Set Date | n/a | | |
| **LTD Benefit begin date** | 1/20/2016 | **DOD** | 7/15/2015 | **AGE** | 56 |
| **Max Benefit date** | 7/31/2025 | SSNRA TO AGE 66 AND 8 MONTHS | | | |
| **BME Amount** | $11,631.75 | | | | |
| **Sources used to verify BME amount** | EARNING SPREADSHEET: PAY PERIOD ENDING 7/11/2015 $2,144.00 / 32 HRS = $67.00 PH x 40 x 52 / 12 = REG MONTHLY $11,613.33 **** 2014 BONUSES $221.05 / 12 = $18.42 MONTHLY *** REG MONTHLY $11,613.33 + 2014 BONUSES $18.42 = BME $11,631.75 | | | | |
| **Benefit percentage** | 60.00 % | **Gross modal benefit** | | | $6,979.05 |
| **Benefit Begin date** | 1/20/2016 | | | | |
| **Approved thru date** | 1/19/2018 | 24 months own occupation | | | |

| **Offsets entered** | **Type** | **Amount** |
|---|---|---|
| **Resident / Work State: NV** | NA | |
| | | |
| | | |

| **Deductions entered** | **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|---|
| | NA | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **Tax Withholding** | **Federal** | NA | **State** | NA |

**Completed by** **SAUL PACH** **Approved by** ____________

INVOICE FOR PROFESSIONAL SERVICES

INVOICE NUMBER: NVH01525
INVOICE DATE…..: 11/2/2015
OUR FILE #……….: NVH-10B5-061

Jessica Austin
Liberty Life Assurance Company
P O Box 7206
London, KY 40742

REFERENCE INFORMATION:
Client File #…: 5482725
Add'l File #…:
Insured………: Safeway Inc
Subject………: Hosseinpour Abolfazl
Date of Loss...: 7/15/2015
S.S. Number...:
Investigator…: F. Schloss

CLAIMS VERIFICATION INC
Nationwide

| Description | | | Totals |
|---|---|---|---|
| NV Flat-Rate Surveillance | **8.0** Hrs on-site | **on 10/28/2015** | **598.00** |
| NV Flat-Rate Surveillance | **8.0** Hrs on-site | **on 10/29/2015** | **598.00** |
| NV Flat-Rate Surveillance | **8.0** Hrs on-site | **on 10/30/2015** | **598.00** |
| | | State Sales Tax | **0.00** |
| | | | ============ |
| | **PLEASE REMIT** | | **$1,794.00** |

DUE UPON RECEIPT
A SERVICE CHARGE OF 1½% WILL BE ADDED AFTER 30 DAYS
TO INSURE PROPER CREDIT PLEASE RETURN BOTTOM PORTION TO THE ADDRESS BELOW WITH REMITTANCE
6700 North Andrews Avenue Suite 200 Fort Lauderdale, Florida 33309
(954) 429-8855 / Toll Free: 888-284-2000 Federal ID Number: 59-2106154 NV License #1219

( DETACH ALONG PERFORATION )

---

CLIENT:
Jessica Austin
Liberty Life Assurance Company
P O Box 7206
London, KY 40742

REMIT TO:

CLAIMS VERIFICATION, INC.
6700 N ANDREWS AVE
SUITE 200
FORT LAUDERDALE, FL 33309

Invoice Number...: NVH01525
Invoice Date........: 11/2/2015
Our File Number..: NVH-10B5-061
Invoice Amount...: $1,794.00

Amount Paid.......: ____________

CLAIMS VERIFICATION INC
Nationwide

# CONFIDENTIAL INVESTIGATIVE REPORT

Friday, October 30, 2015

| | | | |
|---|---|---|---|
| Jessica Austin | Re: Your File | : | 5482725 |
| Liberty Life Assurance Company | Add'l File No. | : | Not Applicable |
| P O Box 7206 | Our File No. | : | NVH-10B5-061 |
| K-London, KY 40742 | Insured | : | Safeway, INC |
| 800-210-0268 EXT 16352 | Claimant | : | Abolfazl Hosseinpour |
| | D/L | : | 7/15/15 |

| | | |
|---|---|---|
| Assignment Received | : | October 21, 2015 |
| Previous Correspondence | : | Not Applicable |
| Type of Claim | : | DIS |
| Alleged Injury | : | Degeneration of Lumbar or Lumbosacral vertebrae |
| Assignment | : | Perform surveillance of claimant, determine whether he is working and level of physical function he maintains |

## Synopsis

**Investigator**: Fred Schloss/Claims Verification Incorporated.

**Date of Investigation**:
Surveillance – Wednesday, October 28, 2015 (6:00 AM to 2:00 PM)
Surveillance – Thursday, October 29, 2015 (8:00 AM to 4:00 PM)
Surveillance – Friday, October 30, 2015 (10:00 AM to 6:00 PM)

**Objectives**: Determine the claimant's activity level and employment status. Conduct three consecutive days of surveillance with varying start times.

**Investigative Summary**

Three consecutive days of surveillance were conducted at the claimant's residence. She continues to reside at the residence and his registered vehicle was present. No claimant activity was observed on days one or three. A male believed to be the claimant was observed and filmed on day two.

This male exited the residence and engaged in conversation with a male in an orange tee shirt and shorts. He moved in a fluid manner and exhibited no facial expressions to indicate he was in any pain. No devices such as canes, crutches, or braces were used. Once the conversation was over, the male re-entered the house. He was again observed when he departed the residence as a passenger with his son driving. During mobile surveillance the vehicle drove from view and could not be located.

*Per Liberty Life policy, no neighborhood or claimant contact was made, whatsoever.*

**Documentation**: On October 29, 2015, one minute, twelve seconds of video was obtained. Documented activities are identified by a (VT) caption within the Details of Investigation section in this report. Streaming video can be viewed at the following link:

https://vidserv2.cvi.com/stream.php?vids=B5100761_B5-1989.WMV







**Physical Description**: Claimant is a male, 57 years of age, married, with one known son.

**Verbal Report**: Voice mail and email updates were provided to Ms. Jessica Austin.

**Case Status**: Closed/Pending further instructions. Thank you for the opportunity to be of service. Should you have any questions please contact us at (888) 284-2000.

**Details of Investigation**



**Toyota registered to Patrick Hosseinpour**



**798 ANU is registered to claimant**



**Claimant's residence**

**Social Media Search**

A computer/social media investigation has been performed on claimant. Pipl.com shows three telephone numbers: . It also showed additional names and associated places, along with the address provided by an Accurint database check, which will be summarized below.

Yellowpages indicates that claimant is the president of Hosseinpour apartments, 200 West New York Avenue, Las Vegas, Nevada.

An e-physician profile was located, which shows him to be a licensed pharmacist with Safeway, at Highway 95 and Armory, Hawthorne, Nevada. NPI information was obtained. Claimants NPI number is 1699178921. His Nevada Pharmacist's License number is 13587.

Thatsthem.com showed a home phone of , an e-mail address of confirmed the provided address, and a possible vehicle, a 2006 Mercedes RF54.

When www.peekyou.com was checked, it showed employment at Hosseinpour Apartments.

Www.zabasearch.com revealed only an old address and telephone number.

Several profiles for Hosseinpour Apartments were found but they contained only information previously obtained.

The claimant is shown as the owner of his residence on along with his wife, Dobrinka Hosseinpour.

In regards to social media, nothing was found on Facebook, Myspace, twitter, plus.google.com, Instagram, or Vine.com. LinkedIn showed only claimant's Las Vegas address. Www.Whitepages.com showed claimant's provided address. Finally, nothing was found on either Wink.com or zoominfo.com.

**Surveillance - Claimant's Provided Residence**

**Wednesday, October 28, 2015**

6:00 AM
I arrived at claimant's residence and obtained a description of it. The house was quiet, and the blinds were closed. Noted two Toyotas were parked in the driveway and a third one on the street near the front of the house. The residence and both vehicles were photographed slightly later in the morning in order to obtain useful photographs without a flash going off. In addition, the two visible license plates were run. See above for registration information and residence description.

9:00 AM
I took a walk past the residence and observed that all the blinds were still closed, that the house and front yard are not well maintained, and that the back yard is badly maintained.

9:51 AM
A Federal Express truck delivered an envelope to the residence. I noted that the driver was only at the door to the house for a few seconds.

1:43 PM
A male in his middle twenties came out of the residence via the garage door and went to the Toyota that has no front license plate. He opened both front doors, then closed them and went to the trunk and opened that. He then went back into the house.

2:00 PM
Surveillance was discontinued due to lack of claimant activity.

**Surveillance - Claimant's Provided Residence**

**Thursday, October 29, 2015**

8:03 AM
I arrived at claimant's residence. The vehicles noted past date were all present, and appeared to be parked in the same places as past date. The blinds in the residence were all closed, and the trashcans had already been emptied.

<u>12:37 PM</u>
The younger male observed past date came out of the residence wearing blue shorts and a black sleeveless tee shirt came out of the residence via the front door and went to the mailbox and back to the house.

<u>1:17 PM</u>
The garage door opened and the young male was noted to be in the garage. He began carrying items from the garage area and placing them into the trunk of the Toyota parked on the street. This vehicle is the one with the California plates, and is registered to Patrick Hosseinpour.

<u>1:22 PM</u>
The male went back into the garage and the garage door closed.

<u>1:31 PM (VT)</u>
A male matching the description of claimant came out of the residence wearing a white top appearing to be some sort of smock, blue shorts, and sunglasses. He engaged a male (who came out with him) in conversation and then went back into the residence and was lost to view. I observed the movements of the male in the smock and noted that he seemed to move smoothly and with no indications of discomfort. He used not visible assistive devices such as canes, crutches, or braces.

<u>1:39 PM (VT)</u>
The male in the smock came out again, and was video'ed. He moved smoothly and with no apparent discomfort or assistive devices; however, he did, at one point, place his right hand on the small of his back. It was at that point I noted that the shirt or smock that he was wearing even had a belt in the back. The individual walked to the right front door of the vehicle and sat down in the right front seat. Again, I noted that he seemed to have no difficulty in this maneuver. The younger male went to the driver's side and got into the driver's seat of the car.

<u>1:42 PM</u>
The Toyota made a U-turn and departed eastbound on towards Jimmy Durante. Mobile surveillance was initiated.

<u>1:43 PM</u>
The Toyota made a left turn onto Jimmy Durante and proceeded northbound. forms a T-intersection with Jimmy Durante, which is a busy arterial street. It was not possible for me to make the same left for some time, and when I could do it, the Toyota was a considerable distance away. I endeavored to catch up, but was still over a quarter mile behind it when it made a left turn and left me at a traffic light leading into a school zone. Visual of the vehicle was lost, and a search was initiated.

<u>2:10 PM</u>
The search was not successful, and I re-established surveillance at the residence. The vehicle had not returned and it was not know if the claimant had returned.

<u>4:00 PM</u>
As no further claimant activity was observed surveillance was discontinued.

**Surveillance - Claimant's Provided Residence**

**<u>Friday, October 30 2015</u>**

<u>9:58 AM</u>
I arrived at claimant's residence and noticed that the Toyota in which the claimant had ridden in was not present. Parked in its place was the gray Toyota that had been backed into the driveway. This vehicle bore Nevada registration . It was later run and came back to claimant and Patrick Hosseinpour at the address. Backed into the driveway was a white early model Prius, Nevada plate . This vehicle is registered to Patrick Hosseinpour and Cory Marquez at , . A surveillance position was obtained overlooking the area.

<u>11:00 AM – 5:00 PM</u>
During this timeframe the claimant was not observed.

<u>6:00 PM</u>
The surveillance was terminated due to a lack of claimant activity. I left the area.

# MEADOWS MEDICAL GROUP

10/27/2015

To Whom It May Concern:

This is to verify that my patient, Abolfazl Hosseinpour's, condition has not improved and in my opinion he is still unable to work. Mr. Hosseinpour has a scheduled appointment with a therapist on 11/03/2015 that will then refer him to a psychiatrist. If you have any further questions please feel free to contact my office at 702-258-8100.

Thank you,

Mehrdad A. Tafreshi, M.D.

4500 Meadows Lane • Las Vegas, NV 89107 • (702) 258-8100 • Fax (702) 258-4244

**n0273536**

**From:** Julie Clark
**Sent:** Tuesday, October 27, 2015 11:46:59 AM
**To:** Pach, Saul
**Subject:** RE: LTD Salary Verification - Abolfazl Hosseinpour - LTD Claim 5482725
**Attachments:** image002.png; image003.png; Abolfazi Hosseinpour 2014 YTD HoursEarnings.xls; Abolfazl Hosseinpour.xls

Good Morning Saul,

Employee, Abolfazi Hosseinpour, is a Salaried Employee. Attached are the hours/earnings requested.

Have a great day,

Julie Clark

Employee Service Center

Phone Number: 1-888-255-2269

Fax Number: 1-623-295-3961

cid:image001.png@01D0C396.CB155CF0

**From:** Pach, Saul [mailto:Saul.Pach@LibertyMutual.com]
**Sent:** Monday, October 26, 2015 11:58 AM
**To:** Julie Clark
**Subject:** LTD Salary Verification - Abolfazl Hosseinpour - LTD Claim 5482725

Good morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification

regarding the LTD claim for Abolfazl, emp # 9865868, DOB .

Can you please provide the following:

· Please verify if the above employee is salaried or hourly

*For salaried employees:*

· Please provide a copy of the employee's earnings statement ending prior to, but not including, the disability date of 7/15/2015

· Please provide a report of all bonuses paid for the period of 1/1/2014 – 12/31/2014.

*For hourly employees:*

· Please provide an earnings report for the period of 4/22/2015 thru 7/14/2015.

· Please provide a report of all bonuses paid for the period of 1/1/2014 – 12/31/2014.

Please contact me with any questions.

Thank you,

**Saul Pach**

Payment Specialist II

Group Benefits Payment Services – Liberty Mutual Benefits

Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Mail Stop: 02-5, Desk: 02G-P762

Phone: 1-888-437-7611 ext 16448

SDN: 7316448

Fax: 603-427-2772

Saul.Pach@libertymutual.com

Payment Recovery Tracker

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 ext 26042 and permanently delete the original and any copy of any e-mail and any printout thereof.

"Email Firewall" made the following annotations.
-----------------------------------------------------------------------------
Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately..

=============================================================================

| ID | Name | Pay Period End | Check Dt | Check Nbr | Total Gross | Total Taxes | Total Ded. | Net Pay | Description | Earn Code | Sum Oth Hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9865868 | Hosseinpour,Abolfazl | 7/11/2015 | 7/16/2015 | 4329533 | 3149.00 | 532.33 | 725.07 | 1891.60 | Regular | 001 | 32.00 |
| 9865868 | Hosseinpour,Abolfazl | 7/11/2015 | 7/16/2015 | 4329533 | 3149.00 | 532.33 | 725.07 | 1891.60 | Pharmacy Exception Current Wk | 030 | 2.00 |
| 9865868 | Hosseinpour,Abolfazl | 7/11/2015 | 7/16/2015 | 4329533 | 3149.00 | 532.33 | 725.07 | 1891.60 | Travel Time | 085 | 5.00 |
| 9865868 | Hosseinpour,Abolfazl | 7/11/2015 | 7/16/2015 | 4329533 | 3149.00 | 532.33 | 725.07 | 1891.60 | Sick Pay | 099 | 8.00 |
| | | **7/11/2015 Total** | | | | | | | | | 47.00 |
| | | **Grand Total** | | | | | | | | | 47 |

| Sum Oth Earns |
|---|
| 2144.00 |
| 134.00 |
| 335.00 |
| 536.00 |
| 3149.00 |
| |
| 3149 |

| Co | ID | Name | Year | Earn Code | Descr | Hours YTD | Gross YTD |
|---|---|---|---|---|---|---|---|
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 001 | Regular | 2045.00 | 136663.75 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 030 | Pharmacy Exception Current Wk | 141.00 | 9430.90 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 034 | Pharmacy Exception Prior Wk | 19.00 | 1269.88 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 071 | Prior Week's Adjustment/Reg | -3.50 | -234.50 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 085 | Travel Time | 265.50 | 17745.13 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 089 | Holiday | 64.00 | 4278.00 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 090 | Floating Holiday | 16.00 | 1072.00 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 099 | Sick Pay | 8.00 | 536.00 |
| 001 | 9865868 | Hosseinpour,Abolfazl | 2014 | 551 | Bonus-PriorYr Earned-Operating | 0.00 | 221.05 |
| | | | | | **Total 2014 YTD Hours/Earnings** | **2555.00** | **170982.21** |

Liberty Mutual. INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

10/25/15

Mehrdad Tafreshi, MD

| | |
|---|---|
| Re: | Disability Benefits |
| Claimant Name: | Abolfazl Hosseinpour |
| Claimant DOB: | |
| Claim Number: | 3480001 |

Dear Dr. Tafreshi,

Liberty Life Assurance Company is the long term/short term disability insurer for your patient, Mr. Abolfazl Hosseinpour.

I was asked by Liberty Mutual to review the medical records Mr. Hosseinpour submitted in support of his request for disability benefits. I called on 10/12/15 to discuss your patient's recent and current clinical status. You returned my call at 6:06 PM (ET) and we spoke at that time. Thank you for taking the time to talk with me in this regard. To ensure that I have accurately summarized our conversation, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

> In response to my inquiry, you reported that Mr. Hosseinpour's panic attack symptoms include palpitations, light-headedness, and shortness of breath, and that when these happen at work he can't concentrate. In response to my question, you clarified that your reference to his concentration problems is based on Mr. Hosseinpour report of having difficulty with concentration. You explained that Mr. Hosseinpour's antidepressant medication was changed on 09/09/15, confirmed that psychiatric treatment was recommended, and that it had not yet occurred. During our conversation I referred to your medical record note of 09/23/15, at which time Mr. Hosseinpour's score on the PHQ-9 (19) was in the moderately severe range of depressive symptoms, and that Dr. Garber was following him for pain management. In response to my question about your 08/05/15 documentation (i.e., fax from Donna Paine, BSN, RN, CRRN, CCM at Liberty Mutual) which indicates both anxiety and spinal stenosis as impairing diagnoses, your reported that both conditions cause impairment, that he can't sit down or stand for long periods due to spinal stenosis, and that his depression and anxiety effect his work as a pharmacist. You reported that Ms. Hosseinpour's next visit would be in a couple of weeks.

Thank you for your time and your consideration of this matter.

Liberty Life Assurance Company is willing to reimburse any reasonable costs incurred in responding to our requests.

Sincerely,
*ELECTRONICALLY SIGNED*

Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consulting Neuropsychologist, Liberty Mutual

Mobile Phone: 203.308.6465
Office Phone: 888.440.6118 ext 10386

X No changes/comments, OR
___ With changes/comments as noted

Mehrdad Tafreshi, MD 10-27-15
Date

**n0273536**

**From:** Pach, Saul
**Sent:** Monday, October 26, 2015 2:58:16 PM
**To:** 'Julie Clark (Julie.Clark@safeway.com)'
**Subject:** LTD Salary Verification - Abolfazl Hosseinpour - LTD Claim 5482725
**Attachments:** image001.png

Good morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Abolfazl, emp # 9865868, DOB .

Can you please provide the following:

· Please verify if the above employee is salaried or hourly

*For salaried employees:*

· Please provide a copy of the employee's earnings statement ending prior to, but not including, the disability date of 7/15/2015

· Please provide a report of all bonuses paid for the period of 1/1/2014 – 12/31/2014.

*For hourly employees:*

· Please provide an earnings report for the period of 4/22/2015 thru 7/14/2015.

· Please provide a report of all bonuses paid for the period of 1/1/2014 – 12/31/2014.

Please contact me with any questions.

Thank you,

**Saul Pach**

Payment Specialist II

Group Benefits Payment Services – Liberty Mutual Benefits

Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Mail Stop: 02-5, Desk: 02G-P762

Phone: 1-888-437-7611 ext 16448

SDN: 7316448

Fax: 603-427-2772

Saul.Pach@libertymutual.com

Payment Recovery Tracker

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 ext 26042 and permanently delete the original and any copy of any e-mail and any printout thereof.

**n0199469**

**From:** RightFax E-mail Gateway
**Sent:** Sunday, October 25, 2015 10:54:23 AM
**To:** Belliveau, Timothy
**Subject:** Your fax has been successfully sent to Mehrdad Tafreshi, MD at 7022584244.

Your fax has been successfully sent to Mehrdad Tafreshi, MD at 7022584244.
----------------------------------------------------------
From: Belliveau, Timothy
----------------------------------------------------------
Time: 10/25/2015 10:53:07 AM
Sent to 7022584244 with remote ID "702 258 4244"
Result: (0/339;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 00:47 on channel 34

Liberty Mutual INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

10/25/15

Mehrdad Tafreshi, MD

Re: Disability Benefits
Claimant Name: Abolfazl Hosseinpour
Claimant DOB:
Claim Number: 3480001

Dear Dr. Tafreshi,

Liberty Life Assurance Company is the long term/short term disability insurer for your patient, Mr. Abolfazl Hosseinpour.

I was asked by Liberty Mutual to review the medical records Mr. Hosseinpour submitted in support of his request for disability benefits. I called on 10/12/15 to discuss your patient's recent and current clinical status. You returned my call at 6:06 PM (ET) and we spoke at that time. Thank you for taking the time to talk with me in this regard. To ensure that I have accurately summarized our conversation, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

> In response to my inquiry, you reported that Mr. Hosseinpour's panic attack symptoms include palpitations, light-headedness, and shortness of breath, and that when these happen at work he can't concentrate. In response to my question, you clarified that your reference to his concentration problems is based on Mr. Hosseinpour report of having difficulty with concentration. You explained that Mr. Hosseinpour's antidepressant medication was changed on 09/09/15, confirmed that psychiatric treatment was recommended, and that it had not yet occurred. During our conversation I referred to your medical record note of 09/23/15, at which time Mr. Hosseinpour's score on the PHQ-9 (19) was in the moderately severe range of depressive symptoms, and that Dr. Garber was following him for pain management. In response to my question about your 08/05/15 documentation (i.e., fax from Donna Paine, BSN, RN, CRRN, CCM at Liberty Mutual) which indicates both anxiety and spinal stenosis as impairing diagnoses, your reported that both conditions cause impairment, that he can't sit down or stand for long periods due to spinal stenosis, and that his depression and anxiety effect his work as a pharmacist. You reported that Ms. Hosseinpour's next visit would be in a couple of weeks.

Thank you for your time and your consideration of this matter.

Liberty Life Assurance Company is willing to reimburse any reasonable costs incurred in responding to our requests.

Sincerely,
*ELECTRONICALLY SIGNED*

Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consulting Neuropsychologist, Liberty Mutual

Mobile Phone: 203.308.6465
Office Phone: 888.440.6118 ext 10386

___ No changes/comments, OR
___ With changes/comments as noted

____________________________ __________
Mehrdad Tafreshi, MD Date

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | October 21, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Dr. Tafreshi |
| Fax: | (702) 258-4244 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

October 21, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

On October 18, 2015 a/an Peer Review was performed to assist us in determining Mr. Hosseinpour's eligibility for continued Short Term Disability (STD) benefits. The results of this assessment demonstrate the following:

*The claimant is capable of sustaining a full time work capacity without restrictions and limitations given the absence of any significant objective evidence to support restrictions or limitations.*

Please review the enclosed report by Howard Grattan, MD , and provide any comments you wish to have considered. If you disagree with Howard Grattan, MD 's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by October 30, 2015. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Short Term Disability (STD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Hosseinpour allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Hosseinpour's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 3480001-MEDICAL-CP/PEER REVIEW-10.19.2015

**Clinical Case Review**

| | |
|---|---|
| **Referred By:** | SCHULKE, NICOLE 913 8*734-1494 |
| **Report Date**: | 10/19/15 |
| **Insured's Name**: | Abolfazl Hosseinpour |
| **DOB**: | |
| **Claim**: | 3480001 |
| **Employer**: | SAFEWAY INC. |
| **Job Title/Occupation:** | PHARMACY MANAGER |
| **Dx**: | Major Depression |
| **DOD**: | 07/15/2015 |
| **Type of Claim:** | STD |

**Referral Questions**: What are the R&Ls? How do the panic attacks and anxiety indicate R&Ls? Please review.

**Response to Referral Questions**: The available records and supplementary AP report on 10/12/15 provide reasonable support for the presence of psychiatrically-based impairment that would probably interfere with the claimant's ability to consistently maintain pace and persistence on work-related tasks. The medical records and information from the claimant's primary care physician provide reasonable support for the need for complete occupational restriction through approximately 11/15/15, due to psychiatrically-based impairment. The medical record documentation provides stronger support for case formulation as functional impairment due to depression, rather than panic attacks.

**Additional Recommendations**: 1) Request follow-up primary care records.

2) If possible, determine from the claimant whether he has followed-up with Dr. Tafreshi's 09/09/15 recommendation for psychiatric treatment, and if not what is the status of this referral. If the claimant has been evaluated by a mental health professional, request those evaluation / treatment records.

3) If the claimant does not return to work by approximately 11/15/15, consider referral back for interim file review and an Addendum to this report.

**Analysis**: The scope of the following analysis is limited to consideration of the claimant's mental health / neuropsychological status. Consideration for any possible impairment related to non-psychological medical conditions (e.g., any standing / lifting restrictions due to cervical / lumbar disc disease and pain) is outside the scope of this review.

The July 2015 medical records indicate that the claimant reported anxious and depressed moods, sleep disturbance, panic attacks, and difficulty concentrating. The 09/09/15 note reflects no change in his psychiatric symptoms in response to medication. The claimant's 09/23/15 score on a depression screening questionnaire (PHQ-9 = 19) reflects a scope and

severity of mood symptoms which are generally consistent with the clinical diagnosis of Major Depression.

During AP contact on 10/12/15 the claimant's primary care physician described the claimant's report of anxiety symptoms that are generally consistent with the diagnostic criteria for panic attacks, but seem to be primarily occurring, or limited to the work setting. Although the medical records indicate that the claimant has reported having difficulty concentrating, no objective mental status assessment has been completed that would support the presence of cognitive impairment.

The available records provide reasonable support for the presence of psychiatrically-based impairment that would probably interfere with the claimant's ability to consistently maintain pace and persistence on work-related tasks. The medical record documentation provides stronger support for case formulation as functional impairment due to depression, rather than panic attacks. The medical records and supplementary AP report on 10/12/15 provide reasonable support for the need for psychiatrically-based occupational restriction through approximately 11/15/15.

**Case Summary**: Medical records of this 56 year old man indicate that in mid-July 2015 he was medically evaluated for neck and low back pain, and left arm numbness and pain, and also reported anxiety and depression. A June 2015 had shown multilevel moderate foraminal stenosis and lower cervical advanced degenerative disc disease. Other records refer to cervical lumbar disc bulges. He was referred to pain management, and for physical therapy. He has also reported headaches. In addition to pharmacological treatment for pain, he has been prescribed anxiolytic and antidepressant medications. A 09/09/15 primary care note indicates that a psychiatric referral was pending. The medical records indicate hyperglyceridemia as a concurrent diagnosis.

**Records Reviewed**:

- 06/15/15 Steinberg Diagnostic Medical Imaging Centers

MRI of the cervical spine: Multilevel moderate foraminal stenosis and lower cervical advanced degenerative disc disease.

- 07/07/15 - 09/23/15 Mehrdad Tafreshi, MD

The 07/07/15 note indicates that he reported panic attacks, difficulty at work unable to concentrate, left arm numbness at times, neck pain, lower back pain. Diagnoses: Degeneration of lumbar or lumbosacral intervertebral disc; spinal stenosis of lumbar region; pure hyperglyceridemia; degeneration of cervical intervertebral disc. Plan: EKG; follow-up pain management; start Zoloft and Xanax.

The 07/14/15 note indicates that he reported neck and lower back pain, and left arm numbness and pain, being unable to stand or sit for long, and that he had not seen pain management due to fear of injections. There is note of anxiety issues, panic attacks,

difficulty at work unable to concentrate, and that Zoloft and Xanax had not helped. Mood is noted as depressed. Diagnoses: Degeneration of lumbar or lumbosacral intervertebral disc; spinal stenosis of lumbar region; degeneration of cervical intervertebral disc; anxiety disorder; pure and hyperglyceridemia. Plan: Try gabapentin; rest; try valium.

The 09/09/15 note indicates follow-up for neck pain, lower back pain, left arm numbness and pain persisting, with left hand weakness unchanged, and left knee pain and difficulty walking long or standing. There is note of anxiety issues, panic attacks difficulty concentrating, on Xanax and Zoloft have not improved. He had physical therapy for 3 weeks and was going for neurosurgical evaluation for the cervical spine. Notes pertaining to exam indicate depressed mood, decreased range of back motion, decreased left hand grip, and left knee tenderness with flexion. Assessment: degeneration of lumbar or lumbosacral intervertebral disc; spinal stenosis of lumbar region; degeneration of cervical intervertebral disc; and anxiety disorder. Plan: Left knee X ray; follow-up with Dr. Garber; Psych referral pending / awaiting appointment; discontinue Zoloft, try Paxil.

The 09/23/15 note indicates report of continued low back pain, left arm numbness, and left hand weakness, with left knee pain and difficulty walking for long or standing. He also reported bitemporal headaches. There is note of anxiety issues, panic attacks, difficulty concentrating, and that he was on Xanax and Paxil with no significant changes. Notes pertaining to exam indicate depressed mood, and a PHQ-9 score = 19. Diagnoses: Degeneration of lumbar or lumbosacral intervertebral disc; pure hyperglyceridemia; spinal stenosis of lumbar region; degeneration of cervical intervertebral disc; anxiety disorder; major depressive disorder. Plan was to follow-up with Dr. Garber; increase Paxil to 40 mg daily; Fioricet codeine for headaches; and "still not fit to return to work."

- 07/16/15 – 09/17/15 Jason Garber, MD

The 07/19/15 HPI includes description of neck and low back pain. Medications: Tramadol; Xanax; Lyrica; Skelaxin. He also reported incontinence, cold and heat intolerance, anemia, blacking out / inability to concentrate, blurred vision, headaches, anxiety, and insomnia. Assessment was cervical and lumbar disc bulges without myelopathy. Plan was for X-rays, nerve conduction studies, and referral to physical therapy.

The 09/17/15 note describes review of X-ray results, physical exam, and plan for MRI of the cervical and lumbar spine.

- 08/26/15 Tim Hipkis, PTA / Vanessa Martin, MSPT

Physical therapy evaluation for lumbago and cervicalgia.

*Other*:
2002 Safeway
Job Description: Pharmacy Manager

08/05/15 Mehrdad Tafreshi, MD

Responses to 08/03/15 faxed letter from LM Donna Paine, BSN, RN, CRRN, CCM. Objective findings to support impairment: cervical spinal muscle tenderness on exam depressed mood, changed position from sitting to standing. Anxiety severity is noted to be moderate to severe, interfering with his ability to concentrate. Findings on mental status exam: depressed mood. Regarding symptom interference with activities of daily living: able to perform his ADL's. Impairing diagnoses: Anxiety and spinal stenosis. Restrictions and limitations: sit and stand no more than 30 minutes at a time; lift and carry no more than 15 pounds. Duration of restrictions and limitations: 10/01/15. There is note that return to work determination will be made by his improvement on medication.

**Report of AP Contact**: I called Dr. Tafreshi on 10/12/15 at 5:08 PM ET (2:08 PM PT). Dr. Tafreshi was not available at the time of my call, so I left a message explaining the reason for my call, and requesting a call back. I received Dr. Tafreshi's return call on 10/12/15 at 6:06 PM ET, and we spoke at that time.

In response to my inquiry, Dr. Tafreshi reported that Mr. Hosseinpour's panic attack symptoms include palpitations, light-headedness, and shortness of breath, and that when these happen at work he can't concentrate. In response to my question, Dr. Tafreshi clarified that this is based on Mr. Hosseinpour report of having difficulty with concentration. Dr. Tafreshi reported that Mr. Hosseinpour's antidepressant medication was changed on 09/09/15, confirmed that psychiatric treatment was recommended, and explained that it had not yet occurred. We briefly reviewed the medical record note of 09/23/15, at which time Mr. Hosseinpour's score on the PHQ-9 (19) was in the moderately severe range of depressive symptoms, and that Dr. Garber was following him for pain management. In response to my question about Dr. Tafreshi's 08/05/15 documentation to Liberty Mutual (i.e., fax rom Donna Paine, BSN, RN, CRRN, CCM) which indicates both anxiety and spinal stenosis as impairing diagnoses, Dr. Tafrshi reported that both conditions cause impairment, that he can't sit down or stand for long periods due to spinal stenosis, and that his depression and anxiety effect his work as a pharmacist. Dr. Tafreshi reported that Ms. Hosseinpour's next visit would be in a couple of weeks.

**References**:
American Psychiatric Association. (2013). *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition).* Arlington, VA: American Psychiatric Association.

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. ABOLFAZL HOSSEINPOUR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

October 19, 2015

Mr. Abolfazl Hosseinpour

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, your claim has been transferred to our Disability Claims Department in our Dover, NH office. Jessica Austin has been assigned as your dedicated Disability Case Manager. You may reach your case manager at the number below. Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

MLS Group of Companies, Inc.

MLS Peer Review Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

October 19, 2015

Re: Abolfazl Hosseinpour
Claim Number: 5482725
Social Security:

INDEPENDENT PEER REVIEW

To Whom It May Concern:

LIST OF MEDICAL DOCUMENTATION

- Steinberg Diagnostic Medical Imaging Centers
  - MRI lumbar spine 6/15/15
  - MRI cervical spine 6/15/15
- Meadows Medical Group Practice
  - Notes 7/7/15 – 9/23/15
  - ECG 7/7/15
- Western Regional Center for Brain and Spine notes 7/16/15
- Kelly Hawkins Physical Therapy notes 8/24/15 – 9/17/15

SUMMARY OF MEDICAL DOCUMENTATION

The claimant is a 56-year-old male with a date of birth of . He is assessed with degeneration of lumbar or lumbosacral intervertebral disc, spinal stenosis of the lumbar spine, degeneration of cervical intervertebral disc, anxiety disorder and pure hyperglyceridemia.

MRI of the lumbar spine dated 06/15/15 reveals L3-L4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm. L2-L3 central disc bulge with a component of subligamentous extrusion above the L2

and L3. Only mild because sac effacement without neural impingement. 2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild cord effacement on sagittal imaging. Recommended to consider formal thoracic MRI if clinical symptoms warrant.

MRI of the cervical spine dated 06/15/15 reveals multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5. Lower cervical advanced degenerative disc disease.

Progress note dated 07/07/15 Meadows Medical Group, claimant presents with panic attacks, neck pain, lower back pain and left arm numbness at times. Physical examination reveals supple tenderness at paracervicals and paralumbar tenderness with decreased range of motion. Diagnosis include degeneration of lumbar or lumbosacral intervertebral disc, spinal stenosis of the lumbar spine, degeneration of cervical intervertebral disc, anxiety disorder and pure hyperglyceridemia. Treatment plan includes EKG, follow up pain management, start Zoloft and Xanax.

Progress note dated 07/14/15 Mehrdad Tafreshi M.D., claimant presents for follow-up he states he is unable to sit or stand for long and has not seen pain management due to fear of injections. Zoloft and Xanax have not helped. Objective findings are unchanged. Treatment plan includes trial Gabapentin, rest, and trial Valium.

Progress note dated 07/16/15 Jason Garber M.D., claimant presents for a transition into care. He presents for neck and low back pain. Onset was one year ago. Neck pain is described as severe and worsening and exacerbated by neck movement. Associated symptoms included upper extremity paresthesias and weakness. Low back pain is described as severe, sharp stabbing pain. Pain radiates to right and left lower extremity. Pain is aggravated by walking. The symptoms have been associated with back stiffness, leg weakness and paresthesias in legs. Current medications include Tramadol, Xanax, Lyrica, and Skelaxin. Physical examination reveals sensory is intact to light touch, muscle strength and tone in all upper extremities and lower extremities is 5/5, plantar reflexes (L4-S2) bilateral-flexion are normal. There is no impairment of heel-to-shin, finger-to-nose or any impairment of rapid alternating movements. Gait and station is normal. He is assessed with bulge of cervical disc without myelopathy and bulge of lumbar disc without myelopathy. Treatment plan includes x-ray of cervical spine and lumbosacral spine, nerve conduction study, limited electromyography with nerve conduction study, referral to physical therapy. Follow up after appointment with specialist.

Physical therapy note dated 08/26/15, muscle testing lower extremity is +4/5 bilaterally, upper extremity is +4/5 bilaterally. Cervical range of motion on flexion is 50°, left rotation 43°, right rotation 34°. Lumbar range of motion with flexion is 45°, side bend left 20°, side bend right 20°. Treatment plan includes continue with current rehabilitation program. Note is somewhat illegible due to poorly Xeroxed copy.

Progress note dated 09/09/15 Mehrdad Tafreshi M.D., objective findings reveal claimant's mood is depressed, decreased range of motion in back, left hand grip decreased and left knee tender with flexion, no effusion. Treatment plan includes x-ray of the left knee, follow up with Dr. Garber, psych referral pending, awaiting appointments, discontinue Zoloft and try Paxil.

Progress note dated 09/17/15 Jason Garber M.D., claimant presents for review of diagnostic studies. X-rays of the cervical spine revealed straightening of the cervical spine consistent with spasm. There is cervical disc degeneration present mostly notably C4-C5, C5-C6 and C6-C7. X-rays of the lumbar spine revealed idiopathic rotatory scoliosis. There is some disc degeneration. Treatment plan includes order MRI of the cervical spine and lumbar spine. He is instructed to make a follow-up appointment following completion of diagnostic tests.

Progress note dated 09/23/15 Mehrdad Tafreshi M.D., findings are essentially unchanged. Treatment plan includes increase Paxil to 40 mg, prescribed Fioricet with codeine for headaches, still not fit to return to work.

PEER-TO-PEER DISCUSSION, DR. GARBER

On 10/13/2015 @ 1:38PM Pacific I called left a detailed message with Lilliana for Dr. Garber.

On 10/14/2015 @ 12:27PM Pacific I called and left a detailed message with Alexandra for Dr. Garber.

On 10/15/2015 @ 11:19AM Pacific I called and left a detailed message on an office voicemail for Dr. Garber.

PEER-TO-PEER DISCUSSION, DR. TAFRESHI

On 10/13/2015 @ 1:44PM Pacific I called and left a detailed message with Maria for Dr. Tafreshi.

On 10/14/2015 @ 12:29PM Pacific I called and left a detailed message with Maria for Dr. Tafreshi.

On 10/15/2015 @ 11:20AM Pacific I called and left a detailed message with Maria for Dr. Tafreshi.

CONCLUSION

**1. What diagnoses are supported by the medical evidence in the file?**

The claimant is diagnosed with degeneration of lumbar or lumbosacral intervertebral disc, spinal stenosis of the lumbar spine, degeneration of cervical intervertebral disc, anxiety and pure hyperglyceridemia.

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. For each activity that is restricted, please indicate whether the restricted activity can be performed Never, Occasionally (1-33% of the time or 1-20 min/hour), Frequently (34-66% of the time or 21-40 min/hour), or Constantly (67-100% of the time or 41-60 min/hour).**

This is a 56-year-old male with a chief complaint of lower back pain, neck pain, and intermittent left arm numbness. It is also indicated that the claimant has left knee pain with prolonged walking and standing, however, the claimant has a normal gait. He has a history of panic attacks. Current medications include Tramadol, Xanax, Lyrica, and Skelaxin. Objectively sensation is intact and motor strength is 5/5. It is noted that the claimant has some decreased grip strength, however, this is not described. Gait and station is normal. There is limited range of motion. There is cervical disc degeneration present mostly notably C4-C5, C5-C6 and C6-C7. There is no evidence of definitive neural compromise on MRI of the cervical or lumbar spine. These findings are mild in severity and given the absence of any quantifiable objective measurements, instability, or findings on MRI that would place the claimant at increased risk of injury, the claimant is not functionally impaired and therefore restrictions and limitations are not supported.

**3. Please include the expected duration for any supported restrictions.**

Restrictions and limitations are not supported as described above.

**4. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.**

The claimant does not have a co-morbid diagnosis that is impacting any impairment.

**5. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No. The claimant has tried Zoloft and Xanax, which did not help. He is to try Paxil. The claimant is also taking Tramadol, Xanax, Lyrica and Skelaxin. This would not be expected to impact his functional capacity.

**6. Is the claimant capable of sustaining full-time work capacity within the restrictions and limitations indicated above?**

The claimant is capable of sustaining a full time work capacity without restrictions and limitations given the absence of any significant objective evidence to support restrictions or limitations.

Thank you for allowing me to review this file.

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Sincerely,



Howard Grattan, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Medicine, Pain Management
American Academy of Physical Medicine and Rehabilitation
American Association of Neuromuscular and Electrodiagnostic Medicine
International Spine Intervention Society

**Invoice** **312563**

**Date of Invoice** **10/19/2015**

**MLS Group of Companies, Inc.**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - AZ 186,
P.O. Box 37500

Phoenix, AZ 85069
**Attention:** Stephan Levitt

**Case Id:** 5482725
**Referral Id:** 32615006837
**Name:** Hosseinpour, Abolfazil
**Employer:**
**Physician:** Howard Grattan
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 10/19/15

| Item | Rate |
|---|---|
| Peer Review | 646.25 |

| | |
|---|---|
| **Invoice Total** | $646.25 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$646.25** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies, Inc.

# Clinical Case Review

**Referred By:** SCHULKE, NICOLE 913 8*734-1494
**Report Date**: 10/19/15
**Insured's Name**: Abolfazl Hosseinpour
**DOB**:
**Claim**: 3480001
**Employer**: SAFEWAY INC.
**Job Title/Occupation:** PHARMACY MANAGER
**Dx**: Major Depression
**DOD**: 07/15/2015
**Type of Claim:** STD

**Referral Questions**: What are the R&Ls? How do the panic attacks and anxiety indicate R&Ls? Please review.

**Response to Referral Questions**: The available records and supplementary AP report on 10/12/15 provide reasonable support for the presence of psychiatrically-based impairment that would probably interfere with the claimant's ability to consistently maintain pace and persistence on work-related tasks. The medical records and information from the claimant's primary care physician provide reasonable support for the need for complete occupational restriction through approximately 11/15/15, due to psychiatrically-based impairment. The medical record documentation provides stronger support for case formulation as functional impairment due to depression, rather than panic attacks.

**Additional Recommendations**: 1) Request follow-up primary care records.

2) If possible, determine from the claimant whether he has followed-up with Dr. Tafreshi's 09/09/15 recommendation for psychiatric treatment, and if not what is the status of this referral. If the claimant has been evaluated by a mental health professional, request those evaluation / treatment records.

3) If the claimant does not return to work by approximately 11/15/15, consider referral back for interim file review and an Addendum to this report.

**Analysis**: The scope of the following analysis is limited to consideration of the claimant's mental health / neuropsychological status. Consideration for any possible impairment related to non-psychological medical conditions (e.g., any standing / lifting restrictions due to cervical / lumbar disc disease and pain) is outside the scope of this review.

The July 2015 medical records indicate that the claimant reported anxious and depressed moods, sleep disturbance, panic attacks, and difficulty concentrating. The 09/09/15 note reflects no change in his psychiatric symptoms in response to medication. The claimant's 09/23/15 score on a depression screening questionnaire (PHQ-9 = 19) reflects a scope and

severity of mood symptoms which are generally consistent with the clinical diagnosis of Major Depression.

During AP contact on 10/12/15 the claimant's primary care physician described the claimant's report of anxiety symptoms that are generally consistent with the diagnostic criteria for panic attacks, but seem to be primarily occurring, or limited to the work setting. Although the medical records indicate that the claimant has reported having difficulty concentrating, no objective mental status assessment has been completed that would support the presence of cognitive impairment.

The available records provide reasonable support for the presence of psychiatrically-based impairment that would probably interfere with the claimant's ability to consistently maintain pace and persistence on work-related tasks. The medical record documentation provides stronger support for case formulation as functional impairment due to depression, rather than panic attacks. The medical records and supplementary AP report on 10/12/15 provide reasonable support for the need for psychiatrically-based occupational restriction through approximately 11/15/15.

**Case Summary**: Medical records of this 56 year old man indicate that in mid-July 2015 he was medically evaluated for neck and low back pain, and left arm numbness and pain, and also reported anxiety and depression. A June 2015 had shown multilevel moderate foraminal stenosis and lower cervical advanced degenerative disc disease. Other records refer to cervical lumbar disc bulges. He was referred to pain management, and for physical therapy. He has also reported headaches. In addition to pharmacological treatment for pain, he has been prescribed anxiolytic and antidepressant medications. A 09/09/15 primary care note indicates that a psychiatric referral was pending. The medical records indicate hyperglyceridemia as a concurrent diagnosis.

**Records Reviewed**:

! 06/15/15 Steinberg Diagnostic Medical Imaging Centers

MRI of the cervical spine: Multilevel moderate foraminal stenosis and lower cervical advanced degenerative disc disease.

! 07/07/15 - 09/23/15 Mehrdad Tafreshi, MD

The 07/07/15 note indicates that he reported panic attacks, difficulty at work unable to concentrate, left arm numbness at times, neck pain, lower back pain. Diagnoses: Degeneration of lumbar or lumbosacral intervertebral disc; spinal stenosis of lumbar region; pure hyperglyceridemia; degeneration of cervical intervertebral disc. Plan: EKG; follow-up pain management; start Zoloft and Xanax.

The 07/14/15 note indicates that he reported neck and lower back pain, and left arm numbness and pain, being unable to stand or sit for long, and that he had not seen pain management due to fear of injections. There is note of anxiety issues, panic attacks,

difficulty at work unable to concentrate, and that Zoloft and Xanax had not helped. Mood is noted as depressed. Diagnoses: Degeneration of lumbar or lumbosacral intervertebral disc; spinal stenosis of lumbar region; degeneration of cervical intervertebral disc; anxiety disorder; pure and hyperglyceridemia. Plan: Try gabapentin; rest; try valium.

The 09/09/15 note indicates follow-up for neck pain, lower back pain, left arm numbness and pain persisting, with left hand weakness unchanged, and left knee pain and difficulty walking long or standing. There is note of anxiety issues, panic attacks difficulty concentrating, on Xanax and Zoloft have not improved. He had physical therapy for 3 weeks and was going for neurosurgical evaluation for the cervical spine. Notes pertaining to exam indicate depressed mood, decreased range of back motion, decreased left hand grip, and left knee tenderness with flexion. Assessment: degeneration of lumbar or lumbosacral intervertebral disc; spinal stenosis of lumbar region; degeneration of cervical intervertebral disc; and anxiety disorder. Plan: Left knee X ray; follow-up with Dr. Garber; Psych referral pending / awaiting appointment; discontinue Zoloft, try Paxil.

The 09/23/15 note indicates report of continued low back pain, left arm numbness, and left hand weakness, with left knee pain and difficulty walking for long or standing. He also reported bitemporal headaches. There is note of anxiety issues, panic attacks, difficulty concentrating, and that he was on Xanax and Paxil with no significant changes. Notes pertaining to exam indicate depressed mood, and a PHQ-9 score = 19. Diagnoses: Degeneration of lumbar or lumbosacral intervertebral disc; pure hyperglyceridemia; spinal stenosis of lumbar region; degeneration of cervical intervertebral disc; anxiety disorder; major depressive disorder. Plan was to follow-up with Dr. Garber; increase Paxil to 40 mg daily; Fioricet codeine for headaches; and "still not fit to return to work."

! 07/16/15 – 09/17/15 Jason Garber, MD

The 07/19/15 HPI includes description of neck and low back pain. Medications: Tramadol; Xanax; Lyrica; Skelaxin. He also reported incontinence, cold and heat intolerance, anemia, blacking out / inability to concentrate, blurred vision, headaches, anxiety, and insomnia. Assessment was cervical and lumbar disc bulges without myelopathy. Plan was for X-rays, nerve conduction studies, and referral to physical therapy.

The 09/17/15 note describes review of X-ray results, physical exam, and plan for MRI of the cervical and lumbar spine.

! 08/26/15 Tim Hipkis, PTA / Vanessa Martin, MSPT

Physical therapy evaluation for lumbago and cervicalgia.

*Other*:
2002 Safeway
Job Description: Pharmacy Manager

08/05/15 Mehrdad Tafreshi, MD

Responses to 08/03/15 faxed letter from LM Donna Paine, BSN, RN, CRRN, CCM. Objective findings to support impairment: cervical spinal muscle tenderness on exam depressed mood, changed position from sitting to standing. Anxiety severity is noted to be moderate to severe, interfering with his ability to concentrate. Findings on mental status exam: depressed mood. Regarding symptom interference with activities of daily living: able to perform his ADL's. Impairing diagnoses: Anxiety and spinal stenosis. Restrictions and limitations: sit and stand no more than 30 minutes at a time; lift and carry no more than 15 pounds. Duration of restrictions and limitations: 10/01/15. There is note that return to work determination will be made by his improvement on medication.

**Report of AP Contact**: I called Dr. Tafreshi on 10/12/15 at 5:08 PM ET (2:08 PM PT). Dr. Tafreshi was not available at the time of my call, so I left a message explaining the reason for my call, and requesting a call back. I received Dr. Tafreshi's return call on 10/12/15 at 6:06 PM ET, and we spoke at that time.

In response to my inquiry, Dr. Tafreshi reported that Mr. Hosseinpour's panic attack symptoms include palpitations, light-headedness, and shortness of breath, and that when these happen at work he can't concentrate. In response to my question, Dr. Tafreshi clarified that this is based on Mr. Hosseinpour report of having difficulty with concentration. Dr. Tafreshi reported that Mr. Hosseinpour's antidepressant medication was changed on 09/09/15, confirmed that psychiatric treatment was recommended, and explained that it had not yet occurred. We briefly reviewed the medical record note of 09/23/15, at which time Mr. Hosseinpour's score on the PHQ-9 (19) was in the moderately severe range of depressive symptoms, and that Dr. Garber was following him for pain management. In response to my question about Dr. Tafreshi's 08/05/15 documentation to Liberty Mutual (i.e., fax rom Donna Paine, BSN, RN, CRRN, CCM) which indicates both anxiety and spinal stenosis as impairing diagnoses, Dr. Tafrshi reported that both conditions cause impairment, that he can't sit down or stand for long periods due to spinal stenosis, and that his depression and anxiety effect his work as a pharmacist. Dr. Tafreshi reported that Ms. Hosseinpour's next visit would be in a couple of weeks.

**References**:

American Psychiatric Association. (2013). *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition).* Arlington, VA: American Psychiatric Association.

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

**n0113661**

**From:** Cheryl Gratowski
**Sent:** Monday, October 12, 2015 9:48:59 AM
**To:** Levitt, Stephan
**Subject:** 5482725
**Attachments:** image001.png

*Stephan, We received the referral for this case and will work on scheduling this case.*


Cheryl Gratowski

Peer Review Coordinator

logo_email_sig_MLS.png

www.mls-ime.com

29000 Inkster Road

Southfield, MI 48034

(O) 888-657-4634 Ext 117

(F) 248-356-6757

(E) cgratowski@mls-ime.com


"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the

intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."

# TCMS Referral Sheet

Liberty Mutual.

| | | | |
|---|---|---|---|
| Claimant Name: | ABOLFAZL HOSSEINPOUR | DOB: | |
| Claim #: | 5482725 | Diagnosis: | 722.52 Degeneration of lumbar or lumbo |
| Date of Disab: | 7/15/2015 | Customer: | SAFEWAY INC. |
| Office: | 0913 | Case Mgr: | Stephan Levitt |

## Employer Information

| | | | |
|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (925) 469-7235 |
| | | Fax #: | (000) 000-0000 |
| Customer Name: | Rita Romo | Special Handling: | |
| Address: | 5918 Stoneridge Mall Road; Building G; GW43<br>Pleasanton, CA 945880000 | | |

Document Location

- [x] Document List
- [x] Correspondence
- [ ] Paper File

## Claims Management Reassignment

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **Yes** |
| Is M&N a Co-morbid: | **Yes** |

Reason for Referral:

Claim reassignment. DXs: Back Pain, Neck Pain, Hand Pain, Anxiety.

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Stephan Levitt
Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585 x41650
Fax: (603) 334-3569

Document Locations
- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 10/11/2015 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ABOLFAZL HOSSEINPOUR | Claim #: | 5482725 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 7/15/2015 |
| Zip: | | Primary Diagnosis: | Degeneration of lumbar or lumbosacral intervertebr |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Garber (702) 835-0088; Dr. Tafreshi (702) 258-8100 |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

1. Please contact the treating physician(s) to discuss your review of this claim, discuss supported restrictions and limitations, expected duration, treatment plan, ability to return to usual activities, including work-related activities - or what prevents returning to work. When contacting the treating providers please clarify the information reviewed and discuss your conclusions on supported restrictions and limitations if it differs from that of the treating provider. Indicate if you have reached a consensus with the treating provider. If not, document your final assessment after the call.

2. What diagnoses are supported by the medical evidence in the file?

3. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. For each activity that is restricted, please indicate whether the restricted activity can be performed Never, Occasionally (1-33% of the time or 1-20 min/hour), Frequently (34-66% of the time or 21-40 min/hour), or Constantly (67-100% of the time or 41-60 min/hour).

4. Please include the expected duration for any supported restrictions.

5. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.

6. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

7. Is the claimant capable of sustaining full-time work capacity within the restrictions and limitations indicated above?

Instructions For Vendor:

Claimant Name: ABOLFAZL HOSSEINPOUR

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: ABOLFAZL HOSSEINPOUR

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-3569

| | |
|---|---|
| Date: | October 9, 2015 |
| To: | DR. JASON GARBER<br>2471 PROFESSIONAL COURT<br>LAS VEGAS NV 89128 |
| Attn: | Medical Records Request |
| Fax: | (702) 835-0085 |
| From: | Stephan Levitt<br>Disability Claims Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-3569 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

October 9, 2015

Dr. Jason Garber
2471 PROFESSIONAL COURT
LAS VEGAS, NV 89128

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Jason Garber:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present.

We ask that you provide this information by October 23, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3569 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephan Levitt
Disability Claims Case Manager
Phone No.: (800) 320-7585 Ext. 41650
Secure Fax No.: (603) 334-3569

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-3569

| | |
|---|---|
| Date: | October 9, 2015 |
| ~~To:~~ FROM | DR. JASON GARBER<br>2471 PROFESSIONAL COURT<br>LAS VEGAS NV 89128 |
| Attn: | Medical Records Request |
| Fax: | (702) 835-0085 |
| ~~From:~~ TO | Stephan Levitt<br>Disability Claims Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-3569 ← |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5482725<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

October 9, 2015

Dr. Jason Garber
2471 PROFESSIONAL COURT
LAS VEGAS, NV 89128

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 5482725
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Jason Garber:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present.

We ask that you provide this information by October 23, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3569 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephan Levitt
Disability Claims Case Manager
Phone No.: (800) 320-7585 Ext. 41650
Secure Fax No.: (603) 334-3569

Kelly Hawkins
Physical Therapy

Chynoweth, Hill & Leavitt, LLC
4800 E. Bonanza Rd.
Suite 2
Las Vegas, NV USA 89110
Phone: (702) 438-3188 Fax: (702) 438-4550

Patient: Abolfazl Hosseinpour
Acct #: 216518
DOB:
Physician: Jason Garber
Phys Fax:
Physician: Not Specified
Clinician: Vanessa Martin
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#: SFG383A79260

Note Date: Aug 26, 2015
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Jul 16, 2015
Surg. Date:
Visits: 6
Cxl/Ns: 1
Employer:
Insured: Abolfazl Hosseinpour

# Progress Note

## Diagnoses

| | | |
|---|---|---|
| Spine | 724.2 | Lumbago |
| | 723.1 | Cervicalgia |

## General Information

**Summary List:**
- Current Medication: per med sheet Significant Medical DX/Conditions: None.

## Subjective Examination

**Not currently on an HEP**
**Chief Complaint:**
- Pain: Severity at Worst: 10/10.

## Objective Examination

**Gait/Locomotion:**
- walking in the community increases neck and low back pain.

| | Aug 10, 2015 | | Aug 26, 2015 | |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 | +4/5 | +4/5 |
| | **Aug 10, 2015** | | **Aug 26, 2015** | |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Gross Assessment | 4/5 | +4/5 | 4/5 | +4/5 |

| **Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):** | **Aug 10, 2015** | **Aug 26, 2015** |
|---|---|---|
| • Active Extension | 30 Degrees | 34 Degrees |
| • Active Flexion | 50 Degrees | 50 Degrees |
| • Active Rotation Left | 40 Degrees | 43 Degrees |
| • Active Rotation Right | 30 Degrees | 34 Degrees |
| **Range of Motion: Spine: Post-Treatment: Lumbar Degrees:** | | **Aug 26, 2015** |
| • Active Extension | | 14 Degrees |
| • Active Flexion | | 45 Degrees |
| • Active Side Bend Left | | 20 Degrees |
| • Active Side Bend Right | | 20 Degrees |

## Assessment

**Treatment Emphasis to focus on:**
- Pain relief.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Document ID: 00107D06.009 Status: Signed off (secure electronic signature)
Tim Hipkins,PTA(NV Lic: PTA A 329); Vanessa Martin,MSPT(NV Lic: PT 2892)

**Patient:** Abolfazl Hosseinpour
**Acct #:** 216518

Note Date: **Aug 26, 2015**

**Therapy Referral**

I have read the above report and request that my patient:
- ☐ Continue with treatment program as indicated above.
- ☐ Continue treatment program for ___ days/week for ___ weeks.
- ☐ Revise treatment program as indicated: ____________
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: ____________

**Please sign and return**

______________________ ______
**Physician/NPP Signature** **Date**

______________________
**Print Name and Credentials**

Electronically authenticated.

______________________
Tim Hipkins, PTA(NV Lic: PTA A 329)
Signed on Aug 26, 2015 16:00:06

Electronically authenticated.

______________________
Vanessa Martin, MSPT(NV Lic: PT 2892)
Signed on Aug 26, 2015 16:00:19

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient:** Abolfazl Hosseinpour **Patient #:** 271610 **DOB:** 56 years)

**Date of Encounter:** 09/17/2015

## History of Present Illness

The patient is a 56 year old male presenting for a follow-up visit and review of diagnostic test. The patient had X-ray of the cervical spine and X-ray of the lumbar spine. The diagnostic test(s) was performed at Steinberg Diagnostic Medical Imaging. The diagnostic test(s) was performed on 07/20/2015.

## Social History

Tobacco use: Never smoker

## Medication History

Medications Reconciled.

## Vitals

09/17/2015 10:58 AM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.99 m² **Body Mass Index:** 26.58 kg/m²

## Physical Exam

The physical exam findings are as follows:

**Neurologic**
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5.
**Lower Extremities: Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 5/5. **Left EHL** - 5/5.

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- MRI CERVICAL SPINE W/O CONTRAST (72141) ; Routine ()
- Patient Education: Neck Strain *: neck pain
- **Review of Diagnostic Test**
  Comments: Plain film x-rays the cervical spine reveals straightening of the cervical spine consistent with spasm. There is cervical disc degeneration present most notably C4-C5, C5-C6, and C6-C7.
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- MRI LUMBAR SPINE W/O CONTRAST (72148) ; Routine ()
- Patient Education: Low Back Pain: low back
- Patient Education: Magnetic Resonance Imaging (MRI) *: imaging
- **Review of Diagnostic Test**
  Comments: Plain film x-rays the lumbar spine reveals idiopathic rotatory scoliosis. There is some disc degeneration in the lower lumbar spine noted.
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

Jason Garber

Jason E Garber, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. ABOLFAZL HOSSEINPOUR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

October 9, 2015

Mr. Abolfazl Hosseinpour

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 5482725 and 3480001

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since July 22, 2015. Should your disability continue through the maximum benefit date, Short Term Disability (STD) benefits are payable through January 19, 2016.

Your claim has been assigned to Stephan Levitt for continued case management. During the remainder of this benefit period, we will be reviewing your claim for consideration under Safeway, Inc.'s Long Term Disability (LTD) Policy. Please note that receipt of Short Term Disability (STD) benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the Short Term Disability (STD) Plan and may require that we request additional information prior to making a claim determination.

Safeway, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

*1. **Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15*

*days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2.* ***Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On October 8, 2015, we requested / are requesting that you provide us with medical records from August 1, 2015 to present from any providers you have treated with other than Dr. Tafreshi. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from August 1, 2015 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Authorization
X Authorization - Medical
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Activities Questionnaire Form

_X_ Claimant Information Form
___ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Safeway, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 22, 2015.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephan Levitt
Disability Claims Case Manager
Phone No.: (800) 320-7585 Ext. 41650
Secure Fax No.: (603) 334-3569

Attachments: Authorization
Authorization - Medical
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Activities Questionnaire Form
Claimant Information Form

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return To:** Stephan Levitt ____________



EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour ____________

CLAIM NO: 5482725 ____________ DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Safeway, Inc. ____________

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

____________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |
| Managing your finances | ______ | ______ |
| Balancing your checkbook | ______ | ______ |
| Bathing yourself | ______ | ______ |
| Styling your own hair | ______ | ______ |
| Getting dressed | ______ | ______ |
| Going up and down stairs | ______ | ______ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________

______________________________________________

______________________________________________

Liberty Mutual
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Abolfazl Hosseinpour Claim No 5482725

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Stephan Levitt

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Abolfazl Hosseinpour
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5482725
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return To:** Stephan Levitt

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/01/2015 to 10/09/2015 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

**Return to:** Stephan Levitt

**EMPLOYEE/CLAIMANT NAME:** Abolfazl Hosseinpour **CLAIM #:** 5482725

**EMPLOYER/SPONSOR:** Safeway, Inc. **DATE OF BIRTH:** ______

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other (please describe) ______ | $ ______ | ______ | ______ | ______ |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

Liberty Mutual INSURANCE

**Return to:** Stephan Levitt

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: _____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name: _____ DOB: _____

Do you have children? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: _____ Date: _____

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

EMPLOYEE/CLAIMANT NAME: Abolfazl Hosseinpour
CLAIM NO: 5482725
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________

   ____________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________

   ____________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________

   ____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (    )** ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3569

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Abolfazl Hosseinpour **Claim** 5482725

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Stephan Levitt

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Abolfazl Hosseinpour**
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

**5482725**
Claim Number

# JOB DESCRIPTION

Job Title: Pharmacy Manager

**JOB DESCRIPTION:**

As a primary contact for Safeway customers, the Pharmacy Manager provides friendly, courteous, and helpful service. Trains, supervises, schedules, and assigns duties to pharmacy employees. Follows division guidelines for the implementation of the merchandising program. Employee compounds and dispenses prescribed medications, drugs, and other pharmaceuticals for patient care according to professional standards and state and federal legal requirements. Reviews prescriptions issued by physician or other authorized prescriber to assure accuracy and determine ingredients needed. Compounds medications using standard formulas and process such as weighing, counting, measuring, and mixing ingredients. Directs pharmacy personnel engaged in mixing, packaging, and labeling pharmaceuticals. Answers questions and provides information to pharmacy customers on drug interactions, side effects, dosage, and storage of pharmaceuticals. Maintains established procedures concerning quality assurance, security, and disposal of drugs. Enters data such as patient name, prescribed medication to maintain pharmacy files, chart system, and inventory. Assures product and removal of out of date product. Responsible for maintaining appropriate stock and inventory in the pharmacy. Responsible for overseeing and enforcing all applicable legal requirements and quality control procedures. Reports to Regional Pharmacy Manager.

**JOB DUTIES:**

Safeway Pharmacy Manager employees are generally responsible for completing the following job duties:

1. Provide customer service as currently defined by the employer within the scope of the position and within company policy.
2. Train, supervise, and schedule pharmacy workers to ensure optimum staffing patterns for the pharmacy.
3. Speak with customers to resolve problems with sales, dissatisfaction with service or product, or other problems related to the operation of the pharmacy area.
4. Use verifiable and measurable information to make decisions or judgments.
5. Follow all applicable legal requirements.
6. Order as necessary to maintain adequate inventory. Receives and stores incoming supplies.
7. Cleans equipment and containers according to prescribed methods.
8. Operates eiectronic cash register to total customers' final bill. Receives payment for customers' purchase and counts back correct change. Bags purchased items.
9. Maintain cleanliness of pharmacy area of the store. 10. Comply with all policies and procedures set by company. 11. Other duties as assigned.

**JOB RELATED QUALIFICATIONS:**

1. Ability to follow company customer service procedures. Demonstrated prior customer service skills or related experience.
2. Ability to interact with customers and co-workers.
3. Ability to understand and follow instructions.
4. Maintain necessary license(s) to comply with state and federal rules and regulations.

**SUPERVISORY RESPONSIBILITIES:**

Pharmacists and Pharmacy Technicians

Job Title: Pharmacy Manager

**PERMITS/LICENSES:**
Varies depending on store location and state/county requirements.

**WORK ENVIRONMENT:**
%Inside: 100% %Outside: Rare
Temperature Extremes: N/A
Chemicals: Frequent (various pharmaceuticals)

**MACHINES. TOOLS, AND EQUIPMENT:**
cash register, computer, fax machine, printer, telephone/intercom, alarm system, motorized gate, pen/pencils and other office supplies, adding machine, telxon

**PHYSICAL DEMANDS:**
Constant (over 70% of the time)
Frequent (30-70%)
Occasional (10-30%)
Seldom (1-10%)

**Lifting:**
Constantly lifts 1-10 Ibs. Occasionally lifts 11-20 Ibs.
**Carrying:**
Frequently carries 1-10 Ibs.
**Pushing/Pulling:**
Frequently pushes/pulls 1-10 Ibs.
**Reaching:**
Constant knee to shoulder level reaching. Occasional at or above shoulder level and overhead reaching.
**Standing:**
Constant standing while on job. Sitting allowed on breaks.
**Walking:**
Frequent walking while on job.
**Climb/Balance:**
St::h.iOI(I. May ust:: stt::p stoui 01 iadut::l.
**Trunk Functions:**
Constant neck rotation, bending of head and twisting. Occasional bending/stooping. Seldom crouching, squatting, and kneeling. .
**Upper Extremity:**
Constant handling/grasping, fine finger manipulation, and repetitive motion.
**Vision:**
Use of peripheral vision and depth perception to move around crowded pharmacy area. Near vision used to read product labels, orders, computer screen displays, and cash register. Use of color vision to identify pharmaceuticals.
**Hearing:**
To converse with customers, provide service, take orders and perceive questions. Used to converse with pharmacists and other employees, may speak on telephone or intercom.
**Speech:**
To provide service and information to customers and employees and speak on telephone or intercom

Safeway will provide reasonable accommodation for qualified individuals with disabilities who can meet overall job requirements.

SAFEWAY, INC. IS AN EQUAL OPPORTUNITY EMPLOYER

**n0222576**

---

**From:** Tucker, Ryan
**Sent:** Friday, October 09, 2015 10:15:51 AM
**To:** 'Norcal.online@safeway.com'
**Subject:** Job description request for ABOLFAZL HOSSEINPOUR Claim 3480001 Employee ID 9865868

Hello,

Please provide a job description for this employee.

Best,

Ryan B. Tucker

Disability Claims Case Manager | Group Benefits Claims | Phoenix, AZ

Liberty Life Assurance Company of Boston | A Liberty Mutual Company

P.O. Box 7209, London, KY, 40742-7209

(P) 800-320-7585 Ext. 41544 (Personal Fax) 1-603-334-5148 (Office Fax) 1-603-422-0119 (SDN) 8-734-1544

Ryan.Tucker@LibertyMutual.com

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41544. Permanently delete the original and any copy of the e-mail along with any printout thereof.

**n0222576**

| | |
|---|---|
| **From:** | Norcal Online |
| **Sent:** | Friday, October 09, 2015 10:21:56 AM |
| **To:** | Tucker, Ryan |
| **Cc:** | Norcal Online; Norcal.HR; Brittney Martinez |
| **Subject:** | RE: Job description request for ABOLFAZL HOSSEINPOUR Claim 3480001 Employee ID 9865868 |
| **Attachments:** | image001.png |

Good morning Ryan,

This employee is a Pharmacy Manager.

I am not sure if you should be reaching out to us or HR – I have copied them on this email.

Thank you,

**Taryn**

**-**

Taryn Roberts

ESC Payroll Specialist

NorCal Division

cid:image001.png@01D0C396.CB155CF0

**From:** Tucker, Ryan [mailto:Ryan.Tucker@LibertyMutual.com]
**Sent:** Friday, October 09, 2015 7:16 AM
**To:** Norcal Online
**Subject:** Job description request for ABOLFAZL HOSSEINPOUR Claim 3480001 Employee ID 9865868

Hello,

Please provide a job description for this employee.

Best,

Ryan B. Tucker

Disability Claims Case Manager | Group Benefits Claims | Phoenix, AZ

Liberty Life Assurance Company of Boston | A Liberty Mutual Company

P.O. Box 7209, London, KY, 40742-7209

(P) 800-320-7585 Ext. 41544 (Personal Fax) 1-603-334-5148 (Office Fax) 1-603-422-0119 (SDN) 8-734-1544

Ryan.Tucker@LibertyMutual.com

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41544. Permanently delete the original and any copy of the e-mail along with any printout thereof.

"Email Firewall" made the following annotations.
---------------------------------------------------------------------------

-
Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately..

===========================================================================
=

**n0259573**

| | |
|---|---|
| **From:** | GRP MKT MD Referral |
| **Sent:** | Thursday, October 08, 2015 11:21:25 AM |
| **To:** | Schulke, Nicole |
| **Cc:** | GMKT MD Referral Wallingford |
| **Subject:** | Referral 3480001 - HOSSEINPOUR, ABOLFAZL - Assignment Notification |

Thank you for this referral.

The referral has been assigned to Timothy Belliveau Ph.D in the Wallingford office.

If you have questions regarding the status of this referral, please review the daily status report.
If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Phoenix
Claim Number: 3480001
Claimant: HOSSEINPOUR, ABOLFAZL
Priority Status: 2
Date of Disability: 7/15/2015
Product Type: STD
Disability Level: Own Occupation
Claim Status: AP
Date Referred: 10/8/2015
Date Report Needed: 10/26/2015
Policy Holder: SAFEWAY INC.
Referred By: SCHULKE, NICOLE 913 8*734-1494
Diagnosis: 722.52 Degeneration of lumbar or lumbosacral intervertebral disc, 300.02 Generalized anxiety disorder
Questions or Issues for Physician: What are the R&Ls? How do the panic attacks and anxiety indicate R&Ls? Please review.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 430-1655

| | |
|---|---|
| Date: | October 2, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical records |
| Fax: | (702) 258-4244 |
| From: | Ceirra Russell<br>Short Term Disability Case Manager<br>On Behalf Of: Nicole Schulke<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 430-1655 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Abolfazl | SEX | Male | ETHNICITY | Not Hispanic or Latino |
| MIDDLE NAME | - | DATE OF BIRTH | | PREF. LANGUAGE | English |
| LAST NAME | Hosseinpour | DATE OF DEATH | - | RACE | Other |
| SSN | | PRN | AH376941 | STATUS | Active patient |

CONTACT INFORMATION

| | | | | |
|---|---|---|---|---|
| ADDRESS LINE 1 | CONTACT BY EMAIL | - | SEND VOICE NOTIFICATIONS | Yes |
| ADDRESS LINE 2 | | | SEND TEXT NOTIFICATIONS | Yes |
| CITY | HOME PHONE | | SEND EMAIL NOTIFICATIONS | No |
| STATE | MOBILE PHONE | | | |
| ZIP CODE | OFFICE PHONE | | | |
| | OFFICE EXTENSION | - | | |

FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Insurance

PAYMENT INFORMATION

| | | | |
|---|---|---|---|
| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
| GUARANTOR'S RELATIONSHIP TO PATIENT | - | SEX | - |
| GUARANTOR NAME | - | SOCIAL SECURITY NUMBER | - |
| GUARANTOR ADDRESS | - | PRIMARY PHONE NUMBER | - |
| | | SECONDARY PHONE NUMBER | - |

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (296.20) Major depressive disorder | | |
| (300.00) Anxiety disorder | | |
| (722.4) Degeneration of cervical intervertebral disc | | |
| (724.02) Spinal stenosis of lumbar region | | |
| (272.1) Pure hyperglyceridemia | | |
| (722.52) Degeneration of lumbar or lumbosacral intervertebral disc | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Alprazolam (Xanax) 1 MG Oral Tablet | Take 1 tablet q8h prn | - | - |
| – Script: 07/07/15 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60<br>– Script: 09/09/15 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| benzonatate (Tessalon) 200 mg oral capsule | 1 tid | 10/20/14 - | - |
| – EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| betamethasone topical (Diprosone) dipropionate 0.05% topical ointment | | 08/21/12 - | - |
| – Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 | | | |
| Butalbital-Acetaminophen-Caffeine w/ Codeine (Fioricet/Codeine) 50-300-40-30 MG Oral Capsule | 1 capsule orally every 4 hours as needed | - | - |
| – Script: 06/24/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 60<br>– Script: 09/23/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 60 | | | |
| Diazepam (Valium) 5 MG Oral Tablet | 1-2 q8h prn anxiety | - | - |
| – Script: 07/14/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 30 | | | |
| esomeprazole-naproxen (Vimovo) 20 mg-500 mg oral delayed release tablet | | 11/29/12 - | - |
| – Script: 11/29/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| finasteride (Proscar) 5 mg oral tablet | 1qd | 10/20/14 - | - |
| – EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90 | | | |
| Finasteride 5 MG Oral Tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | - | - |
| – ERefill: 07/11/15 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90 | | | |
| fluticasone nasal (Fluticasone Propionate) 50 mcg/inh nasal spray | 1 spray bid each nostril | 10/21/14 - | - |
| – EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 3 | | | |
| Gabapentin 300 MG Oral Capsule | Take 1 capsule (300 mg) by mouth 3 times per day | - | - |
| – Script: 07/14/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 90 | | | |
| Levofloxacin 500 mg oral tablet | | 03/08/12 - | - |
| – ERefill: 03/08/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 20<br>– Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 20 | | | |
| metaxalone (Skelaxin) 800 mg oral tablet | 1q8h | 08/23/13 - | - |
| – EScript: 08/23/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 180<br>– EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 180 | | | |

| | | | |
|---|---|---|---|
| Olopatadine HCl (Patanol) 0.1 % Ophthalmic Solution | 1 drop into affected eye 2 times per day | - | - |

- EScript: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 5 Quantity: 1

| | | | |
|---|---|---|---|
| omega-3 polyunsaturated fatty acids (Lovaza) ethyl esters 1000 mg oral capsule | 4 cas daily | 03/26/12 - | - |

- ERefill: 03/26/12 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360

| | | | |
|---|---|---|---|
| omeprazole (PriLOSEC) 20 mg oral delayed release capsule | 1 bid | 10/31/13 - | - |

- EScript: 10/31/13 Prescriber: Mehrdad Tafreshi MD Refills: 4 Quantity: 180

| | | | |
|---|---|---|---|
| Pantoprazole 40 mg oral delayed release tablet | 1qam | 10/21/14 - | - |

- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90

| | | | |
|---|---|---|---|
| Paroxetine HCl (Paxil) 40 MG Oral Tablet | Take 1 tablet (40 mg) by mouth daily in the morning | - | - |

- EScript: 09/23/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 30

| | | | |
|---|---|---|---|
| Sildenafil Citrate (Viagra) 100 MG Oral Tablet | 1qd prn | 12/23/14 - | - |

- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 6 Quantity: 15

| | | | |
|---|---|---|---|
| traMADol (TraMADol Hydrochloride) 50 mg oral tablet | 1-2q4h prn | 08/23/13 - | - |

- EScript: 08/23/13 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 180
- Script: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 120

| | | | |
|---|---|---|---|
| traMADol (Ultram) 50 mg oral tablet | Take 1 tablet (50 mg) by mouth every 4 hours as needed | 08/21/12 - | - |

- Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0
- ERefill: 10/10/12 Prescriber: Mehrdad Tafreshi MD Refills: PRN Quantity: 100
- Script: 11/29/12 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90
- Script: 09/09/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| azithromycin (Zithromax) 500 mg oral tablet | 1qd | 06/04/13 - 07/07/15 | - |

- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15
- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15
- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15

| | | | |
|---|---|---|---|
| levofloxacin (Levaquin) 750 mg oral tablet | 1qd | 10/20/14 - 05/20/15 | - |
| EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 10 | | | |
| Paroxetine HCl (Paxil) 20 MG Oral Tablet | 1 bid | - 09/23/15 | - |
| Script: 09/09/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 60 | | | |
| Pregabalin (Lyrica) 75 MG Oral Capsule | Take 1 capsule (75 mg) by mouth 3 times per day | - 08/13/15 | - |
| Script: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 90 | | | |
| Sertraline HCl (Zoloft) 50 MG Oral Tablet | Take 1 tablet (50 mg) by mouth daily | - 09/09/15 | - |
| Script: 07/07/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90 | | | |

PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 56 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
**T** (702) 258-8100
**F** (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 09/09/2015
Electronically signed by Mehrdad Tafreshi MD 09/09/2015 04:39 pm

## Chief complaint

Follow up

### Vitals for this encounter

| | 09/09/15 |
|---|---|
| Height | 69 in |
| Weight | 188.4 lb |
| BP | 106/73 mmHg |
| BMI | 27.82 |
| Temperature | 97.2 °F |
| Pulse | 73 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 98 % |

### SUBJECTIVE

fu. neck pain lower back pain L arm numbness and pain persists,,left hand weakness unchanged
L knee pain difficulty walking for long or standing
Anxiety issues Panic attacks difficulty to concentrate on Xanax Zoloft
has not improved
PT x 3wks and going for Neurosurgical eval for cervical spine

### OBJECTIVE

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM.
EXT: , motor L hand grip decreased.
L Knee tender with flexion no effusion

### ASSESSMENT

No assessment recorded.

Diagnoses attached to this encounter:

- Degeneration of lumbar or lumbosacral intervertebral disc [722.52]
- Spinal stenosis of lumbar region [724.02]
- Degeneration of cervical intervertebral disc [722.4]
- Anxiety disorder [300.00]

### PLAN

Xray L Knee
Fu with Dr Garber.
Psych referral pending awaiting appointment
DC Zoloft try Paxil

practicefusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi MD
DATE 09/23/2015
Electronically signed by Mehrdad Tafreshi MD 09/23/2015 01:08 pm

**Chief complaint**

Patient is here following up from his Knee X-ray

**Vitals for this encounter**

| | 09/23/15 |
|---|---|
| Height | 69 in |
| Weight | 185 lb |
| BP | 106/70 mmHg |
| BMI | 27.32 |
| Temperature | 97.9 °F |
| Pulse | 73 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 96 % |
| Pain | 10 |

SUBJECTIVE

fu.
neck pain lower back pain L arm numbness and pain persists,,left hand weakness unchanged. L knee pain difficulty walking for long or standing.
pain neck back severe at times brings tears to his eyes
Having bitemporal head aches no N/V
Anxiety issues Panic attacks difficulty to concentrate on Xanax and Paxil no sig changes

OBJECTIVE

General: mood depressed. . Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal.Back decreased ROM. . EXT: , motor L hand grip decreased. L Knee tender with flexion and extension no effusion.
PHQ9 =19

ASSESSMENT

No assessment recorded.

Diagnoses attached to this encounter:

Degeneration of lumbar or lumbosacral intervertebral disc [722.52]

Pure hyperglyceridemia [272.1]

Spinal stenosis of lumbar region [724.02]

Degeneration of cervical intervertebral disc [722.4]

Anxiety disorder [300.00]

Major depressive disorder [296.20]

**PLAN**

Fu with Dr Garber.
Increase Paxil to 40
Fioricet codein for HAs
still not fit to return to work

practice fusion
Free cloud based EHR

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 430-1655

| | |
|---|---|
| Date: | October 2, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Medical records |
| Fax: | (702) 258-4244 |
| From: | Ceirra Russell<br>Short Term Disability Case Manager<br>On Behalf Of: Nicole Schulke<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 430-1655 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 430-1655

October 2, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through present

We ask that you provide this information by October 12, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1655 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ceirra Russell
Short Term Disability Case Manager
On Behalf Of: Nicole Schulke
Phone No.: (800) 320-7585 Ext. 41494
Secure Fax No.: (603) 430-1655

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. ABOLFAZL HOSSEINPOUR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 430-1655

October 2, 2015

Mr. Abolfazl Hosseinpour

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Safeway, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 2, 2015, we requested medical records from Dr. Tafreshi. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2015 through present from Dr. Tafreshi

Safeway, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 15, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ceirra Russell
Short Term Disability Case Manager
On Behalf Of: Nicole Schulke
Phone No.: (800) 320-7585 Ext. 41494
Secure Fax No.: (603) 430-1655

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 430-1655

| | |
|---|---|
| Date: | September 30, 2015 |
| To: | DR TAFRESHI |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Nicole Schulke<br>Disability Claims STD Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 430-1655 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 430-1655

September 30, 2015

Dr Tafreshi

LAS VEGAS, NV 00000

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the present.
- Updated restrictions and limitations and current out of work status notes.

We ask that you provide this information by October 15, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1655 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Schulke
Disability Claims STD Case Manager
Phone No.: (800) 320-7585 Ext. 41494
Secure Fax No.: (603) 430-1655

0M238150062

Doc Request
www.docrequest.com
"Your Release of Information and Retrieval Company"

P.O. Box 530718, Henderson, NV 89074 Tel: (702) 629-5189 Fax: (888) 341-5040

# Mail Cover Sheet

To: Liberty Mutual

From: Kelly Date: 8/17/15

**RE Patient:** **Abolfazl Hosseinpour** **Claim/Case #3480001**

To whom it may concern:

Enclosed please see hard copies of medical records

**From:** **Meadows Medical Center**

Comments:

If you have any questions, please do not hesitate to call us.
Thank you,

**Kelly Roberts**

**Doc Request, LLC**
Phone 702-629-5189 Ext. 301
Fax 888-341-5040
Kelly@docrequest.com

**Confidentiality Notice**. This information contained in this mail envelope is legally privileged and confidential information intended only for the use of the individual or entity to which is addressed. If you are not the intended recipient, be aware that any distribution, disclosure, copying, or other use of the contents of these documents is strictly prohibited. If you have received these documents in error, please notify us immediately by telephone and return the original envelope to us at the above address by the U.S. Postal Service. Thank you.

0M238150062



PATIENT
**Abolfazl Hosseinpour**
**DOB**
**AGE** 56 yrs
**SEX** Male
**PRN** AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
**SEEN BY** Mehrdad Tafreshi MD
**DATE** 07/07/2015

## Chief complaint

(Appt time: 10:45 AM) (Arrival time: 11:08 AM)Pain on left side of body

## Vitals for this encounter

| | 07/07/15 |
|---|---|
| Height | 69 in |
| Weight | 181.6 lb |
| BP | 130/86 mmHg |
| BMI | 26.82 |
| Temperature | 97.9 °F |
| Pulse | 70 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |

### SUBJECTIVE

Panic attacks difficulty at work unable to concentrate
L arm numbness at times
neck pains
lower back pain
No Chest pain, No palpitation. No Nausea, no heart burn, no constipation, no diarrhea. No fever, No chills.

### OBJECTIVE

General: in no acute distress. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits.
Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Lumbar paralumbar tender decreased ROM. CNS no deficit.

### ASSESSMENT

No assessment recorded.

Diagnoses attached to this encounter:

(722.52) Degeneration of lumbar or lumbosacral intervertebral disc

(724.02) Spinal stenosis of lumbar region

(272.1) Pure hyperglyceridemia

(722.4) Degeneration of cervical intervertebral disc

### PLAN

EKG
fu pain mngmnt
Start Zoloft Xanax

**Quality of care**

Medication Reconciliation

Documentation of current medications

Patient declined to receive clinical summary

**Electronically signed by Mehrdad Tafreshi MD 07/07/2015 01:24 pm**

practice fusion
Free cloud based EHR

0M238150062



PATIENT
**Abolfazl Hosseinpour**
**DOB**
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi MD
DATE 07/07/2015

## Chief complaint

(Appt time: 10:45 AM) (Arrival time: 11:08 AM)Pain on left side of body

### Vitals for this encounter

| | 07/07/15 |
|---|---|
| Height | 69 in |
| Weight | 181.6 lb |
| BP | 130/86 mmHg |
| BMI | 26.82 |
| Temperature | 97.9 °F |
| Pulse | 70 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |

SUBJECTIVE

Panic attacks difficulty at work unable to concentrate
L arm numbness at times
neck pains
lower back pain
No Chest pain, No palpitation. No Nausea, no heart burn, no constipation, no diarrhea. No fever, No chills.

OBJECTIVE

General: in no acute distress. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Lumbar paralumbar tender decreased ROM. CNS no deficit.

ASSESSMENT

No assessment recorded.

Diagnoses attached to this encounter:

(722.52) Degeneration of lumbar or lumbosacral intervertebral disc

(724.02) Spinal stenosis of lumbar region

(272.1) Pure hyperglyceridemia

(722.4) Degeneration of cervical intervertebral disc

PLAN

EKG
fu pain mngmnt
Start Zoloft Xanax

0M238150062



**Quality of care**

Medication Reconciliation

Documentation of current medications

Patient declined to receive clinical summary

**Electronically signed by Mehrdad Tafreshi MD 07/07/2015 01:24 pm**

practice fusion
Free cloud based EHR

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 3, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Dr. Tafreshi |
| Fax: | (702) 258-4244 |
| From: | Donna Paine, BSN, RN, CRRN, CCM<br>Sr Med & Dis Nurse Case Mgr<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-1911 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 3, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

I reviewed your office notes for Mr. Hosseinporu indicating he has cervical disc disease, lumbar disc disease and anxiety.

The records indicate Mr. Hosseinpour had paracervical tenderness. He had normal motor strength.

Could you please clarify your objective findings to support impairment?
Please include your observations of his behavior, ability to move, change positions during your examination?

has cervical spinal muscle tenderness on exam
depressed mood. Changed position from sitting to standing

You also indicated Mr. Hosseinpour has anxiety with panic attacks?
How severe is Mr. Hosseinpor's anxiety?

Moderate to severe interfering with his ability to concentrate

What are your findings on mental status exam?
Depressed mood

How does Mr. Hosseinpour symptoms effect his activities of daily living?
able to perform his ADLs

What is the impairing diagnoses? Anxiety $\bar{c}$ spinal stenosis

What are Mr. Hosseinpour's restrictions and limitations? Please define in terms of frequency( never, occasional, frequent, constant) and tasks ( sit, stand, lift/ carry, type, etc).
Sit x Stand no more than 30 min at a time
Lift x Carry no more than 15 lbs

What is the duration of the restrictions and limitations?
10.1.15

How will return to work be determined? His improvement on Medication

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by August 11, 2015.

[signature] 8.5.15
M. TAFRESHI MD

Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Donna Paine, BSN, RN, CRRN, CCM
Sr Med & Dis Nurse Case Mgr
Phone No.: (800) 320-7585 Ext. 41633
Secure Fax No.: (603) 559-1911

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 12, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Dr. Tafreshi |
| Fax: | (702) 258-4244 |
| From: | Donna Paine, BSN, RN, CRRN, CCM<br>Sr Med & Dis Nurse Case Mgr<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-1911 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 12, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Safeway, Inc.'s Group Disability Plan. We are writing in reference to Abolfazl Hosseinpour's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Tafreshi. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 19, 2015.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Donna Paine, BSN, RN, CRRN, CCM
Sr Med & Dis Nurse Case Mgr
Phone No.: (800) 320-7585 Ext. 41633
Secure Fax No.: (603) 559-1911

Attachments: 3480001-REQUEST-PROVIDER-08.03.2015

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 3, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Dr. Tafreshi |
| Fax: | (702) 258-4244 |
| From: | Donna Paine, BSN, RN, CRRN, CCM<br>Sr Med & Dis Nurse Case Mgr<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-1911 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 3, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

I reviewed your office notes for Mr. Hosseinporu indicating he has cervical disc disease, lumbar disc disease and anxiety.

The records indicate Mr. Hosseinpour had paracervical tenderness. He had normal motor strength.

Could you please clarify your objective findings to support impairment?
Please include your observations of his behavior, ability to move, change positions during your examination?

You also indicated Mr. Hosseinpour has anxiety with panic attacks?
How severe is Mr. Hosseinpor's anxiety?

What are your findings on mental status exam?

How does Mr. Hosseinpour symptoms effect his activities of daily living?

What is the impairing diagnoses?

What are Mr. Hosseinpour's restrictions and limitations? Please define in terms of frequency( never, occasional, frequent, constant) and tasks ( sit, stand, lift/ carry, type, etc).

What is the duration of the restrictions and limitations?

How will return to work be determined?

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by August 11, 2015.

_______________________________ _______________________________

Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Donna Paine, BSN, RN, CRRN, CCM
Sr Med & Dis Nurse Case Mgr
Phone No.: (800) 320-7585 Ext. 41633
Secure Fax No.: (603) 559-1911

Doc Request
P.O. Box 530718
Henderson, NV 89053
Phone # (702) 629-5189
Fax # (888) 341-5040
customerservice@docrequest.com

# Pre-payment - INVOICE

| Date | Invoice # |
|---|---|
| 8/6/2015 | **15-08-43671** |

**Bill To:**

Liberty Mutual
PO Box 7230
London, KY 40742-7211

**Attention to:**

Nicole Schulke
Liberty Mutual

**We have received your request for records regarding your client/patient:**

| | | | |
|---|---|---|---|
| PROVIDER | Meadows Medical Group | Date of Service | 07.01.2015 to Present |
| PATIENT NAME | Abolfazl Hosseinpour | DOB | |
| Claim/Case # | 3480001 | Terms | Due on receipt |

## PAYMENT IS REQUIRED BEFORE RECORDS CAN BE MAILED OR FAX.

FIND OUT MORE ABOUT MONTHLY BILLING SERVICES. Records requested can be delivered right away. To set up an account, please contact Isis Johnson at 702-629-5189 or isis@docrequest.com

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Medical Records Copies - per page | 4 | 0.60 | 2.40T |
| Postage & Delivery (including E-mailing & Faxing) | 1 | 1.50 | 1.50T |

PAYMENT OPTIONS:
Check / Credit Card
VISA MasterCard DISCOVER

**Please make check payable to:**
**DOC REQUEST, LLC**
**PO Box 530718**
**Henderson, NV 89053**
**TAX ID#26-1335414**

PLEASE CIRCLE THE WAY YOU WOULD PREFER TO RECEIVE THE RECORDS.

*If nothing is circle, an electronic copy of the records will be send to you via USPS mail. Thank you.*

1) By Fax
2) By Mail (hard copies)
3) By Mail (CD-electronic copy)
4) Other ________________

| | |
|---|---|
| Total | $3.90 |
| Sales Tax | $0.00 |
| Payments/Credits | $0.00 |
| Balance Due | **$3.90** |

Doc Request PAYMENT, REFUND AND CANCELLATION POLICY
Please read it carefully as this is the official policy. The policy listed below supersedes any other written document you may have received prior to today's date.

ALL SALES FOR SERVICES, RECORDS AND GOODS ARE FINAL
Doc Request will not issue a refund for services purchased. Once you have requested records in writing or posted your transaction on our website, you have agreed to pay for the services, records, or goods. You cannot cancel or modify an invoice which is a bill for services rendered. The sale of the services, records and goods applies to the Doc Request service charge associated with all such requests as well as the copying cost for records and goods. All fees are in accordance with applicable state and federal law. Upon certain conditions, Doc Request may offer a refund, or credit for the copy cost of records requested, if the order is modified or cancelled in writing before an invoice is issued, but a $45.00 processing and/or early cancellation fee will apply.

CURRENT PAYMENT POLICY
The following payment policy MUST be adhered to. THERE ARE NO EXCEPTIONS, ALL Doc Request clients MUST READ, UNDERSTAND AND ADHERE TO THIS POLICY except by other written arrangements approved by Doc Request. Any payments made without regard to this payment policy will be charged a service charge of $50.00. Late charges may also apply (see below). Our policy is to collect payment on the date an invoice is issued. We accept payment by credit card including VISA. Mastercard and Discover. Doc Request also accepts payment by check. Returned checks are subject to a $35.00 returned check fee as well as any bank charges for returned checks.
All invoices for any services, records or goods are due, paid in full, within 30 business days of the invoice issue date, unless other Doc Request approved arrangements have been made ahead of time. Late charges apply (see below).

LATE CHARGES:
ALL payments such as invoices, service charges and returned check charges described in the above policy MUST BE RECEIVED BY Doc Request within 30 business days of the date the invoice was issued or late fees in the amount of 10% of the invoice total will be charged for every business day your payment is late. This applies to ALL clients, without exception. Non-payment may result in your account being sent to collections, your credit standing with us being downgraded and possible litigation to recover payment. If you have questions or concerns, or you feel that you have been charged incorrectly, please contact us IMMEDIATELY so that we can work together to find a solution. We prefer to work payment issues out in a positive way and we try not to resort to sending payments to collections or small-claims unless we have no recourse. We value you as a client and strive for your satisfaction.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | July 20, 2015 |
| To: | DR TAFRESHI |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Nicole Schulke<br>Disability Claims STD Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 430-1655 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 3, 2015 |
| To: | DR. MEHRDAD TAFRESHI<br>4500 MEADOWS LANE<br>LAS VEGAS NV 89107 |
| Attn: | Dr. Tafreshi |
| Fax: | (702) 258-4244 |
| From: | Donna Paine, BSN, RN, CRRN, CCM<br>Sr Med & Dis Nurse Case Mgr<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-1911 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 3, 2015

Dr. Mehrdad Tafreshi
4500 MEADOWS LANE
LAS VEGAS, NV 89107

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr. Mehrdad Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

I reviewed your office notes for Mr. Hosseinporu indicating he has cervical disc disease, lumbar disc disease and anxiety.

The records indicate Mr. Hosseinpour had paracervical tenderness. He had normal motor strength.

Could you please clarify your objective findings to support impairment?
Please include your observations of his behavior, ability to move, change positions during your examination?

You also indicated Mr. Hosseinpour has anxiety with panic attacks?
How severe is Mr. Hosseinpor's anxiety?

What are your findings on mental status exam?

How does Mr. Hosseinpour symptoms effect his activities of daily living?

What is the impairing diagnoses?

What are Mr. Hosseinpour's restrictions and limitations? Please define in terms of frequency( never, occasional, frequent, constant) and tasks ( sit, stand, lift/ carry, type, etc).

What is the duration of the restrictions and limitations?

How will return to work be determined?

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by August 11, 2015.

____________________________________ ________________________________

Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Donna Paine, BSN, RN, CRRN, CCM
Sr Med & Dis Nurse Case Mgr
Phone No.: (800) 320-7585 Ext. 41633
Secure Fax No.: (603) 559-1911

4500 Meadows Lane
Las Vegas, NV 89107
702-258-8100
702-258-4244

**Meadows Medical Group**

# Fax

| | | | |
|---|---|---|---|
| **To:** Liberty Mutual | | **From:** Jennifer | |
| **Fax:** 603-422-0119 | | **Pages:** 4 | |
| **Phone:** | | **Date:** 7-29-15 | |
| **Re:** Hosseinpour Abolfazl | | **cc:** | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Comments: The information contained in this fax is confidential, privileged and should only be reviewed by the individual named above. If you are not the intended recipient, please immediately notify the sender by telephone and return this fax to the sender. Thank You.

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient: Abolfazl Hosseinpour** **Patient #:** 271610 **DOB:** (56 years)

**Date of Encounter:** 07/16/2015

## History of Present Illness

The patient is a 56 year old male who presents to the practice today for a transition into care. The patient is transitioning into care from another physician and a summary of care was reviewed .

Additional reasons for visit:

Neck pain is described as the following:
Symptoms include neck pain, neck stiffness, impaired range of motion and shoulder pain. Symptoms are located in the left posterior neck and right posterior neck. The pain radiates to the left arm and right arm. The patient describes the pain as aching. Onset was 1 year(s) ago. The symptoms occur constantly. The episodes occur daily. The patient describes symptoms as severe and worsening. Symptoms are exacerbated by neck movement. Associated symptoms include upper extremity paresthesias and upper extremity weakness.

Low back pain is described as the following:
The low back pain has been occurring in a persistent pattern for 1 year. The course has been gradually worsening. The low back pain is described as a severe sharp stabbing. The low back pain is described as being located in the lower back. The pain radiates to the right lower extremity and left lower extremity. The back pain is aggravated by walking. The symptoms have been associated with back stiffness, leg weakness and paresthesias in legs. Previous evaluations have included pain management. Previous physical therapy has included stretching exercises, strengthening exercises and active range of motion exercises.

## Allergies

No Known Allergies 07/20/2015
No Known Drug Allergies 07/20/2015

## Past Medical History

Depression
Anxiety Disorder
Anemia

## Family History

Maternal Grandfather: Deceased
Maternal Grandmother: Deceased
Paternal Grandfather: Deceased
Paternal Grandmother: Deceased
Mother: Deceased
Father: Deceased
Sister 1: In good health
Sister 2: In good health
Brother 1: In good health

## Social History

Occupation/Work Status: Working Full Time
Marital Status: Married
Children: 3, 1
Living situation: Lives alone
Tobacco use: Never smoker
Non Drinker/No Alcohol Use
Illicit drug use: Never
HIV risk factors: None
Highest recreation level prior to spine condition: Non-Contact Sports

## Medication History

TraMADol HCl ( Oral) Specific dose unknown - Active.
Xanax ( Oral) Specific dose unknown - Active.
Lyrica ( Oral) Specific dose unknown - Active.
Skelaxin ( Oral) Specific dose unknown - Active.
Medications Reconciled.

## Past Surgical

None (07/20/2015)

## Diagnostic Studies

None (07/20/2015)

## Review of Systems

**General:** Not Present- Fever, Weight Loss, Weight Gain, Night Sweats and Excessive Fatigue.
**HEENT:** Present- Wears glasses/contact lenses and Inability to Smell. Not Present- Eye Infection, Eye Injury, Glaucoma, Cataracts, Hearing Loss, Wears hearing aids, Ear Pain, Ear Infection, Ringing in the Ears, Balance Disturbance, Vertigo, Spinning Sensation, Nose Bleed, Nasal Congestion, Nasal Drainage, Sinus Problems and Sinus Headaches.
**Respiratory:** Not Present- Chronic Cough, Shortness of Breath and Bloody sputum.
**Breast:** Not Present- Breast Pain, Breast Tenderness, Breast Swelling and Nipple Discharge.
**Cardiovascular:** Present- Leg Pain and/or Swelling. Not Present- High Blood Pressure, Irregular Pulse, Heart Murmur, High Cholesterol and Swelling of Extremities.
**Gastrointestinal:** Present- Nausea. Not Present- Indigestion, Vomiting, Vomiting Blood, Jaundice, Abdominal Pain and Change in Bowel Habits.
**Male Genitourinary:** Present- Incontinence. Not Present- Blood in Urine, Urinary Frequency, Painful Urination and Urinary Urgency.
**Musculoskeletal:** Present- Neck Pain, Arm Pain, Arm Weakness, Back Pain, Leg Pain, Leg Weakness, Joint Pain and Decreased Range of Motion. Not Present- Joint Swelling.
**Neurological:** Present- Blacking Out, Problem with Memory, Inability to concentrate, Blurred Vision and Headaches. Not Present- Fainting Spells, Seizures, Disorientation, Difficulty with Speech, Double Vision, Face Weakness and Incoordination.
**Psychiatric:** Present- Anxiety and Insomnia. Not Present- Depression.
**Endocrine:** Present- Cold Intolerance and Heat Intolerance. Not Present- Appetite Changes, Thyroid Problems, Excessive Thirst, Excessive Urination, Excessive Sweating, Decreased Sweating and Hair Changes.
**Hematology:** Present- Anemia.

## Vitals

07/16/2015 09:39 AM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.99 m² **Body Mass Index:** 26.58 kg/m²

## Physical Exam

The physical exam findings are as follows:

General
**Mental Status** - Alert. **General Appearance** - Well groomed. Not Sickly. **Orientation** - Oriented X3. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture.

Eye
**Pupil - Bilateral** - Equal and Direct reaction to light normal.

Peripheral Vascular
**Lower Extremity: Inspection - Bilateral** - No Varicose veins.
**Palpation: Temperature - Bilateral** - Normal. **Tenderness - Bilateral** - Non Tender. **Edema - Bilateral** - No edema.

Neurologic
**Mental Status: Speech** - No impairment of naming or impairment of word repetition. **Cognitive function** - No Impairment of attention, Impairment of concentration, Impairment of long term memory or Impairment of short term memory.
**Cranial Nerves:**
**II Optic: Visual acuity - Bilateral** - Normal. **Visual fields** - Normal.
**III Oculomotor: Pupillary constriction - Bilateral** - Normal.
**IV Trochlear - Bilateral** - Normal.
**V Trigeminal:** - Normal Bilaterally.
**VI Abducens - Bilateral** - Normal.
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic - Bilateral** - Hearing normal, (Hearing tested by finger rub), (Hearing tested by whispered voice) and (Hearing tested by tuning fork). **IX Glossopharyngeal / X Vagus** - Normal.
**XI Accessory:** - Normal Bilaterally.
**XII Hypoglossal - Bilateral** - Normal.
**Eye Movements: Gaze - Bilateral** - Normal. **Nystagmus - Bilateral** - None.
**Sensory:**
**Light Touch: Intact** - Globally.
**Pain: Intact** - Globally.
**Vibration: Intact** - Globally.
**Proprioception - Bilateral** - Normal.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5.
**Lower Extremities: Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 5/5. **Left EHL** - 5/5.
**Plantar Reflexes (L4-S2) - Bilateral** - Flexion. **Coordination** - No Impairment of heel-to-shin, Impairment of finger-to-nose or Impairment of rapid alternating movements.

Neuropsychiatric
**Associations** - Intact. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

Musculoskeletal
Global Assessment
**Gait and Station** - normal gait and station.

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- X-RAY OF CERVICAL SPINE, AP, LATERAL, FLEXION AND EXTENSION VIEWS (72050) ; Routine ()
- NERVE CONDUCTION STUDY OF 9 TO 10 NERVES (95911); Routine ()
- LIMITED ELECTROMYOGRAPHY WITH NERVE CONDUCTION STUDY (95885); Routine ()
- Referral to Physical Therapy
- Instructed to make appointment for follow-up office visit after appointment with specialist

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- X-RAY OF LUMBOSACRAL SPINE, AP, LATERAL AND FLEXION- EXTENSION VIEWS (72110) ; Routine ()
- NERVE CONDUCTION STUDY OF 9 TO 10 NERVES (95911); Routine ()
- LIMITED ELECTROMYOGRAPHY WITH NERVE CONDUCTION STUDY (95885); Routine ()
- Referral to Physical Therapy
- Instructed to make appointment for follow-up office visit after appointment with specialist

Jason Garber

Jason E Garber, MD

4500 Meadows Lane
Las Vegas, NV 89107
702-258-8100
702-258-4244

Meadows Medical Group

# Fax

| | | | |
|---|---|---|---|
| **To:** Liberty Mutual | | **From:** Jennifer | |
| **Fax:** 603-422-0119 | | **Pages:** [illegible] | |
| **Phone:** | | **Date:** 7-29-15 | |
| **Re:** Hosseinpour Abolfazl | | **cc:** | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Comments: The information contained in this fax is confidential, privileged and should only be reviewed by the individual named above. If you are not the intended recipient, please immediately notify the sender by telephone and return this fax to the sender. Thank You.

William D. Smith, MD
Jason E. Garber, MD, FACS
Stuart S. Kaplan, MD, FACS
Gregory L. Douds, MD

Western Regional Center for Brain & Spine Surgery
Comprehensive Neurosurgical Care

2471 Professional Court
Las Vegas, NV 89128
Phone: (702) 835-0088
Fax: (702) 835-0085

**Patient: Abolfazl Hosseinpour** **Patient #:** 271610 **DOB:** (56 years)

**Date of Encounter:** 07/16/2015

## History of Present Illness

The patient is a 56 year old male who presents to the practice today for a transition into care. The patient is transitioning into care from another physician and a summary of care was reviewed .

Additional reasons for visit:

Neck pain is described as the following:
Symptoms include neck pain, neck stiffness, impaired range of motion and shoulder pain. Symptoms are located in the left posterior neck and right posterior neck. The pain radiates to the left arm and right arm. The patient describes the pain as aching. Onset was 1 year(s) ago. The symptoms occur constantly. The episodes occur daily. The patient describes symptoms as severe and worsening. Symptoms are exacerbated by neck movement. Associated symptoms include upper extremity paresthesias and upper extremity weakness.

Low back pain is described as the following:
The low back pain has been occurring in a persistent pattern for 1 year. The course has been gradually worsening. The low back pain is described as a severe sharp stabbing. The low back pain is described as being located in the lower back. The pain radiates to the right lower extremity and left lower extremity. The back pain is aggravated by walking. The symptoms have been associated with back stiffness, leg weakness and paresthesias in legs. Previous evaluations have included pain management. Previous physical therapy has included stretching exercises, strengthening exercises and active range of motion exercises.

## Allergies

No Known Allergies 07/20/2015
No Known Drug Allergies 07/20/2015

## Past Medical History

Depression
Anxiety Disorder
Anemia

## Family History

Maternal Grandfather: Deceased
Maternal Grandmother: Deceased
Paternal Grandfather: Deceased
Paternal Grandmother: Deceased
Mother: Deceased
Father: Deceased
Sister 1: In good health
Sister 2: In good health
Brother 1: In good health

## Social History

Occupation/Work Status: Working Full Time
Marital Status: Married
Children: 3, 1
Living situation: Lives alone
Tobacco use: Never smoker
Non Drinker/No Alcohol Use
Illicit drug use: Never
HIV risk factors: None
Highest recreation level prior to spine condition: Non-Contact Sports

## Medication History

TraMADol HCl ( Oral) Specific dose unknown - Active.
Xanax ( Oral) Specific dose unknown - Active.
Lyrica ( Oral) Specific dose unknown - Active.
Skelaxin ( Oral) Specific dose unknown - Active.
Medications Reconciled.

## Past Surgical

None (07/20/2015)

## Diagnostic Studies

None (07/20/2015)

## Review of Systems

**General:** Not Present- Fever, Weight Loss, Weight Gain, Night Sweats and Excessive Fatigue.
**HEENT:** Present- Wears glasses/contact lenses and Inability to Smell. Not Present- Eye Infection, Eye Injury, Glaucoma, Cataracts, Hearing Loss, Wears hearing aids, Ear Pain, Ear Infection, Ringing in the Ears, Balance Disturbance, Vertigo, Spinning Sensation, Nose Bleed, Nasal Congestion, Nasal Drainage, Sinus Problems and Sinus Headaches.
**Respiratory:** Not Present- Chronic Cough, Shortness of Breath and Bloody sputum.
**Breast:** Not Present- Breast Pain, Breast Tenderness, Breast Swelling and Nipple Discharge.
**Cardiovascular:** Present- Leg Pain and/or Swelling. Not Present- High Blood Pressure, Irregular Pulse, Heart Murmur, High Cholesterol and Swelling of Extremities.
**Gastrointestinal:** Present- Nausea. Not Present- Indigestion, Vomiting, Vomiting Blood, Jaundice, Abdominal Pain and Change in Bowel Habits.
**Male Genitourinary:** Present- Incontinence. Not Present- Blood in Urine, Urinary Frequency, Painful Urination and Urinary Urgency.
**Musculoskeletal:** Present- Neck Pain, Arm Pain, Arm Weakness, Back Pain, Leg Pain, Leg Weakness, Joint Pain and Decreased Range of Motion. Not Present- Joint Swelling.
**Neurological:** Present- Blacking Out, Problem with Memory, Inability to concentrate, Blurred Vision and Headaches. Not Present- Fainting Spells, Seizures, Disorientation, Difficulty with Speech, Double Vision, Face Weakness and Incoordination.
**Psychiatric:** Present- Anxiety and Insomnia. Not Present- Depression.
**Endocrine:** Present- Cold Intolerance and Heat Intolerance. Not Present- Appetite Changes, Thyroid Problems, Excessive Thirst, Excessive Urination, Excessive Sweating, Decreased Sweating and Hair Changes.
**Hematology:** Present- Anemia.

## Vitals

07/16/2015 09:39 AM
**Weight:** 180 lb **Height:** 69 in
**Body Surface Area:** 1.99 $m^2$ **Body Mass Index:** 26.58 $kg/m^2$

## Physical Exam

The physical exam findings are as follows:

General
**Mental Status** - Alert. **General Appearance** - Well groomed. Not Sickly. **Orientation** - Oriented X3. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture.

Eye
**Pupil** - **Bilateral** - Equal and Direct reaction to light normal.

Peripheral Vascular
**Lower Extremity: Inspection - Bilateral** - No Varicose veins.
**Palpation: Temperature - Bilateral** - Normal. **Tenderness** - **Bilateral** - Non Tender. **Edema** - **Bilateral** - No edema.

Neurologic
**Mental Status: Speech** - No impairment of naming or impairment of word repetition. **Cognitive function** - No impairment of attention, impairment of concentration, impairment of long term memory or impairment of short term memory.
**Cranial Nerves:**
**II Optic: Visual acuity - Bilateral** - Normal. **Visual fields** - Normal.
**III Oculomotor: Pupillary constriction** - **Bilateral** - Normal.
**IV Trochlear** - **Bilateral** - Normal.
**V Trigeminal:** - Normal Bilaterally.
**VI Abducens - Bilateral** - Normal.
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Bilateral** - Hearing normal, (Hearing tested by finger rub), (Hearing tested by whispered voice) and (Hearing tested by tuning fork). **IX Glossopharyngeal / X Vagus** - Normal.
**XI Accessory:** - Normal Bilaterally.
**XII Hypoglossal - Bilateral** - Normal.
**Eye Movements: Gaze** - **Bilateral** - Normal. **Nystagmus** - **Bilateral** - None.
**Sensory:**
**Light Touch: Intact** - Globally.
**Pain: Intact** - Globally.
**Vibration: Intact** - Globally.
**Proprioception** - **Bilateral** - Normal.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5.
**Lower Extremities: Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 5/5. **Left EHL** - 5/5.
**Plantar Reflexes (L4-S2)** - **Bilateral** - Flexion. **Coordination** - No impairment of heel-to-shin, impairment of finger-to-nose or impairment of rapid alternating movements.

Neuropsychiatric
**Associations** - intact. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

Musculoskeletal
Global Assessment
**Gait and Station** - normal gait and station.

## Assessment & Plan

**Bulge of cervical disc without myelopathy 722.0 | M50.20**

- X-RAY OF CERVICAL SPINE, AP, LATERAL, FLEXION AND EXTENSION VIEWS (72050) ; Routine ()
- NERVE CONDUCTION STUDY OF 9 TO 10 NERVES (95911); Routine ()
- LIMITED ELECTROMYOGRAPHY WITH NERVE CONDUCTION STUDY (95885); Routine ()
- Referral to Physical Therapy
- Instructed to make appointment for follow-up office visit after appointment with specialist

**Bulge of lumbar disc without myelopathy 722.10 | M51.26**

- X-RAY OF LUMBOSACRAL SPINE, AP, LATERAL AND FLEXION- EXTENSION VIEWS (72110) ; Routine ()
- NERVE CONDUCTION STUDY OF 9 TO 10 NERVES (95911); Routine ()
- LIMITED ELECTROMYOGRAPHY WITH NERVE CONDUCTION STUDY (95885); Routine ()
- Referral to Physical Therapy
- Instructed to make appointment for follow-up office visit after appointment with specialist

Jason E Garber, MD

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2015

Mr. Abolfazl Hosseinpour

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Safeway, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 20, 2015, we requested medical records from all treating providers. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2015 through the present from all treating providers

Safeway, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than September 2, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent toyour disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Abolfazl | SEX | Male | ETHNICITY | Not Hispanic or Latino |
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Hosseinpour | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | | PRN | AH376941 | RACE | Other |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | 2 | SEND VOICE NOTIFICATIONS | Yes |
| | | EMAIL | - | | |
| ADDRESS LINE 2 | | HOME PHONE | - | SEND TEXT NOTIFICATIONS | Yes |
| CITY | | MOBILE PHONE | | | |
| STATE | | OFFICE PHONE | - | SEND EMAIL NOTIFICATIONS | No |
| ZIP CODE | | OFFICE EXTENSION | - | | |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (300.00) Anxiety disorder | | |
| (722.4) Degeneration of cervical intervertebral disc | | |
| (724.02) Spinal stenosis of lumbar region | | |
| (272.1) Pure hyperglyceridemia | | |
| (722.52) Degeneration of lumbar or lumbosacral intervertebral disc | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Alprazolam (Xanax) 1 MG Oral Tablet | Take 1 tablet q8h prn | - | - |
| – Script: 07/07/15 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| benzonatate (Tessalon) 200 mg oral capsule | 1 tid | 10/20/14 - | - |
| – EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| betamethasone topical (Diprosone) dipropionate 0.05% topical ointment | | 08/21/12 - | - |
| – Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 | | | |
| Butalbital-Acetaminophen-Caffeine w/ Codeine (Fioricet/Codeine) 50-300-40-30 MG Oral Capsule | 1 capsule orally every 4 hours as needed | - | - |
| – Script: 06/25/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 60 | | | |
| Diazepam (Valium) 5 MG Oral Tablet | 1-2 q8h prn anxiety | - | - |
| – Script: 07/14/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 30 | | | |
| esomeprazole-naproxen (Vimovo) 20 mg-500 mg oral delayed release tablet | | 11/29/12 - | - |
| – Script: 11/29/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| finasteride (Proscar) 5 mg oral tablet | 1qd | 10/20/14 - | - |
| – EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90 | | | |
| Finasteride 5 MG Oral Tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | - | - |
| – ERefill: 07/11/15 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90 | | | |
| fluticasone nasal (Fluticasone Propionate) 50 mcg/inh nasal spray | 1 spray bid each nostril | 10/21/14 - | - |
| – EScript: 10/21/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 3 | | | |
| Gabapentin 300 MG Oral Capsule | Take 1 capsule (300 mg) by mouth 3 times per day | - | - |
| – Script: 07/14/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 90 | | | |
| Levofloxacin 500 mg oral tablet | | 03/08/12 - | - |
| – ERefill: 03/08/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 20 | | | |

- Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 20

| | | | |
|---|---|---|---|
| metaxalone (Skelaxin) 800 mg oral tablet | 1q8h | 08/23/13 - | - |

- EScript: 08/23/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 180
- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 180

| | | | |
|---|---|---|---|
| Olopatadine HCl (Patanol) 0.1 % Ophthalmic Solution | 1 drop into affected eye 2 times per day | - | - |

- EScript: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 5 Quantity: 1

| | | | |
|---|---|---|---|
| omega-3 polyunsaturated fatty acids (Lovaza) ethyl esters 1000 mg oral capsule | 4 cas daily | 03/26/12 - | - |

- ERefill: 03/26/12 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360

| | | | |
|---|---|---|---|
| omeprazole (PriLOSEC) 20 mg oral delayed release capsule | 1 bid | 10/31/13 - | - |

- EScript: 10/31/13 Prescriber: Mehrdad Tafreshi MD Refills: 4 Quantity: 180

| | | | |
|---|---|---|---|
| Pantoprazole 40 mg oral delayed release tablet | 1qam | 10/21/14 - | - |

- EScript: 10/21/14 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90

| | | | |
|---|---|---|---|
| Pregabalin (Lyrica) 75 MG Oral Capsule | Take 1 capsule (75 mg) by mouth 3 times per day | - | - |

- Script: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 90

| | | | |
|---|---|---|---|
| Sertraline HCl (Zoloft) 50 MG Oral Tablet | Take 1 tablet (50 mg) by mouth daily | - | - |

- Script: 07/07/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90

| | | | |
|---|---|---|---|
| Sildenafil Citrate (Viagra) 100 MG Oral Tablet | 1qd prn | 12/23/14 - | - |

- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 6 Quantity: 15

| | | | |
|---|---|---|---|
| traMADol (TraMADol Hydrochloride) 50 mg oral tablet | 1-2q4h prn | 08/23/13 - | - |

- EScript: 08/23/13 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 180
- Script: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 120

| | | | |
|---|---|---|---|
| traMADol (Ultram) 50 mg oral tablet | | 08/21/12 - | - |

- Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0
- ERefill: 10/10/12 Prescriber: Mehrdad Tafreshi MD Refills: PRN Quantity: 100
- Script: 11/29/12 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|

| | | | |
|---|---|---|---|
| azithromycin (Zithromax) 500 mg oral tablet | 1qd | 06/04/13 - 07/07/15 | - |

- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15
- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15
- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15

| | | | |
|---|---|---|---|
| levofloxacin (Levaquin) 750 mg oral tablet | 1qd | 10/20/14 - 05/20/15 | - |

- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 10

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi MD
DATE 07/14/2015

## Chief complaint

(Appt time: 2:45 PM) (Arrival time: 2:10 PM)Follow up

| Vitals for this encounter | |
|---|---|
| | **07/14/15** |
| Height | 69 in |
| Weight | 181.6 lb |
| BP | 131/88 mmHg |
| BMI | 26.82 |
| Temperature | 97.5 °F |
| Pulse | 81 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |

### SUBJECTIVE

fu
neck pain lower back pain
L arm numbness and pain
unable to stand or sit for long
has not seen pain mngmnt due to fear of injections
Anxiety issues Panic attacks difficulty at work unable to concentrate .
Zoloft Xanax has not helped
No Chest pain, No palpitation. No Nausea, no heart burn, no constipation, no diarrhea. No fever, No chills.

### OBJECTIVE

General: in no acute distress. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Abdomen: Soft, no tenderness, no masses, BS normal. CNS no deficit.
mood depressed

### ASSESSMENT

No assessment recorded.

Diagnoses attached to this encounter:

(722.52) Degeneration of lumbar or lumbosacral intervertebral disc

(724.02) Spinal stenosis of lumbar region

(722.4) Degeneration of cervical intervertebral disc

(300.00) Anxiety disorder

(272.1) Pure hyperglyceridemia

**PLAN**

Try Gabapentin
Rest
Try Valium

**Electronically signed by Mehrdad Tafreshi MD 07/14/2015 02:36 pm**

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi MD
DATE 07/07/2015

## Chief complaint

(Appt time: 10:45 AM) (Arrival time: 11:08 AM)Pain on left side of body

**Vitals for this encounter**

| | 07/07/15 |
|---|---|
| Height | 69 in |
| Weight | 181.6 lb |
| BP | 130/86 mmHg |
| BMI | 26.82 |
| Temperature | 97.9 °F |
| Pulse | 70 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |

### SUBJECTIVE

Panic attacks difficulty at work unable to concentrate
L arm numbness at times
neck pains
lower back pain
No Chest pain, No palpitation. No Nausea, no heart burn, no constipation, no diarrhea. No fever, No chills.

### OBJECTIVE

General: in no acute distress. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Lumbar paralumbar tender decreased ROM. CNS no deficit.

### ASSESSMENT

No assessment recorded.

Diagnoses attached to this encounter:

(722.52) Degeneration of lumbar or lumbosacral intervertebral disc

(724.02) Spinal stenosis of lumbar region

(272.1) Pure hyperglyceridemia

(722.4) Degeneration of cervical intervertebral disc

### PLAN

EKG
fu pain mngmnt
Start Zoloft Xanax

**Electronically signed by Mehrdad Tafreshi MD 07/07/2015 01:24 pm**

---

practice fusion
Free cloud based EHR

JUL/31/2015/FRI 01:56 PM Meadows Medical Grp. FAX No. 702-258-4244 P.016



# STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

**Phone: (702) 732-6000** www.sdmi-lv.com **Fax: (702) 732-6071**

Patient Name: **Abolfazl Hosseinpour**

| | |
|---|---|
| Patient: **Abolfazl Hosseinpour** | Physician: **Mehrdad Tafreshi** |
| SDMI #: **880141.0** | Dr. Fax: **(702) 258-4244** |
| Pt. DOB: | Dr. Phone: **(702) 258-8100** |
| Pt. Sex: **Male** | Dr. Addr.: **4500 Meadows Lane Las Vegas, NV 89107** |
| Referral ICD 9: **724.2** | Cc: |
| SDMI Location: **AN** | Cc: |
| Date of Service: **06/15/15** | |

**MRI LUMBAR SPINE WITHOUT CONTRAST**

**CLINICAL HISTORY:**
Sharp neck and lower back pain. Pain radiates to the right hips and legs.

**TECHNIQUE:**
Sagittal T1, sagittal and axial T2.

**COMPARISON:**
None

**FINDINGS:**
Sagittal alignment is anatomic. No compression deformities or suspicious marrow abnormalities. The conus medullaris is positioned at the L1-L2 level.

2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild ventral cord effacement (identified on sagittal imaging)

The T12-L1 and L1-L2 discs are normal. No neural impingement

The L2-3 disk is normal in height and hydration. < 2 mm central disc bulge with a component of subligamentous extrusion above the L2 endplate, right paramedian location. Extruded disc measures approximately 11 x 4 mm, both resulting in mild thecal sac effacement. No facet or ligamentum flavum pathology. No significant central canal or foraminal stenosis

The L3-4 disk is mildly desiccated. 2 mm annular bulge and facet arthropathy efface the ventral thecal sac, AP sac measurement 8 mm. No foraminal narrowing

The L4-5 disk is normal in height and hydration. Less than 2 mm annular bulge barely effaces the ventral thecal sac. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis

The L5-S1 disk is normal. Mild facet arthropathy without central canal, lateral recess or foraminal stenosis

**IMPRESSION:**
1. L3-L4 spondylosis and facet arthropathy resulting in moderate central canal stenosis, AP sac measurement 8 mm
2. L2-L3 central disc bulge with a component of subligamentous extrusion above the L2 endplate. Only mild resulting thecal sac effacement without neural impingement
3. 2.5 mm central-right paramedian protrusion at T11-T12 resulting in mild cord effacement on sagittal imaging. Consider formal thoracic MRI if clinical symptoms warrant

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**



This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: **Abolfazl Hosseinpour**

Interpreted by: Michael Kawaguchi M.D. 06/15/2015 7:15 PM



This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

# STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

Patient: **Abolfazl Hosseinpour**
SDMI #: **880141.0**
Pt. DOB:
Pt. Sex: **Male**
Referral ICD 9: **723.1**
SDMI Location: **AN**
Date of Service: **06/15/15**

Physician: **Mehrdad Tafreshi**
Dr. Fax: **(702) 258-4244**
Dr. Phone: **(702) 258-8100**
Dr. Addr.: **4500 Meadows Lane Las Vegas, NV 89107**
Cc:
Cc:

## MRI CERVICAL SPINE WITHOUT CONTRAST

**CLINICAL HISTORY:**
Neck pain, cervicalgia.

**COMPARISON:**
None.

**TECHNIQUE:**
T1 sagittal, T2 sagittal and axial T2 images were obtained without IV contrast.

**FINDINGS:**
Multilevel advanced degenerative disc disease, disc dehydration and disc space narrowing from C4-C5 through C6-C7 . More advanced at C6-C7 where there are degenerative endplate changes. Alignment near-anatomic. Craniocervical junction unremarkable. No Chiari malformation or syrinx. The bone marrow signal is normal.Spinal cord signal appears normal.The paraspinal soft tissues appear normal.

C2-3: AP dimension of the spinal canal 11 mm. No foraminal stenosis.

C3-4: AP dimension of the spinal canal 8.9 mm . No significant foraminal stenosis.

C4-5: AP dimension of the spinal canal 9.5 mm. Moderate to marked narrowing of both neural foramen. Could be some encroachment on the exiting C5 nerve roots particularly on the right side.

C5-6: AP dimension of the spinal canal 8.8 mm. Moderate narrowing of both neural foramen looks slightly worse on the right side. Could be some mild impingement on the exiting right C6 nerve root. Advise clinical correlation.

C6-7: AP dimension of the spinal canal 10 mm. Moderate narrowing of the right neural foramen.

C7-T1: AP dimension of the spinal canal 11 mm. No significant foraminal stenosis.

**IMPRESSION:**

1. Multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5.
2. Lower cervical advanced degenerative disc disease.

Interpreted by: David Mirich M.D. 06/16/2015 8:37 AM



This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

**STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS**
Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

Electronically approved by: David Mirich, M.D. Date: 06/16/15 18:33

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**

2767 N. Tenaya Way, Las Vegas, NV 89128
4 Sunset Way, Building D, Henderson, NV 89014
2950 S. Maryland Pkwy, Las Vegas, NV 89109
6925 N Durango Dr, Las Vegas, NV 89149
2850 Sienna Heights, Henderson, NV 89052
9070 W. Post Road, Las Vegas, NV 89148

This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

4500 Meadows Lane
Las Vegas, NV 89107
702-258-8100
702-258-4244

**Meadows Medical Group**

# Fax

| | | | |
|---|---|---|---|
| **To:** Liberty Mutual | | **From:** Jennifer | |
| **Fax:** 603-422-0119 | | **Pages:** 13 | |
| **Phone:** | | **Date:** 7-29-15 | |
| **Re:** Hosseinpour Abolfazl | | **cc:** | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Comments: The information contained in this fax is confidential, privileged and should only be reviewed by the individual named above. If you are not the intended recipient, please immediately notify the sender by telephone and return this fax to the sender. Thank You.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2015

Mr. Abolfazl Hosseinpour

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Safeway, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 20, 2015, we requested medical records from all treating providers. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2015 through the present from all treating providers

Safeway, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than September 2, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent toyour disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

| PATIENT | | FACILITY |
|---|---|---|
| **Abolfazl Hosseinpour** | | **Meadows Medical Group Practice** |
| DOB | | T (702) 258-8100 |
| AGE | 56 yrs | F (702) 258-4244 |
| SEX | Male | 4500 Meadows Lane |
| PRN | AH376941 | Las Vegas, NV 89107 |

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Abolfazl | SEX | Male | ETHNICITY | Not Hispanic or Latino |
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Hosseinpour | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | | PRN | AH376941 | RACE | Other |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | 2 | SEND VOICE NOTIFICATIONS | Yes |
| | | EMAIL | - | | |
| ADDRESS LINE 2 | - | HOME PHONE | - | SEND TEXT NOTIFICATIONS | Yes |
| CITY | | MOBILE PHONE | | | |
| STATE | | OFFICE PHONE | - | SEND EMAIL NOTIFICATIONS | No |
| ZIP CODE | | OFFICE EXTENSION | - | | |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (300.00) Anxiety disorder | | |
| (722.4) Degeneration of cervical intervertebral disc | | |
| (724.02) Spinal stenosis of lumbar region | | |
| (272.1) Pure hyperglyceridemia | | |
| (722.52) Degeneration of lumbar or lumbosacral intervertebral disc | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Alprazolam (Xanax) 1 MG Oral Tablet | Take 1 tablet q8h prn | - | - |
| — Script: 07/07/15 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| benzonatate (Tessalon) 200 mg oral capsule | 1 tid | 10/20/14 - | - |
| — EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| betamethasone topical (Diprosone) dipropionate 0.05% topical ointment | | 08/21/12 - | - |
| — Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 | | | |
| Butalbital-Acetaminophen-Caffeine w/ Codeine (Fioricet/Codeine) 50-300-40-30 MG Oral Capsule | 1 capsule orally every 4 hours as needed | - | - |
| — Script: 06/25/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 60 | | | |
| Diazepam (Valium) 5 MG Oral Tablet | 1-2 q8h prn anxiety | - | - |
| — Script: 07/14/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 30 | | | |
| esomeprazole-naproxen (Vimovo) 20 mg-500 mg oral delayed release tablet | | 11/29/12 - | - |
| — Script: 11/29/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 60 | | | |
| finasteride (Proscar) 5 mg oral tablet | 1qd | 10/20/14 - | - |
| — EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90 | | | |
| Finasteride 5 MG Oral Tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | - | - |
| — ERefill: 07/11/15 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90 | | | |
| fluticasone nasal (Fluticasone Propionate) 50 mcg/inh nasal spray | 1 spray bid each nostril | 10/21/14 - | - |
| — EScript: 10/21/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 3 | | | |
| Gabapentin 300 MG Oral Capsule | Take 1 capsule (300 mg) by mouth 3 times per day | - | - |
| — Script: 07/14/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 90 | | | |
| Levofloxacin 500 mg oral tablet | | 03/08/12 - | - |
| — ERefill: 03/08/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 20 | | | |

- Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 20

| | | | |
|---|---|---|---|
| metaxalone (Skelaxin) 800 mg oral tablet | 1q8h | 08/23/13 - | - |

- EScript: 08/23/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 180
- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 180

| | | | |
|---|---|---|---|
| Olopatadine HCl (Patanol) 0.1 % Ophthalmic Solution | 1 drop into affected eye 2 times per day | - | - |

- EScript: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 5 Quantity: 1

| | | | |
|---|---|---|---|
| omega-3 polyunsaturated fatty acids (Lovaza) ethyl esters 1000 mg oral capsule | 4 cas daily | 03/26/12 - | - |

- ERefill: 03/26/12 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360
- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 360

| | | | |
|---|---|---|---|
| omeprazole (PriLOSEC) 20 mg oral delayed release capsule | 1 bid | 10/31/13 - | - |

- EScript: 10/31/13 Prescriber: Mehrdad Tafreshi MD Refills: 4 Quantity: 180

| | | | |
|---|---|---|---|
| Pantoprazole 40 mg oral delayed release tablet | 1qam | 10/21/14 - | - |

- EScript: 10/21/14 Prescriber: Mehrdad Tafreshi MD Refills: 2 Quantity: 90

| | | | |
|---|---|---|---|
| Pregabalin (Lyrica) 75 MG Oral Capsule | Take 1 capsule (75 mg) by mouth 3 times per day | - | - |

- Script: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 3 Quantity: 90

| | | | |
|---|---|---|---|
| Sertraline HCl (Zoloft) 50 MG Oral Tablet | Take 1 tablet (50 mg) by mouth daily | - | - |

- Script: 07/07/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90

| | | | |
|---|---|---|---|
| Sildenafil Citrate (Viagra) 100 MG Oral Tablet | 1qd prn | 12/23/14 - | - |

- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 6 Quantity: 15

| | | | |
|---|---|---|---|
| traMADol (TraMADol Hydrochloride) 50 mg oral tablet | 1-2q4h prn | 08/23/13 - | - |

- EScript: 08/23/13 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 180
- Script: 05/20/15 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 120

| | | | |
|---|---|---|---|
| traMADol (Ultram) 50 mg oral tablet | | 08/21/12 - | - |

- Script: 08/21/12 Prescriber: Mehrdad Tafreshi MD Refills: 0
- ERefill: 10/10/12 Prescriber: Mehrdad Tafreshi MD Refills: PRN Quantity: 100
- Script: 11/29/12 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 90

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|

| | | | |
|---|---|---|---|
| azithromycin (Zithromax) 500 mg oral tablet | 1qd | 06/04/13 - 07/07/15 | - |

- Script: 06/04/13 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15
- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15
- EScript: 12/23/14 Prescriber: Mehrdad Tafreshi MD Refills: 1 Quantity: 15

| | | | |
|---|---|---|---|
| levofloxacin (Levaquin) 750 mg oral tablet | 1qd | 10/20/14 - 05/20/15 | - |

- EScript: 10/20/14 Prescriber: Mehrdad Tafreshi MD Refills: 0 Quantity: 10

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi MD
DATE 07/14/2015

**Chief complaint**

(Appt time: 2:45 PM) (Arrival time: 2:10 PM)Follow up

**Vitals for this encounter**

| | 07/14/15 |
|---|---|
| Height | 69 in |
| Weight | 181.6 lb |
| BP | 131/88 mmHg |
| BMI | 26.82 |
| Temperature | 97.5 °F |
| Pulse | 81 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |

**SUBJECTIVE**

fu
neck pain lower back pain
L arm numbness and pain
unable to stand or sit for long
has not seen pain mngmnt due to fear of injections
Anxiety issues Panic attacks difficulty at work unable to concentrate .
Zoloft Xanax has not helped
No Chest pain, No palpitation. No Nausea, no heart burn, no constipation, no diarrhea. No fever, No chills.

**OBJECTIVE**

General: in no acute distress. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Abdomen: Soft, no tenderness, no masses, BS normal. CNS no deficit.
mood depressed

**ASSESSMENT**

No assessment recorded.

Diagnoses attached to this encounter:

(722.52) Degeneration of lumbar or lumbosacral intervertebral disc

(724.02) Spinal stenosis of lumbar region

(722.4) Degeneration of cervical intervertebral disc

(300.00) Anxiety disorder

(272.1) Pure hyperglyceridemia

**PLAN**

Try Gabapentin
Rest
Try Valium

**Electronically signed by Mehrdad Tafreshi MD 07/14/2015 02:36 pm**

practice fusion
Free cloud based EHR

PATIENT
**Abolfazl Hosseinpour**
DOB
AGE 56 yrs
SEX Male
PRN AH376941

FACILITY
**Meadows Medical Group Practice**
T (702) 258-8100
F (702) 258-4244
4500 Meadows Lane
Las Vegas, NV 89107

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Mehrdad Tafreshi MD
DATE 07/07/2015

**Chief complaint**

(Appt time: 10:45 AM) (Arrival time: 11:08 AM)Pain on left side of body

**Vitals for this encounter**

| | 07/07/15 |
|---|---|
| Height | 69 in |
| Weight | 181.6 lb |
| BP | 130/86 mmHg |
| BMI | 26.82 |
| Temperature | 97.9 °F |
| Pulse | 70 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 97 % |

**SUBJECTIVE**

Panic attacks difficulty at work unable to concentrate
L arm numbness at times
neck pains
lower back pain
No Chest pain, No palpitation. No Nausea, no heart burn, no constipation, no diarrhea. No fever, No chills.

**OBJECTIVE**

General: in no acute distress. Neck: Supple tender paracervicals, no masses, no thyromegaly, no bruits.
Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Lumbar paralumbar tender decreased ROM. CNS no deficit.

**ASSESSMENT**

No assessment recorded.

Diagnoses attached to this encounter:

(722.52) Degeneration of lumbar or lumbosacral intervertebral disc

(724.02) Spinal stenosis of lumbar region

(272.1) Pure hyperglyceridemia

(722.4) Degeneration of cervical intervertebral disc

**PLAN**

EKG
fu pain mngmnt
Start Zoloft Xanax

**Electronically signed by Mehrdad Tafreshi MD 07/07/2015 01:24 pm**

practice fusion
Free cloud based EHR

NIHON KOHDEN AMERICA PA9100Z | NIHON KOHDEN AMERICA PA9100Z

ID: 0659 Jul- 7-2015 0:34 PM

Name Hosseinpour Abolfazl

Sex Male Birth Date Oct- 1-1958 56 Years

69 inch 181 lb 150/ 86 mmHg

Medication:

Symptoms:

History:

Vent rate 59 bpm

PR int 160 ms

QRS dur 88 ms

QT/QTc int 394/ 394 ms

P/QRS/T axis 33/ 124/ 12

RV5/SV1 amp 1.130/ 0.620 mV

RV5+SV1 amp 1.750 mV

1150 Sinus bradycardia (vent. rate < 60 bpm)

9140 ** abnormal rhythm ECG **

Unconfirmed Report

Reviewed by:

10 mm/mV 25 mm/s Filter: H60 d 100 Hz 10 mm/mV 10 mm/mV 10 mm/mV



## STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS

Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

Patient: **Abolfazl Hosseinpour**
SDMI #: **880141.0**
Pt. DOB:
Pt. Sex: **Male**
Referral ICD 9: **723.1**
SDMI Location: **AN**
Date of Service: **06/15/15**

Physician: **Mehrdad Tafreshi**
Dr. Fax: **(702) 258-4244**
Dr. Phone: **(702) 258-8100**
Dr. Addr.: **4500 Meadows Lane Las Vegas, NV 89107**
Co:
Co:

**MRI CERVICAL SPINE WITHOUT CONTRAST**

**CLINICAL HISTORY:**
Neck pain, cervicalgia.

**COMPARISON:**
None.

**TECHNIQUE:**
T1 sagittal, T2 sagittal and axial T2 images were obtained without IV contrast.

**FINDINGS:**
Multilevel advanced degenerative disc disease, disc dehydration and disc space narrowing from C4-C5 through C6-C7 . More advanced at C6-C7 where there are degenerative endplate changes. Alignment near-anatomic. Craniocervical junction unremarkable. No Chiari malformation or syrinx. The bone marrow signal is normal.Spinal cord signal appears normal.The paraspinal soft tissues appear normal.

C2-3: AP dimension of the spinal canal 11 mm. No foraminal stenosis.

C3-4: AP dimension of the spinal canal 8.9 mm . No significant foraminal stenosis.

C4-5: AP dimension of the spinal canal 9.5 mm. Moderate to marked narrowing of both neural foramen. Could be some encroachment on the exiting C5 nerve roots particularly on the right side.

C5-6: AP dimension of the spinal canal 8.8 mm. Moderate narrowing of both neural foramen looks slightly worse on the right side. Could be some mild impingement on the exiting right C6 nerve root. Advise clinical correlation.

C6-7: AP dimension of the spinal canal 10 mm. Moderate narrowing of the right neural foramen.

C7-T1: AP dimension of the spinal canal 11 mm. No significant foraminal stenosis.

**IMPRESSION:**
1. Multilevel moderate foraminal stenosis, looks most impressive on the right side at C4-C5 through C6-C7 and on the left side at C4-C5.

2. Lower cervical advanced degenerative disc disease.

Interpreted by: David Mirich M.D. 06/16/2015 8:37 AM

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**

2767 N. Tenaya Way, Las Vegas, NV 89128 | 4 Sunset Way, Building D, Henderson, NV 89014 | 2950 S. Maryland Pkwy, Las Vegas, NV 89109 | 6925 N Durango Dr, Las Vegas, NV 89149 | 2850 Sienna Heights, Henderson, NV 89052 | 9070 W. Post Road, Las Vegas, NV 89148

This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

**STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS**
Phone: (702) 732-6000 www.sdmi-lv.com Fax: (702) 732-6071

Patient Name: Abolfazl Hosseinpour

Electronically approved by: David Mirich, M.D. Date: 06/16/15 18:33



This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | July 20, 2015 |
| To: | DR TAFRESHI |
| Attn: | Medical Records |
| Fax: | (702) 258-4244 |
| From: | Nicole Schulke<br>Disability Claims STD Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 430-1655 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3480001<br>Claimant: Abolfazl Hosseinpour<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2015

Dr Tafreshi

LAS VEGAS, NV 00000

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001
Claimant: Abolfazl Hosseinpour
Claimant D.O.B.:

Dear Dr Tafreshi:

We are the Disability Claim Administrator for your patient, Abolfazl Hosseinpour.

To evaluate Mr. Hosseinpour's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the present

We ask that you provide this information by July 30, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1655 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Schulke
Disability Claims STD Case Manager
Phone No.: (800) 320-7585 Ext. 41494
Secure Fax No.: (603) 430-1655

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. ABOLFAZL HOSSEINPOUR

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2015

Mr. Abolfazl Hosseinpour

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3480001

Dear Mr. Abolfazl Hosseinpour:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Safeway, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 20, 2015, we requested medical records from all treating providers. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2015 through the present from all treating providers

Safeway, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than September 2, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Schulke
Disability Claims STD Case Manager
Phone No.: (800) 320-7585 Ext. 41494
Secure Fax No.: (603) 430-1655