# EXHIBIT 3, part 4

**Administrative Record - Surveillance CD labeled Liberty/Hosseinpour 849**

## TO BE FILED CONVENTIONALLY