Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01371-JAD-CWH<br><br>**DEFENDANT'S NOTICE OF MANUAL FILING** |

Pursuant to Local Rule IC 1-1(d), Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant") files Notice of Manual Filing. Exhibit 3, part 4, to Defendant's Submission of Administrative Record [Doc 14], consists of one CD containing surveillance videos which cannot be electronically filed and, therefore, is being sent on this date to the Clerk via US Priority Mail for manual filing. A copy of this Exhibit has served on all parties.

DATED this 29th day of November 2018.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Rd, Suite 550
Dallas, Texas 75254

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant Liberty Life Assurance Company of Boston*

## CERTIFICATE OF SERVICE

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANT'S NOTICE OF MANUAL FILING** by electronic means:

Julie A. Mersch, Esq.
Email: jam@merschlaw.com

Dated this 29th day of November 2018.

/s/ Iwana Rademaekers
Iwana Rademaekers