Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Abolfazl Hosseinpour*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR, | CASE NO.: 2:18-CV-01371-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the discovery schedule as set forth in the Scheduling Order dated September 25, 2018 [docket 12], be amended as follows:

**I.  Discovery Completed**

Defendant provided the proposed Administrative Record (AR) to Plaintiff for review on October 10, 2018.  Plaintiff notified Defendant of his position as to the content of the AR, and served discovery requests, on November 13, 2018.  Defendant served its objections and responses to the requests on December 12, 2018.  The Joint Administrative Record (AR) was filed with this Court on November 28, 2018.

**II.  Discovery Remaining and Reason for Request for Extension**

FRCP Rule 52/56 motions are currently due by January 16, 2019.  The parties have

discussed the possibility of entering into settlement negotiations.  Counsel for Plaintiff is in the process of moving offices by the end of the month, and will require additional time to fully engage in active settlement discussions with her client before the current motions deadline.  The parties therefore wish to extend the motion deadline by 45 days to allow for possible settlement.

### III. Proposed Discovery Schedule

Plaintiff HOSSEINPOUR and Defendant LIBERTY agree and stipulate to the following proposed deadline extensions:

| **Description:** | **Current Deadline:** | **Proposed:** |
| --- | --- | --- |
| FRCP Rule 52/56 Motions | 01/16/19 | 03/01/19 |
| Responses to Motions | 02/06/19 | 03/22/19 |
| Replies | 02/20/19 | 04/05/19 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines as indicated above.

DATED:  January 11, 2019     LAW OFFICE OF JULIE A. MERSCH

By:    /s/ Julie A. Mersch
Julie A. Mersch, Esq.
jam@merschlaw.com
Nevada Bar No.: 004695
701 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff Abolfazl Hosseinpour*

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| DATED: January 11, 2019 | | LAW OFFICES OF IWANA RADEMAEKERS, P.C. |

By:   /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
iwana@rademaekerslaw.com
Admitted Pro Hac Vice
14785 Preston Road, Suite 550
Dallas, Texas 75254

Georlen Spangler, Esq.
Nevada Bar No. 3818.
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Dr., Ste. 102
Las Vegas, Nevada 89128
spanglerlaw@outlook.com
*Attorneys for Defendant LIBERTY LIFE*

IT IS SO ORDERED.

DATED: Jan 14, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE