JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff, Abolfazl Hosseinpour*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | CASE NO.: 2:18-cv-01371-JAD-CWH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that effective February 1, 2019, the Law Office of Julie A. Mersch is relocated to:

LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101

Phone number, fax number, and e-mail addresses will remain the same.

Dated: February 4, 2019.

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
Julie A. Mersch, Esq.
Nevada Bar No. 004695
1100 E. Bridger Ave.
Las Vegas, NV 89101
*Attorney for Plaintiff ABOLFAZL HOSSEINPOUR*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of February, 2019, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Georlen Spangler, Esq.
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Dr., Ste. 102
Las Vegas, Nevada 89128
E-Mail: spanglerlaw@outlook.com

Admitted Pro Hac Vice:
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Rd., Ste. 550
Dallas, TX 75254
Email: iwana@rademaekerslaw.com
*Attorneys for Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON*

/s/ Robin M. Jennings
An employee of the
LAW OFFICE OF JULIE A. MERSCH

W:\HOSSEINPOUR\PLDGS\Notice.ChangeAddress.wpd