Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-01371-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the discovery schedule as set forth in the Scheduling Order dated September 25, 2018 [docket 12], be amended as follows:

**I. Discovery Completed**

Defendant provided the proposed Administrative Record (AR) to Plaintiff for review on October 10, 2018. Plaintiff notified Defendant of his position as to the content of the AR, and served discovery requests, on November 13, 2018. Defendant served its objections and

responses to the requests on December 12, 2018. The Joint Administrative Record (AR) was filed with this Court on November 28, 2018.

## II. Discovery Remaining and Reason for Request for Extension

FRCP Rule 52/56 motions are currently due by March 1, 2019. The parties are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed and the Parties need an additional 7 days to complete settlement negotiations and, if settlement attempts fail, prepare and file dispositive motions. Accordingly, the parties request that the Court extend the deadline by 7 days for these purposes.

## III. Proposed Discovery Schedule

Plaintiff HOSSEINPOUR and Defendant LIBERTY agree and stipulate to the following proposed deadline extensions:

| Description: | Current Deadline: | Proposed: |
|---|---|---|
| FRCP Rule 52/56 Motions | 03/01/19 | 03/08/19 |
| Responses to Motions | 03/22/19 | 03/29/19 |
| Replies | 04/05/19 | 04/12/19 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines as indicated above.

DATED: February 27, 2018

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
Julie A. Mersch, Esq.
jam@merschlaw.com
Nevada Bar No.: 004695
1100 E. Bridger Ave.
Las Vegas, NV 89101
*Attorney for Plaintiff Abolfazl Hosseinpour*

DATED: February 27, 2019

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
iwana@rademaekerslaw.com
Admitted Pro Hac Vice
14785 Preston Road, Suite 550
Dallas, Texas 75254

Georlen Spangler, Esq.
Nevada Bar No. 3818.
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Dr., Ste. 102
Las Vegas, Nevada 89128
spanglerlaw@outlook.com
*Attorneys for Defendant LIBERTY LIFE*

**IT IS SO ORDERED:**

Dated this _______ day of February 2019.

______________________________
UNITED STATES MAGISTRATE JUDGE