Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01371-JAD-CWH<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Abolfazl Hosseinpour (hereinafter "Plaintiff") and Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant") hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

DATED this 8th day of March 2019.

LAW OFFICE OF JULIE A. MERSCH

/s/ Julie A. Mersch
Julie A. Mersch, Nevada Bar No. 004695
1100 E. Bridger Ave.
Las Vegas, NV 89101
Email: jam@merschlaw.com

*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Rd, Suite 550
Dallas, Texas 75254

LAW OFFICE OF GEORLEN K. SPANGLER

/s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant*