1  Georlen Spangler, Esq.
   Nevada Bar No. 3818
2  LAW OFFICE OF GEORLEN K. SPANGLER
3  2620 Regatta Drive, Suite 102
   Las Vegas, Nevada 89128
4  Phone: 702.381.5830
   E-Mail: spanglerlaw@outlook.com
5  *Attorneys for Defendant*

6
   ***Admitted Pro Hac Vice***
7  Iwana Rademaekers, TX Bar No. 16452560
   LAW OFFICES OF IWANA RADEMAEKERS, P.C.
8  14785 Preston Road, Suite 550
   Dallas, Texas 75254
9  Main: (214) 579-9319
10 Fax: (469) 444-6456
   Email: iwana@rademaekerslaw.com
11
   *Attorneys for Defendant*
12

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABOLFAZL HOSSEINPOUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-CV-01371-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 22 |

　　　Plaintiff, Abolfazl Hosseinpour (hereinafter "Plaintiff") and Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant") file this Joint Stipulation and Order of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a), and state as follows:

　　　1.　　Plaintiff and Defendant no longer desire to litigate this action.

1

2. Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

DATED this 29th day of March 2019.

| LAW OFFICE OF JULIE A. MERSCH | LAW OFFICES OF IWANA RADEMAEKERS, P.C. |
|---|---|
| /s/ Julie A. Mersch<br>Julie A. Mersch, Nevada Bar No. 004695<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>Email: jam@merschlaw.com<br><br>*Attorneys for Plaintiff* | /s/ Iwana Rademaekers<br>Iwana Rademaekers, TX Bar No. 16452560<br>***Admitted Pro Hac Vice***<br>14785 Preston Rd, Suite 550<br>Dallas, Texas 75254<br><br>LAW OFFICE OF GEORLEN K. SPANGLER<br><br>/s/ Georlen Spangler<br>Georlen Spangler, Nevada Bar No. 3818<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>Phone: 702.381.5830<br><br>*Attorneys for Defendant* |

### **ORDER**

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2019